Thomas A. Larkin, ASB #0009055
Jan D. Sokol
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 227-5028
Email: tlarkin@lawssg.com
jdsokol@lawssg.com
Of Attorneys for Plaintiff Travelers Casualty and
Surety Company of America

RECEIVED
MAR 23 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | )<br>)<br>) |
| Plaintiff, | ) Case No. 3:06-CV-00063 TMB |
| v. | ) |
| SOUTH COAST, INCORPORATED, an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## COMPLAINT

**(Action for Breach of Contract, Note, Security/Pledge Agreement)**

Plaintiff, Travelers Casualty and Surety Company ("Travelers"), alleges as follows:

///

///

COMPLAINT - Page 1 of 4

## COMMON ALLEGATIONS

1. Travelers now is, and at all times material has been, a corporation duly organized and existing under the laws of the State of Connecticut, with its principal place of business in the State of Connecticut, and registered, authorized and engaged in the insurance business and authorized to issue surety bonds in the State of Alaska.

2. Defendant South Coast Incorporated ("SCI") is a corporation duly organized and existing under the laws of the State of Alaska, with its principal place of business in a state other than the state of Connecticut; Klukwan, Inc. ("Klukwan"), is a Native Village corporation organized and existing under the laws of the State of Alaska, with its principal place of business in a place other than the State of Connecticut. Defendant Chilkats' Portage Cove Development Company ("CPCD"), is a corporation organized and existing under the laws of the State of Alaska, with its principal place of business in a state other than the State of Connecticut.

3. Jurisdiction is proper in this Court under 28 U.S.C. § 1332(a) based upon the complete diversity of citizenship between Plaintiff and Defendants, and the fact that the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

## FIRST CLAIM FOR RELIEF

### (Breach of Contract & Note)

4. Realleges the allegations in paragraphs 1-3, above.

5. On or about December 6, 2002, Travelers entered into a Repayment Agreement with SCI, Klukwan and CPCD for the amounts due and owing from SCI, Klukwan and CPCD to Travelers (the "Repayment Agreement").

6  Pursuant to the terms of the Repayment Agreement, SCI, Klukwan and CPCD signed a Promissory Note dated December 6, 2002 to Travelers agreeing to pay Travelers the sum

COMPLAINT - Page 2 of 4

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

of $5,388,306.48, together with interest at the rate of six percent (6%) per annum beginning September 1, 2002.

7.  Under the Repayment Agreement and the Note, payments in the amount of $100,000 were due and payable by SCI, Klukwan and CPCD to Travelers on October 1, 2005 and November 1, 2005.

8.  Despite written demand SCI, Klukwan and Chilkats failed to cure the default in payment.

9.  Based on SCI's, Klukwan's and CPCD's default, Travelers has elected to accelerate all amounts due under the Repayment Agreement and the Note.

10. There is now presently due and owing the sum of $6,084,719.05, together with interest at the rate of six percent (6%) per annum from September 1, 2002 until paid.

11. The Note provides that SCI, Klukwan and CPCD shall be liable to Travelers for all costs of collection, including reasonable attorney fees.

## SECOND CLAIM FOR RELIEF

### (Breach of Security Agreement/Pledge Agreement)

12. Realleges the allegations of paragraphs 1 - 11, above.

13. As part of the Repayment Agreement, SCI executed a Security Agreement/Pledge Agreement covering certain assets of SCI. Prior to that time, Travelers filed a UCC-1 Financing Statement on May 9, 2002, as Filing No. 2002-517415-9 in Alaska's UCC Recorder's Office.

14. As a result of SCI, Klukwan and CPCD's default under the Repayment Agreement and Note, plaintiff is entitled to foreclose on its rights under the Security Agreement/Pledge Agreement.

WHEREFORE, Travelers prays for relief as follows:

COMPLAINT - Page 3 of 4

1. A Judgment against defendants, and each of them, in the amount of $6,084,719.05, together with interest at the rate of six percent (6%) per annum from September 1, 2002 until paid;

2. A Judgment be entered allowing Travelers the right to sell the equipment and other personal property described in the Security Agreement/Pledge Agreement, under the sale provisions of the UCC, or at a sheriff's sale;

3. A Judgment for Travelers' reasonable attorney fees incurred, its costs and disbursements incurred and such other and further relief as this Court deems equitable and just.

Respectfully submitted this 21st day of March, 2006

STEWART SOKOL & GRAY LLC

_____
Thomas A. Larkin, ASB # 0009055
Jan D. Sokol
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone:  (503) 221-0699
Fax:  (503) 227-5028
E-mail:  tlarkin@lawssg.com
         jdsokol@lawssg.com
Of Attorneys for Plaintiff

W:\Work\Clients T-V\Travelers-South Coast\Repayment Agreement\JDS\Pleadings\Complaint.wpd

COMPLAINT - Page 4 of 4