Thomas A. Larkin, ASB #0009055
Jan D. Sokol
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone:  (503) 221-0699
Fax:  (503) 227-5028
Email:  tlarkin@lawssg.com
  jdsokol@lawssg.com
  Of Attorneys for Plaintiff Travelers Casualty and
Surety Company of America

RECEIVED
MAR 23 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>SOUTH COAST, INCORPORATED, an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>            Defendants. | Case No. 3:06-cv-00063 TMB |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

Pursuant to Fed.R.Civ.P. 7.1, plaintiff states that Travelers Casualty and Surety Company of America is 100% owned by Travelers Casualty and Surety Company, which is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by

CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 - Page 1 of 2

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

Travelers Property Casualty Corp., which is 100% owned by the St. Paul Travelers Companies, Inc. The St. Paul Travelers Companies, Inc. is the only publically held company in the corporate family.

    Respectfully submitted this 21st day of March, 2006.

                              STEWART SOKOL & GRAY LLC

                              _____
                              Thomas A. Larkin, ASB # 0009055
                              Jan D. Sokol
                              2300 SW First Avenue, Suite 200
                              Portland, Oregon 97201-5047
                              Telephone:  (503) 221-0699
                              Fax:             (503) 227-5028
                              E-mail:      tlarkin@lawssg.com
                                                       jdsokol@lawssg.com
                              Of Attorneys for Plaintiff

W:\Work\Clients T-V\Travelers-South Coast\Repayment Agreement\JDS\Pleadings\Corporate Disclosure Statement.wpd

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 - Page 2 of 2