Thomas A. Larkin, ASB #0009055
Jan D. Sokol
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon  97201-5047
Telephone:	(503) 221-0699
Fax:	(503) 227-5028
Email:	tlarkin@lawssg.com
	jdsokol@lawssg.com
  Of Attorneys for Plaintiff  Travelers Casualty and
  Surety Company of America

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:06-CV-00063 TMB |
| v. | ) ) ) | |
| SOUTH COAST, INCORPORATED, an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **TRAVELERS' MOTION FOR SUMMARY JUDGMENT**

## **ON TRAVELERS' FIRST CLAIM FOR RELIEF**

Pursuant to Fed. R. Civ. P. 56, Plaintiff Travelers Casualty and Surety Company of

America ("Travelers") moves the Court for summary judgment in favor of Travelers and

against Defendants on Travelers' First Claim for Relief - breach of contract.  There is no

genuine issue as to any material fact relevant to this motion and Travelers is entitled to judgment as a matter of law. This motion is supported by Travelers' Memorandum in Support of Motion for Summary Judgment and the Declaration of Charles Langfitt, which are filed herewith, and the pleadings and records on file herein.

Respectfully submitted this 17th day of April, 2006

                                    STEWART SOKOL & GRAY LLC

                                    s/ Thomas A. Larkin
                                    Thomas A. Larkin, ASB # 0009055
                                    Jan D. Sokol
                                    2300 SW First Avenue, Suite 200
                                    Portland, Oregon 97201-5047
                                    Telephone:   (503) 221-0699
                                    Fax:         (503) 227-5028
                                    E-mail:      tlarkin@lawssg.com
                                                            jdsokol@lawssg.com
                                    Of Attorneys for Plaintiff

W:\Work\Clients T-V\Travelers-South Coast\Repayment Agreement\LAW\Pleadings\MSJ.wpd

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 17, 2006, I served a copy of the foregoing **TRAVELERS' MOTION FOR SUMMARY JUDGMENT ON TRAVELERS' FIRST CLAIM FOR RELIEF** on the following parties:

    South Coast Incorporated, c/o Registered Agent
    Thomas Crandall
    Post Office Box 209
    425 Sawmill Road
    Haines, Alaska 99827

    Klukwan, Inc., c/o Registered Agent
    Thomas Crandall
    Post Office Box 209
    425 Sawmill Road
    Haines, Alaska 99827

    Chilcats' Portage Cove Development, c/o Registered Agent
    Thomas Crandall
    Post Office Box 209
    425 Sawmill Road
    Haines, Alaska 99827

by mailing a full, true and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the parties shown above, the last-known office address of the parties, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

     DATED this 17th day of April, 2006.

                                     STEWART SOKOL & GRAY LLC

                                     s/ Thomas A. Larkin
                                   Thomas A. Larkin, ASB # 0009055
                                   Jan D. Sokol
                                   2300 SW First Avenue, Suite 200
                                   Portland, Oregon 97201-5047
                                   Telephone:   (503) 221-0699
                                   Fax:            (503) 227-5028
                                   E-mail:       tlarkin@lawssg.com
                                                               jdsokol@lawssg.com
                                   Of Attorneys for Plaintiff

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com