Thomas A. Larkin, ASB #0009055
Jan D. Sokol
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon  97201-5047
Telephone: (503) 221-0699
Fax: (503) 227-5028
Email: tlarkin@lawssg.com
jdsokol@lawssg.com
  Of Attorneys for Plaintiff  Travelers Casualty and
  Surety Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>SOUTH COAST, INCORPORATED, an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                    Defendants. | Case No. 3:06-CV-00063 TMB |

**[PROPOSED] ORDER GRANTING TRAVELERS'**

**MOTION FOR SUMMARY JUDGMENT**

Travelers Casualty and Surety Company of America ("Travelers") first claim for relief

asserts a breach of contract claim, in which Travelers asserts that Defendants failed to make

payments under a Repayment Agreement and Promissory Note.  On or about April 17, 2006,

[Proposed] Order Granting Travelers' Motion for Summary Judgment - Page 1 of 3
  Case No. D:06-CV-00063 TMB

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

Travelers filed a Motion for Summary Judgment on Travelers' First Claim for Relief (the "Motion"), in which Travelers moved the Court for a judgment as a matter of law against Defendants on that first claim for relief.

This matter having come regularly before the Court, and the Court having considered the Motion, the supporting Declaration of Charles Langfitt, the memoranda submitted by the parties in support of and against the Motion, and the Court otherwise being informed,

IT IS HEREBY ORDERED that Travelers' Motion for Summary Judgment on its First Claim for Relief is GRANTED. The Court expressly finds that there is no genuine issue as to any material fact relevant to the claim. Defendants breached the Repayment Agreement and Promissory Note by failing to make scheduled payments required under the same. Travelers is entitled to a judgment as a matter of law on its First Claim for Relief in the amount of $6,084,719.05, together with interest at the rate of six percent (6%) per annum from September 1, 2002 until paid, plus the attorneys' fees and costs that Travelers has incurred herein.

IT IS ALSO HEREBY ORDERED that there is no just reason to delay the entry of a final judgment in connection with Travelers' First Claim for Relief, and the Court hereby directs the clerk of the Court to enter said Judgment pursuant to Fed. R. Civ. P. 54(b).

DATED this _____ day of _____, 2006.

_____
JUDGE TIMOTHY M. BURGESS

W:\Work\Clients T-V\Travelers-South Coast\Repayment Agreement\LAW\Pleadings\MSJ.Order.wpd

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

## CERTIFICATE OF SERVICE

     I hereby certify that on April 17, 2006, I served a copy of the foregoing **[PROPOSED] ORDER GRANTING TRAVELERS' MOTION FOR SUMMARY JUDGMENT** on the following parties:

    South Coast Incorporated, c/o Registered Agent
    Thomas Crandall
    Post Office Box 209
    425 Sawmill Road
    Haines, Alaska 99827

    Klukwan, Inc., c/o Registered Agent
    Thomas Crandall
    Post Office Box 209
    425 Sawmill Road
    Haines, Alaska 99827

    Chilcats' Portage Cove Development, c/o Registered Agent
    Thomas Crandall
    Post Office Box 209
    425 Sawmill Road
    Haines, Alaska 99827

by mailing a full, true and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the parties shown above, the last-known office address of the parties, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

     DATED this 17th day of April, 2006.

                            STEWART SOKOL & GRAY LLC

                            s/ Thomas A. Larkin
                            Thomas A. Larkin, ASB # 0009055
                            Jan D. Sokol
                            2300 SW First Avenue, Suite 200
                            Portland, Oregon 97201-5047
                            Telephone:   (503) 221-0699
                            Fax:            (503) 227-5028
                            E-mail:       tlarkin@lawssg.com
                                                    jdsokol@lawssg.com
                            Of Attorneys for Plaintiff

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com