Thomas A. Larkin, ASB #0009055
Jan D. Sokol
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon  97201-5047
Telephone:    (503) 221-0699
Fax:          (503) 227-5028
Email:        tlarkin@lawssg.com
              jdsokol@lawssg.com
  Of Attorneys for Plaintiff  Travelers Casualty and
  Surety Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:06-CV-00063 TMB |
| v. | ) ) | |
| SOUTH COAST, INCORPORATED, an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**TRAVELERS' MEMORANDUM IN SUPPORT OF**

**MOTION FOR SUMMARY JUDGMENT**

Travelers Casualty and Surety Company of America ("Travelers") submits the

following Memorandum in Support of its Motion for Summary Judgment (the "Motion").

///

## I. INTRODUCTION

This case is extraordinarily simple and straight forward. Defendants executed a Repayment Agreement and Promissory Note (collectively the "Agreements") for the benefit of Travelers. Defendants have failed and refused to pay amounts due under the Agreements and have, therefore, breached the same. As a result of Defendants' breach, Travelers exercised its right under the Agreements to accelerate the debt Defendants owe. Defendants now owe Travelers $6,084,719.05 under the Agreements, together with interest at the rate of six percent (6%) per annum from September 1, 2002 until paid. There is no genuine issue as to any material fact at issue in this case and Travelers is entitled to a judgment as a matter of law.

## II. UNDISPUTED FACTS

On or about December 6, 2002, Defendants signed a Repayment Agreement and a Promissory Note for the benefit of Travelers, under which Defendants agreed to pay Travelers the sum of $5,388,306.48, together with interest at the rate of six percent (6%) per annum beginning September 1, 2002. Declaration of Charles Langfitt ("Langfitt Decl.") at ¶ 2, Exs. A and B. Under the terms of the Agreements, Defendants were obligated to pay Travelers $100,000 on October 1, 2005 and $100,000 on November 1, 2005. Id. at ¶ 2, Ex. B, and ¶ 3. Defendants failed to make those payments. Id. at ¶ 3. On February 22, 2006, Travelers notified Defendants in writing that their failure to make the payments constituted a breach of the Agreements and provided Defendants an opportunity to cure their default under the Agreements. Id. at ¶ 4. Despite written demand, Defendants have failed and refused to cure their default under the Agreements. Id. at ¶ 5.

///

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

The Agreements each provide that if Defendants fail to cure any default upon written notice and demand, Travelers may accelerate the debt due under the Agreements. Id. at ¶ 2, Exs. A and B. Based on Defendants' breach under the Agreements, and Travelers' acceleration of the debt due under the same, Defendants presently owe the sum of $6,084,719.05, together with interest at the rate of six percent (6%) per annum from September 1, 2002 until paid. Id. at ¶ 6. The Agreements provide that Defendants shall be liable to Travelers for all costs of collection, including reasonable attorney fees. Id. at ¶ 2, Exs. A and B.

### III.   TRAVELERS IS ENTITLED TO A JUDGMENT AS A MATTER OF LAW

#### A.   Standard for Summary Judgment

Summary judgment is appropriate if the Court finds that there is no genuine issue of material fact, and the moving party is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c). There is no genuine issue of material fact where the nonmoving party fails to establish the existence of an element essential to that party's case, and on which that party will bear the burden of proof at trial. Celotex Corp. v. Catrett, 477 US 317, 323, 106 S. Cl. 2548, 2552, 91 L. Ed2d 265 (1986); Harper v. Wallingford, Inc., 877 F2d 728, 731 (9th Cir. 1989).

In responding to a motion for summary judgment, the nonmoving party must set forth specific facts showing that there is a genuine issue for trial. Fed. R. Civ. P. 56 (c). "If he does not so respond, summary judgment, if appropriate, shall be entered against him." Oltarzewskiv Ruggiero, 830 F2d 136, 138-39 (9th Cir. 1987).

#### B.   Travelers is Entitled to a Judgment in the Amount of $6,084,719.05 Plus Interest.

The undisputed facts are simple. Defendants executed the Agreements for the benefit of Travelers. Langfitt Decl. at ¶ 2, Exs. A and B. Under the Agreements, Defendants were obligated

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

to pay Travelers $100,000 on October 1, 2005 and $100,000 on November 1, 2005, and they failed to meet those obligations. Id. at ¶ 2, Ex. B, and ¶ 3. There is no question that Defendants' failure to pay the amounts due under the Promissory Note constitutes a breach of the same. Ostrow v. Higgins, 722 P.2d 936, 939 (Alaska 1986) ("[Defendant] breached her obligations under the promissory note by failing to make [scheduled] payment.").

Under the express terms of the Agreements, if Travelers notifies Defendants of any default, and Defendants fail to cure such default within ten (10) days of such notice, Travelers is entitled to collect the entire debt due under the Agreements. There is no question that Travelers notified Defendants of their default more than ten days ago, and there is no question that Defendants have failed and refused to cure such default. Travelers is entitled to a judgment against Defendants in the amount of $6,084,719.05, together with interest at the rate of six percent (6%) per annum from September 1, 2002 until paid, plus the attorneys' fees and costs Travelers has incurred herein.

## IV. CONCLUSION

There is no genuine issue as to any material issue of fact in this case. Defendants breached the Agreements by failing to make payments under the same. Under the express terms of the Agreements, $6,084,719.05, together with interest at the rate of six percent (6%) per annum from

///

///

///

///

///

///

///

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

September 1, 2002 until paid, is currently due and owing to Travelers. Travelers is entitled to a judgment against Defendants in that amount, plus its attorneys' fees and costs that it has incurred herein.

    Respectfully submitted this 17th day of April, 2006

        STEWART SOKOL & GRAY LLC

        s/ Thomas A. Larkin
        Thomas A. Larkin, ASB # 0009055
        Jan D. Sokol
        2300 SW First Avenue, Suite 200
        Portland, Oregon 97201-5047
        Telephone:  (503) 221-0699
        Fax:  (503) 227-5028
        E-mail:  tlarkin@lawssg.com
                jdsokol@lawssg.com
        Of Attorneys for Plaintiff

W:\Work\Clients T-V\Travelers-South Coast\Repayment Agreement\LAW\Pleadings\MSJmemo.2.wpd

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

Travelers' Memorandum In Support of Motion for Summary Judgment - Page 5 of 6
Case No. D:06-CV-00063 TMB

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, I served a copy of the foregoing **TRAVELERS' MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** on the following parties:

South Coast Incorporated, c/o Registered Agent
Thomas Crandall
Post Office Box 209
425 Sawmill Road
Haines, Alaska 99827

Klukwan, Inc., c/o Registered Agent
Thomas Crandall
Post Office Box 209
425 Sawmill Road
Haines, Alaska 99827

Chilcats' Portage Cove Development, c/o Registered Agent
Thomas Crandall
Post Office Box 209
425 Sawmill Road
Haines, Alaska 99827

by mailing a full, true and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the parties shown above, the last-known office address of the parties, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

DATED this 17th day of April, 2006.

STEWART SOKOL & GRAY LLC

s/ Thomas A. Larkin
Thomas A. Larkin, ASB # 0009055
Jan D. Sokol
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone:   (503) 221-0699
Fax:         (503) 227-5028
E-mail:      tlarkin@lawssg.com
             jdsokol@lawssg.com
Of Attorneys for Plaintiff

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

Travelers' Memorandum In Support of Motion for Summary Judgment - Page 6 of 6
Case No. D:06-CV-00063 TMB