Thomas A. Larkin, ASB #0009055
Jan D. Sokol
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon  97201-5047
Telephone:     (503) 221-0699
Fax:                (503) 227-5028
Email:             tlarkin@lawssg.com
                       jdsokol@lawssg.com
  Of Attorneys for Plaintiff  Travelers Casualty and
  Surety Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                                Plaintiff,<br><br>         v.<br><br>SOUTH COAST, INCORPORATED, an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                                Defendants. | Case No. 3:06-CV-00063 TMB |

**TRAVELERS' REQUEST FOR ORAL ARGUMENT ON TRAVELERS' MOTION FOR**

**SUMMARY JUDGMENT ON ITS FIRST CLAIM FOR RELIEF**

On or about April 17, 2006, Travelers Casualty and Surety Company of America

("Travelers") filed Travelers' Motion for Summary Judgment on Its First Claim for Relief (the

///

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

"Motion"). Travelers hereby requests that the Court schedule oral argument for the Motion.

Respectfully submitted this 17th day of April, 2006

        STEWART SOKOL & GRAY LLC

        s/ Thomas A. Larkin
        Thomas A. Larkin, ASB # 0009055
        Jan D. Sokol
        2300 SW First Avenue, Suite 200
        Portland, Oregon 97201-5047
        Telephone: (503) 221-0699
        Fax: (503) 227-5028
        E-mail: tlarkin@lawssg.com
           jdsokol@lawssg.com
        Of Attorneys for Plaintiff

W:\Work\Clients T-V\Travelers-South Coast\Repayment Agreement\LAW\Pleadings\MSJ.request for oral argument.wpd

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, I served a copy of the foregoing **TRAVELERS' REQUEST FOR ORAL ARGUMENT ON TRAVELERS' MOTION FOR SUMMARY JUDGMENT ON ITS FIRST CLAIM FOR RELIEF** on the following parties:

South Coast Incorporated, c/o Registered Agent
Thomas Crandall
Post Office Box 209
425 Sawmill Road
Haines, Alaska 99827

Klukwan, Inc., c/o Registered Agent
Thomas Crandall
Post Office Box 209
425 Sawmill Road
Haines, Alaska 99827

Chilcats' Portage Cove Development, c/o Registered Agent
Thomas Crandall
Post Office Box 209
425 Sawmill Road
Haines, Alaska 99827

by mailing a full, true and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the parties shown above, the last-known office address of the parties, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

DATED this 17th day of April, 2006.

STEWART SOKOL & GRAY LLC

s/ Thomas A. Larkin
Thomas A. Larkin, ASB # 0009055
Jan D. Sokol
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone: (503) 221-0699
Fax: (503) 227-5028
E-mail: tlarkin@lawssg.com
jdsokol@lawssg.com
Of Attorneys for Plaintiff

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com