Thomas A. Larkin, ASB #0009055
Jan D. Sokol
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Telephone:   (503) 221-0699
Fax:         (503) 227-5028
Email:       tlarkin@lawssg.com
             jdsokol@lawssg.com
  Of Attorneys for Plaintiff Travelers Casualty and
Surety Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>SOUTH COAST, INCORPORATED, an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>           Defendants. | Case No. 3:06-CV-00063 TMB |

## MOTION TO PERMIT NON-RESIDENT COUNSEL
## TO APPEAR AND PARTICIPATE

Pursuant to Local Rule 83.1(d), Jan D. Sokol moves that he be permitted to appear and participate for plaintiff Travelers Casualty and Surety Company of America. Applicant is a member in good standing of the Bar of the State of Oregon, is not a member of the Alaska Bar Association, and is not otherwise disqualified from practicing in the State of Alaska.

MOTION TO PERMIT NON-RESIDENT COUNSEL TO APPEAR AND PARTICIPATE - Page 1 of 2
Case No. 3:06-CV-00063 TMB

Applicant will associate with Thomas A. Larkin, a member of the Bar of this Court who maintains an office for the practice of law at 2300 SW First Avenue, Suite 200, Portland, Oregon 97201-5047, with whom the Court and opposing counsel may readily communicate regarding the content of this case. Attached is a Certificate of Good Standing from the Supreme Court of the State of Oregon.

DATED this 17th day of April, 2006.

        STEWART SOKOL & GRAY LLC

        By: s/ Jan D. Sokol
           Jan D. Sokol
           Of Attorneys for Plaintiff

I hereby consent to the foregoing motion and the granting thereof.

DATED this 17th day of April, 2006.

        STEWART SOKOL & GRAY LLC

        By: s/ Thomas A. Larkin
           Thomas A. Larkin, ASB #0009055
           Of Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2006, I caused a true and correct copy of the foregoing to be mailed by first class mail, postage prepaid to the following:

South Coast Incorporated, c/o Registered Agent
Thomas Crandall
Post Office Box 209
Haines, Alaska 99827

Klukwan, Inc., c/o Registered Agent
Thomas Crandall
Post Office Box 209
Haines, Alaska 99827

Chilkats' Portage Cove Development, c/o Registered Agent
Thomas Crandall
Post Office Box 209
Haines, Alaska 99827

/s/ Thomas A. Larkin
Thomas A. Larkin
Jan D. Sokol
Of Attorneys for Plaintiff

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

MOTION TO PERMIT NON-RESIDENT COUNSEL TO APPEAR AND PARTICIPATE - Page 2 of 2
Case No. 3:06-CV-00063 TMB



STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

        JAN D. SOKOL

as an Attorney of this Court.

       I, as State Court Administrator of the State of Oregon, certify that on the 24th day of April, 1978,

        JAN D. SOKOL

was admitted to the practice of law in the Supreme Court and all other courts of the State of Oregon, and is now an attorney in good standing.

                                April 4, 2006

                                Kingsley W. Click
                                State Court Administrator



                                By: *Stephanie Hudson*

                                Authorized Representative of the
                                State Court Administrator