Thomas A. Larkin, ASB #0009055
Jan D. Sokol
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon  97201-5047
Telephone:    (503) 221-0699
Fax:          (503) 227-5028
Email:        tlarkin@lawssg.com
              jdsokol@lawssg.com
  Of Attorneys for Plaintiff  Travelers Casualty and
  Surety Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, ) ) ) ) | |
| Plaintiff, ) ) | Case No. 3:06-CV-00063 TMB |
| v. ) ) | |
| SOUTH COAST, INCORPORATED, an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, ) ) ) ) ) ) ) | |
| Defendants. ) | |

**ORDER GRANTING PERMISSION FOR NON-RESIDENT
COUNSEL TO APPEAR AND PARTICIPATE**

The Motion for Permission for Jan D. Sokol to appear and participate as attorney in this action is GRANTED.

ENTERED AT Anchorage, Alaska, this ___ day of _____, 2006.

_____
U.S. District Court Judge

ORDER GRANTING PERMISSION FOR NON-RESIDENT COUNSEL TO APPEAR - Page 1 of 1
Case No. D:06-CV-00063 TMB