Thomas A. Larkin, ASB #0009055
Jan D. Sokol
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon  97201-5047
Telephone:     (503) 221-0699
Fax:           (503) 227-5028
Email:         tlarkin@lawssg.com
               jdsokol@lawssg.com
  Of Attorneys for Plaintiff  Travelers Casualty and
  Surety Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiff, <br><br> v. <br><br> SOUTH COAST, INCORPORATED, an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, <br><br> Defendants. | Case No. 3:06-CV-00063 TMB |

**CERTIFICATE OF SERVICE**

   I hereby certify that on April 17, 2006, I served a copy of the proposed **ORDER GRANTING PERMISSION FOR NON-RESIDENT COUNSEL TO APPEAR AND PARTICIPATE** that Travelers filed on that same day on the following parties:

   South Coast Incorporated, c/o Registered Agent
   Thomas Crandall
   Post Office Box 209
   Haines, Alaska 99827

CERTIFICATE OF SERVICE - Page 1 of 2
Case No. D:06-CV-00063 TMB

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

>Klukwan, Inc., c/o Registered Agent
>Thomas Crandall
>Post Office Box 209
>Haines, Alaska 99827
>
>Chilkats' Portage Cove Development, c/o Registered Agent
>Thomas Crandall
>Post Office Box 209
>Haines, Alaska 99827

by mailing a full, true and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the parties shown above, the last-known office address of the parties, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

DATED this 18th day of April, 2006.

>STEWART SOKOL & GRAY LLC
>
>  s/ Thomas A. Larkin
>Thomas A. Larkin, ASB #0009055
>Jan D. Sokol
>2300 SW First Avenue, Suite 200
>Portland, Oregon 97201-5047
>Telephone:   (503) 221-0699
>Fax:         (503) 227-5028
>E-mail:      tlarkin@lawssg.com
>             jdsokol@lawssg.com
>Of Attorneys for Plaintiff

W:\Work\Clients T-V\Travelers-South Coast\Repayment Agreement\JDS\Pleadings\Cert of Service.wpd

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

CERTIFICATE OF SERVICE - Page 2 of 2
Case No. D:06-CV-00063 TMB