IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation,<br><br>        Plaintiff,<br><br>  vs.<br><br>SOUTH COAST, INCORPORATED, an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>        Defendants. | Case No. 3:06-cv-63   TMB<br><br>O R D E R |

    The Court has received Plaintiff's Motion to Permit Non-Resident Counsel Jan D. Sokol to Appear and Participate. Docket 8. The Motion will not be granted by the Court until such time that counsel complies with Local Rule 83.1(d)(4)[A].

    Dated at Anchorage, Alaska, this 20th day of April 2006.

                                            /s/ Timothy Burgess
                                            Timothy M. Burgess
                                            United States District Judge