Thomas A. Larkin, ASB #0009055
Jan D. Sokol
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, Oregon  97201-5047
Telephone:    (503) 221-0699
Fax:              (503) 227-5028
Email:           tlarkin@lawssg.com
                     jdsokol@lawssg.com
  Of Attorneys for Plaintiff  Travelers Casualty and
  Surety Company of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

TRAVELERS CASUALTY AND SURETY     )
COMPANY OF AMERICA, a Connecticut )
corporation,                                          )
                                                            )
                                      Plaintiff,       )      Case No. 3:06-CV-00063 TMB
                                                            )
                        v.                                )
                                                            )
SOUTH COAST, INCORPORATED, an  )
Alaska corporation; KLUKWAN, INC., an )
Alaska Native Village corporation; and    )
CHILKATS' PORTAGE COVE              )
DEVELOPMENT COMPANY, an Alaska )
corporation,                                          )
                                                            )
                                  Defendants.        )

## DECLARATION OF JAN D. SOKOL
## IN SUPPORT OF MOTION TO PERMIT NON-RESIDENT COUNSEL
## TO APPEAR AND PARTICIPATE

    1.  Applicant is known as Jan D. Sokol.

///

///

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

2.  Applicant's residence address is as follows:  3750 NW Skyline Boulevard, Portland, Oregon 97229.   Applicant's office address, telephone number and related information are as follows:

> Jan D. Sokol
> Stewart Sokol & Gray LLC
> 2300 SW First Avenue, Suite 200
> Portland, OR 97201-5047
> Telephone: (503) 221-0699
> Facsimile: (503) 227-5028
> jdsokol@lawssg.com

3.  Applicant is admitted to practice in the following courts:

| Court: | Admission Date: |
| --- | --- |
| Oregon Supreme Court | April 24, 1978 |
| District of Columbia | August 4, 2000 |
| Washington | March 14, 2001 |
| Idaho | April 10, 2002 |
| Ninth Circuit Court of Appeals | March 15, 1979 |
| District Court of the District of Oregon | October 16, 1978 |
| Court of Federal Claims | March 7, 1981 |
| U.S. Supreme Court | April 19, 1982 |
| E.D. Washington District Court | April 10, 2002 |
| W.D. Washington District Court | April 10, 2001 |
| District Court of the District of Idaho | April 10, 2002 |
| Federal Circuit Court of Appeals | February 1, 1985 |

4.  Applicant states that he is a member in good standing and eligible to practice in all courts to which he has been admitted.

5.   Applicant is not the subject of any pending disciplinary action. In any jurisdiction or before any court to which the applicant has been admitted to practice.

6.  Applicant has not been suspended or disbarred on account of disability or other reason in any jurisdiction or court to which the applicant has been admitted to practice.

7.  Applicant certifies further that he has read and shall be governed by the Local Rules of this Court, the Rules of Professional Conduct and all other requirements governing the professional behavior of members of the Bar of this Court.

DECLARATION OF JAN D. SOKOL - Page 2 of 3
Case No. D:06-CV-00063 TMB

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

Under penalty of perjury, I hereby certify and affirm that the foregoing is true and correct to the best of my knowledge, information and belief, this 21st day of April, 2006.

s/ Jan D. Sokol
Jan D. Sokol
Stewart Sokol & Gray LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 227-5028

Attorney for Plaintiff Travelers Casualty and Surety Company of America

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April, 2006, I caused a true and correct copy of the foregoing to be mailed by first class mail, postage prepaid to the following:

South Coast Incorporated, c/o Registered Agent
Thomas Crandall
Post Office Box 209
Haines, Alaska 99827

Klukwan, Inc., c/o Registered Agent
Thomas Crandall
Post Office Box 209
Haines, Alaska 99827

Chilkats' Portage Cove Development, c/o Registered Agent
Thomas Crandall
Post Office Box 209
Haines, Alaska 99827

s/ Thomas A. Larkin
Thomas A. Larkin
Jan D. Sokol
Of Attorneys for Plaintiff

W:\Work\Clients T-V\Travelers-South Coast\Repayment Agreement\JDS\Pleadings\Declaration JDS Pro Hac Vice.wpd

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706
www.lawssg.com

DECLARATION OF JAN D. SOKOL - Page 3 of 3
Case No. D:06-CV-00063 TMB