AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For the _____ District of _____ Alaska, at Anchorage

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA, a
Connecticut corporation,

          Plaintiff,

v.

SOUTH COAST, INCORPORATED, an
Alaska corporation; KLUKWAN, INC., an
Alaska Native Village corporation; and
CHILKATS' PORTAGE COVE
DEVELOPMENT COMPANY, an Alaska
corporation,

          Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:06-cv-00063 TMB

TO: (Name and address of Defendant)

Chilkats' Portage Cove Development, c/o Registered Agent:
Thomas Crandall
PO Box 209
425 Sawmill Road
Haines, AK 99827

    **YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas A. Larkin
STEWART SOKOL & GRAY, LLC
2300 SW First Avenue, Suite 200
Portland, Oregon 97201

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Ida Romack_                        3/23/06
CLERK                                            DATE

(By) DEPUTY CLERK

✎AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4/10/06 |
| NAME OF SERVER *(PRINT)* Gregory N. Goodman | TITLE Chief of Police |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: Klukwan Inc. business offices Sawmill Rd. Haines, Ak.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Thomas Crandall

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/10/06
             Date

Signature of Server: Greg Goodman

Address of Server: Box 1209 Haines, AK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.