Cabot Christianson, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Plaintiff,

v.

SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,

Defendants.

**Case No. A06-00063 (TMB)**

SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,

Counter-Claim and Third Party Plaintiff

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY



CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

L.L.C., and JAN D. SOKOL, )
)
Counterclaimant and )
Third Party Defendants. )
______________________________________)

**DEFENDANTS' ANSWER AND COUNTERCLAIM AND THIRD PARTY COMPLAINT**

Defendants South Coast, Inc. Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants), through undersigned counsel, answer the plaintiff's complaint as follows. Numbered paragraphs in this answer correspond to the same numbered paragraphs in plaintiff's complaint.

1. Defendants lack sufficient information to form a belief as to the truth or falsity of the allegations contained in Paragraph 1, and therefore denies same.

2. Admitted.

3. Admitted.

**FIRST CLAIM FOR RELIEF**
**(Breach of Contract & Note)**

4. Defendants incorporate their responses to paragraphs 1-3 as set forth above.

5. Admitted.

6. Defendants admit that South Coast signed a promissory note in the amount of $5,388,306.48 with an interest rate of six percent (6%), and denies the remainder of Paragraph 6.

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

7. The Repayment Agreement speaks for itself. Defendants admit that the Repayment Agreement required a payment of $100,000 on October 1, 2005 and November 1, 2005, and denies the remainder of Paragraph 7.

8. Defendants admit that South Coast has not made the $100,000 payments required under the Repayment Agreement for October and November, 2005, and denies the remainder of Paragraph 8.

9. Defendants admit that Travelers has accelerated the payment of the promissory note.

10. Denied.

11. The document speaks for itself.

**SECOND CLAIM FOR RELIEF**
**(Breach of Security Agreement/Pledge Agreement)**

12. Defendants incorporate their responses to paragraphs 1-11 as set forth above.

13. Defendants admit that they executed a UCC-1 Financing Statement in favor of Plaintiff.

14. Denied.

**AFFIRMATIVE DEFENSES**

1. The complaint fails to state a claim upon which relief may be granted.

2. Plaintiff has failed to provide an accounting of its damages and has incorrectly credited payments that Defendants have made to date on the promissory note.

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

3. Defendants are entitled to offset or recoup amounts owed to Defendants in an amount equal to or in excess of any amounts owed to Plaintiff.

4. Plaintiff has failed to mitigate its damages.

5. Plaintiff has breached the covenant of good faith and fair dealing by failing to collect other assets to reduce the amounts owed by Defendants.

**THIRD PARTY COMPLAINT**

1. Counterclaimant/Third Party Plaintiff South Coast, Inc. is a duly incorporated Alaska corporation within its principal place of business in Alaska.

2. Counterclaimant/Third Party Plaintiff Klukwan, Inc. is a duly incorporated Alaska corporation within its principal place of business in Alaska.

3. Counterclaimant/Third Party Plaintiff Chilkat's Portage Cove Development Company (CPC) is a duly incorporated Alaska corporation within its principal place of business in Alaska.

4. Counterclaim defendant Travelers Casualty and Surety Company (Travelers) is a corporation organized and existing under the laws of the State of Connecticut, with its principal place of business in the State of Connecticut, but authorized and engaged to do business in the State of Alaska.

5. Third Party Defendant Stewart, Sokol & Gray, LLC is a limited liability company with its principal place of business in Portland, Oregon.

6. Jan D. Sokol is a partner in Stewart, Sokol & Gray, and a resident of Oregon.

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

7. Stewart, Sokol & Gray has represented plaintiff Travelers Casualty & Surety Co. of America (Travelers) in its representation on payment and performance bonds issued on behalf of South Coast, Inc. At all times relevant to this claim, Stewart, Sokol & Gray and Jan D. Sokol represented Travelers in its efforts to collect amounts owed under South Coast, Inc.'s general indemnity obligation, including the negotiation of the *Repayment Agreement* dated December 6, 2002.

8. On February 19, 2004, Jan D. Sokol and Stewart, Sokol & Gray, on behalf of both Klukwan and Travelers, commenced *In the Matter of the Petition of Klukwan, Inc. and Travelers Casualty and Surety Company of America*, Case No. MS04-014 (W.D. Wash) (*Petition)* in order to bring its *Petition to Require the Production of Documents Before Action*, seeking Peterson Sullivan's workpapers for audits of Klukwan's 1999-2001 financial statements in support of claims Peterson Sullivan negligently misrepresented Klukwan's financial condition. A true and accurate a copy of the petition is attached as Exhibit A.

9. Jan D. Sokol and Stewart, Sokol & Gray filed the *Petition* on behalf of both Klukwan and Travelers.

10. Klukwan and Travelers were joint clients of Jan D. Sokol and Stewart, Sokol & Gray for purposes of pursuing claims against Peterson Sullivan.

11. Klukwan authorized the action to be filed upon the express condition that proceeds from that litigation be applied to the obligation owed by Klukwan and South Coast to Travelers.

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

12. Travelers was required to pursue the negligence claims against Peterson Sullivan for their mutual benefit of itself and Klukwan to reduce the outstanding debt owed under the *Repayment Agreement*. Any recovery against Peterson & Sullivan inured to Klukwan's benefit by reducing the obligation owed to Travelers' since the damages asserted were also the losses Klukwan, South Coast and CPC owed to Travelers.

13. Incident to the dual representation of both Klukwan and Travelers, Stewart, Sokol & Gray had no authority to choose one client's interest over the other concerning the subject matter of its joint representation, or to represent one client's interest against the other client's interests on a matter relating to the joint representation.

14. On April 13, 2004, the *Petition* was denied.

15. As of the denial of the *Petition*, Stewart, Sokol & Gray knew of the existence of the cause of action against Peterson Sullivan.

16. As of the denial of the *Petition* on April 13, 2004, the statute of limitations on the negligence claims against Peterson Sullivan had not run.

17. Almost four months later, on August 4, 2004, Stewart, Sokol & Gray acting through Jan Sokol, filed suit on behalf of Travelers only, against Peterson Sullivan and others, *Travelers Casualty and Surety Company of America v. Gelbrich et al.*, Case No. 04-0165 (D. Alaska). A true and accurate copy of the complaint filed in *Travelers Casualty and Surety Company of America v. Gelbrich* , is attached as Exhibit B.

18. Travelers claimed Peterson Sullivan negligently prepared financial statements for Klukwan and South Coast, on which it relied upon, and which resulted in

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

damages of at least $8,876,788.68 in payments made on bonds it issued for South Coast's projects which bonds would not have been issued but for Peterson Sullivan's negligence.

19. On September 27, 2005, Judge Beistline granted Peterson Sullivan's motion for summary judgment, holding that the suit was filed after the two-year statute of limitations, and was therefore time-barred based upon Travelers' prior knowledge of the claims. A copy of Judge Beistline's decision on the motion for summary judgment is attached as Exhibit C.

**FIRST CLAIM FOR RELIEF**
**(Negligence - Jan D. Sokol and Stewart, Sokol & Gray)**

20. Klukwan, South Coast, and CPC were clients of Jan D. Sokol and Stewart, Sokol & Gray for purposes of bringing a claim and recovering damages against Peterson Sullivan, or at a minimum an intended beneficiary of such action.

21. Jan D. Sokol and Stewart, Sokol & Gray owed a duty to Klukwan, South Coast, and CPC to timely bring and prosecute professional negligence claims against Peterson Sullivan.

22. Jan D. Sokol, and Stewart, Sokol & Gray failed to adequately investigate the case before filing the Alaska action in August 2004.

23. Klukwan, South Coast, and CPC has been damaged by its justifiable reliance upon Jan D. Sokol and Stewart, Sokol & Gray's to timely bring suit against Peterson Sullivan, and its failure to do so.

24. As a direct and proximate cause of Jan D. Sokol and Stewart, Sokol & Gray's negligence, Klukwan, South Coast, and CPC, have been harmed in an amount of

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

$8,876,788.68, which Travelers would have recovered from Peterson Sullivan as alleged in Travelers' lawsuit.

**SECOND CLAIM FOR RELIEF**
**(Negligence - Travelers)**

25. Travelers represented and induced Klukwan, South Coast, and CPC to rely upon its prosecution of professional negligence claims against Peterson Sullivan.

26. Travelers owed a duty to Klukwan, South Coast, and CPC to timely bring and prosecute claims against Peterson Sullivan.

27. Klukwan, South Coast, and CPC has been damaged by its justifiable reliance upon Travelers' representations that it would pursue and prosecute its claims against Peterson Sullivan, any recovery from which would reduce the balance owed by Klukwan, South Coast, and CPC under the *Repayment Agreement.*

28. As a direct and proximate cause of Travelers' negligence, Klukwan and South Coast have been harmed in an amount of $8,876,788.68, which Travelers would have recovered from Peterson Sullivan as alleged in Travelers' lawsuit.

WHEREFORE, the Trustee prays for relief as follows:

1. Judgment dismissing Plaintiff's claims against Defendants.

2. Judgment against Counterclaim Defendant Travelers Casualty and Surety Company, Third Party Defendants Jan D. Sokol and Stewart, Sokol & Gray, jointly and severally, in an amount of $8,876,788.68 for its negligence in pursuing the claims against Peterson Sullivan.

2. Costs, pre-judgment interest, and attorneys fees.

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

3. Such other relief as this court deems proper.

Respectfully submitted in Anchorage, Alaska, this 1st day of May, 2006.

CHRISTIANSON & SPRAKER
Attorneys for Defendants

By: /s/ Gary Spraker
Gary Spraker

The undersigned hereby certifies that on May 1, 2006 a true and correct copy of the above document was served on:

Thomas A. Larkin, Esq.
Jan D. Sokol, Esq.

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Susan VanSchooten
Susan VanSchooten

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026