```
____ FILED    ____ ENTERED
____ LODGED   ____ RECEIVED

FEB 19 2004    DJ

        AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

04-MC-00014-PET

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In the Matter of the Petition of KLUKWAN, INC., an Alaska corporation and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Petitioners.

Case **MS 04 014**

PETITION TO REQUIRE THE PRODUCTION OF DOCUMENTS BEFORE ACTION (Fed.R.Civ.P. 27(a))
Notice on Motion Calendar - 3/19/04
Oral Argument Requested

Petitioners allege as follows:

1. Petitioner Klukwan, Inc. ("Klukwan), is an Alaska corporation, with its principal place of business in the State of Alaska. Petitioner Travelers Casualty and Surety Company of America ("Travelers") is a Connecticut corporation with its principal place of business in the State of Connecticut.

2. Peterson Sullivan P.L.L.C., is a Washington limited liability professional company with its principal place of business in the State of Washington ("Peterson Sullivan").

3. It is expected that Peterson Sullivan may be an adverse party in a court proceeding involving the documents sought by this Petition. Peterson Sullivan may be served by serving its registered agent:

PETITION TO REQUIRE THE PRODUCTION OF DOCUMENTS
BEFORE ACTION (Fed.R.Civ.P. 27(a))- 1
(Case No. _____)

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

EXHIBIT _A_ Page _1_ of _6_

1  DWTR&J Corp.
   2600 Century Square
2  1501 Fourth Avenue
   Seattle, WA 98101-1688
3

4      4. The matter in controversy exceeds the sum of $75,000, exclusive of interest
5  and costs.

6      5. Petitioners expect Peterson Sullivan to be a party to an action in a Court of
7  the United States, but they are unable to presently bring the action because they are
8  still conducting an investigation into the liability of potentially responsible parties and
9  counsel and petitioners have serious obligations under Fed.R.Civ.P. 11 to satisfy
10 themselves regarding the underlying facts.

11     6. Peterson Sullivan is a potential defendant in an action that may be brought by
12 petitioners for professional negligence, negligent misrepresentation and breach of
13 contract, among other claims. Sullivan Peterson provided accounting services to
14 Klukwan and its affiliates during 1999, 2000 and 2001.

15     7. This Court would have jurisdiction of this potential action because of complete
16 diversity of citizenship under 28 USC § 1332.

17     8. Petitioners seek the following documents:
18         a. All Peterson Sullivan work papers relating to audits of Klukwan and its
19 subsidiaries for the years ending December 31, 1999, 2000 and 2001. These
20 documents include copies of financial statement audit work papers, substantive work
21 papers, permanent files and internal control analysis and testing work papers for these
22 years.

23     These documents are relevant to the subject matter involved in the potential
24 action, relate to the potential claims to be asserted against Peterson Sullivan and the
25 requests are reasonably calculated to lead to discovery of admissible evidence.

26 ///

PETITION TO REQUIRE THE PRODUCTION OF DOCUMENTS
BEFORE ACTION (Fed.R.Civ.P. 27(a))- 2
(Case No. _____)

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

1    It is anticipated that these documents will reflect whether or not the financial
2    representations made to Travelers and Klukwan with respect to Klukwan's and its
3    subsidiaries' requests for surety credit accurately reflected the financial condition of
4    Klukwan and its subsidiaries.

5    9. Petitioners request that these documents be produced at Travelers' offices at
6    3455 S. 344th Way, Suite 200, Auburn, WA 98001.

7    10. Prior to filing this Petition, Travelers informally requested that Peterson
8    Sullivan provide it with the documents sought in this Petition. That request was
9    supported by Klukwan. Peterson Sullivan refused to produce the requested
10    documents.

11    11. The documents requested under Fed.R.Civ.P. 34 prior to action may prevent
12    a failure or delay of justice.

13    WHEREFORE, petitioners pray for relief as follows:

14    1. The issuance of an order authorizing petitioners to issue a request for
15    production of documents on Peterson Sullivan requiring Peterson Sullivan to produce
16    all Peterson Sullivan work papers relating to audits of Klukwan and its subsidiaries for
17    the years ending December 31, 1999, 2000 and 2001. This includes copies of financial
18    statement audit work papers, substantive work papers, permanent files and internal
19    control analysis and testing work papers for these years. These documents are to be
20    produced for inspection and copying by petitioners; and
21    ///
22    ///
23    ///
24    ///
25    ///
26    ///

PETITION TO REQUIRE THE PRODUCTION OF DOCUMENTS
BEFORE ACTION (Fed.R.Civ.P. 27(a))- 3
(Case No. _____)

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW

EXHIBIT A Page 3 of 6

1  2. For such other and further relief as this Court deems equitable and just.

2  DATED this 18th day of February, 2004.

STEWART SOKOL & GRAY LLC

By: _____
Jan D. Sokol, WSBA #30962
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Phone: (503) 221-0699
Fax: (503) 223-5706
E-mail: jdsokol@lawssg.com
  Of Attorneys for Petitioners

PETITION TO REQUIRE THE PRODUCTION OF DOCUMENTS
BEFORE ACTION (Fed.R.Civ.P. 27(a))- 4
(Case No. _____)

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

## VERIFICATION

Charles W. Langfitt, being first duly sworn upon oath deposes and says:

I, Charles W. Langfitt, am one of the petitioners in the above-entitled proceeding; that I was, at all times relevant hereto, the Vice President, Bond Claims of Travelers Casualty and Surety Company of America, and in such capacity have read the within and foregoing Petition, and that every statement therein contained are true and correct within my personal knowledge.

_Charles W. Langfitt_

STATE OF WASHINGTON )
County of King )

I, Sandi Roddick, a notary public, do hereby certify that on this 12 day of February 2004, personally appeared before me Charles W. Langfitt who, being by me first duly sworn, declared that the statements therein contained are true.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_Sandi J. Roddick_
Notary Public for Washington

My Commission expires: 5-1-05

[Notary Seal: SANDI J. RODDICK NOTARY PUBLIC 5-1-2005 STATE OF WASHINGTON]

PETITION TO REQUIRE THE PRODUCTION OF DOCUMENTS
BEFORE ACTION (Fed.R.Civ.P. 27(a))- 5
(Case No. _____ )

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
(503) 221-0699
FAX (503) 223-5706

EXHIBIT A, Page 5 of 6

2-18-04; 3:53AM;Klukwan Inc.                            ;1 907 766 2973          # 8/ 12

## VERIFICATION

3   Thomas L. Crandall, being first duly sworn upon oath deposes and says:

4   I, Thomas L. Crandall, am one of the petitioners in the above-entitled
5   proceeding; that I was, at all times relevant hereto, the President of Klukwan, Inc., and
6   in such capacity have read the within and foregoing Petition, and that every statement
7   therein contained are true and correct within my personal knowledge.

*/s/ Thomas L. Crandall*
Thomas L. Crandall

11 STATE OF ALASKA     )
12 ___ Judicial District  )

14   I, Delia Commander a notary public, do hereby certify that on this 17th day of
15 February 2004, personally appeared before me Thomas L. Crandall who, being by
16 me first duly sworn, declared that the statements therein contained are true.

17   IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official
18 seal the day and year in this certificate first above written.

*/s/ Delia Commander*
Notary Public for Alaska
My Commission expires: 10-25-2007

24 W:\WORK\JAN\Travelers\South Coast\Peterson Sullivan\Pleadings\Petition.wpd

PETITION TO REQUIRE THE PRODUCTION OF DOCUMENTS
BEFORE ACTION (Fed.R.Civ.P. 27(a))- 6
(Case No. _____)

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW

EXHIBIT A Page 6 of 6