Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>     Plaintiff,<br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., and Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>     Defendants. | **Case No. A06-00063 (TMB)** |

## STIPULATION TO EXTEND TIME TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendants South Coast, Inc. Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants), and plaintiff Travelers Casualty and Surety Company (Travelers), through undersigned counsel, file this stipulation to extend the time for Defendants to file their opposition to Travelers' *Motion for Summary Judgment.*

Page 1 STIPULATION FOR EXTENSION OF TIME
    H:\2501\Travelers v SCoast\Stipulation - MSJ Extension of Time.wpd

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Defendants' opposition to the motion is currently due on May 3, 2006. The parties agree and stipulate that Defendants shall have up to and including **Monday, May 15, 2006,** to file their opposition to the *Motion for Summary Judgment.*

Respectfully submitted in Anchorage, Alaska, this 2nd day of May, 2006.

CHRISTIANSON & SPRAKER
Attorneys for Defendants

By:   /s/ Gary Spraker
    Gary Spraker

STEWART, SOKOL & GRAY
Attorneys for Plaintiff

By:   /s/ Thomas A. Larkin
    Thomas A. Larkin

The undersigned hereby certifies that on May 2nd 2006, a true and correct copy of the above document was served on:

Thomas A. Larkin, Esq.

Jan D. Sokol, Esq.
2300 SW 1st Avenue, Suite 200
Portland, OR 97201-5047

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By:   /s/ Susan VanSchooten
    Susan VanSchooten

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026