Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., and Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**Case No. A06-00063 (TMB)**

**Proposed ORDER GRANTING STIPULATION TO EXTEND TIME TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This matter having come before the Court on the *Stipulation to Extend Time to Oppose Plaintiff's Motion for Summary Judgment* signed by Defendants South Coast, Inc. Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants),

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #302 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

and plaintiff Travelers Casualty and Surety Company (Travelers), and good cause appearing,

IT IS HEREBY ORDERED that Defendants shall have up to and including **Monday, May 15, 2006,** to file their opposition to Plaintiff's *Motion for Summary Judgment.*

DATED this _____ day of May, 2006.

By:_____
Timothy M. Burgess
U. S. District Court Judge

The undersigned hereby certifies that on May 2nd 2006, a true and correct copy of the above document was served on:

Thomas A. Larkin, Esq.

Jan D. Sokol, Esq.
2300 SW 1st Avenue, Suite 200
Portland, OR 97201-5047

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By:  /s/ Susan VanSchooten
Susan VanSchooten