Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | )<br>) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, | )<br>)<br>)<br>)<br>)<br>) |
| Counter-Claim and Third Party Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., an Oregon limited liability company, | )<br>)<br>)<br>) |

**Case No. A06-00063 (TMB)**

PAGE 1   JURY DEMAND
H:\2501\TRAVELERS V SCOAST\JURY DEMAND.WPD

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

and JAN D. SOKOL, an individual,           )
                                           )
        Counterclaimant and         )
        Third Party Defendants.     )
                                           )

## DEFENDANTS' JURY DEMAND

Defendants, Counterclaimants, and Third Party Plaintiffs South Coast, Inc. Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants), through undersigned counsel, pursuant to Fed.R.Civ.P. 38(b), demand a trial by jury of all issues so triable.

Respectfully submitted in Anchorage, Alaska, this 9st day of May, 2006.

        CHRISTIANSON & SPRAKER
        Attorneys for Defendants

        By: /s/ Gary Spraker
            Gary Spraker
            CHRISTIANSON & SPRAKER
            911 West 8th Avenue, Suite 201
            Anchorage, AK 99501
            Phone: (907) 258-6016
            Fax: (907) 258-2026
            E-mail: gary@cslawyers.net
            Alaska Bar No. 9107066

The undersigned hereby certifies that on May 9, 2006 a true and correct copy of the above document was served on:

- Thomas A. Larkin, Esq.
- Jan D. Sokol, Esq.
  2300 SW First Avenue, Suite 200
  Portland, Oregon 97201-5047

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By:  /s/ Susan VanSchooten
        Susan VanSchooten

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026