James T. Hopkins, WSBA# 11856
Robert L. Olson, WSBA# 5496
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 5th Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Fax:   206-448-8514
jth@soslaw.com

Thomas A. Larkin, ASBA# 9055
Jan D. Sokol, WSBA# 30962
Stewart Sokol & Gray
2300 SW 1st Ave., Suite 200
Portland, OR 97201
tlarkin@lawssg.com

Counsel for Travelers Casualty and
Surety Company of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>SOUTH COAST, INCORPORATED, an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                    Defendants. | Case No. 3:06-CV-00063 TMB |

**MOTION FOR WITHDRAWAL AND SUBSTITUTION
OF COUNSEL FOR PLAINTIFF TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA**

Plaintiff, Travelers Casualty and Surety Company of America ("Travelers") moves

the court pursuant to D.Ak. LR11.1 for leave to allow withdrawal and substitution of counsel

as follows:

MOTION FOR WITHDRAWAL AND                    -1-
SUBSTITUTION OF COUNSEL FOR
TRAVELERS CASUALTY AND SURETY

1. <u>Relief Requested</u>: Travelers requests leave to allow the withdrawal of the firm of Stewart Sokol & Gray, LLC, Mr. Jan D. Sokol, Esq. and Mr. Thomas A. Larkin, Esq. as counsel for plaintiff, and to allow the substitution of the law firm of Schiffrin Olson Schlemlein & Hopkins, PLLC, Mr. James T. Hopkins, Mr. Robert L. Olson, and Garth A. Schlemlein as counsel for the plaintiff herein.

2. <u>Factual Basis</u>. Plaintiff Travelers requests permission for withdrawal and substitution of its legal counsel as set forth herein. Accompanying this motion is the written consent of the client evidenced by the Declaration of Mr. Charles W. Langfitt, its Vice President for Claims.

3. <u>Authority Relied Upon</u>. D. Ak. LR 11.1

4. <u>Related Motion</u>. Contemporaneous with this motion plaintiffs have also filed a motion to permit non-resident counsel, James T. Hopkins and Robert L. Olson, to appear and participate on its behalf in this matter.

5. <u>Order</u>.

A proposed of order is filed herewith.

Respectfully submitted this 12 day of May, 2006.

<u>S/ Garth A. Schlemlein</u>
Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, WSBA #11856
Robert L. Olson, WSBA# 5496
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: gas@soslaw.com
Attorneys for plaintiff Travelers Casualty and Surety Co. of America

MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR    -2-
TRAVELERS CASUALTY AND SURETY

*S/Thomas A. Larkin*
Thomas A. Larkin, ASBA# 9055
Jan D. Sokol, WSBA# 30962
Stewart Sokol & Gray
2300 SW 1st Ave., Suite 200
Portland, OR 97201
Telephone: (503) 221-0699/(503) 223-5706
Email: tlarkin@lawssg.com
Attorneys for plaintiff Travelers Casualty and
Surety Co. of America

MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR TRAVELERS CASUALTY AND SURETY                -3-

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 12th day of May, 2006, a true and correct copy of the foregoing was sent via U.S. Mail and electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Gary Spraker**
**Christianson & Spraker**
**911 W. 8th Avenue #201**
**Anchorage, AK  99501**
gary@cslawyers.net

MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR                    -4-
TRAVELERS CASUALTY AND SURETY

James T. Hopkins, WSBA# 11856
Robert L. Olson, WSBA# 5496
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 5th Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Fax:    206-448-8514
jth@soslaw.com

Counsel for Travelers Casualty and
Surety Company of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>      Plaintiff,<br><br>v.<br><br>SOUTH COAST, INCORPORATED, an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>      Defendants. | Case No. 3:06-CV-00063 TMB |

**ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**

This matter came before the court on the motion of the plaintiff Travelers Casualty and Surety Company of America for an order authorizing the withdrawal and substitution of counsel for plaintiff. The court considered plaintiff's motion and supporting declaration of Charles W. Langfitt, as well as any opposition thereto.

ORDER GRANTING MOTION FOR
WITHDRAWAL AND SUBSTITUTION
OF COUNSEL FOR PLAINTIFF

-1-

-2-

Now, therefore it is hereby:  ORDERED:

1. Plaintiff's motion is GRANTED;

2. The court grants leave for withdrawal of the law firm of Stewart Sokol and Gray, LLC, Mr. Jan D. Sokol, and Mr. Thomas A. Larkin as counsel of record for the plaintiff Travelers Casualty and Surety Company of America herein;

3. The law firm of Schiffin Olson Schlemlein & Hopkins, Mr. James T. Hopkins, Robert L. Olson, and Garth A. Schlemlein are substituted as counsel of record for the plaintiff Travelers Casualty and Surety Company of America.

ENTERED this _____ day of _____, 2006.

_____
THE HONORABLE TIMOTHY M. BURGESS

Presented by:

S/ Garth A. Schlemlein
Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, WSBA #11856
Robert L. Olson, WSBA# 5496
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA  98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: gas@soslaw.com
Attorneys for plaintiff Travelers Casualty and Surety Co. of America

ORDER GRANTING MOTION FOR
WITHDRAWAL AND SUBSTITUTION
OF COUNSEL FOR PLAINTIFF

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 12th day of May, 2006, a true and correct copy of the foregoing was sent via U.S. Mail and electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Gary Spraker**
**Christianson & Spraker**
**911 W. 8th Avenue #201**
**Anchorage, AK  99501**
**gary@cslawyers.net**

ORDER GRANTING MOTION FOR                    -3-
WITHDRAWAL AND SUBSTITUTION
OF COUNSEL FOR PLAINTIFF