James T. Hopkins, WSBA# 11856
Robert L. Olson, WSBA# 5496
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 5th Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Fax:   206-448-8514
jth@soslaw.com

Counsel for Travelers Casualty and
Surety Company of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SOUTH COAST, INCORPORATED, an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>　　　　　　Defendants. | Case No. 3:06-CV-00063 TMB |

### DECLARATION OF CHARLES W. LANGFITT

I, Charles W. Langfitt, make the following declaration in accordance with 28 USC §1746. I am aware that this declaration will be used in the United States District Court in the District of Alaska, at Anchorage, and that this declaration is the legal equivalent of a statement under oath.

DECLARATION OF CHARLES T. LANGFITT　　　　　-1-

1. I am Vice-President of Claims for Travelers Casualty and Surety Company of America. By execution of this declaration, I consent to the withdrawal of the law firm Stewart, Sokol & Gray, LLC, Mr. Jan D. Sokol, and Mr. Thomas A. Larkin, as counsel of record for Travelers Casualty & Surety Company of America and the substitution of the law firm of Schiffrin Olson Schlemlein & Hopkins, PLLC, Mr. James T. Hopkins, Robert L. Olson, and Mr. Garth A. Schlemlein, as counsel for plaintiff Travelers Casualty & Surety Company of America in this action.

I have read the foregoing declaration and I certify under penalty of perjury that it is true and correct.

EXECUTED at _Federal Way_, Washington this _11_ day of May, 2006.

_____
Charles W. Langfitt

DECLARATION OF CHARLES T. LANGFITT    -2-

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 12th day of May, 2006, a true and correct copy of the foregoing was sent via U.S. Mail and electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Gary Spraker**
**Christianson & Spraker**
**911 W. 8th Avenue #201**
**Anchorage, AK  99501**
**gary@cslawyers.net**

DECLARATION OF CHARLES T. LANGFITT                -3-