James T. Hopkins, WSBA# 11856
Robert L. Olson, WSBA# 5496
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 5th Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Fax:    206-448-8514
jth@soslaw.com

Counsel for Travelers Casualty and
Surety Company of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

TRAVELERS CASUALTY AND
SURETY COMPANY OF
AMERICA, a Connecticut
corporation,

               Plaintiff,

v.

SOUTH COAST,
INCORPORATED, an Alaska
corporation; KLUKWAN, INC., an
Alaska Native Village corporation;
and CHILKATS' PORTAGE COVE
DEVELOPMENT COMPANY, an
Alaska corporation,

               Defendants.

Case No. 3:06-CV-00063 TMB

## PLAINTIFF'S MOTION TO PERMIT NON-RESIDENT COUNSEL TO APPEAR AND PARTICIPATE

Plaintiff, Travelers Casualty and Surety Company of America ("Travelers"), moves the court for an order authorizing non-resident counsel, Mr. James T. Hopkins and Mr. Robert L. Olson, in association with Mr. Garth A. Schlemlein, to appear and participate in this matter as counsel for plaintiff as follows:

Plaintiff's Motion to Permit -1

1. **Relief Requested:** Plaintiff requests an order authorizing Mr. James T. Hopkins and Mr. Robert L. Olson to appear and participate as counsel for plaintiff Travelers.

2. **Evidence Relied Upon:** The Declarations of James T. Hopkins and Robert L. Olson and all attachments thereto, filed contemporaneously with this motion.

3. **Legal Authority:** D.AK. LR 83.1 (d).

Mr. Hopkins and Mr. Olson will be associated with an active member of the bar of this court, Mr. Garth A. Schlemlein, Esq., ASB No. 8602011. Mr. Schlemlein's address is Schiffrin Olson Schlemlein & Hopkins, PLLC, 1601 5th Avenue, Suite 2500, Seattle, Washington 98101.

Respectfully submitted this __12__ day of __May__, 2006.

*S/ Garth A. Schlemlein*
Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, WSBA #11856
Robert L. Olson, WSBA# 5496
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: gas@soslaw.com
Attorneys for plaintiff Travelers Casualty and Surety Co. of America

Plaintiff's Motion to Permit -2

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 12th day of May, 2006, a true and correct copy of the foregoing was sent via U.S. Mail and electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Gary Spraker**
**Christianson & Spraker**
**911 W. 8th Avenue #201**
**Anchorage, AK  99501**
**gary@cslawyers.net**

Plaintiff's Motion to Permit -3

James T. Hopkins, WSBA# 11856
Robert L. Olson, WSBA# 5496
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 5th Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Fax: 206-448-8514
jth@soslaw.com

Counsel for Travelers Casualty and
Surety Company of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

TRAVELERS CASUALTY AND
SURETY COMPANY OF
AMERICA, a Connecticut
corporation,

          Plaintiff,

v.

SOUTH COAST,
INCORPORATED, an Alaska
corporation; KLUKWAN, INC., an
Alaska Native Village corporation;
and CHILKATS' PORTAGE COVE
DEVELOPMENT COMPANY, an
Alaska corporation,

          Defendants.

Case No. 3:06-CV-00063 TMB

### ORDER GRANTING MOTION FOR NON-RESIDENT COUNSEL TO APPEAR AND PARTICIPATE AS COUNSEL FOR TRAVELERS CASUALTY & SURETY OF AMERICA

This matter came before the court on the motion of the plaintiff, Travelers Casualty & Surety Company of America, for an order authorizing non-resident counsel, James T. Hopkins and Robert L. Olson, to appear and participate for plaintiff herein. The court considered such motion, and the supporting declarations of James T. Hopkins and Robert L. Olson, as well as any opposition to this motion, and being fully advised in the premises:

ORDER GRANTING MOTION FOR PRO
HAC VICE AS COUNSEL

-1-

1 | Now, therefore, it is hereby: ORDERED

2 |     1.    Plaintiff's motion is GRANTED and James T. Hopkins and Robert L. Olson, in association with Garth A. Schlemlein, may appear and participate as attorneys for plaintiff Travelers Casualty and Surety Company of America in this case.

ENTERED this _____ day of _____, 2006.

_____
THE HONORABLE TIMOTHY M. BURGESS

Presented by:

*S/ Garth A. Schlemlein*
Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, WSBA #11856
Robert L. Olson, WSBA# 5496
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: gas@soslaw.com
Attorneys for plaintiff Travelers Casualty and Surety Co. of America

ORDER GRANTING MOTION FOR PRO HAC VICE AS COUNSEL    -2-

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 12th day of May, 2006, a true and correct copy of the foregoing was sent via U.S. Mail and electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Gary Spraker**
**Christianson & Spraker**
**911 W. 8th Avenue #201**
**Anchorage, AK  99501**
gary@cslawyers.net

ORDER GRANTING MOTION FOR PRO HAC VICE AS COUNSEL    -3-