James T. Hopkins, WSBA# 11856
Robert L. Olson, WSBA# 5496
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 5th Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Fax:   206-448-8514
jth@soslaw.com


Counsel for Travelers Casualty and
Surety Company of America




IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE


TRAVELERS CASUALTY AND
SURETY COMPANY OF
AMERICA, a Connecticut
corporation,

     Plaintiff,

v.

SOUTH COAST,
INCORPORATED, an Alaska
corporation; KLUKWAN, INC., an
Alaska Native Village corporation;
and CHILKATS' PORTAGE COVE
DEVELOPMENT COMPANY, an
Alaska corporation,

     Defendants.

Case No. 3:06-CV-00063 TMB


DECLARATION OF JAMES T. HOPKINS

I, James T. Hopkins, make the following declaration in accordance with 28 USC § 1746. I am aware that this declaration will be used in the United State District

1

Declaration of James T. Hopkins
3:06cv00063 TMB

Court for the District of Alaska, at Anchorage, and that this declaration is the legal equivalent of a statement under oath.

1. I am an attorney in good standing admitted to practice in the States of Washington and California. I submit this declaration in support of the Motion to Permit Non-Resident Counsel to Appear and Participate in this matter as counsel for Travelers Casualty & Surety Company of America. Consistent with the requirements of D. Ak. LR 83.1(4), I submit the following:

i). <u>All Names by Which the Applicant is Known</u>:  James T. Hopkins

ii) <u>The Applicant's Office and Residence Addresses</u>:

 Office:  Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
      1601 5th Avenue, Suite 2500
      Seattle, Washington 98101

 Residence: 20 Decatur Island
      Anacortes, Washington 98221

iii) <u>Name and Address of Each Jurisdiction or Court to which Applicant Has Been Admitted to Practice and the Year of Admission to Each</u>:

 1981 Washington State Bar Association
    2101 Fourth Ave., Suite 400
    Seattle, WA 98121

 1981 United States District Court, Western District of Washington
    700 Stewart St.
    Seattle, WA 98101

 1992 State Bar of California
    180 Howard Street
    San Francisco, CA 94105

 2002 United States District Court, Eastern District of Washington
    920 West Riverside Ave.
    Spokane, WA 99201

2

Declaration of James T. Hopkins
3:06cv00063 TMB

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

        2005    United States Court of Federal Claims
                    717 Madison Place NW
                    Suite 708
                    Washington DC, 20005

iv)    The undersigned applicant certifies that he is not the subject of any pending disciplinary action in any jurisdiction or before any court to which the applicant has been admitted to practice.

v)    The undersigned certifies that he has not been, nor is now, suspended, disbarred, or subject to any similar action, on account of disability or any other reason in any jurisdiction or court to which the applicant has been admitted to practice.

vi)    I hereby certify that I have read the local rules of this court.

vii)    Attached hereto is a Certificate of Good Standing from the State of Washington to which I have been admitted to practice.

2.    I have read the foregoing declaration and I certify under penalty of perjury that it is true and correct.

Executed at Seattle, Washington 11th day of May, 2006.

_____
James T. Hopkins

Declaration of James T. Hopkins
3:06cv00063 TMB

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 12th day of May, 2006, a true and correct copy of the foregoing was sent via U.S. Mail and electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Gary Spraker**
**Christianson & Spraker**
**911 W. 8th Avenue #201**
**Anchorage, AK  99501**
**gary@cslawyers.net**

4

Declaration of James T. Hopkins
3:06cv00063 TMB

# STATUS CERTIFICATE

This certifies that

# JAMES TALBOT HOPKINS

was admitted to the Bar of the State of Washington on October 27, 1981, has been an active member since admission, and has complied with all requirements of the Washington State Bar Association for payment of licensing fees and attendance at continuing legal education programs.

Dated as of May 11, 2006.

_M Janice Michels_
M. Janice Michels
Executive Director

Washington State Bar Association
2101 Fourth Avenue, Suite 400
Seattle, WA 98121-2330
206-443-WSBA