James T. Hopkins, WSBA #
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 5th Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Fax:   206-448-8514
jth@soslaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                Plaintiff,<br><br>v.<br><br>SOUTH COAST, INCORPORATED, an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                Defendants. | Case No. 3:06-CV-00063 TMB |

DECLARATION OF ROBERT L. OLSON

I, Robert L. Olson, make the following declaration in accordance

with 28 USC § 1746.  I am aware that this declaration will be used in the

1

Declaration of Robert L.Olson
3:06cv00063 TMB

United State District Court for the District of Alaska, at Anchorage, and that this declaration is the legal equivalent of a statement under oath.

1. I am an attorney in good standing admitted to practice in the States of Washington and California. I submit this declaration in support of the Motion to Permit Non-Resident Counsel to Appear and Participate in this matter as counsel for Travelers Casualty & Surety Company of America. Consistent with the requirements of D. Ak. LR 83.1(4), I submit the following:

    i). <u>All Names by Which the Applicant is Known</u>:

    Robert L. Olson

    ii) <u>The Applicant's Office and Residence Addresses</u>:

    Office:    Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
                1601 5th Avenue, Suite 2500
                Seattle, Washington 98101

    Residence:    7817 S.E. 73rd Place
                    Mercer Island, Washington 98040

    iii) <u>Name and Address of Each Jurisdiction or Court to which Applicant Has Been Admitted to Practice and the Year of Admission to Each</u>:

    1970    Illinois State Bar
              20 S. Clark St., Suite 900
              Chicago, IL 60603

    1971    State Bar of Michigan
              306 Townsend St.
              Lansing, MI 48933

    1974    Washington State Bar Association
              2101 Fourth Ave., Suite 400
              Seattle, WA 98121

2

Declaration of Robert L. Olson
3:06cv00063 TMB

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

1980   United States District Court,
       Western District of Washington
       700 Stewart St.
       Seattle, WA 98101

1981   United States District Court,
       Eastern District of Washington
       920 West Riverside Ave.
       Spokane, WA 99201

1983   9th Circuit Court of Appeals
       U.S. Courthouse
       95 7th St.
       San Francisco, CA 94103-1526

1991   Federal Circuit Court of Appeals
       717 Madison Pl. N.W.
       Washington, D.C. 20439

iv)   The undersigned applicant certifies that he is not the subject of any pending disciplinary action in any jurisdiction or before any court to which the applicant has been admitted to practice.

v)   The undersigned certifies that he has not been, nor is now, suspended, disbarred, or subject to any similar action, on account of disability or any other reason in any jurisdiction or court to which the applicant has been admitted to practice.

vi)   I hereby certify that I have read the local rules of this court.

vii)   Attached hereto is a Certificate of Good Standing from the State of Washington to which I have been admitted to practice.

2.   I have read the foregoing declaration and I certify under penalty of perjury that it is true and correct.

Declaration of Robert L. Olson
3:06cv00063 TMB

3

Executed at Seattle, Washington 12 day of May, 2006.

_____
ROBERT OLSON

Declaration of Robert L. Olson
3:06cv00063 TMB

4

# STATUS CERTIFICATE

This certifies that

# ROBERT L. OLSON

was admitted to the Bar of the State of Washington on August 19, 1974, has been an active member since admission, and has complied with all requirements of the Washington State Bar Association for payment of licensing fees and attendance at continuing legal education programs.

Dated as of May 11, 2006.

*M. Janice Michels*
M. Janice Michels
Executive Director

Washington State Bar Association
2101 Fourth Avenue, Suite 400
Seattle, WA 98121-2330
206-443-WSBA