Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                Plaintiff,<br><br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                Defendants. | **Case No. A06-00063 (TMB)** |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                Counter-Claim and<br>                Third Party Plaintiff<br><br>v. | |

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., an Oregon L.L.C., and JAN D. SOKOL, individually, | ) ) ) ) ) ) |
| Counterclaim and Third Party Defendants. | ) ) ) ) |

**STIPULATION TO EXTEND TIME TO OPPOSE
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants), and plaintiff Travelers Casualty and Surety Company of America (Travelers), through undersigned counsel, file this stipulation to extend the time for Defendants to file their opposition to Travelers' *Motion for Summary Judgment,* and for Travelers to file its reply.[1]  Defendants' opposition to the motion is currently due on May 16, 2006, under a prior stipulation with Travelers' former counsel. The parties agree and stipulate that: (1) Defendants shall have up to and including **Friday, May 26, 2006,** to file their opposition to the *Motion for Summary Judgment*, and (2) Travelers shall have up to and including **Wednesday, June 14, 2006** to file any reply to Defendants opposition.

---

[1]  Plaintiff filed its *Joint Motion to Withdraw as Attorney and Substitution of Counsel* on May 12, 2006, to permit Stewart, Sokol & Gray to withdraw as counsel for Travelers and Schiffrin Olson Schlemlein & Hopkins, PLLC to represent it.  Although the motion has not yet been granted, this stipulation is executed by Schiffrin Olson Schlemlein & Hopkins in anticipation of the order granting that motion.

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Respectfully submitted in Anchorage, Alaska, this 16th day of May, 2006.

By: /s/ Gary Spraker
Gary Spraker
CHRISTIANSON & SPRAKER
911 West 8th Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 258-6016
Fax: (907) 258-2026
Email: gary@cslawyers.net
Alaska Bar No. 9107066
Attaorneys for Defendants

By: /s/ Garth A. Schlemlein
Garth A. Schlemlein
James T. Hopkins - *Pro Hac Vice* pending
SCHIFFRIN OLSON SCHLEMLEIN
   & HOPKINS, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Phone: (206) 448-8100
Fax: (206) 448-8514
Email: gas@soslaw.com
Attorneys for Plaintiff

The undersigned hereby certifies that on May 16th   2006, a true and correct copy of the above document was served on:

Garth A. Schlemlein
James T. Hopkins
Schiffrin Olson Schlemlein
& Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101

Thomas A. Larkin, Esq.
Jan D. Sokol, Esq.
2300 SW 1st Avenue, Suite 200
Portland, OR 97201-5047

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 3   SECOND STIPULATION FOR EXTENSION OF TIME
H:\2501\Travelers v SCoast\Stipulation - MSJ Ext -Second.wpd

Stewart Sokol et al.
2300 SW 1st Avenue, Suite 200
Portland, OR 97201-5047

Jan D. Sokol
Stewart Sokol et al.
2300 SW 1st Avenue, Suite 200
Portland, OR 97201-5047

James D. Gilmore, Esq. (Courtesy Copy)
Gilmore & Doherty, P.C.
1029 W. 3rd Ave., Suite 500
Anchorage, AK 99501

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By:   /s/ Susan VanSchooten
       Susan VanSchooten