Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Plaintiff,

v.

SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., and Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,

Defendants.

**Case No. A06-00063 (TMB)**

**Proposed ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

This matter having come before the Court on the *Stipulation to Extend Time to Oppose Plaintiff's Motion for Summary Judgment* signed by Defendants South Coast, Inc. Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants),



CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #302 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

and plaintiff Travelers Casualty and Surety Company of America (Travelers), and good cause appearing,

IT IS HEREBY ORDERED that Defendants shall have up to and including **Friday, May 26, 2006,** to file their opposition to the *Motion for Summary Judgment*, and Travelers shall have up to and including **Wednesday, June 14, 2006** to file any reply to Defendants' opposition.

DATED this _____ day of May, 2006.

By:_________________________
Timothy M. Burgess
U. S. District Court Judge

The undersigned hereby certifies that on May 16, 2006, a true and correct copy of the above document was served on:

Garth A. Schlemlein
James T. Hopkins
Schiffrin Olson Schlemlein
& Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101

Thomas A. Larkin, Esq.
Jan D. Sokol, Esq.
Stewart Sokol & Gray
2300 SW 1st Avenue, Suite 200
Portland, OR 97201-5047

Stewart Sokol et al.
2300 SW 1st Avenue, Suite 200
Portland, OR 97201-5047

Jan D. Sokol



CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #302 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Stewart Sokol et al.
2300 SW 1st Avenue, Suite 200
Portland, OR 97201-5047

James D. Gilmore, Esq. (Courtesy Copy)
Gilmore & Doherty, P.C.
1029 W. 3rd Ave., Suite 500
Anchorage, AK 99501

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Susan VanSchooten
Susan VanSchooten

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #302 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026