Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, Pro *Hac Vice* Pending
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Telefax: 206-448-8514
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

TRAVELERS CASUALTY AND SURETY company of America, A Connecticut corporation,

    Plaintiff,

v.

SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,

    Defendants.

---

SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,

Counterclaim and Third Party Plaintiff,

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,

Counterclaim and Third Party Defendants.

Case No. 3:06-CV-00063 TMB

Stipulation Extension -3:06-CV-00063    -1-

## STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' COUNTERCLAIM

Plaintiff Travelers Casualty and Surety Company of America ("Travelers") and defendants South Coast, Inc., Klukwan, Inc., and Chilkats' Portage Cove Development Company ("Defendants"), through their undersigned counsel, file this stipulation to extend the time for plaintiff to file its response to Defendants' counterclaim.[1] The parties agree and stipulate that the plaintiff shall have up to, and including, Monday, June 19, 2006 to file its response to defendants' counterclaim. A proposed order accompanies this stipulation.

Respectfully submitted in Anchorage, Alaska, this 19th day of May, 2006.

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
Attorneys for Plaintiff

*/S/Garth A. Schlemlein*
Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, *Pro Hac Vice* pending
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: gas@soslaw.com

CHRISTIANSON & SPRAKER
Attorneys for Defendants

*/S/ Gary Spraker (Consent)*
Gary Spraker
Christianson & Spraker
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016/Fax (907) 258-2026
Email: gary@cslawyers.net

---

[1] Plaintiff filed its *Joint Motion to Withdraw as Attorney and Substitution of Counsel* on May 12, 2006 to permit Stewart Sokol & Gray L.L.C. to withdraw as counsel for Travelers and Schiffrin Olson Schlemlein & Hopkins, P.L.L.C. to appear and represent it. Although this motion has not yet been granted, this stipulation is executed by Schiffrin Olson Schlemlein & Hopkins in anticipation of the order granting that motion.

The undersigned hereby certifies that on May 19, 2006, a true and correct copy of the above document was served on:

Thomas A. Larkin, Esq.
Jan D. Sokol, Esq.
2300 SW 1st Avenue, Suite 200
Portland, OR  97201-5047

Stewart Sokol et al.
2300 SW 1st Avenue, Suite 200
Portland, OR  97201-5047

Jan D. Sokol
Stewart Sokol et al.
2300 SW 1st Avenue, Suite 200
Portland, OR  97201-5047

James D. Gilmore, Esq. (Courtesy Copy)
Gilmore & Doherty, P.C.
1029 W. 3rd Ave., Suite 500
Anchorage, AK  99501

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: _____