Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, Pro *Hac Vice* Pending
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Telefax: 206-448-8514
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY company of America, A Connecticut corporation,<br><br>Plaintiff,<br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>Defendants.<br><hr>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>Counterclaim and Third Party Plaintiff,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,<br><br>Counterclaim and Third Party Defendants. | Case No. 3:06-CV-00063 TMB |

Order Time Extension -3:06-CV-00063           -1-

**Proposed ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' COUNTERCLAIM**

This matter came before the court on the *Stipulation to Extend Time for Plaintiff's Response to Defendants' Counterclaim* signed by Plaintiff Travelers Casualty & Surety Company of America and defendants South Coast, Inc., Klukwan, Inc., and Chilkats' Portage Cove Development Company ("Defendants"), and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff shall have up to, and including, Monday, June 19, 2006 to file its response to Defendants' counterclaim.

Dated this _____ day of May, 2006.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

The undersigned hereby certifies that on May 19, 2006, a true and correct copy of the above document was served on:

Thomas A. Larkin, Esq.
Jan D. Sokol, Esq.
2300 SW 1st Avenue, Suite 200
Portland, OR 97201-5047

Stewart Sokol et al.
2300 SW 1st Avenue, Suite 200
Portland, OR 97201-5047

Jan D. Sokol, Esq.
Stewart Sokol et al.
2300 SW 1st Avenue, Suite 200
Portland, OR 97201-5047

Order Time Extension -3:06-CV-00063                -2-

Gary Spraker, Esq.
Chirstianson & Spraker
911 West 8th Avenue, Suite 201
Anchorage, AK 99501

James D. Gilmore, Esq. (Courtesy Copy)
Gilmore & Doherty, P.C.
1029 W. 3rd Ave., Suite 500
Anchorage, AK 99501

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: _____

Order Time Extension -3:06-CV-00063         -3-