AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ALASKA_____

PLAINTIFF
  TRAVELERS CASUALTY AND SURETY
  COMPANY OF AMERICA, a Connecticut corp.

V. DEFENDANT AND THIRD PARTY PLAINTIFF

  SOUTH COAST, INC., an Alaska corporation,
  KLUKWAN, INC., an Alaska Native Village
  corporation, and CHILKATS' PORTAGE COVE
  DEVELOPMENT COMPANY, an Alaska
  corportation

V. THIRD PARTY DEFENDANT
  STEWART, SOKOL & GRAY L.L.C., and JAN D.
  SOKOL

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: A06-00063 (TMB)

To: Name and address of Third Party Defendant
  JAN D. SOKOL, Individually
  2300 SW First Avenue, Suite 200
  Portland, Oregon 97201-5047

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____/s/_____

DATE May 11, 2006

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE May 12, 2006 |
| NAME OF SERVER<br>Susan VanSchooten | TITLE<br>Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
  Certified Mail to 2300 SW First Avenue, Suite 200, Portland, Oregon 97201-5047

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 12, 2006    Susan Van Schooten
            *Date*            *Signature of Server*

911 W 8Th Ave, #201, Anchorage, AK 99501
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.