Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, </br></br> Plaintiff, </br></br> v. </br></br> SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., and Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, </br></br> Defendants. | **Case No. A06-00063 (TMB)** |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., and Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, </br></br> Counter-Claim and </br> Third Party Plaintiff, </br></br> v. | |

PAGE 1    CROSS-MOTION FOR SUMMARY JUDGMENT - 3:06-CV-00063
H:\2501\TRAVELERS V SCOAST\SUMMARY JUDGMENT - CROSS MOTION .WPD

|  |  |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., THOMAS A LARKIN and JAN D. SOKOL, | ) ) ) ) ) ) |
| Counterclaimant and Third Party Defendants. | ) ) ) ) |

### DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIMS AND THIRD PARTY CLAIMS

Defendants Klukwan, Inc., South Coast, Inc., and Chilkat's Portage Cove Development Company (collectively, Defendants) move pursuant to Fed.R.Civ.P. 56(a) for summary judgment against Travelers Casualty and Surety Company's (Travelers), Stewart Sokol & Gray and Jan Sokol on the affirmative defense of failure to mitigate damages, and counterclaim and third-party claims that Travelers, Stewart Sokol & Gray and Jan Sokol breached their duty to file and maintain the professional negligence claims against Peterson Sullivan causing damages to Defendants in an amount equal to the losses sustained by Travelers for the payment and performance of certain construction contracts for which Travelers issued surety bonds. The basis for the cross-motion, and the supporting evidence is contained in Defendants' *Defendants' Motion for Denial of Summary Judgment as Premature under Rule 56(f) , Opposition to Motion for Summary Judgment and Cross Motion for Summary Judgment on Counterclaims and Third Party Claims*, and incorporated herein by reference.

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Respectfully submitted in Anchorage, Alaska, this 26th day of May, 2006.

By: /s/ Gary Spraker
Gary Spraker
CHRISTIANSON & SPRAKER
911 West 8th Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 258-6016
Fax: (907) 258-2026
Email: gary@cslawyers.net
Alaska Bar No. 9107066
Attorneys for Defendants

The undersigned hereby certifies that on May 26, 2006 a true and correct copy of the above document was served on:

- Thomas A. Larkin, Esq.
- Garth A. Schlemlein, Esq.
- Jan D. Sokol, Esq.
  2300 SW First Avenue, Suite 200
 Portland, Oregon 97201-5047

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Susan VanSchooten
Susan VanSchooten

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

PAGE 3   CROSS-MOTION FOR SUMMARY JUDGMENT - 3:06-CV-00063
H:\2501\TRAVELERS V SCOAST\SUMMARY JUDGMENT - CROSS MOTION .WPD