**Cabot Christianson**

---

**From:** "Tom Crandall" <tomc@klukwan.com>
**To:** "'Eckardt,Marc A.'" <MECKARDT@stpaultravelers.com>
**Cc:** <cabot@cbslawyers.com>; <karent@klukwan.com>
**Sent:** Thursday, March 17, 2005 2:37 PM
**Subject:** RE: Items needed

Marc,

On the net paid to date, I need the detail that your accountant has given us in the past. That way I can determine which vendors have been paid and which one haven't and adjust SCI's a/p accordingly.

I show the Chinle proceeds at $1,421,828.99. How did you get from there to $1,330,388.60? If this is the attorney fees to Machatanz and Blasco, are the fees also included in the net paid to date?

Did you send the confirmation to KPMG?

Did you send me the details on the West Construction? Is the repayment included in the net paid to date? Also, I seem to recall that the West Construction agreement to complete the job on the Dutch Harbor dock was a time and materials and not to exceed amount. Could you send me a copy of the contract? Also, how did the payments to West compare to the other bids to complete the job. Did we get the best outcome?

Tom

---

**From:** Eckardt,Marc A. [mailto:MECKARDT@stpaultravelers.com]
**Sent:** Thursday, March 17, 2005 12:47 PM
**To:** tomc@klukwan.com
**Subject:** RE: Items needed

Tom,

Sorry for the delay. I was planning to get this to you yesterday, but 50 new trees arrived at my house and I had to get them in the ground.

Here it is:

1. Net Paid to Date: $11,339,518.10

| | |
|---|---|
| Gross Paid to Date: | $ 26,133,275.52 |
| Misc. Credit: | ($12,482,280.05) |
| Salvage: | ($ 2,311,477.37) |

2. Amount Due Travelers: $6,519,611.40

| | |
|---|---|
| Promissory Note: | $8,000,000.00 |
| Monthly Payments: | $ 150,000.00 |
| Chinle Proceeds: | $1,330,388.60 |

3. West Construction's Overcharge to Travelers: $103,400.94

West's accountant billed for equipment on days when equipment wasn't used.

If you have any questions, give me a call.

Regards,

Marc Eckardt

-----Original Message-----
**From:** Tom Crandall [mailto:tomc@klukwan.com]
**Sent:** Thursday, March 17, 2005 10:44 AM
**To:** Eckardt,Marc A.
**Subject:** Items needed

Marc,

I'm still waiting for:

A payment and receipt recap on what St. Paul Travelers paid on behalf of South Coast.
A confirmation on the amount still owed St. Paul Travelers.
Information on the overpayment by West Construction.

The lack of the above is holding up our audit.

Tom

--
No virus found in this outgoing message.
Checked by AVG Anti-Virus.
Version: 7.0.308 / Virus Database: 266.7.2 - Release Date: 3/11/2005

==========================================================================
This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify the sender immediately by return e-mail message and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system.

==========================================================================
The St. Paul Travelers e-mail system made this annotation on 03/17/05, 16:46:52.

--
No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.308 / Virus Database: 266.7.2 - Release Date: 3/11/2005

--
No virus found in this outgoing message.
Checked by AVG Anti-Virus.
Version: 7.0.308 / Virus Database: 266.7.2 - Release Date: 3/11/2005