# CALCULATION OF AMOUNTS OWED UNDER
# SOUTH COAST, INC. PROMISSORY NOTE
# EXHIBIT NO. 4

| Date | | Interest @ 6% | Payments | Balance |
|---|---|---:|---:|---:|
| 12/6/2002 | Note amount | | | $ 5,388,306.48 |
| 1/1/2003 | Chinle credit | $ 23,029.47 | $ 1,421,828.99 | $ 3,989,506.96 |
| 1/31/2003 | Equipment Proceeds | $ 19,674.28 | $ 2,700.00 | $ 4,006,481.25 |
| 2/10/2003 | Equipment Proceeds | $ 6,586.00 | $ 7,600.00 | $ 4,005,467.24 |
| 2/10/2003 | Equipment Proceeds | $ - | $ 5,500.00 | $ 3,999,967.24 |
| 3/7/2003 | Equipment Proceeds | $ 16,438.22 | $ 2,235.00 | $ 4,014,170.46 |
| 9/1/2004 | Payment | $ 358,965.82 | $ 50,000.00 | $ 4,323,136.28 |
| 10/1/2004 | Payment | $ 21,319.58 | $ 50,000.00 | $ 4,294,455.86 |
| 11/1/2004 | Payment | $ 21,884.08 | $ 50,000.00 | $ 4,266,339.93 |
| 5/1/2005 | Payment | $ 126,938.22 | $ 50,000.00 | $ 4,343,278.16 |
| 6/1/2005 | Payment | $ 22,132.87 | $ 50,000.00 | $ 4,315,411.03 |
| 7/1/2005 | Payment | $ 21,281.48 | $ 50,000.00 | $ 4,286,692.51 |
| 8/1/2005 | Payment | $ 21,844.52 | $ 50,000.00 | $ 4,258,537.02 |
| 9/1/2005 | Payment | $ 21,701.04 | $ 100,000.00 | $ 4,180,238.06 |
| 5/26/2006 | | $ 183,472.37 | | $ 4,363,710.43 |
| | Total Payments | | $ 1,889,863.99 | |
| Amount Owed Under Promissory Note per Travelers | | | | $ 6,084,719.05 |

EXHIBIT 4 Page 1 of 1