# Cabot Christianson

**From:** "Thomas L. Crandall" <tomc@klukwan.com>
**To:** "'Cabot Christianson'" <cabot@cbslawyers.com>
**Sent:** Wednesday, June 18, 2003 8:39 AM
**Attach:** Audit WP Request.doc
**Subject:** FW: CPA Workpaper Request Letter

More stuff coming out of the woodwork. They are going to go after P&S.

Tom C.

-----Original Message-----
From: Jordan S. Rosenfeld [mailto:jordan@sutorgroup.com]
Sent: Tuesday, June 17, 2003 1:51 PM
To: tomc@klukwan.com
Cc: charles.w.langfitt@travelers.com
Subject: CPA Workpaper Request Letter

Tom:

Attached is my draft of a letter to Peterson Sullivan requesting a copy of
the audit workpapers. I avoided being too specific or technical so it
wouldn't look like an attorney was involved. We can expand on this if you
or Chuck think it would be advisable.

Jordan

<<Audit WP Request.doc>>

May 26, 2006

Deleted: June 19, 2003

**Peterson Sullivan P.L.L.C.**
**601 Union Street, Suite 2300**
**Seattle, Washington 98101**

Re:   **Audit Workpapers**

Dear Sir or Madam:

Due to recent financial setbacks suffered by Klukwan, Inc., the Board of Directors is considering a change in the accounting firm that audits our yearend financial statements. In order to facilitate this process we would like to receive a copy of the all Peterson Sullivan workpapers pertaining to the audit of Klukwan, Inc. and its subsidiaries for the years ended December 31, 1999, 2000 and 2001.

Please forward a copy of the Klukwan, Inc. and South Coast, Inc financial statement audit workpapers, including: substantive workpapers, permanent files and internal control analysis and testing workpapers for the years stated above. In addition, please provide a statement showing total hours and fees billed for each the preparation

Klukwan has had a long and beneficial relationship with Peterson Sullivan. The services your firm has provided are much appreciated. However, the Board feels a change is appropriate at this time.

Sincerely,

KLUKWAN, INC.


Thomas L. Crandall, President