```
                                              ____FILED    ____ENTERED
                                              ____LODGED   ____RECEIVED

                                                   FEB 19 2004      DJ

                                                        AT SEATTLE
                                                   CLERK U.S. DISTRICT COURT
                                               WESTERN DISTRICT OF WASHINGTON
                                              BY                         DEPUTY
```

04-MC-00014-PET

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In the Matter of the Petition of KLUKWAN, INC., an Alaska corporation and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Petitioners.

Case **MS 04 014**

PETITION TO REQUIRE THE PRODUCTION OF DOCUMENTS BEFORE ACTION (Fed.R.Civ.P. 27(a))
Notice on Motion Calendar - 3/19/04
Oral Argument Requested

Petitioners allege as follows:

1. Petitioner Klukwan, Inc. ("Klukwan), is an Alaska corporation, with its principal place of business in the State of Alaska. Petitioner Travelers Casualty and Surety Company of America ("Travelers") is a Connecticut corporation with its principal place of business in the State of Connecticut.

2. Peterson Sullivan P.L.L.C., is a Washington limited liability professional company with its principal place of business in the State of Washington ("Peterson Sullivan").

3. It is expected that Peterson Sullivan may be an adverse party in a court proceeding involving the documents sought by this Petition. Peterson Sullivan may be served by serving its registered agent:

PETITION TO REQUIRE THE PRODUCTION OF DOCUMENTS
BEFORE ACTION (Fed.R.Civ.P. 27(a))- 1
(Case No. _____)

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

EXHIBIT ___C___ Page __1__ of __6__

1  DWTR&J Corp.
   2600 Century Square
2  1501 Fourth Avenue
   Seattle, WA 98101-1688
3

4      4. The matter in controversy exceeds the sum of $75,000, exclusive of interest
5  and costs.

6      5. Petitioners expect Peterson Sullivan to be a party to an action in a Court of
7  the United States, but they are unable to presently bring the action because they are
8  still conducting an investigation into the liability of potentially responsible parties and
9  counsel and petitioners have serious obligations under Fed.R.Civ.P. 11 to satisfy
10 themselves regarding the underlying facts.

11     6. Peterson Sullivan is a potential defendant in an action that may be brought by
12 petitioners for professional negligence, negligent misrepresentation and breach of
13 contract, among other claims. Sullivan Peterson provided accounting services to
14 Klukwan and its affiliates during 1999, 2000 and 2001.

15     7. This Court would have jurisdiction of this potential action because of complete
16 diversity of citizenship under 28 USC § 1332.

17     8. Petitioners seek the following documents:
18         a. All Peterson Sullivan work papers relating to audits of Klukwan and its
19 subsidiaries for the years ending December 31, 1999, 2000 and 2001. These
20 documents include copies of financial statement audit work papers, substantive work
21 papers, permanent files and internal control analysis and testing work papers for these
22 years.

23     These documents are relevant to the subject matter involved in the potential
24 action, relate to the potential claims to be asserted against Peterson Sullivan and the
25 requests are reasonably calculated to lead to discovery of admissible evidence.
26 ///

PETITION TO REQUIRE THE PRODUCTION OF DOCUMENTS
BEFORE ACTION (Fed.R.Civ.P. 27(a))- 2
(Case No. _____)

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

EXHIBIT \_\_\_, Page \_\_2\_\_ of \_\_6\_\_

1       It is anticipated that these documents will reflect whether or not the financial representations made to Travelers and Klukwan with respect to Klukwan's and its subsidiaries' requests for surety credit accurately reflected the financial condition of Klukwan and its subsidiaries.

9. Petitioners request that these documents be produced at Travelers' offices at 3455 S. 344th Way, Suite 200, Auburn, WA 98001.

10. Prior to filing this Petition, Travelers informally requested that Peterson Sullivan provide it with the documents sought in this Petition. That request was supported by Klukwan. Peterson Sullivan refused to produce the requested documents.

11. The documents requested under Fed.R.Civ.P. 34 prior to action may prevent a failure or delay of justice.

WHEREFORE, petitioners pray for relief as follows:

1. The issuance of an order authorizing petitioners to issue a request for production of documents on Peterson Sullivan requiring Peterson Sullivan to produce all Peterson Sullivan work papers relating to audits of Klukwan and its subsidiaries for the years ending December 31, 1999, 2000 and 2001. This includes copies of financial statement audit work papers, substantive work papers, permanent files and internal control analysis and testing work papers for these years. These documents are to be produced for inspection and copying by petitioners; and

///
///
///
///
///
///

PETITION TO REQUIRE THE PRODUCTION OF DOCUMENTS
BEFORE ACTION (Fed.R.Civ.P. 27(a))- 3
(Case No. _____)

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW

EXHIBIT 6 Page 3 of 6

1  2. For such other and further relief as this Court deems equitable and just.

2  DATED this 18th day of February, 2004.

3                                           STEWART SOKOL & GRAY LLC

5  By: _____
       Jan D. Sokol, WSBA #30962

6
7  2300 SW First Avenue, Suite 200
   Portland, Oregon 97201-5047
   Phone: (503) 221-0699
8  Fax: (503) 223-5706
   E-mail: jdsokol@lawssg.com
9         Of Attorneys for Petitioners

PETITION TO REQUIRE THE PRODUCTION OF DOCUMENTS
BEFORE ACTION (Fed.R.Civ.P. 27(a)) - 4
(Case No. _____)

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

EXHIBIT 6 Page 4 of 6

**VERIFICATION**

Charles W. Langfitt, being first duly sworn upon oath deposes and says:

I, Charles W. Langfitt, am one of the petitioners in the above-entitled proceeding; that I was, at all times relevant hereto, the Vice President, Bond Claims of Travelers Casualty and Surety Company of America, and in such capacity have read the within and foregoing Petition, and that every statement therein contained are true and correct within my personal knowledge.

Charles W. Langfitt

STATE OF WASHINGTON  )
County of King  )

I, Sandi Roddick, a notary public, do hereby certify that on this 12 day of February, 2004, personally appeared before me Charles W. Langfitt who, being by me first duly sworn, declared that the statements therein contained are true.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

Sandi J. Roddick
Notary Public for Washington

My Commission expires: 5-1-05

PETITION TO REQUIRE THE PRODUCTION OF DOCUMENTS
BEFORE ACTION (Fed.R.Civ.P. 27(a))- 5
(Case No. _____ )

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW

EXHIBIT 6, Page 5 of 6

**VERIFICATION**

Thomas L. Crandall, being first duly sworn upon oath deposes and says:

I, Thomas L. Crandall, am one of the petitioners in the above-entitled proceeding; that I was, at all times relevant hereto, the President of Klukwan, Inc., and in such capacity have read the within and foregoing Petition, and that every statement therein contained are true and correct within my personal knowledge.

*Thomas L. Crandall*

STATE OF ALASKA    )
                   )
___ Judicial District  )

I, Delia Commander, a notary public, do hereby certify that on this 17th day of February 2004, personally appeared before me Thomas L. Crandall who, being by me first duly sworn, declared that the statements therein contained are true.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

*Delia Commander*
Notary Public for Alaska
My Commission expires: 10-25-2007

W:\WORK\JAN\Travelers\South Coast\Peterson Sullivan\Pleadings\Petition.wpd

PETITION TO REQUIRE THE PRODUCTION OF DOCUMENTS
BEFORE ACTION (Fed.R.Civ.P. 27(a))- 6
(Case No. _____ )

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

EXHIBIT 6 Page 6 of 6