# Cabot Christianson

| | |
|---|---|
| **From:** | "Jan D Sokol" <jdsokol@lawssg.com> |
| **To:** | "Cabot Christianson" <cabot@cbslawyers.com> |
| **Cc:** | "Tom Crandall" <tomc@klukwan.com>; <Charles.W.Langfitt@travelers.com> |
| **Sent:** | Friday, February 13, 2004 10:24 AM |
| **Subject:** | RE: Travelers/South Coast |

I revised the petition per Tom's email to me and forwarded to him on Wednesday the revised petition. I have no yet received his signature page. Yes Travelers will bear the costs in connection with bringing the discovery litigation in Federal Court. While we did not previously discuss indemnity (I'm not sure what claims your former accountants could bring; I'm assuming you are referring to costs, etc.), Travelers will indemnify Klukwan from claims by Peterson Sullivan directly related to this litigation.

With respect to the third paragraph, I know Chuck and Tom have discussed this. While Travelers understands Klukwan's expectation, it is not consistent with the prior arrangement between Klukwan and Travelers. Rather than continuing to disagree at this point, let's get the petition filed and review the documents received. We may be disagreeing about nothing if the documents do not yield viable claims.

> -----Original Message-----
> **From:** Cabot Christianson [mailto:cabot@cbslawyers.com]
> **Sent:** Tuesday, February 10, 2004 11:50 AM
> **To:** Jan D Sokol
> **Cc:** Tom Crandall
> **Subject:** Fw: Travelers/South Coast
>
> Jan -
> These documents look good. I am forwarding them to Tom Crandall, and he will fax you the signature page.
>
> This email will confirm our previous discussions that Travelers will bear all the costs associated with bringing this suit and will indemnify Klukwan from any claims associated with the bringing or prosecution of this suit.
>
> If Travelers wishes to bring a substantive cause of action against P&S, Klukwan's expectation is that the net litigation proceeds from that suit will be applied first to the Klukwan/SCI note to Travelers. Also, as you are aware, Klukwan is considering its own action against P&S, and has developed some ideas about how to proceed. You and I should discuss.
>
> As I mentioned in my email, Klukwan is an Alaska Native corporation organized under Alaska state law pursuant to 43 USC 1601 et seq. All of its shareholders are individuals.
>
> Let me know if you need anything else.
>
> -Cabot
>
> ----- Original Message -----
> **From:** Jan D Sokol
> **To:** Cabot Christianson
> **Cc:** Chuck Langfitt
> **Sent:** Friday, January 23, 2004 11:59 AM
> **Subject:** Travelers/South Coast
>
> Attached are proposed pleadings for your review and comment. I will need to file a corporate disclosure (Fed.R. Civ. P. 7.1) on behalf of Klukwan. Is it owned partially or in whole by a publicly traded company? if so, what is the company, the percentage ownership and the exchange it is traded on?
>
> ************************************
> Jan D. Sokol

EXHIBIT 8 Page 1 of 2

Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047
503-221-0699
503-227-5028 (fax)
E-mail: mailto:jdsokol@lawssg.com
Web Site: www.lawssg.com
*****************************************

**NOTICE**:

**THIS EMAIL TRANSMISSION MAY CONTAIN INFORMATION WHICH IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CONTACT US IMMEDIATELY, DESTROY ANY COPIES AND DELETE IT FROM YOUR COMPUTER SYSTEM.**