# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In the Matter of the Petition of KLUKWAN, INC., an Alaska corporation and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Petitioners. | No. C04-615Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the briefs in support of, and opposition to, petitioner Travelers and Klukwan's petition to require the production of documents before action pursuant to FED. R. CIV. P. 27(a)(1), docket no. 1, the motion is hereby DENIED. The Court finds that petitioners seek to employ Rule 27 to engage in discovery prior to filing a complaint, contrary to Nevada v. O'Leary, 63 F.3d 932 (9th Cir. 1995).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 13th day of April, 2004.

BRUCE RIFKIN, Clerk

By /s/ Casey Condon
_____
Casey Condon
Deputy Clerk

MINUTE ORDER 1–

EXHIBIT 9 Page 1 of 1