James D. Gilmore
Gilmore & Doherty, P.C.
1029 West 3rd Ave., Suite 500
Anchorage, Alaska 99501-1982
Phone: (907) 279-4506
Facsimile: (907) 279-4507
Attorneys for Third Party Defendant
Stuart, Sokol & Gray L.L.C., and Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corp., <br><br> Plaintiff, <br><br> v. <br><br> SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKAT'S PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, <br><br> Defendants. | Case No. 3:06-CV-063-TMB |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKAT'S PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, <br><br> Counter-Claim and Third Party Plaintiff, <br><br> v. <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., THOMAS A. LARKIN and JAN D. SOKOL, <br><br> Counterclaimant and Third Party Defendants. | |

## ENTRY OF APPEARANCE

COMES NOW James D. Gilmore of the law firm of GILMORE & DOHERTY, P.C., and enters his appearance as counsel of record for Stewart, Sokol & Gray L.L.C., and Jan D. Sokol, and requests that all further service be made upon undersigned counsel.

DATED this 31st day of May, 2006, at Anchorage, Alaska.

GILMORE & DOHERTY, P.C.
Counsel for Defendants
Stuart, Sokol & Gray L.L.C., and
Jan D. Sokol

/s/ James D. Gilmore_____
1029 West 3rd Avenue, Suite 500
Anchorage, Alaska 99501
Phone: (907) 279-4506
Fax: (907) 279-4507
E-mail: jgilmore@gilmoreanddoherty.com
Alaska Bar No. 6702007

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that on the
31st day of May, 2006,
a true and correct copy of the foregoing
was served electronically on:

Gary Spraker, Esq.
Christianson & Spraker
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501

Thomas A. Larkin, Esq.
Garth A. Schlemlein, Esq.
2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047

/s/ James D. Gilmore_____