IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>          Plaintiff,<br><br>v.<br><br>SOUTH COAST, INCORPORATED, an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>          Defendants. | Case No. 3:06-CV-00063 TMB<br><br>**Order Granting Motion for Withdrawal and Substitution of Counsel for Plaintiff** |

This matter came before the court on the motion of the plaintiff Travelers Casualty and Surety Company of America for an order authorizing the withdrawal and substitution of counsel for plaintiff. The court considered plaintiff's motion and supporting declaration of Charles W. Langfitt. Now, therefore it is hereby ORDERED:

1. Plaintiff's motion is GRANTED;

2. The court grants leave for withdrawal of the law firm of Stewart Sokol and Gray, LLC, Mr. Jan D. Sokol, and Mr. Thomas A. Larkin as counsel of record for the plaintiff Travelers Casualty and Surety Company of America herein;

3. The law firm of Schiffin Olson Schlemlein & Hopkins, Mr. James T. Hopkins, Robert L. Olson, and Garth A. Schlemlein are substituted as counsel of record for the plaintiff Travelers Casualty and Surety Company of America.

ENTERED this 2nd day of June, 2006.

/s/ Timothy Burgess
TIMOTHY M. BURGESS
U.S. District Court Judge