IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                     Plaintiff,<br><br>v.<br><br>SOUTH COAST, INCORPORATED, an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                     Defendants. | Case No. 3:06-CV-00063 TMB<br><br>**Order Granting Motion for Non-Resident Counsel to Appear and Participate** |

This matter came before the court on the motion of the plaintiff, Travelers Casualty & Surety Company of America, for an order authorizing non-resident counsel, James T. Hopkins and Robert L. Olson, to appear and participate for plaintiff herein. The court has considered such motion, and the supporting declarations of James T. Hopkins and Robert L. Olson. It is hereby ORDERED:

    1.    Plaintiff's motion is GRANTED and James T. Hopkins and Robert L. Olson, in association with Garth A. Schlemlein, may appear and participate as attorneys for plaintiff Travelers Casualty and Surety Company of America.

    2.    Counsel shall submit payment to the Clerk of Court pursuant to LR 83.1(d) on or before June 15, 2006.

ENTERED this 2nd day of June, 2006.

                                                     /s/ Timothy Burgess
                                                   TIMOTHY M. BURGESS
                                                   U.S. District Court Judge