```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

       #  00128333 - PS
         June 5, 2006

Code      Case #     Qty      Amount

6855XX-N  06-63
                               150.00 CK

    TOTAL→
                               150.00


FROM: SCHIFFRIN OLSON SCHLEMLEIN &
HOPKINS FOR JAMES T. HOPKINS
PRO HAC VICE ATTORNEY
3:06-CV-00063
```