```
        UNITED STATES
        DISTRICT COURT
         District of Alaska
         Anchorage Division

       # 00128334 - PS
         June 5, 2006


    Code    Case #    Qty      Amount

   6855XX-N 06-63              150.00 CK


    TOTAL→               150.00


FROM: SCHIFFRIN OLSON SCHLEMLEIN &
      HOPKINS FOR ROBERT L. OLSON
      PRO HAC VICE ATTORNEY
      3:06-CV-00063 TMB
```