Garth A. Schlemlein, Esq.
James T. Hopkins, Esq. *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Telefax: 206-448-8514
Attorneys for plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY company of America, A Connecticut corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>　　　　　　Defendants.<br><br>―――――――――――――――<br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>　　　Counter-Claim and<br>　　　Third Party Plaintiff<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,<br><br>　　　Counterclaim and<br>　　　Third Party Defendants. | Case No. A06-00063 (TMB) |

STIP TO WITHDRAW - 1
C:\DOCUMENTS AND SETTINGS\LSB\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLKC\STIPULATION 060806.DOC

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle WA 98101
(206) 448-8100 Fax (206) 448-8514

# STIPULATION

The parties to this action, by and through their respective counsel of record, stipulate and agree as follows:

1. Plaintiff Travelers Casualty and Surety Company of America hereby withdraws its motion for summary judgment filed in this matter on April 17, 2006. Defendants Klukwan, Inc., South Coast, Inc., and Chilkats' Portage Cove Development Company (collectively "defendants") hereby withdraw their cross-motion for summary judgment on counterclaims and third party claims filed in this matter on May 26, 2006. The parties reserve all rights, claims, and defenses, as well as, the right to refile or renote their motions, in whole or in part, at any future date.

2. The parties agree to continue their discussions regarding early mediation of this dispute and anticipate reaching an agreement for such mediation in the near future. In such event, the parties will file a proposed order pursuant to LR 16.2(e) reflecting the terms and conditions of their agreement to mediate.

Respectfully submitted in Anchorage, Alaska, this 9th day of June, 2006.

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
Attorneys for Plaintiff

*/s/James T. Hopkins*
Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: jth@soslaw.com

STIP TO WITHDRAW - 2
C:\DOCUMENTS AND SETTINGS\LSB\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLKC\STIPULATION 060806.DOC

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle WA 98101
(206) 448-8100 Fax (206) 448-8514

CHRISTIANSON & SPRAKER
Attorneys for Defendants

*/s/ Gary Spraker (Consent)*
Gary Spraker
Christianson & Spraker
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016/Fax (907) 258-2026
Email: gary@cslawyers.net

GILMORE & DOHERTY, P.C.
Attorney for Third Party Defendants

*/s/ James D. Gilmore (Consent)*
James D. Gilmore
Gilmore & Doherty, PC
1029 W. 3rd Ave., Suite 500
Anchorage, AK 99501

STIP TO WITHDRAW - 3
C:\DOCUMENTS AND SETTINGS\LSB\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLKC\STIPULATION 060806.DOC

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle WA 98101
(206) 448-8100 Fax (206) 448-8514

The undersigned hereby certifies that on June 9, 2006, a true and correct copy of the above document was served on:

Gary Spraker, Esq.
Chirstianson & Spraker
911 West 8th Avenue, Suite 201
Anchorage, AK 99501

James D. Gilmore, Esq.
Gilmore & Doherty, P.C.
1029 W. 3rd Ave., Suite 500
Anchorage, AK 99501

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

STIP TO WITHDRAW - 4
C:\DOCUMENTS AND SETTINGS\LSB\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLKC\STIPULATION 060806.DOC

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle WA 98101
(206) 448-8100 Fax (206) 448-8514