Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, Pro *Hac Vice*
Robert L. Olson, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Telefax: 206-448-8514
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY company of America, A Connecticut corporation,<br><br>    Plaintiff,<br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>    Defendants.<br><hr>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>    Counterclaim and<br>    Third Party Plaintiff<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,<br><br>    Counterclaim and<br>    Third Party Defendants. | Case No. A06-00063 (TMB) |

PLAINTIFF'S ANSWER TO
DEFENDANTS' COUNTERCLAIM - 1

## PLAINTIFF'S ANSWER TO DEFENDANTS' COUNTERCLAIM

Plaintiff Travelers Casualty and Surety Company of America ("Plaintiff") answers the Counterclaim of Defendants South Coast Inc. Klukwan, Inc., and Chilkat's Portage Cove Development Company ("Defendants") as follows. Numbered paragraphs in this answer correspond to those in Defendants' Counterclaim/Third Party Complaint.

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit that Stewart Sokol & Gray and Jan D. Sokol represented Travelers in connection with claims on payment and performance bonds issued on behalf of South Coast, Inc. and in efforts to collect amounts owed under South Coast, Inc.'s general indemnity obligation and the Repayment Agreement. Deny that Stewart Sokol & Gray and Jan D. Sokol represented Travelers in negotiation of the Repayment Agreement dated December 6, 2002.

8. Admit that the Petition was filed as alleged and that an accurate copy of the Petition is attached as Exhibit A but deny the characterization of the contents of the Petition on the grounds that the Petition speaks for itself.

9. Admit.

PLAINTIFF'S ANSWER TO
DEFENDANTS' COUNTERCLAIM - 2

10. Deny.

11. Deny.

12. Deny.

13. Deny.

14. Admit.

15. Plaintiff admits this allegation only to the extent that Stewart, Sokol & Gray knew of a potential cause of action against Peterson Sullivan, in other respects plaintiff lacks sufficient information to form a belief as to the truth of the allegations contained in this paragraph and therefore denies the same.

16. The allegations of Paragraph 16 are a conclusion of law and require no answer from Travelers.

17. Admit.

18. Deny for the reason that the referenced Complaint (Exhibit B) speaks for itself as to the claims asserted by Travelers.

19. Admit that a copy of Judge Beistline's order of 9/27/05 is attached as Exhibit C to Defendants' Counterclaim and that it granted Peterson Sullivan's Motion for Summary Judgment, but deny the characterization of the holding of the decision and order on the grounds that the order speaks for itself.

20. The allegations of Paragraph 20 are part of Defendants' Third Party Complaint; are directed at the Third-Party Defendants; and therefore require no response from plaintiff Travelers.

PLAINTIFF'S ANSWER TO
DEFENDANTS' COUNTERCLAIM - 3

21. The allegations of Paragraph 21 are part of Defendants' Third Party Complaint; are directed at the Third-Party Defendants; and therefore require no response from plaintiff Travelers.

22. The allegations of Paragraph 22 are part of Defendants' Third Party Complaint; are directed at the Third-Party Defendants; and therefore require no response from plaintiff Travelers.

23. The allegations of Paragraph 23 are part of Defendants' Third Party Complaint; are directed at the Third-Party Defendants; and therefore require no response from plaintiff Travelers.

24. The allegations of Paragraph 24 are part of Defendants' Third Party Complaint; are directed at the Third-Party Defendants; and therefore require no response from plaintiff Travelers.

25. Deny.

26. Deny.

27. Deny.

28. Deny.

### AFFIRMATIVE DEFENSES

1. Defendants' Counterclaim fails to state a claim upon which relief may be granted.

2. Defendants are barred by the doctrines of estoppel and waiver from asserting their Counterclaim.

PLAINTIFF'S ANSWER TO
DEFENDANTS' COUNTERCLAIM - 4

3. Defendant's Counterclaim is barred by the terms of the Repayment Agreement and the General Agreements of Indemnity executed by defendants.

4. Plaintiff Travelers owed no duty to defendants as alleged by them.

5. Defendants' damages, if any, were caused by their own acts or omissions, or the acts and omissions of others for whom plaintiff Travelers has no responsibility.

6. Defendants were negligent in failing to evaluate and/or pursue a claim in their own name against Peterson Sullivan. Such negligence bars and/or reduces defendants' recovery, if any.

7. Travelers reserves the right to assert additional affirmative defenses as maybe warranted upon further discovery in this matter.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays for relief as follows:

1. Judgment dismissing Defendants' Counterclaim against Plaintiff with prejudice.

2. Judgment against the defendants on the claims asserted in plaintiff's complaint.

3. Judgment awarding plaintiff its costs, pre-judgment interest, and attorney's fees.

4. Such other relief as this court deems proper.

PLAINTIFF'S ANSWER TO
DEFENDANTS' COUNTERCLAIM - 5

Respectfully submitted in Anchorage, Alaska this 19th day of June, 2006.

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
Attorneys for Plaintiff

*/s/James T. Hopkins*
Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA  98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: jth@soslaw.com

PLAINTIFF'S ANSWER TO
DEFENDANTS' COUNTERCLAIM - 6

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 19, 2006, a true and correct copy of the above document was served on:

Gary Spraker, Esq.
Chirstianson & Spraker
911 West 8th Avenue, Suite 201
Anchorage, AK 99501

James D. Gilmore, Esq.
Gilmore & Doherty, P.C.
1029 W. 3rd Ave., Suite 500
Anchorage, AK 99501

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: _____
Laurel Barton

PLAINTIFF'S ANSWER TO
DEFENDANTS' COUNTERCLAIM - 7