James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586

Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | |
| Plaintiff, | |
| vs. | |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Defendants. | Case No. A06-00063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, | |
| Counter-Claim and Third Party Plaintiff, | |
| vs. | |

Notice of Substitution of Counsel
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 1 of 3

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWARt, SOKOL & GRAY, L.L.C., and JAN D. SOKOL,

        Counterclaimant and
        Third Party Defendants.

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW Third Party Defendants, Stewart, Sokol & Gray L.L.C. and Jan D. Sokol and give notice of their consent for substitution of counsel in this case, and that James D. Gilmore of Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, be substituted for Gilmore & Doherty as counsel for the above-named Third Party Defendants regarding any further proceedings in this case, and request that all future correspondence and documents pertaining to this action be forwarded to James D. Gilmore, at Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, 711 H Street, Suite 620, Anchorage, Alaska 99501 [phone: (907) 272-9273 and fax: (907) 272-9586].

DATED at Anchorage, Alaska, this 19th day of June, 2006.

        /s/     Thomas Van Flein
        for  James D. Gilmore, # # 6702007
        **Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
        711 H Street, Suite 620
        Anchorage, Alaska  99501
        (907) 272-9272
        Attorneys for Third Party Defendants, Stewart, Sokol & Gray L.L.C. and Jan D. Sokol

Notice of Substitution of Counsel
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 2 of 3

## Certificate of Service

I hereby certify that on June 19, 2006 , a copy of the foregoing document was served via facsimile on Gary Spraker and on June 21, 2006 served electronically through the ECF system on Gary Spraker and James T. Hopkins.

/s/ Thomas Van Flein for James D. Gilmore

Notice of Substitution of Counsel
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 3 of 3