James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586

Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>Defendants. | |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>Counter-Claim and<br>Third Party Plaintiff,<br><br>vs. | Case No. A06-00063 (TMB)<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL** |

Order Granting Substitution of Counsel
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 1 of 2

1  TRAVELERS CASUALTY AND
2  SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWARD,
3  SOKOL & GRAY, L.L.C., and JAN D. SOKOL,
4          Counterclaimant and
5          Third Party Defendants.

6
7      This matter having come before the court on Third Party Defendants
8  Stewart, Sokol & Gray L.L.C. and Jan D. Sokol's notice of their consent for the
9  substitution of James D. Gilmore of Clapp, Peterson, Van Flein, Tiemessen &
10 Thorsness, LLC, in place of Gilmore & Doherty as counsel for the above-named
11 Third Party Defendants, and the court have reviewed the matter and being
12 otherwise fully apprised,
13     IT IS SO ORDERED.  Clapp, Peterson, Van Flein, Tiemessen & Thorsness,
14 LLC, is hereby substituted as counsel for Third Party Defendants, Stewart, Sokol &
15 Gray L.L.C. and Jan D. Sokol.
16     DATED at Anchorage, Alaska, this _____ day of June, 2006.
17
18
19                                        _____
20                                        US District Court Judge
21
22
23
24
25 Order Granting Substitution of Counsel
26 *Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
   Page 2 of 2