Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiff, <br><br> v. <br><br> SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., and Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, <br><br> Defendants. <br> ———————————————————— <br> SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., and Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, <br><br> Counter-Claim and <br> Third Party Plaintiff, <br><br> v. | **Case No. A06-00063 (TMB)** |

PAGE 1     STATUS REPORT
H:\2501\TRAVELERS V SCOAST\STATUS REPORT.WPD

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., THOMAS A LARKIN and JAN D. SOKOL, | ) ) ) ) ) ) |
| Counterclaimant and Third Party Defendants. | ) ) ) ) |

## STATUS REPORT TO THE COURT

Pursuant to the Court's Order at Docket No. 39, the parties to this action, through their respective counsel, make the following status report. The undersigned has been authorized by counsel for the other parties to file this report on their behalf.

The parties previously stipulated to withdraw pending cross motions for summary judgment to allow the parties to mediate all claims and defenses. The parties have conferred and have agreed to use Randy Wulff as mediator. At the time the parties withdrew the motions for summary judgment, they believed that mediation was possible in August. Scheduling conflicts, however, have arisen. No date certain is currently available, but Mr. Wulff's office believes that dates will become available before the end of the year. At this time, the parties are willing to wait for an acceptable date to mediate this matter before Mr. Wulff and anticipate mediation will occur no later than December 31, 2006 in any event.

The parties have previously discussed the need for production of certain documents and discovery prior to mediation. Now with additional time before mediation, the parties agree that initial disclosures under Fed.R.Civ.P. 26(a) and discovery are

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

appropriate. The parties propose August 7, 2006 as the deadline for initial disclosures. The parties request that any scheduling order reflect such date and the parties' anticipated mediation schedule. The parties further request that pre-trial deadlines not be scheduled pending the mediation to afford them the opportunity to mediate without incurring additional litigation costs. Alternatively, the parties propose a scheduling and planning conference be scheduled around mid September 2006 , by which time the parties should have a clearer understanding as to the date of the mediation. The parties do not presently anticipate engaging in motion practice before the mediation.

The parties propose to file another status report when the mediation date is set, or by September 15, 2006, if no date is set by then.

Respectfully submitted in Anchorage, Alaska, this 10th day of July, 2006.

> By: /s/ Gary Spraker
> Gary Spraker
> CHRISTIANSON & SPRAKER
> 911 West 8th Avenue, Suite 201
> Anchorage, AK 99501
> Phone: (907) 258-6016
> Fax: (907) 258-2026
> Email: gary@cslawyers.net
> Alaska Bar No. 9107066
> Attorneys for Defendants

The undersigned hereby certifies that on July 10, 2006 a true and correct copy of the above document was served on:

- James Hopkins, Esq.
- Robert L. Olson, Esq.
- Garth A. Schlemlein, Esq.
- James D. Gilmore, Esq.

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Susan VanSchooten
     Susan VanSchooten