James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586

Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | |
| Plaintiff, | |
| vs. | |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, | |
| Defendants. | Case No. A06-00063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, | |
| Counter-Claim and Third Party Plaintiff, | **CERTIFICATE OF COMPLIANCE** |

Certificate of Compliance
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 1 of 2

| | |
|---|---|
| 1 | vs. |
| 2 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY, L.L.C., and JAN D. SOKOL, |
| 3 | |
| 4 | |
| 5 | Counterclaimant and Third Party Defendants. |

Defendants, Jan Sokol and Stewart, Sokol & Gray, LLC, by and through their attorneys, Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC, hereby certify that pursuant to Rule 26(a)(1)(i) of the Federal Rules of Civil Procedure, their initial disclosures have been provided to the parties.

DATED at Anchorage, Alaska, this _____ day of August, 2006.

/s/     Scott Hendricks Leuning, #9708049
 for     James D. Gilmore
Matthew K. Peterson, #6702007
**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272

Certificate of Service

I hereby certify that on August 7, 2006, a copy of the foregoing document was served electronically through the ECF system on Gary Spraker and James T. Hopkins.

/s/ Scott Hendricks Leuning