Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., and Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>    Defendants. | **Case No. A06-00063 (TMB)** |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., and Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>    Counter-Claim and<br>    Third Party Plaintiff,<br><br>  v. | |

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., THOMAS A LARKIN and JAN D. SOKOL,<br><br>    Counterclaimant and<br>    Third Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUPPLEMENTAL STATUS REPORT TO THE COURT
AND
MOTION TO CONTINUE STATUS CONFERENCE**

Pursuant to their *Status Report to the Court* dated July 10, 2006 (Docket No. 44), the parties to this action, through their respective counsel, make the following supplemental status report, and request that the status conference currently set for **September 11, 2006**, be continued until late November, 2006. The undersigned has been authorized by counsel for the other parties to file this report on their behalf.

The parties have recently scheduled mediation of all claims and issues for **November 15, 2006.** The parties have selected Anthony C. Piazza as mediator, and have agreed to split the costs of mediation equally among the parties. In light of the mediation, the parties ask that the status conference be continued until after the mediation. The parties suggest a status conference be scheduled roughly two weeks after the mediation, and that another supplemental status report be filed by **November 20, 2006,** to apprise the Court of the results of the mediation.

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Respectfully submitted in Anchorage, Alaska, this 31st day of August, 2006.

By: /s/ Gary Spraker
Gary Spraker
CHRISTIANSON & SPRAKER
911 West 8th Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 258-6016
Fax: (907) 258-2026
Email: gary@cslawyers.net
Alaska Bar No. 9107066
Attorneys for Defendants

The undersigned hereby certifies that on August 31, 2006, a true and correct copy of the above document was served on:

- James Hopkins, Esq.
- Robert L. Olson, Esq.
- Garth A. Schlemlein, Esq.
- James D. Gilmore, Esq.

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Susan VanSchooten
Susan VanSchooten

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

PAGE 3    STATUS REPORT
H:\2501\TRAVELERS V SCOAST\STATUS REPORT - MEDIATION.WPD