Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY ) <br> COMPANY OF AMERICA, a Connecticut ) <br> corporation, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SOUTH COAST, INC., an Alaska corporation, ) <br> KLUKWAN, INC., and Alaska Native Village ) <br> corporation, and CHILKATS' PORTAGE COVE ) <br> DEVELOPMENT COMPANY, an Alaska ) <br> corporation, ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> SOUTH COAST, INC., an Alaska corporation, ) <br> KLUKWAN, INC., and Alaska Native Village ) <br> corporation, and CHILKATS' PORTAGE COVE ) <br> DEVELOPMENT COMPANY, an Alaska ) <br> corporation, ) <br> ) <br> Counter-Claim and ) <br> Third Party Plaintiff, ) <br> ) <br> v. ) <br> ) | **Case No. A06-00063 (TMB)** |

TRAVELERS CASUALTY AND SURETY )
COMPANY OF AMERICA, a Connecticut )
corporation, STEWART, SOKOL & GRAY )
L.L.C., THOMAS A LARKIN and )
JAN D. SOKOL, )
                                                      )
               Counterclaimant and )
               Third Party Defendants. )
_____)

## STATUS REPORT RE: MEDIATION

Pursuant to their *Status Report to the Court* and the Court's *Order* dated August 31, 2006 (Docket No. 49), the parties to this action, through their respective counsel, make the following supplemental status report.

The parties participated in a day long mediation with Anthony Piazza on November 15, 2006, in San Francisco, California. As a result of that mediation, the parties discussed the broad parameters of global settlement but reached no definitive agreement. At Mr. Piazza's suggestions, the Klukwan defendants have prepared a more specific settlement proposal which was provided to Travelers' counsel late today. Travelers has not yet had the opportunity to appropriately review or respond to that proposal. Mr. Piazza has offered to continue to facilitate the continued settlement discussions as needed.

Currently, the Court has scheduled a status conference for November 30, 2006. The parties suggest postponing the settlement conference for approximately thirty days to afford them the opportunity to continue the settlement discussions and attempt to reach an agreement.

The undersigned has been authorized by counsel for the other parties to file this report on their behalf.

Respectfully submitted in Anchorage, Alaska, this 20th day of November, 2006.

> By: /s/ Gary Spraker
> Gary Spraker
> CHRISTIANSON & SPRAKER
> 911 West 8th Avenue, Suite 201
> Anchorage, AK 99501
> Phone: (907) 258-6016
> Fax: (907) 258-2026
> Email: gary@cslawyers.net
> Alaska Bar No. 9107066
> Attorneys for Defendants

The undersigned hereby certifies that on November 20, 2006, a true and correct copy of the above document was served on:

- James Hopkins, Esq.
- Robert L. Olson, Esq.
- Garth A. Schlemlein, Esq.
- James D. Gilmore, Esq.

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Susan VanSchooten
Susan VanSchooten