James T. Hopkins, *Pro Hac Vice*
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins
1601 5th Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Fax:   206-448-8514
jth@soslaw.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY company of America, A Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>Defendants. | Case No. A06-00063 (TMB)<br><br>SCHEDULING AND PLANNING CONFERENCE REPORT |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>Counter-Claim and<br>Third Party Plaintiff<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,<br><br>Counterclaim and<br>Third Party Defendants. | |

1. **Meeting.** In accordance with Fed. R. Civ. P. 26(f), a meeting was held on December 21, 2006 by telephone conference and was attended by:

| | |
|---|---|
| James T. Hopkins | attorney for plaintiff |
| Cabot C. Christianson | attorney for defendant |
| James D. Gilmore | attorney for third party defendants |

The parties recommend the following:

2. **Pre-Discovery Disclosures.** The information required by FED. R. CIV. P. 26(a)(1):

   X  have been exchanged by the parties

   ___  will be exchanged by the parties by

Proposed changes to disclosure requirements:

Preliminary witness lists

   ___  have been exchanged by the parties

   X  will be exchanged by the parties ninety (90) days after entry of the scheduling and planning order

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

The parties expect that issues of fact or law regarding plaintiff's claim for payment under the Repayment Agreement and defendants' counterclaim and third party negligence claims will be presented to the court upon either dispositive motion prior to trial or at trial of this matter.

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

   A. Discovery will be needed on the following issues:

   The parties anticipate discovery on issues of causation, damages and liability on plaintiff's claims for payment and defendants' counterclaim and third party claims for negligence.

   B. Disclosure or discovery of electronically stored information should be handled as follows:

   The parties will produce hard copies of electronically stored information which is discoverable. The parties will identify and review or appropriately search all sources of electronically stored information, including backup systems and drives, to assure that electronically stored information has been identified and copied.

   C. The parties have agreed to an order regarding claims of privilege or of protection as trial preparation material asserted after production as follows: None

   D. All discovery commenced in time to be completed by ("discovery close date"). Nine (9) months after the entry of the scheduling and planning order.

   E. Limitations on Discovery.

   1. Interrogatories

      X   No change from Fed .R. Civ. P. 33(a)

      ___ Maximum of ___ by each party to any other party.

      ___ Responses due in ___ days.

   2. Requests for Admissions.

      X   No change from Fed. R. Civ. P. 36(a).

      ___ Maximum of ___ requests.

        Responses due in \_\_\_\_\_ days.

    3. Depositions.

        _X_ No change from Fed. R. Civ. P. 36(a), (d).

        \_\_\_ Maximum of \_\_\_\_\_ depositions by each party.

        \_\_\_ Depositions not to exceed \_\_\_\_\_ hours unless agreed to by all parties.

F.    Reports from retained experts.

        _X_ Not later than 90 days before the close of discovery subject to FED. R. CIV. P. 26(a)(2)(C).

        \_\_\_ Reports due:

        From plaintiff                      From defendant

G.    Supplementation of disclosures and discovery responses are to be made:

        _X_ Periodically at 60-day intervals from the entry of scheduling and planning order.

        \_\_\_ As new information is acquired, but not later than 60 days before the close of discovery.

H.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

        _X_ 45 days prior to the close of discovery.

        \_\_\_ Not later than \_\_\_\_\_

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

5. **Pretrial Motions.**

   _X_ No change from D.Ak. LR 16.1(c).

   ___ The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

   ___ Motions to amend pleadings or add parties to be filed not later than .

   ___ Motions under the discovery rules must be filed not later than .

   ___ Motions in limine and dispositive motions must be filed not later than .

6. **Other Provisions:**

   A.  ___ The parties do not request a conference with the court before the entry of the scheduling order.

   ___ The parties request a scheduling conference with the court on the following issue(s):

   _X_ A status conference is scheduled with the court on December 28, 2006 at 2:00 PM.

   B.  Alternative Dispute Resolution. [D.Ak. LR 16.2]

   ___ This matter is not considered a candidate for court-annexed alternative dispute resolution.

   _X_ The parties participated in mediation on November 15, 2006 which has not lead to a settlement or resolution of this case. The parties may participate in mediation again at a future date upon mutual agreement.

C. The parties ___ do X not consent to trial before a magistrate judge.

D. Compliance with the Disclosure Requirements of FED. R. CIV. P. 7.1

    X All parties have complied     ___ Compliance not required by any party

7. **Trial.**

   A. The matter will be ready for trial:

      ___ 45 days after the discovery close date.

      X not later than ninety (90) days after the discovery close date.

   B. This matter is expected to take   15   days to try.

   C. Jury Demanded   X Yes    ___ No

      Right to jury trial disputed?    ___ Yes    X No

Dated: _____

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C
Attorneys for Plaintiff

*/s/James T. Hopkins*
Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, *Pro Hac Vice*
Robert L. Olson, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: jth@soslaw.com


CHRISTIANSON & SPRAKER
Attorneys for Defendants

*/s/ Cabot C. Christianson*
Cabot C. Christianson
Christianson & Spraker
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016/Fax (907) 258-2026
Email: gary@cslawyers.net

GILMORE & DOHERTY, P.C.
Attorney for Third Party Defendants

*/s/ James D. Gilmore*
James D. Gilmore
Gilmore & Doherty, PC
1029 W. 3rd Ave., Suite 500
Anchorage, AK 99501
jgilmore@gilmoreanddoherty.com