```
                 MINUTES OF THE UNITED STATES DISTRICT COURT
                              DISTRICT OF ALASKA
```

TRAVELERS CASUALTY AND SURETY   vs.   SOUTH COAST, INCORPORATED
COMPANY OF AMERICA                    ET AL

BEFORE THE HONORABLE TIMOTHY M. BURGESS
CASE NO. 3:06-cv-00063-TMB

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:   PLAINTIFF:     JAMES HOPKINS - TELEPHONIC

               DEFENDANT:     GARY SPRAKER

                              JAMES GILMORE - TELEPHONIC

PROCEEDINGS: STATUS CONFERENCE HELD DECEMBER 28, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:05 p.m. court convened.

Court and counsel heard re status of case; court to issue a scheduling order.

At 2:08 p.m. court adjourned.

DATE:     December 28, 2006     DEPUTY CLERK'S INITIALS:     ak