IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation,<br><br>      Plaintiff,<br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>      Defendants.<br>_____<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>      Counter-Claim and<br>      Third Party Plaintiff<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,<br><br>      Counterclaim and<br>      Third Party Defendants. | Case No. 3:06- cv-063 TMB |

**PROTECTIVE ORDER REGARDING KPMG DOCUMENTS**

  Based on the motion of plaintiff Travelers Casualty and Surety Company

of America, IT IS HEREBY ORDERED that documents produced by KPMG,

Protective Order - 1
Case No. A06-00063 (TMB)

LLP in this action shall be subject to a protective order on the terms and conditions stipulated by the parties and KPMG LLP as set forth on Ex. A attached hereto.

Dated this 21st day of May, 2007.

       /s/ Timothy M. Burgess
Timothy M. Burgess
U.S. District Court Judge