Jennifer M. Coughlin
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
420 L Street, Suite 400
Anchorage, AK 99501-1971
Telephone: (907) 276-1969

Attorneys for KPMG LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation,<br><br>        Plaintiff,<br><br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKAT'S PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>        Defendants.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKAT'S PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>     Counter-Claim<br>     and Third Party Plaintiff<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,<br><br>     Counterclaim and<br>     Third Party Defendants. | Case No. A06-00063 (TMB) Civil |

## STIPULATED PROTECTIVE ORDER

It is hereby stipulated and agreed by and between the undersigned counsel for the parties that the terms and conditions of this Stipulated Protective Order shall govern the handling of documents produced by KPMG LLP in response to the subpoena issued by Travelers Casualty and Surety Company of America ("Travelers") in this matter.

On the basis of the parties' stipulation, it is therefore ORDERED as follows:

1. This Order shall be applicable to and shall govern all documents produced by KPMG LLP in this matter, which documents will be identified with "KPMG" in the bates number ("KPMG Documents"). This Order shall only apply to documents produced by KPMG in response to Travelers' subpoena and identified as described herein. This Order shall have no application to documents generated by KPMG already within the possession of the parties or obtained by the parties through means other than Travelers' subpoena to KPMG.

2. All KPMG Documents will be used for purposes of the above litigation only, and will not be used for any other purpose. Representatives of the parties, their attorneys and staff, consultants or experts retained by the parties for the purposes of the above litigation, the Court and its staff, and witnesses are all authorized to have access to the KPMG documents as necessary for the purposes of the above litigation. Persons other than the attorneys, the Court, and their staff who are authorized to have access to any KPMG Documents will do so only after they have been made aware of the provisions of this Order and have manifested their assent to be bound thereby by signing a copy of the attached "ACKNOWLEDGMENT." At the conclusion of this litigation, all copies of KPMG Documents will be returned to counsel for KPMG LLP, or destroyed with a certification attesting to that destruction provided to counsel for KPMG LLP.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

- 2 -

3.  The following additional protections shall be granted to documents which contain information about KPMG LLP's audit strategies and procedures, which will be marked as "Highly Confidential." KPMG LLP represents that these Highly Confidential documents contain information which discloses KPMG LLP's audit strategies and procedures which are proprietary to KPMG LLP, and the disclosure of which to other accounting firms, or to any present or potential audit clients, would be harmful to KPMG LLP's business operations. Accordingly, such documents would only be disclosed to the following persons:

   a)  outside counsel of record for a party (including associated attorneys, legal assistants and support staff);

   b)  any person of whom testimony is taken, except that such person may only be shown copies of Highly Confidential Documents during such witness's testimony, and may not retain copies of any such material;

   c)  any consultant or expert witness retained by a party; and

   d)  the Court and court personnel.

No other person, including but not limited to representatives of any party, shall have access to Highly Confidential Information except as provided by order of the Court or as provided in section 4.

4.  A party may request that one or more additional persons, not falling within the categories set out in section 3, may review specifically identified Highly Confidential Documents. Such a request shall be in writing and shall set out the identity of the person and his or her job description and function; an exact identification of the material to be reviewed; and the purpose for which the material would be reviewed. KPMG LLP will accept or reject such request within five business days of receipt of the request. If KPMG LLP does not agree to the request within such time, a party may make written application to

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

the court for an order compelling the requested disclosure.

5. The Clerk of the Court is directed to maintain under seal all documents designated as Highly Confidential under this Order, including all pleadings, deposition transcripts, exhibits, discovery responses or memoranda purporting to reproduce or paraphrase information contained in the Highly Confidential Documents. The person filing such material shall designate to the Clerk that all or a designated portion thereof is subject to this Order and is to be kept under seal. A complete, unredacted set of documents filed under seal shall be provided by the filing party to opposing counsel.

6. In the event that the Highly Confidential Documents are used in any court proceeding in connection with this litigation, such documents shall not lose their confidential status through such use, and the parties shall take all steps reasonably required to protect its confidentiality during such use.

7. If the Highly Confidential Documents are disclosed to any person other than in the manner authorized by this Order, the person responsible for the disclosure must immediately bring all pertinent facts relating to such disclosure to the attention of counsel for KPMG LLP and, without prejudice to any other rights and remedies of the parties, make every effort to prevent further disclosure by it or by the person who was the recipient of such information.

8. Except as specifically provided herein, the terms, conditions, and limitations of this Order shall survive the termination of this action.

9. This Stipulated Protective Order is without prejudice to the right of any party to seek relief from the Court, upon good cause shown, from any of the provisions contained herein.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

Dated: 5/3/07

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS PLLC

By: *[signature]*
James T. Hopkins
Attorneys for Travelers Casualty and Surety Company of America

Dated: 5/15/07

CHRISTIANSON, BOUTIN & SPRAKER

By: *[signature]*
Gary Spraker
Attorneys for South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company

Dated: _____

CLAPP PETERSON VAN FLEIN TIEMESSEN & THORSNESS LLC

By: _____
James D. Gilmore
Attorneys for Stewart Sokol & Gray L.L.C., and Jan D. Sokol

IT IS SO ORDERED.

5/23/07

REDACTED SIGNATURE
United States District Judge

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

- 5 -

Dated: 5/3/07

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS PLLC

By: /s/ James T. Hopkins
James T. Hopkins
Attorneys for Travelers Casualty and Surety Company of America

Dated: _____

CHRISTIANSON, BOUTIN & SPRAKER

By: _____
Gary Spraker
Attorneys for South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company

Dated: 5/14/07

CLAPP PETERSON VAN FLEIN TIEMESSEN & THORSNESS LLC

By: /s/ James D. Gilmore
James D. Gilmore
Attorneys for Stewart Sokol & Gray L.L.C., and Jan D. Sokol

IT IS SO ORDERED.

_____
United States District Judge

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE (907) 276-1969

- 5 -

ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Stipulated Protective Order which was entered by the Court on _____ in *Travelers Casualty and Surety Company of America v. South Coast, Inc. et al.*, Case No. A06-00063 (TMB) Civil, that he/she is one of the persons contemplated by this order to receive KPMG Documents, and that he/she fully understands and agrees to abide by the obligations and conditions of the Protective Order.

_____
(Signature)

_____
(Title or Position)

Dated: _____

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
420 L STREET, SUITE 400
ANCHORAGE, ALASKA 99501-1971
TELEPHONE: (907) 276-1969

- 6 -