Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiff, <br><br> v. <br><br> SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, <br><br> Defendants. | **Case No. A06-00063 (TMB)** |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, <br><br> Counter-Claim and Third Party Plaintiff <br><br> v. | |

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 1    STIPULATION FOR EXTENSION OF TIME RE: EXPERT WITNESSES
         Case No. A06-00063 (TMB)
         H:\2501\Travelers v SCoast\Stipulation - Expert Witnesses - revised.wpd

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., an Oregon L.L.C., and JAN D. SOKOL, individually, | ) ) ) ) ) ) |
| Counterclaim and Third Party Defendants. | ) ) ) ) |

## STIPULATION TO EXTEND TIME FOR FILING OF EXPERT WITNESS DISCLOSURES AND DISCOVERY RELATED TO EXPERT WITNESSES

Plaintiff Travelers Casualty and Surety Company of America (Travelers), Defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants), and, Third Party Defendants Stewart, Sokol, & Gray, L.L.C. and Jan D. Sokol, through undersigned counsel, file this stipulation and proposed order to extend the deadlines established in this Court's *Scheduling and Planning Order* dated December 28, 2006 (Docket No 54), for all parties to file their expert witness disclosures pursuant to Fed.R.Civ.P. 26(a)(2), and for discovery related to those experts. The parties stipulate to the change to the deadlines set forth in the *Scheduling and Planning Order* as follows:

| | |
|---|---|
| Deadline for discovery, except related to experts | **September 28, 2007** |
| Deadline to file expert witness disclosures pursuant to Fed.R.Civ.P. 26(a)(2) | **October 15, 2007** |
| Deadline for discovery related to experts | **December 15, 2007** |

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Respectfully submitted in Anchorage, Alaska, this 6th day of June, 2007.

By: /s/ Gary Spraker
    Gary Spraker
    CHRISTIANSON & SPRAKER
    911 West 8th Avenue, Suite 201
    Anchorage, AK 99501
    Phone: (907) 258-6016
    Fax: (907) 258-2026
    Email: gary@cslawyers.net
    Alaska Bar No. 9107066
    Attorneys for Defendants

By: /s/ Garth A. Schlemlein
    Garth A. Schlemlein
    James T. Hopkins - *Pro Hac Vice* pending
    SCHIFFRIN OLSON SCHLEMLEIN
      & HOPKINS, PLLC
    1601 Fifth Ave., Suite 2500
    Seattle, WA 98101
    Phone: (206) 448-8100
    Fax: (206) 448-8514
    Email: gas@soslaw.com
    Attorneys for Plaintiff

By: /s/ James D. Gilmore
    James D. Gilmore
    CLAPP PETERSON VAN FLEIN
    TIEMESSEN & THORSNESS LLC
    711 H Street, Ste 620
    Anchorage, AK 99501
    Phone: 907-272-9272
    Fax: 907-272-9586
    Email: USDC-ANCH-Ntc@cplawak.com
    Attorneys for Stewart Sokol & Gray L.L.C., and Jan D. Sokol

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 3   STIPULATION FOR EXTENSION OF TIME RE: EXPERT WITNESSES
        Case No. A06-00063 (TMB)
        H:\2501\Travelers v SCoast\Stipulation - Expert Witnesses - revised.wpd

The undersigned hereby certifies that on June 6, 2007, a true and correct copy of the above document was served on:

- James Hopkins, Esq.
- Robert L. Olson, Esq.
- Garth A. Schlemlein, Esq.
- James D. Gilmore, Esq.

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Susan VanSchooten
     Susan VanSchooten

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 4    STIPULATION FOR EXTENSION OF TIME RE: EXPERT WITNESSES
Case No. A06-00063 (TMB)
H:\2501\Travelers v SCoast\Stipulation - Expert Witnesses - revised.wpd