Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>      Defendants.<br>_____<br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>     Counter-Claim and<br>     Third Party Plaintiff<br><br>  v. | **Case No. A06-00063 (TMB)** |

Page 1  ORDER APPROVING STIPULATION FOR EXTENSION OF TIME RE: EXPERT WITNESSES
     H:\2501\Travelers v SCoast\Stipulation - Expert Witnesses - Order.wpd

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., an Oregon L.L.C., and JAN D. SOKOL, individually,<br><br>          Counterclaim and<br>          Third Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### (Proposed) ORDER APPROVING STIPULATION TO EXTEND TIME FOR FILING OF EXPERT WITNESS DISCLOSURES AND DISCOVERY RELATED TO EXPERT WITNESSES

Plaintiff Travelers Casualty and Surety Company of America (Travelers), Defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants), and, Third Party Defendants Stewart, Sokol, & Gray, L.L.C. and Jan D. Sokol, through their respective counsel, have stipulated to extend the deadlines established in this Court's *Scheduling and Planning Order* dated December 28, 2006 (Docket No 54), for all parties to file their expert witness disclosures pursuant to Fed.R.Civ.P. 26(a)(2), and for discovery related to those experts. The Court being duly advised, and finding good cause,

IT IS HEREBY ORDERED that the deadlines set forth in the *Scheduling and Planning Order* are amended as follows:

| | |
|---|---|
| Deadline for discovery, except related to experts | **September 28, 2007** |
| Deadline to file expert witness disclosures pursuant to Fed.R.Civ.P. 26(a)(2) | **October 15, 2007** |

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Deadline for discovery related
to experts                                                    **December 15, 2007**

_____
United States District Judge

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 3    ORDER APPROVING STIPULATION FOR EXTENSION OF TIME RE: EXPERT WITNESSES
         H:\2501\Travelers v SCoast\Stipulation - Expert Witnesses - Order.wpd