Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, *Pro Hac Vice*
Robert L. Olson, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Telefax: 206-448-8514

Richard E. Spoonemore, *Pro Hac Vice Pending*
Sirianni Youtz Meier & Spoonemore
1100 Millennium Tower
719 Second Ave.
Seattle, WA 98104
Telephone: 206-223-0303
Telefax: 206-223-0246
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TRAVELERS CASUALTY AND SURETY company of America, A Connecticut corporation,

Plaintiff,

v.

SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,

Defendants.

SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,

Counterclaim and Third Party Plaintiff

v.

Case No. A06-00063 (TMB)

Plaintiff's Motion re: *Pro Hac Vice* Application -1

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL, | |
| Counterclaim and Third Party Defendants. | |

### PLAINTIFF'S MOTION TO PERMIT NONRESIDENT COUNSEL TO APPEAR AND PARTICIPATE

Plaintiff, Travelers Casualty and Surety Company of America ("Travelers") moves the court for an order authorizing nonresident counsel, Richard E. Spoonemore to appear and participate in this matter as co-counsel for plaintiff as follows:

1. <u>Relief Requested</u>: The specific relief the court is requested to grant is an order authorizing Richard E. Spoonemore to appear and participate as co-counsel for plaintiff Travelers.

2. <u>Evidence Relied Upon</u>: The evidence relied upon in support of this motion are the Declaration of Richard E. Spoonemore and all attachments thereto.

3. <u>Legal Authority</u>: This motion is made pursuant to the D.AK. LR 83.1 (d).

Mr. Spoonemore will be associated with an active member of the bar of this court, Mr. Garth A. Schlemlein, Esq., ASB No. 8602011 and with Mr. James T. Hopkins, Esq. *Pro Hac Vice*. The address of Mr. Schlemlein and Mr. Hopkins is Schiffrin Olson Schlemlein & Hopkins, PLLC, 1601 5th Avenue, Suite 2500, Seattle, Washington 98101.

4. <u>Pro Hac Vice Admission Fee:</u> Plaintiff is transmitting the pro hac vice admission fee in the amount of $150 to the court via overnight delivery, contemporaneously with the filing of this motion.

5. <u>Proposed Order.</u> A proposed order is attached hereto.

Plaintiff's Motion re: *Pro Hac Vice* Application -2

Respectfully submitted this 2nd day of August, 2007.

*S/ Garth A. Schlemlein*
Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, *Pro Hac Vice*
Robert L. Olson, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: gas@soslaw.com
Attorneys for plaintiff Travelers Casualty and Surety Co. of America

Plaintiff's Motion re: *Pro Hac Vice* Application -3

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 2nd day of August, 2007, a true and correct copy of the foregoing was sent via U.S. Mail and electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Presented by:

S/ Garth A. Schlemlein
Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, *Pro Hac Vice*
Robert L. Olson, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: gas@soslaw.com
Attorneys for plaintiff Travelers Casualty and Surety Co. of America

Plaintiff's Motion re: *Pro Hac Vice* Application -4

Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, *Pro Hac Vice*
Robert L. Olson, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: gas@soslaw.com

Richard E. Spoonemore, *Pro Hac Vice Pending*
Sirianni Youtz Meier & Spoonemore
1100 Millennium Tower
719 Second Ave.
Seattle, WA 98104
Telephone: 206-223-0303
Telefax: 206-223-0246

Counsel for Travelers Casualty and
Surety Company of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY company of America, A Connecticut corporation,<br><br>               Plaintiff,<br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>             Defendants.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>             Counterclaim and<br>             Third Party Plaintiff | Case No. 3:06-CV-00063 TMB |

ORDER GRANTING MOTION FOR PRO
HAC VICE AS COUNSEL
Case No. A06-00063 (TMB)

-1-

v.

TRAVELERS CASUALTY AND
SURETY COMPANY OF
AMERICA, a Connecticut
corporation, STEWART SOKOL &
GRAY L.L.C., and JAN D. SOKOL,

        Counterclaim and
        Third Party Defendants.

### (Proposed) ORDER GRANTING MOTION FOR NONRESIDENT COUNSEL TO APPEAR AND PARTICIPATE AS COUNSEL FOR TRAVELERS CASUALTY & SURETY OF AMERICA

THIS MATTER came before the Court on the motion of the Plaintiff Travelers Casualty and Surety Company for an order authorizing nonresident counsel, Richard E. Spoonemore, to appear and participate for plaintiff herein. The Court considered such motion, and the supporting declaration of Richard E. Spoonemore, as well as any opposition to this motion, the court being fully advised on the premises. Now, therefore, it is hereby:

ORDERED

That the motion is GRANTED and that Richard E. Spoonemore, in association with Garth A. Schlemlein and James T. Hopkins, may appear as attorneys for Plaintiff Travelers Casualty and Surety Company of America in this case.

ENTERED this _____ day of _____, 2007.

                                                    THE HONORABLE TIMOTHY M. BURGESS

Presented by:

*S/ Garth A. Schlemlein*
Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, *Pro Hac Vice*
Robert L. Olson, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: gas@soslaw.com
Attorneys for plaintiff Travelers Casualty and Surety Co. of America