Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, Pro *Hac Vice*
Robert L. Olson, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Telefax: 206-448-8514
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, A Connecticut
corporation,

                Plaintiff,

v.

SOUTH COAST, INC., an Alaska
corporation, KLUKWAN, INC., an Alaska
Native Village corporation, and
CHILKATS' PORTAGE COVE
DEVELOPMENT COMPANY, an Alaska
corporation,

                Defendants.

       Case No. A06-00063 (TMB)

SOUTH COAST, INC., an Alaska
corporation, KLUKWAN, INC., an
Alaska Native Village corporation, and
CHILKATS' PORTAGE COVE
DEVELOPMENT COMPANY, an Alaska
corporation,

           Counter-Claim and
           Third Party Plaintiff

v.

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA, a
Connecticut corporation, STEWART
SOKOL & GRAY L.L.C., and JAN D.
SOKOL,

           Counterclaim and
           Third Party Defendants.

**Declaration of James T. Hopkins**
Case No. A06-00063 (TMB)
Page 1 of 4

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

SCHIFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

## DECLARATION OF JAMES T. HOPKINS IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO ASSERT CROSS-CLAIM

James T. Hopkins declares and states as follows:

1.    I am counsel for plaintiff Travelers Casualty & Surety Company of America ("Travelers"). I make this declaration in support of plaintiff's motion for leave to assert a cross-claim in this matter against counterclaim and third party defendants Jan D. Sokol and Stewart Sokol and Gray, LLC ("Sokol Defendants").

2.    While attending depositions in this case on July 30 through August 1, 2007, counsel for the parties recognized and discussed the need to modify the case schedule and extend the deadline for discovery of fact witnesses and other deadlines in order to accommodate the schedules of witnesses, the parties, and their counsel. A tentative agreement has been reached among counsel to extend the discovery deadline to November 15, 2007, with appropriate extensions of other related deadlines. A draft stipulation to this effect has been prepared and is currently circulating among counsel. I anticipate the parties will enter such a stipulation and request the court to modify the case scheduling order accordingly.

3.    On July 13, 2007, I transmitted to opposing counsel, via email, a draft of Travelers' proposed cross-claim and a stipulation to allow its filing. Counsel for the Klukwan Defendants subsequently indicated his agreement with the proposed stipulation. On July 26, 2007, I was advised by counsel for the Sokol Defendants that they would not so agree.

**Declaration of James T. Hopkins**
**Case No. A06-00063 (TMB)**
**Page 2 of 4**

1

2          I have read the foregoing declaration and I certify under penalty of perjury that it is

3   true and correct.

4          Executed at Seattle, Washington 2nd day of August, 2007.

5

6                                        *S/ James T. Hopkins*
                                         James T. Hopkins, *Pro Hac Vice*
7                                        Schiffrin Olson Schlemlein & Hopkins, PLLC
                                         1601 Fifth Ave., Suite 2500
8                                        Seattle, WA  98101
                                         Telephone: (206) 448-8100/Fax (206) 448-8514
9                                        Email: jth@soslaw.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   **Declaration of James T. Hopkins**
     Case No. A06-00063 (TMB)
     Page 3 of 4

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

1

2

3    CERTIFICATE OF SERVICE

4    The undersigned certifies under penalty of perjury
     of the laws of the State of Washington that, on the
5    2nd    day of   August          , 2007,
     a true and correct copy of the foregoing was
6    sent via U.S. Mail and electronically filed with the
     Clerk of Court using the CM/ECF system, which will
7    send notification of such filing to the following:

8

9    Presented by:

10

11   *S/ Garth A. Schlemlein*
     Garth A. Schlemlein, ASBA # 8602011
12   James T. Hopkins, *Pro Hac Vice*
     Robert L. Olson, *Pro Hac Vice*
13   Schiffrin Olson Schlemlein & Hopkins, PLLC
     1601 Fifth Ave., Suite 2500
14   Seattle, WA  98101
     Telephone: (206) 448-8100/Fax (206) 448-8514
15   Email: gas@soslaw.com
     Attorneys for plaintiff Travelers Casualty and Surety Co. of America

16

17

18

19

20

21

22

23

24

25

26

27

28   **Declaration of James T. Hopkins**
     Case No. A06-00063 (TMB)
     Page 4 of 4

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514