Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, *Pro Hac Vice*
Robert L. Olson, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: gas@soslaw.com

Richard E. Spoonemore, *Pro Hac Vice Pending*
Sirianni Youtz Meier & Spoonemore
1100 Millennium Tower
719 Second Ave.
Seattle, WA 98104
Telephone: 206-223-0303
Telefax: 206-223-0246

Counsel for Travelers Casualty and
Surety Company of America

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA, AT ANCHORAGE

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY company of America, A Connecticut corporation,<br><br>Plaintiff,<br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>Defendants.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>Counterclaim and Third Party Plaintiff | Case No. 3:06-CV-00063 TMB |

Dec. of Spoonemore                    -1-
Case No. A06-00063 (TMB)

TRAVELERS CASUALTY AND
SURETY COMPANY OF
AMERICA, a Connecticut
corporation, STEWART SOKOL &
GRAY L.L.C., and JAN D. SOKOL,

        Counterclaim and
        Third Party Defendants.

### DECLARATION OF RICHARD E. SPOONEMORE

I, Richard E. Spoonemore, make the following declaration in accordance with 28 USC § 1746. I am aware that this declaration will be used in the United State District Court for the District of Alaska, at Anchorage, and that this declaration is the legal equivalent of a statement under oath.

1. I am an attorney in good standing admitted to practice in the State of Washington. I submit this declaration in support of the Motion to Permit Non-Resident Counsel to Appear and Participate in this matter as co-counsel for Travelers Casualty & Surety Company of America. Consistent with the requirements of D. Ak. LR 83.1(4), I submit the following:

    i)    <u>All Names by Which the Applicant is Known</u>:

        Richard E. Spoonemore

    ii)   <u>The Applicant's Office and Residence Addresses</u>:

        Office:    Sirianni Youtz Meier & Spoonemore
                       1100 Millennium Tower
                       719 Second Ave.
                       Seattle, Washington 98104

        Residence:   623 W Highland Drive
                       Seattle, Washington 98119

iii) <u>Name and Address of Each Jurisdiction or Court to which Applicant Has Been Admitted to Practice and the Year of Admission to Each:</u>

| | |
|---|---|
| 1992 | Washington State Supreme Court<br>415 12th Ave. SW<br>Olympia, WA 98504 |
| 1992 | United States District Court,<br>Western District of Washington<br>700 Stewart St.<br>Seattle, WA 98101 |
| 1992 | United States District Court,<br>Eastern District of Washington<br>920 West Riverside Ave.<br>Spokane, WA 99201 |
| 1993 | Ninth Circuit Court of Appeals<br>Park Place Building<br>1200 – 6th Ave., #327<br>Seattle, WA 98101 |
| 2006 | United States Supreme Court<br>One First St NE<br>Washington DC 20543 |

iv) I certify that I am not the subject of any pending disciplinary action in any jurisdiction or before any court to which I have been admitted to practice.

v) I certify that I have not been, nor am now, suspended, disbarred, or subject to any similar action, on account of disability or any other reason in any jurisdiction or court to which I have been admitted to practice.

vi) I hereby certify that I have read the local rules of this court.

vii) Attached hereto is a Certificate of Good Standing from the State of Washington to which I have been admitted to practice.

2. I have read the foregoing declaration and I certify under penalty of perjury that it is true and correct.

Dec. of Spoonemore
Case No. A06-00063 (TMB)

-3-

1  Executed at Seattle, Washington 2nd day of August, 2007.

<div style="text-align:left; margin-left:3em;">
*S/ Richard E. Spoonemore*  
Richard E. Spoonemore, WSBA# 21833  
Sirianni Youtz Meier & Spoonemore  
1100 Millennium Tower  
719 Second Ave.  
Seattle, Washington 98104  
(206) 223-0303  
(206) 223-0246 Fax  
</div>

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

Dec. of Spoonemore                                -4-
Case No. A06-00063 (TMB)

## IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION

OF

RICHARD E. SPOONEMORE

TO PRACTICE IN THE COURTS OF THIS STATE.

BAR # 21833

**CERTIFICATE OF GOOD STANDING**

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

RICHARD E. SPOONEMORE

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington, on October 19, 1992, and is now and has been continuously since that date an attorney in good standing in said Court.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed 12th day of July, 2007

RONALD R. CARPENTER

SUPREME COURT CLERK

WASHINGTON STATE SUPREME COURT

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 2nd day of August, 2007, a true and correct copy of the foregoing was sent via U.S. Mail and electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Presented by:

S/ Garth A. Schlemlein
Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, *Pro Hac Vice*
Robert L. Olson, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: gas@soslaw.com
Attorneys for plaintiff Travelers Casualty and Surety Co. of America

Dec. of Spoonemore
Case No. A06-00063 (TMB)

-5-