```
           UNITED STATES
           DISTRICT COURT
            District of Alaska
            Anchorage Division

         #  00130870  -  PS
           August 3, 2007


    Code    Case #    Qty      Amount

    6855XX-N 06-63             150.00 CK


    TOTAL→                  150.00


    FROM: SCHIFFRIN OLSON SCHLEMLEIN
          & HOPKINS,PLLC FOR
          RICHARD SPOONEMORE
          PRO HAC VICE 3:06-CV-00063
```