Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>    Defendants.<br>_____<br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>    Counter-Claim and<br>    Third Party Plaintiff<br><br>v. | **Case No. A06-00063 (TMB)** |

Page 1   STIPULATION FOR EXTENSION OF TIME
    Case No. A06-00063 (TMB)
    H:\2501\Travelers v SCoast\Stipulation - Deadlines.wpd

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., an Oregon L.L.C., and JAN D. SOKOL, individually, | ) ) ) ) ) ) |
| Counterclaim and Third Party Defendants. | ) ) ) ) |

# STIPULATION TO EXTEND TIME FOR DEADLINES UNDER SCHEDULING AND PLANNING ORDER

Plaintiff Travelers Casualty and Surety Company of America (Travelers), Defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants), and, Third Party Defendants Stewart, Sokol, & Gray, L.L.C. and Jan D. Sokol, through undersigned counsel, file this stipulation to extend the deadlines established in this Court's *Scheduling and Planning Order* dated December 28, 2006 (Docket No 54), as follows:

| | |
|---|---|
| Deadline for discovery, except related to experts | **December 1, 2007** |
| Deadline to file expert witness disclosures pursuant to Fed.R.Civ.P. 26(a)(2) | **December 31, 2007** |
| Deadline for discovery related to experts | **February 15, 2008** |
| Deadline for filing final, revised witness list (except experts) | **November 1, 2007** |

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

All other deadlines not specifically addressed above shall be calculated as set forth in the *Scheduling & Planning Order* dated December 28, 2006 based on the revised dates set forth above.

Respectfully submitted in Anchorage, Alaska, this 13th day of August, 2007.

By: /s/ Gary Spraker
Gary Spraker
CHRISTIANSON & SPRAKER
911 West 8th Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 258-6016
Fax: (907) 258-2026
Email: gary@cslawyers.net
Alaska Bar No. 9107066
Attorneys for Defendants

By: /s/ James T. Hopkins
Garth A. Schlemlein
James T. Hopkins
SCHIFFRIN OLSON SCHLEMLEIN
 & HOPKINS, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Phone: (206) 448-8100
Fax: (206) 448-8514
Email: gas@soslaw.com
Attorneys for Plaintiff

By: /s/ James D. Gilmore
James D. Gilmore
CLAPP PETERSON VAN FLEIN
TIEMESSEN & THORSNESS LLC
711 H Street, Ste 620
Anchorage, AK 99501
Phone: 907-272-9272
Fax: 907-272-9586
Email: USDC-ANCH-Ntc@cplawak.com
Attorneys for Stewart Sokol & Gray L.L.C.,
and Jan D. Sokol

The undersigned hereby certifies that on August 13, 2007, a true and correct copy of the above document was served on:

- James Hopkins, Esq.
- Robert L. Olson, Esq.
- Garth A. Schlemlein, Esq.
- James D. Gilmore, Esq.

-Rick Spoonmore
 Sirianni Youtz Meier & Spoonmore
 1100 Millenium Tower
 Seattle, WA 98104

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Susan VanSchooten
       Susan VanSchooten

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 4   STIPULATION FOR EXTENSION OF TIME
         Case No. A06-00063 (TMB)
         H:\2501\Travelers v SCoast\Stipulation - Deadlines.wpd