Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>            Defendants.<br>_____<br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>            Counter-Claim and<br>            Third Party Plaintiff<br><br>    v. | **Case No. A06-00063 (TMB)** |

Page 1    ORDER GRANTING STIPULATION FOR EXTENSION OF TIME
         H:\2501\Travelers v SCoast\Stipulation - Deadlines Order.wpd

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 ⬧ ANCHORAGE, ALASKA 99501
(907) 258-6016 ⬧ Fax (907) 258-2026

|  |  |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., an Oregon L.L.C., and JAN D. SOKOL, individually, | ) ) ) ) ) ) |
| Counterclaim and Third Party Defendants. | ) ) ) ) |

## (Proposed) ORDER APPROVING STIPULATION TO EXTEND TIME FOR DEADLINES UNDER SCHEDULING AND PLANNING ORDER

Plaintiff Travelers Casualty and Surety Company of America (Travelers), Defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants), and, Third Party Defendants Stewart, Sokol, & Gray, L.L.C. and Jan D. Sokol, through their respective counsel, have stipulated to extend the deadlines established in this Court's *Scheduling and Planning Order* dated December 28, 2006 (Docket No 54), for discovery related matters and the deadline for filing final, revised witness lists. The Court being duly advised, and finding good cause,

IT IS HEREBY ORDERED that the deadlines set forth in the *Scheduling and Planning Order* are amended as follows:

| | |
|---|---|
| Deadline for discovery, except related to experts | **December 1, 2007** |
| Deadline to file expert witness disclosures pursuant to Fed.R.Civ.P. 26(a)(2) | **December 31, 2007** |
| Deadline for discovery related to experts | **February 15, 2008** |

| | |
|---|---|
| Deadline for filing final, revised witness list (except experts) | **November 1, 2007** |

All other deadlines not specifically addressed above shall be calculated as set forth in the *Scheduling & Planning Order* dated December 28, 2006 based on the revised dates set forth above.

_____<br>United States District Judge