Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, Pro *Hac Vice*
Robert L. Olson, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Telefax: 206-448-8514
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation,<br><br>            Plaintiff,<br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>            Defendants. | Case No. A06-00063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>            Counter-Claim and<br>            Third Party Plaintiff<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,<br><br>            Counterclaim and<br>            Third Party Defendants. | |

**Stipulation for Protective Order**
**Case No. A06-00063 (TMB)**
Page 1 of 4

## STIPULATION FOR ENTRY OF PROTECTIVE ORDER

In order to expedite the flow of discovery, facilitate the prompt resolution of disputes over confidentiality, protect adequately material entitled to be kept confidential, and ensure that protection is afforded only to material so entitled, the parties to this action, by and through their counsel of record, stipulate to the entry of a protective order, the proposed form for which is attached hereto as Ex. A.

Respectfully submitted in Anchorage, Alaska, this 21 day of September, 2007.

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
Attorneys for Plaintiff

/s/James T. Hopkins
Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: jth@soslaw.com

CHRISTIANSON & SPRAKER
Attorneys for Defendants

/s/ Gary Spraker (Consent)
Gary Spraker
Christianson & Spraker
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016/Fax (907) 258-2026
Email: gary@cslawyers.net

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

1
2      GILMORE & DOHERTY, P.C.
       Attorney for Third Party Defendants
3
4      /s/ *James D. Gilmore*
       James D. Gilmore
5      Gilmore & Doherty, PC
       1029 W. 3rd Ave., Suite 500
6      Anchorage, AK  99501
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Stipulation for Protective Order**
Case No. A06-00063 (TMB)
Page 3 of 4

## CERTIFICATE OF SERVICE

I, the undersigned, HEREBY CERTIFY that on this 21 day of September 2007, a true and correct copy of the foregoing, was sent via means indicated to the following:

Gary Spraker
Christianson & Spraker
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016/Fax (907) 258-2026
Email: gary@cslawyers.net
Via First Class Mail

James D. Gilmore, Esq.
11255 Rhody Drive
Port Hadlock, WA 98339
Telephone: (360) 379-0212
Email: jgilmore@olypen.com
Via First Class Mail

_/s/ Laurel Barton_
Laurel Barton

**Stipulation for Protective Order**
Case No. A06-00063 (TMB)
Page 4 of 4