James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>      Defendants. | Case No. 3:06-cv-0063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>    Counter-Claim and<br>    Third Party Plaintiff,<br><br>vs. | |

ANSWER TO TRAVELERS' CROSS-CLAIMS
*Travelers v. SouthCoast, et al.,* Case No. A06-00063 (TMB)
Page 1 of 6

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY, L.L.C., and JAN D. SOKOL,

        Counterclaimant and
        Third Party Defendants.

## ANSWER TO TRAVELERS' CROSS-CLAIMS

Stewart, Sokol and Gray, LLC, and Jan D. Sokol (hereinafter collectively referred to as "Sokol") in answer to Travelers' cross-claims against Stewart, Sokol & Gray, LLC and Jan D. Sokol state:

1. Sokol lacks knowledge and information sufficient to form a belief concerning each and every allegation contained in paragraph 1 of Travelers' cross-claim.

2. Admitted.

3. Admits that Sokol filed Travelers' complaint against Peterson & Sullivan and other Defendants, *Travelers v. Gelbrich et al.*, Cause No. A04-0165 RRB, on August 4, 2004, in the United States District Court for the District of Alaska, and that the complaint sought damages for losses sustained by Travelers on certain construction bonds issued by it on behalf of SCI, but denies each and every remaining allegation contained in paragraph 3 of Travelers' cross-claim.

4. Denied.

5. Denied.

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

ANSWER TO TRAVELERS' CROSS-CLAIMS
*Travelers v. SouthCoast, et al.,* Case No. A06-00063 (TMB)
Page 2 of 6

6. Sokol admits that he sent an email dated April 14, 2004, to Chuck Langfitt, of Travelers, that sought information from Mr. Langfitt regarding when the statute of limitations would be triggered, but denies each and every remaining allegation contained in paragraph 6 of Travelers' cross-claim.

7. Denied.

8. Sokol admits that on April 2, 2003, Travelers sent an email to Jan Sokol that stated, among other things, that the first meeting of Travelers with South Coast as claims was May 17, 2002 and that "reports" were sent to him. Sokol also admits that "another court" held that the statute of limitations on Travelers' claim against Peterson Sullivan had run on June 20, 2004, but denies each and every remaining allegation contained in paragraph 8 of Travelers' cross-claim.

9. Sokol admits that in June 2004 he informed Travelers, that he believed that there was sufficient information to support filing a lawsuit against the directors and officers and the accounting firm, and that he was preparing a draft complaint for Mr. Langfitt's review, but denies each and every remaining allegation contained in paragraph 9 of Travelers cross-claim.

10. Sokol admits that Mr. Langfitt should have informed Mr. Sokol when an inquiry into whether Peterson Sullivan was negligent should have been made by Travelers, but denies each and every remaining allegation contained in paragraph 10 of plaintiff's complaint.

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

11. Sokol admits that the Travelers' lawsuit against Peterson Sullivan was filed on August 4, 2004, but denies each and every remaining allegation contained in paragraph 11 of plaintiff's complaint.

12. Denied.

13. Denied.

14. Denied.

15. Sokol admits that defendants SCI, Klukwan, Inc. and Chilkat's Portage Co-Development Company have asserted a counterclaim against Travelers in this action, which Travelers disputes but denies each and every remaining allegation contained in paragraph 15 of Travelers' cross-claim.

### **FIRST CLAIM FOR RELIEF-NEGLIGENCE**.

16. Sokol reasserts and incorporates by reference herein each answer to the allegations contained in paragraphs 1-15 of plaintiff's complaint.

17. Admitted.

18. Denied.

19. Denied.

### **SECOND CLAIM FOR RELIEF-BREACH OF IMPLIED CONTRACT**

20. Sokol reasserts and incorporates by reference herein each answer made to paragraphs 1-19 to Traveler's cross-claims.

21. Denied.

22. Denied.

23. Denied.

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

24.　Denied.

By way of further answer, and affirmative defense, Sokol states:

### FIRST AFFIRMATIVE DEFENSE

Travelers' cross-claims fail to asset a claim against Sokol for which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Travelers' damages, if any, were the result of the negligence of Travelers and other entities over which Sokol had no control.

### THIRD AFFIRMATIVE DEFENSE

Travelers' cross-claims are barred by the applicable statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE

Travelers' damages, if any, result from its own conduct and/or the conduct of its attorneys, agents, and other parties under its control.

### FIFTH AFFIRMATIVE DEFENSE

Travelers has failed to mitigate its damages.

### SIXTH AFFIRMATIVE DEFENSE

Travelers' claims against Sokol are barred by the doctrines of waiver and estoppel.

### SEVENTH AFFIRMATIVE DEFENSE

Sokol reserves the right to amend this Answer to add additional affirmative defenses which may become apparent during the course of this litigation.

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

ANSWER TO TRAVELERS' CROSS-CLAIMS
*Travelers v. SouthCoast, et al.,* Case No. A06-00063 (TMB)
Page 5 of 6

WHEREFORE, having fully answered Travelers' cross-claim, and having asserted affirmative defenses thereto, Sokol requests that said cross-claim be dismissed with prejudice, that Travelers take nothing thereby, and that Sokol be awarded its costs and attorney's fees herein, together with such other and further relief as may be just and reasonable.

DATED at Anchorage, Alaska, this ___8th___ day of November 2007.

/s/ James D. Gilmore
James D. Gilmore, #6702007
Matthew K. Peterson, #8006038
CLAPP, PETERSON, VAN FLEIN, TIEMESSEN
& THORSNESS, LLC
711 H Street, Suite 620
Anchorage, Alaska  99501
Phone:  (907) 272-9631
Fax:  (907) 272-9586
Direct email:  jdg@cplawak.com
Direct email:  mkp@cplawak.com

### Certificate of Service

I hereby certify that on November 8, 2007, a copy of the foregoing document was served electronically through the ECF system on Gary Spraker and James T. Hopkins.

/s/ James D. Gilmore