James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                    Defendants. | Case No. 3:06-cv-0063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>            Counter-Claim and<br>            Third Party Plaintiff,<br><br>vs. | |

DEMAND FOR JURY TRIAL
*Travelers v. SouthCoast, et al.,* Case No. A06-00063 (TMB)
Page 1 of 3

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY, L.L.C., and JAN D. SOKOL,

      Counterclaimant and
      Third Party Defendants.

## DEMAND FOR JURY TRIAL

Comes now defendants Stewart, Sokol and Gray, LLC, and Jan D. Sokol, by and through counsel, James D. Gilmore, Esq. of the law firm of Clapp, Peterson, Van Flein, Tiemessen, and Thorsness LLC, and demands a jury trial as to all issues so triable in the above-captioned case, including but not limited to those issues raised by Travelers' cross-claims against Stewart, Sokol and Gray, LLC, and Jan D. Sokol.

DATED at Anchorage, Alaska, this ___8th___ day of November 2007.

    /s/ James D. Gilmore
    James D. Gilmore, #6702007
    Matthew K. Peterson, #8006038
    CLAPP, PETERSON, VAN FLEIN, TIEMESSEN & THORSNESS, LLC
    711 H Street, Suite 620
    Anchorage, Alaska 99501
    Phone: (907) 272-9631
    Fax: (907) 272-9586
    Direct email: jdg@cplawak.com
    Direct email: mkp@cplawak.com

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

<u>Certificate of Service</u>

I hereby certify that on November 8, 2007, a copy of the foregoing document was served electronically through the ECF system on Gary Spraker and James T. Hopkins.

<u>/s/ James D. Gilmore</u>

DEMAND FOR JURY TRIAL
*Travelers v. SouthCoast, et al.,* Case No. A06-00063 (TMB)
Page 3 of 3

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586