James T. Hopkins, Pro *Hac Vice*
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Telefax: 206-448-8514
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>Defendants. | Case No. A06-00063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>Counterclaim and Third Party Plaintiff<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,<br><br>Counterclaim and Third Party Defendants. | |

Order Granting Plaintiff's Motion for Summary Judgment
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)                                1

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA, A
Connecticut corporation,

        Plaintiff and Cross Claim
        Plaintiff;

v.

STEWART SOKOL & GRAY L.L.C., and
JAN D. SOKOL

        Cross Claim Defendants.

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT DISMISSING DEFENDANTS' COUNTERCLAIM

This matter came regularly before the Court on the motion of plaintiff Travelers Casualty and Surety Company of America ("Plaintiff") for summary judgment dismissing the Counterclaim of Defendants Klukwan, Inc., South Coast, Inc., and Chilkats' Portage Cove Development (collectively the "Defendants"). The Court considered Plaintiff's motion, Defendants' opposition, Plaintiff's response, the other pleadings and records on file herein, the oral argument of counsel, and the following evidence submitted by the parties:

1. Excerpts of the Deposition testimony of Thomas L. Crandall attached to the Declaration of James T. Hopkins submitted in support of Plaintiff's motion;

2. Excerpts of the Deposition testimony of Cabot Christianson attached to the Declaration of James T. Hopkins submitted in support of Plaintiff's motion;

3. Certain documents entered as deposition exhibits referenced in Plaintiff's motion and attached to the Declaration of James T. Hopkins submitted in support of Plaintiff's motion;

4.

Order Granting Plaintiff's Motion for Summary Judgment
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)    2

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

_____

_____

Based on the foregoing, the Court finds: (i) the relationship between the Plaintiff and Defendants is governed by contractual agreements which provide Plaintiff had no obligation to pursue a lawsuit against, or achieve any recovery from, Peterson Sullivan, PLLC; (ii) because the Defendants' Counterclaim seeks purely economic damages and the relationship of the parties is governed by contract, Alaska law bars any tort claim by the Defendants against Plaintiff; (iii) Defendants neither imposed, nor Plaintiff accepted, any condition regarding Plaintiff's action against Peterson Sullivan; (iv) there are no genuine issues of material fact which would preclude summary judgment in Plaintiff's favor; and (v) Plaintiff is entitled to judgment dismissing Defendants' Counterclaim as a matter of law.

NOW THEREFORE, IT IS HEREBY ORDERED:

Plaintiff's motion for summary judgment dismissing Defendants' Counterclaim is GRANTED.

Defendants' Counterclaim against Plaintiff shall be, and hereby is, DISMISSED with prejudice.

ENTERED this _____ day of _____, 2007.

_____
THE HONORABLE TIMOTHY M. BURGESS

Order Granting Plaintiff's Motion for Summary Judgment
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)                                3

Presented by:

<u>S/ James T. Hopkins</u>
James T. Hopkins, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: jth@soslaw.com

Order Granting Plaintiff's Motion for Summary Judgment
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)                                    4