James T. Hopkins, Pro *Hac Vice*
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Telefax: 206-448-8514
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>　　　　　　　　　Defendants.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>　　　　　　Counterclaim and<br>　　　　　　Third Party Plaintiff<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,<br><br>　　　　　　Counterclaim and<br>　　　　　　Third Party Defendants. | Case No. A06-00063 (TMB) |

Declaration of James T. Hopkins
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)　　　　　　　　　1

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation, | |
| Plaintiff and Cross Claim Plaintiff; | |
| v. | |
| STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL | |
| Cross Claim Defendants. | |

### DECLARATION OF JAMES T. HOPKINS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT DISMISSING DEFENDANTS' COUNTERCLAIM

James T. Hopkins declares and states as follows:

1. I am counsel of record for Plaintiff Travelers Casualty & Surety Company of America ("Travelers") in this action. I have personal knowledge of the facts stated herein, am competent to testify to them, and would so testify if called upon to do so.

2. Attached under Tab 1 of this declaration is an index and true and correct copies of excerpts of the deposition testimony of Thomas L. Crandall taken on July 30, July 31, August 1 and September 28, 2007 which are referenced in Travelers' Motion for Summary Judgment.

3. Attached under Tab 2 of this declaration is an index and true and correct copies of excerpts of the deposition testimony of Cabot Christianson taken on September 27 and 28, 2007 which are referenced in Travelers' Motion for Summary Judgment.

4. Attached under Tab 3 of this declaration is an index and true and correct copies of documents which have been entered as deposition exhibits and referenced in Travelers' Motion for Summary Judgment.

Declaration of James T. Hopkins
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)                         2

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

1  I have read the foregoing declaration and I certify under penalty of perjury that it is
2  true and correct.
3  Executed at Seattle, Washington 19th day of November, 2007.

<u>S/ James T. Hopkins</u><br>
James T. Hopkins, *Pro Hac Vice*<br>
Schiffrin Olson Schlemlein & Hopkins, PLLC<br>
1601 Fifth Ave., Suite 2500<br>
Seattle, WA  98101<br>
Telephone: (206) 448-8100/Fax (206) 448-8514<br>
Email: jth@soslaw.com

Declaration of James T. Hopkins
Travelers Casualty and Surety v. South Coast, Inc., et al.
**Case No. A06-00063 (TMB)**                    3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 19, 2007, a true and correct copy of the above document was served on:

Gary Spraker, Esq.
Chirstianson & Spraker
911 West 8th Avenue, Suite 201
Anchorage, AK 99501

James D. Gilmore, Esq.
11255 Rhody Drive
Port Hadlock, WA 98339

by electronic means through the ECF system as indicated on the Notice of Electronic filing.

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, PLLC

*S/ James T. Hopkins*
James T. Hopkins, *Pro Hac Vice*
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: jth@soslaw.com

Declaration of James T. Hopkins
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)                                    4