Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, Pro *Hac Vice*
Robert L. Olson, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Telefax: 206-448-8514
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation,<br><br>                Plaintiff,<br><br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                Defendants.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>              Counterclaim and<br>              Third Party Plaintiff<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,<br><br>              Counterclaim and<br>              Third Party Defendants. | Case No. A06-00063 (TMB) |

**Request Oral Argument**
Case No. A06-00063 (TMB)
Travelers Casualty and Surety v. South Coast, Inc., et al.

1

| | |
|---|---|
| 1 | TRAVELERS CASUALTY AND |
| 2 | SURETY COMPANY OF AMERICA, A Connecticut corporation, |
| 3 | |
| 4 | Plaintiff and Cross Claim Plaintiff; |
| 5 | v. |
| 6 | STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL |
| 7 | |
| 8 | Cross Claim Defendants. |

### PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION FOR SUMMARY JUDGMENT DISMISSING DEFENDANTS' COUNTERCLAIM

Pursuant to Local Rule 7.2, plaintiff Travelers Casualty and Surety Company of America respectfully requests oral argument on its Motion for Summary Judgment Dismissing Defendants' Counterclaim filed contemporaneously with this request.

Respectfully submitted this 19th day of November, 2007.

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, PLLC

*s/James T. Hopkins*
James T. Hopkins, *Pro Hac Vice*
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: jth@soslaw.com

**Request Oral Argument**
Case No. A06-00063 (TMB)
Travelers Casualty and Surety v. South Coast, Inc., et al.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 19, 2007, a true and correct copy of the above document was served on:

Gary Spraker, Esq.
Chirstianson & Spraker
911 West 8th Avenue, Suite 201
Anchorage, AK 99501

James D. Gilmore, Esq.
11255 Rhody Drive
Port Hadlock, WA 98339

by electronic means through the ECF system as indicated on the Notice of Electronic filing.

      SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, PLLC

      *S/ James T. Hopkins*
      James T. Hopkins, *Pro Hac Vice*
      Garth A. Schlemlein, ASBA # 8602011
      Schiffrin Olson Schlemlein & Hopkins, PLLC
      1601 Fifth Ave., Suite 2500
      Seattle, WA 98101
      Telephone: (206) 448-8100/Fax (206) 448-8514
      Email: jth@soslaw.com

**Request Oral Argument**
Case No. A06-00063 (TMB)
Travelers Casualty and Surety v. South Coast, Inc., et al.

3