James T. Hopkins, Pro *Hac Vice*
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Telefax: 206-448-8514
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>Defendants.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>Counterclaim and Third Party Plaintiff<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,<br><br>Counterclaim and Third Party Defendants. | Case No. A06-00063 (TMB) |

Stipulation for Briefing Schedule
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)                                1

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA, A
Connecticut corporation,

        Plaintiff and Cross Claim
        Plaintiff;

v.

STEWART SOKOL & GRAY L.L.C., and
JAN D. SOKOL

        Cross Claim Defendants.

## STIPULATION FOR BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT DISMISSING DEFENDANTS' COUNTERCLAIM AND DEFENDANTS' CROSS MOTION

### STIPULATION

On November 19, 2007, Plaintiff filed its Motion for Summary Judgment Dismissing Defendants' Counterclaim. Defendants intend to cross move for summary judgment on the issue of whether or not Plaintiff owed Defendants a duty as alleged in their Counterclaim. Counsel for the parties stipulate and agree to the following briefing schedule for such motions and respectfully request the Court to enter an order approving such schedule:

1.    Defendants response to Plaintiff's motion and any cross motion by Defendants shall be filed no later than December 21, 2007.

2.    Plaintiff's reply in support of its motion and response to Defendants' cross motion shall be filed no later than January 14, 2008.

3.    Defendants' reply in support of their cross motion shall be filed no later than January 28, 2008.

4.    Oral argument shall be held if requested by the Court and on such date as determined by the Court.

Stipulation for Briefing Schedule
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)    2

1  Respectfully submitted this 4th day of December, 2007.

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
Attorneys for Plaintiff

*/s/James T. Hopkins*
Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA  98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: jth@soslaw.com


CHRISTIANSON & SPRAKER
Attorneys for Defendants

*/s/ Gary Spraker*
Gary Spraker
Christianson & Spraker
911 W. 8th Avenue, Suite 201
Anchorage, AK  99501
Telephone: (907) 258-6016/Fax (907) 258-2026
Email: gary@cslawyers.net

Stipulation for Briefing Schedule
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)                    3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 4, 2007, a true and correct copy of the above document was served on:

Gary Spraker, Esq.
Chirstianson & Spraker
911 West 8th Avenue, Suite 201
Anchorage, AK 99501

James D. Gilmore, Esq.
11255 Rhody Drive
Port Hadlock, WA 98339

Richard E. Spoonemore
Sirianni Youtz Meier & Spoonemore
719 2nd Ave., Suite 1100
Seattle, WA 98154

by electronic means through the ECF system as indicated on the Notice of Electronic filing.

SCHIFFRIN OLSON SCHLEMLEIN &
HOPKINS, PLLC

*S/ James T. Hopkins*
James T. Hopkins, *Pro Hac Vice*
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: jth@soslaw.com

Stipulation for Briefing Schedule
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)                4