James T. Hopkins, Pro *Hac Vice*
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Telefax: 206-448-8514
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, A Connecticut
corporation,

                    Plaintiff,

v.

SOUTH COAST, INC., an Alaska
corporation, KLUKWAN, INC., an Alaska
Native Village corporation, and
CHILKATS' PORTAGE COVE
DEVELOPMENT COMPANY, an Alaska
corporation,

                    Defendants.

_____

SOUTH COAST, INC., an Alaska
corporation, KLUKWAN, INC., an
Alaska Native Village corporation, and
CHILKATS' PORTAGE COVE
DEVELOPMENT COMPANY, an Alaska
corporation,

                    Counterclaim and
                    Third Party Plaintiff

v.

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA, a
Connecticut corporation, STEWART
SOKOL & GRAY L.L.C., and JAN D.
SOKOL,

                    Counterclaim and
                    Third Party Defendants.

Case No. A06-00063 (TMB)

Order For Briefing Schedule
Travelers Casualty and Surety v. South Coast, Inc., et al.
**Case No. A06-00063 (TMB)**                                    1

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

1  TRAVELERS CASUALTY AND
    SURETY COMPANY OF AMERICA, A
2  Connecticut corporation,

3              Plaintiff and Cross Claim
               Plaintiff;
4
    v.
5
    STEWART SOKOL & GRAY L.L.C., and
6  JAN D. SOKOL

7              Cross Claim Defendants.

8

9  **[PROPOSED] ORDER FOR BRIEFING SCHEDULE ON PLAINTIFF AND
   DEFENDANTS' SUMMARY JUDGMENT MOTIONS REGARDING DEFENDANTS'**
10                      **COUNTERCLAIM**

11         THIS MATTER came before the Court on the Stipulation for Briefing Schedule on

12  Plaintiff's Motion for Summary Judgment Dismissing Defendants' Counterclaim and

13  Defendants' Cross Motion signed by Travelers Casualty and Surety Company of America

14  ("Plaintiff") and Defendants Klukwan, Inc., South Coast, Inc., and Chilkats' Portage Cove

15

16  Development ("Defendants"), and good cause appearing:

17         IT IS HEREBY ORDERED that Plaintiff and Defendants shall file briefs in

18  connection with Plaintiff's Motion for Summary Judgment Dismissing Defendants'

19  Counterclaim and any Cross Motion by Defendants by the dates set forth in the parties'

20  Stipulation.

21  ENTERED this _____ day of _____, 2007.

22

23

24                                    _____

25                                    THE HONORABLE TIMOTHY M. BURGESS

26

27

28  Order For Briefing Schedule
    Travelers Casualty and Surety v. South Coast, Inc., et al.
    **Case No. A06-00063 (TMB)**                    2

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

1

2    Presented by:

3

4    *S/ James T. Hopkins*
     James T. Hopkins, *Pro Hac Vice*
     Schiffrin Olson Schlemlein & Hopkins, PLLC
5    1601 Fifth Ave., Suite 2500
     Seattle, WA  98101
6    Telephone: (206) 448-8100/Fax (206) 448-8514
     Email: jth@soslaw.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    Order For Briefing Schedule
      Travelers Casualty and Surety v. South Coast, Inc., et al.
      **Case No. A06-00063 (TMB)**                          3