IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation,<br><br>                  Plaintiff,<br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                  Defendants.<br>_____<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                  Counterclaim and<br>                  Third Party Plaintiff<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,<br><br>                  Counterclaim and<br>                  Third Party Defendants.<br><br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation,<br><br>                  Plaintiff and Cross Claim<br>                  Plaintiff;<br>v.<br><br>STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL<br><br>                  Cross Claim Defendants. | Case No. 3:06-cv-0063 TMB |

**ORDER FOR BRIEFING SCHEDULE ON PLAINTIFF AND DEFENDANTS' SUMMARY JUDGMENT MOTIONS REGARDING DEFENDANTS' COUNTERCLAIM**

THIS MATTER came before the Court on the Stipulation for Briefing Schedule on Plaintiff's Motion for Summary Judgment Dismissing Defendants' Counterclaim and Defendants' Cross Motion signed by Travelers Casualty and Surety Company of America ("Plaintiff") and Defendants Klukwan, Inc., South Coast, Inc., and Chilkats' Portage Cove Development ("Defendants"), and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff and Defendants shall file briefs in connection with Plaintiff's Motion for Summary Judgment Dismissing Defendants' Counterclaim and any Cross Motion by Defendants by the dates set forth in the parties' Stipulation.

1. Defendant's response to Plaintiff's motion and any cross motion by Defendants shall be filed no later than December 21, 2007.

2. Plaintiff's reply in support of its motion and response to Defendants' cross motion shall be filed no later than January 14, 2008.

3. Defendants' Reply in support of their cross motion shall be filed no later than January 28, 2008.

4. Oral argument shall be held if requested by the Court.

ENTERED this 5th day of December, 2007.

 /s/ Timothy M. Burgess
TIMOTHY M. BURGESS
U.S. DISTRICT JUDGE