Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiff, <br><br> v. <br><br> SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, <br><br> Defendants. | **Case No. A06-00063 (TMB)** |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, <br><br> Counter-Claim and Third Party Plaintiff <br><br> v. | |

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 1   STIPULATION TO AMEND BRIEFING SCHEDULE
         Case No. A06-00063 (TMB)
         H:\2501\Travelers v SCoast\Stipulation - MSJ Briefing.wpd

|  |  |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., an Oregon L.L.C., and JAN D. SOKOL, individually, | ) ) ) ) ) ) ) |
| Counterclaim and Third Party Defendants. | ) ) ) ) |

### AMENDED STIPULATION FOR BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT DISMISSING DEFENDANTS COUNTERCLAIMS AND DEFENDANTS' CROSS MOTION

Plaintiff Travelers Casualty and Surety Company of America (Travelers) and defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants) through undersigned counsel, file this stipulation to amend the previously agreed upon deadlines for briefing schedule established for Plaintiff's *Motion for Summary Judgment Dismissing Defendants' Counterclaim:*

1. Defendants' opposition and cross motion shall be filed no later than **January 4, 2008**.

2. Plaintiff's reply in support of its motion, and opposition to any cross motion shall be filed no later than **January 21, 2008.**

3. Defendants' reply in support of any cross-motion shall be filed no later than **January 30, 2008.**

4. Oral argument shall be held if requested by the Court and on such date as determined by the Court.

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Respectfully submitted in Anchorage, Alaska, this 21st day of December, 2007.

By: /s/ Gary Spraker
Gary Spraker
CHRISTIANSON & SPRAKER
911 West 8th Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 258-6016
Fax: (907) 258-2026
Email: gary@cslawyers.net
Alaska Bar No. 9107066
Attorneys for Defendants

By: /s/ James T. Hopkins
Garth A. Schlemlein
James T. Hopkins
SCHIFFRIN OLSON SCHLEMLEIN
& HOPKINS, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Phone: (206) 448-8100
Fax: (206) 448-8514
Email: gas@soslaw.com
Attorneys for Plaintiff

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

The undersigned hereby certifies that on December 21, 2007, a true and correct copy of the above document was served on:

- James Hopkins, Esq.
- Robert L. Olson, Esq.
- Garth A. Schlemlein, Esq.
- James D. Gilmore, Esq.

-Rick Spoonmore
 Sirianni Youtz Meier & Spoonmore
 1100 Millenium Tower
 Seattle, WA 98104

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Susan VanSchooten
        Susan VanSchooten

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 4    STIPULATION TO AMEND BRIEFING SCHEDULE
          Case No. A06-00063 (TMB)
          H:\2501\Travelers v SCoast\Stipulation - MSJ Briefing.wpd