Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>    Defendants. | **Case No. A06-00063 (TMB)** |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>    Counter-Claim and<br>    Third Party Plaintiff<br><br>v. | |

*(left margin: CHRISTIANSON & SPRAKER, 911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501, (907) 258-6016 • Fax (907) 258-2026)*

|   |   |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., an Oregon L.L.C., and JAN D. SOKOL, individually,<br><br>           Counterclaim and<br>           Third Party Defendants. | ) ) ) ) ) ) ) ) ) ) |

**[Proposed] ORDER GRANTING AMENDED STIPULATION FOR BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT DISMISSING DEFENDANTS COUNTERCLAIMS AND DEFENDANTS' CROSS MOTION**

This matter came before the Court on the *Amended Stipulation for Briefing Schedule on Plaintiff's Motion for Summary Judgment Dismissing Defendants' Counterclaim and Defendants' Cross Motion* signed by Travelers Casualty and Surety Company of America ("Plaintiff") and Defendants Klukwan, Inc., South Coast, Inc., and Chilkats' Portage Cove Development ("Defendants"), and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff and Defendants shall file briefs in connection with Plaintiff's *Motion for Summary Judgment Dismissing Defendants' Counterclaim* and any Cross Motion by Defendants by the dates set forth in the parties' Amended Stipulation.

ENTERED this _____ day of _____, 2007.

Page 2     STIPULATION TO AMEND BRIEFING SCHEDULE
Case No. A06-00063 (TMB)
H:\2501\Travelers v SCoast\Order - MSJ Briefing.wpd

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

_____
THE HONORABLE TIMOTHY M. BURGESS

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 3    STIPULATION TO AMEND BRIEFING SCHEDULE
Case No. A06-00063 (TMB)
H:\2501\Travelers v SCoast\Order - MSJ Briefing.wpd