Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., and Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>             Defendants.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., and Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>             Counter-Claim and<br>             Third Party Plaintiff,<br><br>     v. | **Case No. A06-00063 (TMB)** |

PAGE 1   DECLARATION OF CABOT CHRISTIANSON
        TRAVELERS CASUALTY AND SURETY V. SOUTH COAST, INC., ET AL.
        CASE NO. A06-00063 (TMB)
        H:\2501\Travelers v SCoast\Summary Judgment - Declaration - Christianson.wpd

|  |  |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., THOMAS A LARKIN and JAN D. SOKOL,<br><br>      Counterclaimant and<br>      Third Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF CABOT CHRISTIANSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT DISMISSING COUNTERCLAIM AND CROSS MOTION

Cabot Christianson declares and states as follows under penalty of perjury:

1.  I am a partner in Christianson & Spraker, who has represented Defendants South Coast, Inc., Klukwan, Inc., and Chilkats' Portage Cove Development Company (collectively, "Klukwan" or "Defendants") in the underlying matters that are the subject of this litigation. I have personal knowledge of the facts stated herein, am competent to testify to them, and would so testify if called upon to do so.

2.  Attached as Exhibit A to this declaration is a true and correct copy of the draft audited financial statements for South Coast, Inc. for the year ending December 31, 2001, prepared by Peterson Sullivan, P.L.L.C. which is referenced in Defendants' *Opposition to Plaintiff's Motion for Summary Judgment Dismissing Counterclaim and Cross Motion (Cross Motion)*.

3.      Attached as Exhibit B to this declaration is a true and correct copy of the email from Thomas L. Crandall to me dated September 25, 2003, which is referenced in the *Cross Motion*.

4.      Attached as Exhibit C to this declaration is a true and correct copy of the letter from Jan Sokol to Peterson Sullivan dated September 29, 2003, which is referenced in the *Cross Motion*.

5.      Attached as Exhibit D to this declaration is a true and correct copy of Charles Langfitt's email to Tom Crandall dated October 17, 2003, together with Mr. Crandall's forward of that email to me which are referenced in the *Cross Motion*.

6.      Attached as Exhibit E to this declaration is a and true and correct copy of the email from me to Mr. Sokol dated October 17, 2003, and his response dated October 18, 2003, which are referenced in the *Cross Motion*.

7.      Attached as Exhibit F to this declaration is a true and correct copy of Sokol's letter to Mary Ecklund dated December 17, 2003, which is referenced in the *Cross Motion*.

8.      Attached as Exhibit G to this declaration is a true and correct copy of my email to Jan Sokol dated April 5, 2004, and Sokol's reply which are referenced in the *Cross Motion*.

///

///

Dated this 4th day of January 2008.

By: /s/ Cabot Christianson
Cabot Christianson
CHRISTIANSON & SPRAKER
911 West 8th Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 258-6016
Fax: (907) 258-2026
Email: gary@cslawyers.net
Alaska Bar No. 7811089
Attorneys for Defendants

Undersigned certifies that on January 4, 2008, a true and correct copy of the above document was served on:

James D. Gilmore, Esq.
James T. Hopkins, Esq.
Robert L. Olson, Esq.
Garth A. Schlemlein, Esq.
Richard E. Spoonemore, Esq.

By first class mail, if noted above or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.
By: /s/ Susan Vanschooten
Susan Vanschooten