SOUTH COAST, INC.

CONSOLIDATED FINANCIAL REPORT

DECEMBER 31, 2001



# CONTENTS

|  | Page |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 1 |
| FINANCIAL STATEMENTS |  |
| Consolidated balance sheets | 2 and 3 |
| Consolidated statements of income and retained earnings | 4 |
| Consolidated statements of cash flows | 5 |
| Notes to consolidated financial statements | 6 - 13 |
| SUPPLEMENTARY INFORMATION |  |
| INDEPENDENT AUDITORS' REPORT ON SUPPLEMENTARY INFORMATION | 15 |
| Summary of construction contracts | 16 |

## INDEPENDENT AUDITORS' REPORT

To the Board of Directors
South Coast, Inc.
Ketchikan, Alaska

We have audited the accompanying consolidated balance sheets of South Coast, Inc. (a subsidiary of Klukwan Construction, Inc.) and subsidiaries as of December 31, 2001 and 2000, and the related consolidated statements of income and retained earnings, and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of South Coast, Inc. and subsidiaries as of December 31, 2001 and 2000, and the results of their operations and their cash flows for the years then ended in conformity with accounting principles generally accepted in the United States.

January 25, 2002
Seattle, Washington

1

EXHIBIT _A_, Page _3_ of _18_

SOUTH COAST, INC.

CONSOLIDATED BALANCE SHEETS
December 31, 2001 and 2000

| ASSETS | | 2001 | | 2000 |
|---|---|---|---|---|
| **Current Assets** | | | | |
| Cash | $ | 219,975 | $ | 240,352 |
| Contract and other receivables | | 3,008,694 | | 6,174,082 |
| Costs and estimated earnings in excess | | | | |
| of billings on uncompleted contracts | | 1,670,426 | | 2,800,078 |
| Inventories | | 3,125,721 | | 3,240,795 |
| Prepaid expenses and other current assets | | 220,754 | | 213,804 |
| Total current assets | | 8,245,570 | | 12,669,111 |
| Property and Equipment | | 14,417,421 | | 11,938,327 |
| Goodwill | | 923,466 | | 1,305,582 |
| | $ | 23,586,457 | $ | 25,913,020 |

2

| LIABILITIES AND SHAREHOLDER'S EQUITY | | 2001 | | 2000 |
|---|---|---|---|---|
| **Current Liabilities** | | | | |
| Note payable to finance company | $ | 246,870 | $ | - |
| Accounts payable | | 7,397,928 | | 4,246,691 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | | 879,199 | | 625,846 |
| Current portion of long–term debt | | 1,112,234 | | 1,186,165 |
| Total current liabilities | | 9,636,231 | | 6,058,702 |
| **Long-Term Liabilities** | | | | |
| Line of credit note payable to Klukwan, Inc. | | 6,774,750 | | 5,926,527 |
| Long-term debt, less current portion | | 6,969,384 | | 5,525,269 |
| Fair value of interest rate swap contract | | 194,221 | | |
| Total long-term liabilities | | 13,938,355 | | 11,451,796 |
| Total liabilities | | 23,574,586 | | 17,510,498 |
| Minority interest | | 4,143 | | 71,150 |
| **Shareholder's Equity** | | | | |
| Common stock, stated value $10 per share, 100,000 shares authorized, issued, and outstanding | | 1,000,000 | | 1,000,000 |
| Additional paid-in capital | | 5,399,841 | | 5,399,841 |
| Retained earnings (deficit) | | (6,386,733) | | 1,936,911 |
| | | 13,108 | | 8,336,752 |
| Less: treasury stock | | (5,380) | | (5,380) |
| | | 7,728 | | 8,331,372 |
| | $ | 23,586,457 | $ | 25,913,020 |

See Notes to Consolidated Financial Statements

3

EXHIBIT A, Page 5 of 18

SOUTH COAST, INC.

CONSOLIDATED STATEMENTS OF INCOME
AND RETAINED EARNINGS
Years Ended December 31, 2001 and 2000

|  | 2001 | 2000 |
|---|---|---|
| **Revenues** | | |
| Contract revenues earned | $ 47,265,911 | $ 44,792,471 |
| Sales of explosives and related merchandise | 10,095,597 | 9,932,920 |
| | 57,361,508 | 54,725,391 |
| **Cost of Revenues** | | |
| Cost of contract revenues earned | 51,040,180 | 39,970,876 |
| Cost of explosives and related merchandise sold | 8,252,282 | 8,073,000 |
| | 59,292,462 | 48,043,876 |
| Gross profit (loss) | (1,930,954) | 6,681,515 |
| Selling, General and Administrative Expenses | 5,171,890 | 4,589,745 |
| Income (loss) from operations | (7,102,844) | 2,091,770 |
| **Other Income (Expense)** | | |
| Interest expense | (1,140,487) | (1,117,804) |
| Gain on sales of property and equipment | 723,229 | 168,250 |
| Minority interests | 67,007 | 74,533 |
| Amortization of goodwill | (382,116) | (398,181) |
| Change in value of interest rate swap contract | (194,221) | |
| Other | (294,212) | 60,281 |
| | (1,220,800) | (1,212,921) |
| Net Income (Loss) | (8,323,644) | 878,849 |
| Retained Earnings, beginning of year | 1,936,911 | 1,058,062 |
| Retained Earnings (Deficit), end of year | $ (6,386,733) | $ 1,936,911 |

See Notes to Consolidated Financial Statements

4

EXHIBIT A Page 6 of 18

SOUTH COAST, INC.

CONSOLIDATED STATEMENTS OF CASH FLOWS
Years Ended December 31, 2001 and 2000

| | 2001 | 2000 |
|---|---|---|
| **Cash Flows From Operating Activities** | | |
| Net income (loss) | $ (8,323,644) | $ 878,849 |
| Adjustments to reconcile net income (loss) to net cash flows from operating activities | | |
| Depreciation | 1,824,796 | 1,450,345 |
| Amortization of goodwill | 382,116 | 398,181 |
| Minority interests | (67,007) | (74,533) |
| Change in value of interest rate swap contract | 194,221 | |
| Gain on sale of property and equipment | (723,229) | (168,250) |
| Change in operating assets and liabilities | | |
| Contract and other receivables | 3,165,388 | (2,245,852) |
| Costs and estimated earnings in excess of billings on uncompleted contracts | 1,129,652 | (264,853) |
| Inventories | 115,074 | 170,373 |
| Prepaid expenses and other current assets | (76,983) | 50,726 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | 253,353 | 625,846 |
| Accounts payable | 3,151,237 | 221,694 |
| Other | 70,033 | 2,616 |
| Net cash flows from operating activities | 1,095,007 | 1,045,142 |
| **Cash Flows From Investing Activities** | | |
| Proceeds from the sale of equipment | 1,169,466 | 268,250 |
| Purchase of property and equipment | (2,462,120) | (2,837,725) |
| Net cash flows from investing activities | (1,292,654) | (2,569,475) |
| **Cash Flows From Financing Activities** | | |
| Increase in line of credit note payable to Klukwan, Inc. | 848,223 | 2,373,094 |
| Increase in note payable to finance company | 246,870 | |
| Principal payments on long-term debt | (917,823) | (1,130,183) |
| Net cash flows from financing activities | 177,270 | 1,242,911 |
| Net decrease in cash | (20,377) | (281,422) |
| Cash, beginning of year | 240,352 | 521,774 |
| Cash, end of year | $ 219,975 | $ 240,352 |

See Notes to Consolidated Financial Statements

5

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

Note 1.  Significant Accounting Policies

Nature of Business and Organization

South Coast, Inc. ("SCI") and its majority owned subsidiaries are engaged in various types of construction activities in Alaska, Arizona and Colorado, including road and bridge construction and repair, airport construction, construction of water lines, construction of marine facilities, street paving, and sale of explosives and related merchandise. SCI is a subsidiary of Klukwan Construction, Inc. ("KCI"). Further, KCI is a member of a consolidated group of which Klukwan, Inc., an Alaska Native Corporation, is the common parent.

Principles of Consolidation

The consolidated financial statements include the accounts of SCI and its majority-owned subsidiaries.     All significant intercompany transactions have been eliminated in consolidation.

Method of Accounting for Construction Contracts

Revenues from construction contracts are recognized on the percentage-of-completion method, measured by the percentage of costs incurred to date to estimated total costs for each contract. This method is used because management considers total cost to be the best available measure of progress on contracts. Because of the inherent uncertainties in estimating costs, it is at least reasonably possible that the estimates used may change in the near term.  If estimated costs to complete long-term contracts indicate a loss, provision is made in the current period for the total anticipated loss. Provision for losses on uncompleted contracts amounted to $659,726 in 2001 and none in 2000. The lives of contracts entered into by SCI are typically twelve months or less, but performance may require two construction seasons.

The asset, "Costs and estimated earnings in excess of billings on uncompleted contracts" represents revenues recognized in advance of amounts billed.  Conversely, the liability, "Billings in excess of costs and estimated earnings on uncompleted contracts" represents amounts billed in advance of revenues recognized.

Derivative Financial Instruments

Derivative financial instruments are measured at fair value and recognized as assets or liabilities. The change in value of derivatives is included in results of operations.

Note 1. (Continued)

Inventories

Inventories are stated at the lower of cost (first-in, first-out method) or market and consist of the following:

|  | 2001 | 2000 |
|---|---|---|
| Explosives and other wholesale merchandise | $ 2,204,628 | $ 2,448,275 |
| Construction materials and repair parts on hand | 921,093 | 792,520 |
| Total | $ 3,125,721 | $ 3,240,795 |

Property and Equipment

Property and equipment is stated at cost. Depreciation is computed over the estimated useful lives of the respective assets, using the straight-line method for financial reporting purposes and accelerated methods for income tax purposes.

Amortization

Goodwill results from a business purchase transaction in 1999 and is being amortized on the straight-line method over five years. However, in accordance with Statement of Financial Accounting Standards No. 142, SCI will not amortize goodwill after December 31, 2001. Goodwill is stated, in the consolidated balance sheets, net of accumulated amortization of $1,012,569 in 2001 and $630,453 in 2000. Beginning in 2002, goodwill will be tested for potential impairment at least annually.

Major Customers and Credit Risk

In 2001, the State of Alaska accounted for 26% of revenues, the Bureau of Indian Affairs accounted for 24%, and the Federal Highways Administration 8%. At December 31, 2001, a private corporation accounted for 9% of contract and other receivables and the Federal Highways Administration accounted for 11%.

In 2000, the State of Alaska accounted for 17% of revenues, the Bureau of Indian Affairs accounted for 14%, and the Federal Highways Administration 15%. At December 31, 2000, a private corporation accounted for 30% of contract and other receivables.

SCI generally does not require collateral for its accounts receivable.

7

Note 1. (Continued)

Statements of Cash Flows

For purposes of the statements of cash flows, all highly liquid debt instruments purchased with a maturity of three months or less are cash equivalents. At various times, SCI may have cash and cash equivalents in financial institutions in excess of federally insured limits.

Interest paid on a cash basis was $1,140,487 in 2001 and $1,117,804 in 2000. These amounts include interest paid to Klukwan, Inc.

Income Taxes

SCI files a consolidated tax return with Klukwan, Inc. SCI provides for any necessary income taxes as if it were a separate taxpayer. SCI accounts for income taxes under an asset and liability approach that requires the recognition of deferred tax assets and liabilities for the expected future tax consequences of events that have been recognized in the financial statements or income tax returns.

Use of Estimates

The preparation of financial statements in conformity with accounting principles generally accepted in the United States requires management to make estimates and assumptions. These estimates and assumptions affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Note 2. Costs and Estimated Earnings on Uncompleted Contracts

|  | 2001 | 2000 |
|---|---|---|
| Costs incurred on uncompleted contracts | $ 64,662,997 | $ 34,592,378 |
| Estimated earnings (losses) | (675,917) | 4,408,627 |
| Revenue earned to date | 63,987,080 | 39,001,005 |
| Less billings to date | (63,195,853) | (36,826,773) |
|  | $    791,227 | $  2,174,232 |

8

Note 2. (Continued)

This amount is included in the consolidated balance sheets as follows:

|  | 2001 | 2000 |
|---|---|---|
| Costs and estimated earnings in excess of billings on uncompleted contracts | $ 1,670,426 | $ 2,800,078 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | (879,199) | (625,846) |
|  | $ 791,227 | $ 2,174,232 |

SCI has a contract backlog of $21,856,978 at December 31, 2001.

Note 3. Property and Equipment

|  | 2001 | 2000 |
|---|---|---|
| Machinery and equipment | $ 22,985,644 | $ 23,840,758 |
| Tugboats and barges | 6,356,485 | 6,262,934 |
| Land and buildings | 5,760,433 | 5,658,568 |
| Camp equipment and facilities | 1,385,496 | 1,385,496 |
| Office equipment | 346,982 | 565,726 |
|  | 36,835,040 | 37,713,482 |
| Less accumulated depreciation | (22,417,619) | (25,775,155) |
|  | $ 14,417,421 | $ 11,938,327 |

Note 4. Note Payable to Finance Company

SCI has a line of credit agreement with a finance company, which is renewable in June 2002. Interest is payable monthly at prime plus .35% (resulting in a rate of 5.1% at December 31, 2001) and borrowings are collateralized by equipment. The note is guaranteed by Klukwan, Inc. The outstanding balance under this line of credit agreement was $246,870 at December 31, 2001. There was no balance outstanding at December 31, 2000.

9

EXHIBIT A, Page 11 of 18

Note 5. Long-Term Debt

|  | 2001 | 2000 |
|---|---|---|
| Note payable to a bank due June 2021, interest rate of one-month LIBOR plus 2% (resulting in a rate of 3.8975% at December 31, 2001), due in monthly principal installments of $5,396, plus interest, secured by land, building, office, and marine facilities. This note is guaranteed at the rate of 90% by the United States Department of Agriculture and Klukwan, Inc. | $ 3,152,197 | $ 2,812,884 |
| Capital lease obligations, due in monthly installments of $34,344 including interest at 8.5%, secured by equipment with a cost of $2,288,007, accumulated depreciation of $186,662 and a net book value of $2,101,345 at December 31, 2001. Amortization expense of $186,662 is included in depreciation expense for the leased equipment in 2001. Future minimum lease payments for this equipment amount to $3,093,063 and included $952,652 representing interest. | 2,140,411 |  |
| Note payable due April 2004, interest rate of prime plus 1% (resulting in a rate of 5.75% at December 31, 2001), due in quarterly principal installments of $148,729, plus interest, to an individual, secured by all assets of an acquired subsidiary. | 1,332,322 | 2,075,967 |
| Note payable to a bank due April 2003, interest rate of 7.7%, due in monthly installments of $14,631 including interest, secured by equipment. | 609,274 | 742,595 |
| Note payable to a finance company due August 2005, interest rate of 9.75%, due in monthly installments of $12,474 including interest, secured by equipment. | 459,908 | 559,420 |
| Note payable to a bank due April 2004, interest rate of 8.15%, due in monthly installments of $11,952 including interest, secured by equipment. | 347,156 | 466,153 |
| Other notes payable, secured by equipment. | 40,350 | 54,415 |
|  | 8,081,618 | 6,711,434 |
| Less current portion | (1,112,234) | (1,186,165) |
|  | $ 6,969,384 | $ 5,525,269 |

10

Note 5. (Continued)

The following principal payments are required for the years ending December 31:

|  |  |
|---|---:|
| 2002 | $ 1,112,234 |
| 2003 | 1,652,614 |
| 2004 | 856,453 |
| 2005 | 440,329 |
| 2006 | 311,071 |
| Thereafter | 3,708,917 |
|  | $ 8,081,618 |

SCI entered into an interest rate swap contract for the note payable due in June 2021, described above. The agreement effectively changed the interest rate exposure on the floating rate note to a fixed 8.37%. The notional amount of the contract is the amount recorded as long-term debt. No other cash payments are made unless the contract is terminated prior to maturity, in which case the amount paid or received in settlement is calculated based on a replacement swap rate. The interest rate swap contract expires in June 2011.

SCI, as a member of a consolidated group, depends on Klukwan, Inc. for its operating line of credit. The maximum amount available under this agreement is currently set at $7.5 million. All draws on the line of credit are subject to Klukwan, Inc. having access to cash for the advances. Klukwan, Inc. does not intend to call this line of credit during the upcoming year, so these amounts are appropriately classified as long-term. All receivables of SCI are pledged as part of the collateral necessary to secure a portion of Klukwan, Inc.'s bank borrowings. Interest is charged at variable rates. At December 31, 2001, the rate was 5.5%. This debt is subordinated to SCI's bank debt.

Based on the terms of the note payable described in Note 4 and the long-term debt described above, the fair value of this debt approximates the value recorded in these financial statements.

11

Note 6. Income Taxes

A reconciliation of income tax at the statutory rate and SCI's effective rate is as follows (in thousands):

|  | 2001 | 2000 |
|---|---|---|
| Computed at the statutory rate | $ (2,830) | $ 352 |
| Change in valuation allowance | 3,060 | (344) |
| Other | (230) | (8) |
|  | $ - | $ - |

The tax effects of temporary differences that give rise to significant portions of the deferred tax assets and deferred tax liabilities at December 31 are as follows (in thousands):

|  | 2001 | 2000 |
|---|---|---|
| Net operating loss carryforward | $ 4,530 | $ 1,304 |
| Depreciation | (427) | (261) |
|  | 4,103 | 1,043 |
| Less valuation allowance | (4,103) | (1,043) |
| Net deferred tax asset | $ - | $ - |

As of December 31, 2001, SCI has an NOL carryforward of approximately $13.3 million of which $3.0 million expires in 2007, $1.1 expires in 2012, $.7 million expires in 2019 and the remainder expires in 2021, if not utilized.

Management cannot reasonably estimate to the amount of any future taxable income. Therefore, the deferred tax asset was fully reserved.

Note 7. Transactions and Balances with Members of the Consolidated Group

|  | 2001 | 2000 |
|---|---|---|
| Interest expense | $ 391,278 | $ 522,182 |
| Purchases and reimbursement of expenses | 2,863,172 | 2,301,389 |
| Accounts payable | 329,639 | 228,622 |

12

Note 7. (Continued)

Klukwan Inc. guarantees surety bonds amounting to $26.3 million at December 31, 2001, for SCI. Substantially all investments (referred to as the "permanent fund" as defined in the bond agreement) held by Klukwan, Inc. are exempt from these guarantees.

Note 8. Operating Leases

SCI leases equipment under operating leases. The following is a schedule by year of approximate minimum future rentals on noncancelable operating leases for the years ending December 31:

| | |
|---|---:|
| 2002 | $  1,057,543 |
| 2003 | 867,681 |
| 2004 | 706,423 |
| 2005 | 426,741 |
| 2006 | 92,092 |
| | $  3,150,480 |

Total rental expense was $1,321,715 for 2001 and $882,357 for 2000.

Note 9. Liquidity

*(Depends on outcome of current discussions with lenders and/or Klukwan future business plan.)*

13

SUPPLEMENTARY INFORMATION



## INDEPENDENT AUDITORS' REPORT ON SUPPLEMENTARY INFORMATION

To the Board of Directors
South Coast, Inc.
Ketchikan, Alaska

Our audit of the December 31, 2001, financial statements was conducted for the purpose of forming an opinion on those financial statements taken as a whole. The accompanying supplementary information on page 16 is presented for purposes of additional analysis and is not a required part of the basic financial statements. Such information has been subjected to the auditing procedures applied in the audit of the basic financial statements and, in our opinion, is fairly stated in all material respects in relation to the basic financial statements taken as a whole.

January 25, 2002
Seattle, Washington

15

EXHIBIT A, Page 17 of 18

**SOUTH COAST INC.**
Summary of Construction Contracts
December 31, 2001

| DESCRIPTION | CONTRACT | EARNED REVENUE | CONTRACT COST | GROSS PROFIT | PROGRESS BILLING | UNDER (OVER) BILLED | FOR PERIOD 1/2001 Thru 12/2001 — EARNED REVENUE | CONTRACT COST | GROSS PROFIT | BACKLOG — REVENUE | COST TO COMPLETE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADOT, KTN TRANSFER FACILITY | 5,330,007 | 5,322,545 | 4,843,844 | 478,701 | 5,227,543 | 95,000 | 5,322,545 | 4,843,844 | 478,701 | 7,462 | 6,678 |
| ADOT, KTN VIADUCT | 9,105,060 | 9,102,269 | 7,771,830 | 1,330,439 | 8,995,607 | 106,662 | 4,014,513 | 3,625,441 | 389,072 | 2,732 | 1,973 |
| ADOT, KTN RICHARDSON HWY | 4,841,223 | 4,841,223 | 5,287,571 | (446,348) | 4,780,092 | 61,131 | 4,841,223 | 5,287,571 | (446,248) | | |
| ADOT, SITKA AIRPORT | 3,150,796 | 3,150,796 | 3,443,941 | (293,145) | 2,854,919 | 295,877 | 248,261 | 629,009 | (380,748) | | |
| ADOT, TOKSOOK AIRPORT | 4,247,353 | 59,888 | 51,852 | 8,036 | | 59,888 | 59,888 | 51,852 | 8,036 | 4,187,465 | 3,633,148 |
| ADOT, UNALASKA AIRPORT SAFETY | 2,614,243 | 36,599 | 31,651 | 4,948 | | 36,599 | 36,599 | 31,651 | 4,948 | 2,577,646 | 2,231,349 |
| ADOT, YAKUTAT SEA PLANE FLT | 293,260 | 246,843 | 213,429 | 33,414 | 287,575 | (40,732) | 246,843 | 213,429 | 33,414 | 44,417 | 38,411 |
| AHA, HUD HOUSING UNAK | 834,712 | 834,712 | 634,280 | 200,432 | 822,773 | 11,939 | 14,774 | 26,211 | (11,437) | | |
| APA, FAIRBANKS REPAIR | 135,000 | 92,151 | 81,907 | 10,244 | 89,420 | 2,731 | 92,151 | 81,907 | 10,244 | 42,849 | 38,093 |
| FHA, BIG SALT ROAD | 16,134,797 | 13,203,104 | 14,889,439 | (1,686,335) | 13,550,570 | (347,466) | 4,671,206 | 7,274,160 | (2,602,954) | 2,931,693 | 2,933,673 |
| HUBER, CAULDER LIMESTONE | 177,800 | 80,010 | 71,106 | 8,904 | 104,875 | (24,865) | 80,010 | 71,106 | 8,904 | 97,790 | 86,894 |
| JACOBS, FORT LEARNARD | 490,355 | 470,006 | 316,294 | 153,712 | 490,355 | (20,349) | 470,006 | 316,294 | 153,712 | 20,349 | 13,706 |
| KBC, DUDLEY FIELD RESURFACE | 95,508 | 95,508 | 73,732 | 21,776 | 95,508 | | 95,508 | 73,732 | 21,776 | | |
| KPC, WARD COVE REMEDIATION | 1,319,944 | 1,319,944 | 1,107,995 | 211,949 | 1,319,944 | | 930,944 | 757,905 | 173,039 | | |
| KTN, SECOND AVE IMP | 611,089 | 611,089 | 500,598 | 110,491 | 611,089 | | 605,801 | 495,861 | 109,940 | | |
| KTN, TAHLUTO SEWER REPL | 422,500 | 225,404 | 190,724 | 34,680 | 233,972 | (8,568) | 225,404 | 190,724 | 34,680 | 197,096 | 166,776 |
| SCI, PRIVATE PAVING 2000 | 1,284,962 | 1,284,962 | 1,465,051 | (180,089) | 1,284,962 | | 1,284,962 | 1,465,051 | (180,089) | | |
| TYMATT, UNAK ELEMENTARY (SUB) | 1,089,229 | 1,089,229 | 901,070 | 188,159 | 1,089,229 | | 11,225 | 23,052 | (11,827) | | |
| UNAK, SPIT LIGHT CARGO DOCK | 114,450 | 1,225 | 1,030 | 195 | | 1,225 | 1,225 | 1,030 | 195 | 113,225 | 95,551 |
| UNAK, USCG DOCK | 6,499,000 | 532,268 | 468,861 | 63,407 | 390,941 | 141,327 | 532,268 | 468,861 | 63,407 | 5,966,732 | 5,253,839 |
| USCC, BASE MOORING DOLPHIN | 328,356 | 328,356 | 320,186 | 8,170 | 322,700 | 5,656 | 324,290 | 316,730 | 7,560 | | |
| USCG, PAVE UPPER BASE | 97,483 | 400 | 360 | 40 | | 400 | 400 | 360 | 40 | 97,088 | 87,340 |
| WAL-MART, SITE & FOUNDATION | 1,585,979 | 1,585,979 | 1,319,097 | 266,882 | 1,585,979 | | 210,136 | 191,272 | 18,864 | | |
| OTHER | 854,505 | 854,505 | 735,846 | 118,659 | 854,505 | | 1,002,069 | 983,147 | 18,922 | | |
| **SUB TOTAL ALASKA** | **61,655,558** | **45,369,015** | **44,721,695** | **647,320** | **44,992,255** | **376,457** | **25,422,996** | **27,526,945** | **(2,103,949)** | **16,286,545** | **14,587,431** |
| | | | | | | | | | | | |
| AZDOT, NAVAJO FBNNL | 7,386,648 | 4,077,430 | 4,729,170 | (651,740) | 3,698,773 | 378,657 | 4,077,430 | 4,729,170 | (651,740) | 3,309,218 | 3,309,218 |
| AZDOT, GANADO BURNSIDE | 6,992,920 | 1,905,616 | 1,756,200 | 149,416 | 1,859,645 | 45,971 | 1,905,616 | 1,756,000 | 149,416 | 92,304 | 84,975 |
| BIA, BORDEGO PASS | 3,444,391 | 1,876,849 | 1,685,771 | 191,078 | 1,875,102 | 747 | 1,876,849 | 1,685,771 | 191,078 | 1,567,542 | 1,408,189 |
| BIA, CHILILTO TO TOHATCHIE | 7,968,676 | 7,525,618 | 8,633,208 | (1,107,590) | 7,580,638 | (55,020) | 1,952,716 | 3,561,507 | (1,608,791) | 443,058 | 443,058 |
| BIA, FORT DEFIANCE RD | 8,319,260 | 8,317,595 | 7,667,135 | 650,461 | 8,132,394 | 185,202 | 6,313,661 | 5,861,588 | 452,073 | 1,664 | 1,659 |
| BIA, NEWLANDS | 416,094 | 401,989 | 353,166 | 48,823 | 416,094 | (14,105) | 198,959 | 186,324 | 12,635 | 14,106 | 12,379 |
| BIA, PAPOGO RD RECONST | 1,466,842 | 1,466,842 | 1,330,672 | 136,170 | 1,466,842 | | 1,466,842 | 1,330,670 | 136,172 | | |
| BIA, SHONTO | 2,156,692 | 2,013,911 | 1,879,947 | 133,964 | 1,480,867 | 533,044 | 2,013,911 | 1,879,767 | 134,144 | 142,541 | 133,123 |
| SCHKC, ASPHALT PLANT | 39,699 | 39,699 | 27,760 | 11,939 | 39,699 | | 39,697 | 27,760 | 11,937 | | |
| **SUB TOTAL SOUTHWEST** | **33,195,982** | **27,625,547** | **28,862,847** | **(1,237,300)** | **26,551,051** | **1,074,496** | **20,664,111** | **21,201,387** | **(1,137,276)** | **5,570,433** | **5,392,581** |
| | | | | | | | | | | | |
| ESTIMATED LOSSES ON UNCOMPLETED CONTRACTS | | | | 800,000 | | | | | | | |
| | | | | | | | | | | | |
| **CONTRACT TOTALS** | **94,851,540** | **72,994,562** | **72,784,542** | **210,020** | **71,543,609** | **791,227** | **45,481,107** | **48,728,332** | **(3,241,225)** | **$21,856,978** | **$19,980,032** |
| | | | | | | | | | | | |
| MARINE OPERATIONS | | | | | | | 543,713 | 282,317 | 261,396 | | |
| UNDER UTILIZED EQUIPMENT COSTS & MISC | | | | | | | 1,235,091 | 2,029,531 | (794,440) | | |
| EXPLOSIVES | | | | | | | 10,095,597 | 8,252,282 | 1,843,315 | | |
| | | | | | | | | | | | |
| **GROSS PROFIT** | | | | | | | **57,361,508** | **59,292,462** | **(1,930,954)** | | |

EXHIBIT A Page 18 of 18

## Cabot Christianson

**From:** "Tom Crandall" <tomc@klukwan.com>
**To:** "Cabot Christianson" <cabot@cbslawyers.com>
**Sent:** Thursday, September 25, 2003 10:03 AM
**Subject:** Peterson & Sullivan

Cabot,

I got a call from Chuck Langfitt today. They are changing their approach and will send a letter they want us to sign. I asked Chuck to send you a copy as well. Then if we have a question, we need to call him otherwise, upon your advise, I will just execute.

TomC.

Klukwan, Inc.
Attn: Thomas L. Crandall, President
425 Sawmill Road
PO Box 209
Haines, Alaska 99827
(907) 766-2211 office
(907) 766-2973 fax
(270) 637-8641 eFax
(907) 223-1072 cell
tomc@klukwan.com email

attached files are in Acorbat PDF format. If Adobe™ Reader® if it is not currently installed on your computer, you can ...ad it here. To go to the download site, please hold down the Ctrl key and click the icon below.



Adobe, the Adobe logo, and Reader are ether registered trademarks or trademarks of Adobe Systems Incorporated in the United States and / or other countries.

This E-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This information is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

EXHIBIT _B_ Page _1_ of _1_

# STEWART SOKOL & GRAY LLC

### ATTORNEYS AT LAW

John Spencer Stewart\*†◊▫
Jan D. Sokol\*†▫
Arnold L. Gray †
Susan Z. Whitney\*‡
H. Lee Cook\*
Jeffrey B. Wilkinson\*†
Thomas A. Larkin\*◊

2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706
www.lawssg.com

Angela M. Otto\*
Matthew A. Wand†
Robert B. Coleman
Lawrence A. Wagner
C. Drew Hoster

September 29, 2003

All Members of Oregon Bar
\*Washington Bar
† District of Columbia Bar
◊ Alaska Bar
▫ Idaho Bar
‡ Nevada Bar

E-mail:  jdsokol@lawssg.com
Fax: (503) 227-5028

**RECEIVED**

OCT 0 2 2003

CHRISTIANSON, BOUTIN
& SPRAKER

Peterson Sullivan P.L.L.C.
601 Union Street, Suite 2300
Seattle, WA 98101

Re:    Travelers Casualty & Surety Company of America/Klukwan, Inc./
South Coast, Inc.
Our File No.: 7777.006

Dear Sir or Madam:

This office represents Travelers Casualty & Surety Company of America in connection with the above matter.  We understand that you were the accounting firm for Klukwan, Inc. and its affiliates during the late 1990's and the early 2000's.  As you are aware, Travelers posted payment and performance bonds on behalf of one of its affiliates, South Coast, Inc.   In determining whether surety credit was to be provided to Klukwan and its affiliates, it was provided and relied on financial statements which were prepared by your company.

Travelers is currently investigating the extension of surety credit to Klukwan and its affiliates.  In order to assist us with that investigation, we request that you provide us with all of your work papers pertaining to the audit of Klukwan, Inc. and its subsidiaries for the years ended December 31, 1999, 2000 and 2001.  This would include copies of the financial statement audit work papers, including substantive work papers, permanent files and internal control analysis and testing work papers for these years.

Tom Crandall, President of Klukwan, Inc. has consented to the release of this documentation to us.

EXHIBIT  C  Page  1  of  2



Peterson Sullivan P.L.L.C.
September 29, 2003
Page 2


Thank you for your cooperation in advance.

Very truly yours,

STEWART SOKOL & GRAY, LLC

Jan D. Sokol

JDS:dls
cc:    Chuck Langfitt
       Tom Crandall
       Cabot Christianson

W:\WORK\JAN\Travelers\South Coast\D & O Claims\Peterson Sullivan.001.wpd


STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW

EXHIBIT C Page 2 of 2

## Cabot Christianson

**From:**    "Tom Crandall" <tomc@klukwan.com>
**To:**    <cabot@cbslawyers.com>
**Sent:**    Friday, October 17, 2003 1:46 PM
**Attach:**    South Coast Audit WP Request1.doc
**Subject:**    FWD: Peterson

Cabot,

Please review. Any comments?

Tom C.

---------- Original Message ----------------------------------
From: "Langfitt,Charles W" <CLANGFIT@travelers.com>
Date: Fri, 17 Oct 2003 15:54:20 -0400

Please review the attached letter. If acceptable, please put on your
letterhead and send as soon as possible to Mr. Holmdahl, with a copy to
me and Jan. I will fax you the letter Jan received.

---

This communication, together with any attachments hereto or links contained herein, is intended for the use of the
ed recipient(s) only and may contain information that is confidential or legally protected. If you are not the
inted recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of
this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify the
sender immediately by return e-mail message and delete all copies of the original communication, along with any
attachments hereto or links herein, from your system.

The Travelers E-mail System <tdmmsws4> made this annotation on 10/17/2003 03:54:22 PM.

EXHIBIT _D_ Page _1_ of _2_

9/27/2006

September 27, 2006


Peterson Sullivan P.L.L.C.
601 Union Street, Suite 2300
Seattle, Washington 98101


Re:     Audit Workpapers

Dear Mr. Holmdahl:


I have received a copy of your October 8, 2003 letter to Jan Sokol.


Please forward a copy of your files and documents for Klukwan, Inc. and South Coast, Inc, including financial statement audit workpapers, such as substantive workpapers, permanent files and internal control analysis and testing workpapers for the last four years to Mr. Sokol.


If you have any questions, please advise.


Sincerely,

KLUKWAN, INC.



Tom Crandall, President

EXHIBIT D Page 2 of 2

## Cabot Christianson

| | |
|---|---|
| **From:** | "Jan D Sokol" <jdsokol@lawssg.com> |
| **To:** | "Cabot Christianson" <cabot@cbslawyers.com> |
| **Cc:** | "Tom Crandall" <tomc@klukwan.com>; "Chuck Langfitt" <Charles.W.Langfitt@travelers.com> |
| **Sent:** | Saturday, October 18, 2003 9:57 AM |
| **Subject:** | RE: Peterson |

I agree; Federal and State law may apply for privacy protections if consent is not given. Jan

-----Original Message-----
**From:** Cabot Christianson [mailto:cabot@cbslawyers.com]
**Sent:** Saturday, October 18, 2003 12:05 AM
**To:** Jan D Sokol
**Cc:** Tom Crandall; Chuck Langfitt
**Subject:** Re: Peterson

Jan -
I've taken a look at P&S's letter of 10-8-03, and suggested to Tom that he send the letter you prepared with the addition that he be copied with whatever he sends you.

I'm curious as to what "state and federal law" he is referring to. Alaska provides no such protection that I'm aware of.

-Cabot

----- Original Message -----
**From:** Jan D Sokol
**To:** cabot christianson
**Sent:** Friday, October 17, 2003 12:11 PM
**Subject:** FW: Peterson

I'll send you a copy of the letter I received.
-----Original Message-----
**From:** Langfitt,Charles W [mailto:CLANGFITT@travelers.com]
**Sent:** Friday, October 17, 2003 12:54 PM
**To:** tomc@klukwan.com
**Cc:** Jan D Sokol; Cabot Christianson
**Subject:** Peterson

Please review the attached letter. If acceptable, please put on your letterhead and send as soon as possible to Mr. Holmdahl, with a copy to me and Jan. I will fax you the letter Jan received.

This communication, together with any attachments hereto or links contained herein, is intended for the use of the intended recipient(s) only and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify the sender immediately by return e-mail message and delete all copies of the original communication, along with any attachments hereto or links herein, from your system.

The Travelers E-mail System <tdmmsws4> made this annotation on 10/17/2003 03:54:22 PM.

EXHIBIT___E___Page___1___of___1___

# STEWART SOKOL & GRAY LLC

### ATTORNEYS AT LAW

John Spencer Stewart*†◊▫
Jan D. Sokol*†▫
Arnold L. Gray †
Susan Z. Whitney*‡
H. Lee Cook*◊
Jeffrey B. Wilkinson*†
Thomas A. Larkin*◊

2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706
www.lawssg.com

Angela M. Otto*
Matthew A. Wand†
Robert B. Coleman
Lawrence A. Wagner
C. Drew Hoster
Michael J. Mayerle
Nadya V. Martin

All Members of Oregon Bar
*Washington Bar
† District of Columbia Bar
◊ Alaska Bar
▫ Idaho Bar
‡ Nevada Bar

December 17, 2003

**E-mail:  jdsokol@lawssg.com**
**Fax: (503) 227-5028**

**RECEIVED**

**DEC 2 2 2003**

**CHRISTIANSON, BOUTIN**
**& SPRAKER**

Mary C. Eklund
Eklund Rockey Stratton P.S.
521 Second Avenue West
Seattle, WA 98119-3927

Re:    Travelers Casualty & Surety Company of America/Klukwan, Inc./
South Coast, Inc.
Our File No.: 7777.006

Dear Ms. Eklund:

As you are aware, this office represents Travelers Casualty & Surety Company of America ("Travelers") in connection with the above matter.  Travelers posted payment and performance bonds on behalf of one of Klukwan, Inc.'s affiliates, South Coast, Inc.  In determining whether surety credit was to be provided to Klukwan and its affiliates, it was provided and relied, on among other things, financial statements which were prepared by your client, Peterson Sullivan P.L.L.C.

You called me (and left me a voicemail message) asking me a number of questions on what documents we were looking for and why we were looking for those documents.  I returned your call, but have not heard back from you further.

Travelers is currently investigating the extension of surety credit to Klukwan and its affiliates, and is investigating all possible claims including D&O claims and third party claims.  Travelers' accountant has informed us that it will assist him in his analysis and investigation to obtain the work papers relating to the audits of Klukwan, Inc. and its subsidiaries for the years ended December 31, 1999, 2000 and 2001.  This includes copies of the financial statement audit work papers, substantive work papers, permanent files and internal control analyses and testing work papers for these years. We have provided you a letter indicating the consent of Tom Crandall, President of Klukwan, Inc., to the release of this documentation to us.

EXHIBIT____F____ Page____1____ of____2____



Mary C. Eklund
December 17, 2003
Page 2

Your client has suggested that somehow these documents are confidential records under both state and federal law and that it does not have the right to release them.  Since Kukwan, Inc. has consented to the release, I assume that this is no longer an impediment.

Your client also suggests that under "state law" the working papers are not property of the client and under a "firm policy" your client will not release such files, except in very limited circumstances.  I am not familiar with any state law making the working papers the property of the accounting firm rather than the client.  In any event, I can conceive of no basis why this information would not be released, particularly in view of Klukwan, Inc.'s consent.

In any event, we need to keep this matter moving forward, and if we have not heard from you within the next ten (10) days, we will assume that your client will not release the requested documentation, and we will then proceed forward as necessary to obtain the documentation.  I trust that will not be necessary.

Very truly yours,

STEWART SOKOL & GRAY, LLC

Jan D. Sokol

JDS:dls
cc:    Chuck Langfitt
       Tom Crandall
       Cabot Christianson
W:\WORK\JAN\Travelers\South Coast\D & O Claims\Eklund.001.wpd

---

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW

EXHIBIT E Page 2 of 2

## Cabot Christianson

| | |
|---|---|
| **From:** | "Cabot Christianson" <cabot@cbslawyers.com> |
| **To:** | "Jan Sokol" <jdsokol@lawssg.com> |
| **Sent:** | Monday, April 05, 2004 11:44 AM |
| **Subject:** | Travelers/South Coast |

Jan -
Can you give me an update as to the status of your suit against Travelers?
Thanks.

Cabot Christianson, Esq.
Christianson, Boutin & Spraker
911 West 8th Ave., Suite 302
Anchorage AK 99517
907/258-6016 phone
907/258-2026 fax
cabot@cbslawyers.com

## Cabot Christianson

| | |
|---|---|
| From: | "Jan D Sokol" <jdsokol@lawssg.com> |
| To: | "Cabot Christianson" <cabot@cbslawyers.com> |
| Cc: | <Charles.W.Langfitt@travelers.com> |
| Sent: | Monday, April 05, 2004 12:05 PM |
| Subject: | RE: Travelers/South Coast |

I assume you meant to refer to Peterson Sullivan. I have not received any further word from the court , and the matter has not been set for oral argument as of this date. The court can render a decision on the Petition, or set the matter for oral argument.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Jan D. Sokol
Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047
503-221-0699
503-227-5028 (fax)
E-mail: mailto:jdsokol@lawssg.com
Web Site: www.lawssg.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE:**

THIS EMAIL TRANSMISSION MAY CONTAIN INFORMATION WHICH IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, OR T     'G OF ANY ACTION IN RELIANCE ON THE CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS T     SMISSION IN ERROR, PLEASE CONTACT US IMMEDIATELY, DESTROY ANY COPIES AND DELETE IT FROM YOUR COMPUTER SYSTEM.

-----Original Message-----
**From:** Cabot Christianson [mailto:cabot@cbslawyers.com]
**Sent:** Monday, April 05, 2004 12:44 PM
**To:** Jan D Sokol
**Subject:** Travelers/South Coast

Jan -
Can you give me an update as to the status of your suit against Travelers?
Thanks.

Cabot Christianson, Esq.
Christianson, Boutin & Spraker
911 West 8th Ave., Suite 302
Anchorage AK 99517
907/258-6016 phone
907/258-2026 fax
cabot@cbslawyers.com

EXHIBIT __G__ Page __2__ of __2__