Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>      Plaintiff,<br> v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., and Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>      Defendants.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., and Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>      Counter-Claim and<br>      Third Party Plaintiff,<br><br> v. | **Case No. A06-00063 (TMB)** |

|  |  |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., THOMAS A LARKIN and JAN D. SOKOL, | ) ) ) ) ) ) ) |
| Counterclaimant and Third Party Defendants. | ) ) ) ) |

### DECLARATION OF GARY SPRAKER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT DISMISSING COUNTERCLAIM AND CROSS MOTION

Gary Spraker declares and states as follows under penalty of perjury:

1. I am counsel of record for Defendant South Coast, Inc., Klukwan, Inc., and Chilkats' Portage Cove Development Company (collectively, "Klukwan" or "Defendants") in this action. I have personal knowledge of the facts stated herein, am competent to testify to them, and would so testify if called upon to do so.

2. Attached under Tab A of this declaration is an index and true and correct copies of excerpts of the deposition testimony of Thomas L. Crandall taken on July 30, July 31, August 1, and September 28, 2007, which are referenced in Defendants' *Opposition to Plaintiff's Motion for Summary Judgment Dismissing Counterclaim and Cross Motion (Cross Motion)*.

3. Attached under Tab B of this declaration is an index and true and correct

copies of excerpts of the deposition testimony of Cabot Christianson taken on September 27 and 28, 2007, which are referenced in the *Cross Motion*.

4. Attached under Tab C of this declaration is an index and true and correct copies of excerpts of the deposition testimony of Charles W. Langfitt taken on September 10 and 11, 2007 which are referenced in *Cross Motion*.

5. Attached under Tab D of this declaration is an index and true and correct copies of excerpts of the deposition testimony of Jan D. Sokol taken on October 4, 2007, which is referenced in the *Cross Motion*.

6. Attached under Tab E of this declaration is an index and true and correct copies of documents which have been entered as deposition exhibits and referenced in the *Cross Motion*.

Dated the 4th day of January, 2008.

                                         By: /s/ Gary Spraker
                                            Gary Spraker
                                            CHRISTIANSON & SPRAKER
                                            911 West 8th Avenue, Suite 201
                                            Anchorage, AK 99501
                                            Phone: (907) 258-6016
                                            Fax: (907) 258-2026
                                            Email: gary@cslawyers.net
                                            Alaska Bar No. 9107066
                                            Attorneys for Defendants

Undersigned certifies that on January 4, 2008, a true and correct copy of the above document was served on:

James D. Gilmore, Esq.
James T. Hopkins, Esq.
Robert L. Olson, Esq.
Garth A. Schlemlein, Esq.
Richard E. Spoonemore, Esq.

By first class mail, if noted above or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.
By:   /s/ Susan Vanschooten
      Susan Vanschooten