SOUTH COAST, INC.

CONSOLIDATED FINANCIAL REPORT

DECEMBER 31, 2000



PAULSON 000211

CONTENTS

|  | Page |
|---|---|
| INDEPENDENT AUDITORS' REPORT | 1 |
| FINANCIAL STATEMENTS | |
|    Consolidated balance sheets | 2 and 3 |
|    Consolidated statements of income and retained earnings | 4 |
|    Consolidated statements of cash flows | 5 |
|    Notes to consolidated financial statements | 6 - 13 |
| SUPPLEMENTARY INFORMATION | |
| INDEPENDENT AUDITORS' REPORT ON SUPPLEMENTARY INFORMATION | 15 |
|    Summary of construction contracts | 16 |

PAULSON 000212

# PETERSON SULLIVAN P.L.L.C.
601 UNION STREET SUITE 2300 SEATTLE WA 98101 (206) 382-7777 FAX 382-7700

CERTIFIED PUBLIC ACCOUNTANTS

## INDEPENDENT AUDITORS' REPORT

To the Board of Directors
South Coast, Inc.
Ketchikan, Alaska

We have audited the accompanying consolidated balance sheets of South Coast, Inc. (a subsidiary of Klukwan Construction, Inc.) and subsidiaries as of December 31, 2000 and 1999, and the related consolidated statements of income and retained earnings, and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of South Coast, Inc. and subsidiaries as of December 31, 2000 and 1999, and the results of their operations and their cash flows for the years then ended in conformity with accounting principles generally accepted in the United States.

*Peterson Sullivan PLLC*

January 19, 2001

1

PAULSON 000213

## SOUTH COAST, INC.

### CONSOLIDATED BALANCE SHEETS
December 31, 2000 and 1999

| ASSETS | 2000 | 1999 |
|---|---:|---:|
| Current Assets | | |
| Cash | $ 240,352 | $ 521,774 |
| Contract and other receivables | 6,174,082 | 3,928,230 |
| Costs and estimated earnings in excess of billings on uncompleted contracts | 2,800,078 | 2,535,225 |
| Inventories | 3,240,795 | 3,411,168 |
| Prepaid expenses and other current assets | 213,804 | 212,271 |
| Total current assets | 12,669,111 | 10,608,668 |
| Property and Equipment | 11,938,327 | 10,060,447 |
| Goodwill | 1,305,582 | 1,758,638 |
| | $ 25,913,020 | $ 22,427,753 |

PAULSON 000214

| LIABILITIES AND SHAREHOLDER'S EQUITY | 2000 | 1999 |
|---|---:|---:|
| **Current Liabilities** | | |
| Accounts payable | $ 4,246,691 | $ 4,024,997 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | 625,846 | |
| Current portion of notes payable | 1,186,165 | 1,030,506 |
| Total current liabilities | 6,058,702 | 5,055,503 |
| **Long-Term Debt** | | |
| Line of credit note payable to Klukwan, Inc. | 5,926,527 | 3,553,433 |
| Notes payable, less current portion | 5,525,269 | 6,220,611 |
| Total long-term debt | 11,451,796 | 9,774,044 |
| Minority interest | 71,150 | 145,683 |
| **Shareholder's Equity** | | |
| Common stock, stated value $10 per share, 100,000 shares authorized, issued, and outstanding | 1,000,000 | 1,000,000 |
| Additional paid-in capital | 5,399,841 | 5,399,841 |
| Retained earnings | 1,936,911 | 1,058,062 |
| | 8,336,752 | 7,457,903 |
| Less: treasury stock | (5,380) | (5,380) |
| | 8,331,372 | 7,452,523 |
| | $ 25,913,020 | $ 22,427,753 |

See Notes to Consolidated Financial Statements

3

PAULSON 000215

SOUTH COAST, INC.

CONSOLIDATED STATEMENTS OF INCOME
AND RETAINED EARNINGS
Years Ended December 31, 2000 and 1999

|  | 2000 | 1999 |
|---|---|---|
| **Revenues** | | |
| Contract revenues earned | $ 44,792,471 | $ 24,578,587 |
| Sales of explosives and related merchandise | 9,932,920 | 6,555,040 |
| | 54,725,391 | 31,133,627 |
| **Cost of Revenues** | | |
| Cost of contract revenues earned | 39,970,876 | 23,380,514 |
| Cost of explosives and related merchandise sold | 8,073,000 | 5,051,553 |
| | 48,043,876 | 28,432,067 |
| Gross profit | 6,681,515 | 2,701,560 |
| Selling, General and Administrative Expenses | 4,589,745 | 2,921,083 |
| Income (loss) from operations | 2,091,770 | (219,523) |
| **Other Income (Expense)** | | |
| Interest expense | (1,117,804) | (735,550) |
| Gain on sale of property and equipment | 168,250 | 780,849 |
| Minority interests | 74,533 | (81,749) |
| Amortization of goodwill | (398,181) | (232,272) |
| Other | 60,281 | (10,846) |
| | (1,212,921) | (279,568) |
| Net Income (Loss) | 878,849 | (499,091) |
| Retained Earnings, beginning of year | 1,058,062 | 1,557,153 |
| Retained Earnings, end of year | $ 1,936,911 | $ 1,058,062 |

See Notes to Consolidated Financial Statements

4

## SOUTH COAST, INC.

### CONSOLIDATED STATEMENTS OF CASH FLOWS
Years Ended December 31, 2000 and 1999

|  | 2000 | 1999 |
|---|---:|---:|
| **Cash Flows From Operating Activities** | | |
| Net Income (Loss) | $ 878,849 | $ (499,091) |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities | | |
| Depreciation | 1,450,345 | 1,212,395 |
| Amortization of goodwill | 398,181 | 232,272 |
| Minority interests | (74,533) | 81,749 |
| Equity in loss on investment in LLC | 2,616 | 10,846 |
| Gain on sale of property and equipment | (168,250) | (780,849) |
| Change in assets and liabilities | | |
| Increase in receivables | (2,245,852) | (2,369) |
| Increase in costs and estimated earnings in excess of billings on uncompleted contracts | (264,853) | (1,460,882) |
| Increase in billings in excess of costs and estimated earnings on uncompleted contracts | 625,846 | |
| Decrease (increase) in inventories | 170,373 | (347,349) |
| Decrease in prepaid expenses and other current assets | 50,726 | 62,519 |
| Increase in accounts payable | 221,694 | 2,749,542 |
| Net cash provided by operating activities | 1,045,142 | 1,258,783 |
| **Cash Flows From Investing Activities** | | |
| Proceeds from the sale of equipment | 268,250 | 883,691 |
| Purchase of property and equipment | (2,837,725) | (3,470,360) |
| Purchase of subsidiary | | (4,016,633) |
| Net cash used in investing activities | (2,569,475) | (6,603,302) |
| **Cash Flows From Financing Activities** | | |
| Increase in line of credit note payable to Klukwan, Inc. | 2,373,094 | 1,753,351 |
| Increase in long-term debt | | 4,588,973 |
| Principal payments on long-term debt | (1,130,183) | (748,477) |
| Net cash provided by financing activities | 1,242,911 | 5,593,847 |
| Net increase (decrease) in cash | (281,422) | 249,328 |
| Cash, beginning of year | 521,774 | 272,446 |
| Cash, end of year | $ 240,352 | $ 521,774 |

See Notes to Consolidated Financial Statements

5

PAULSON 000217

# NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

Note 1. Significant Accounting Policies

<u>Nature of Business and Organization</u>

South Coast, Inc. ("SCI") and its majority owned subsidiaries are engaged in various types of construction activities in Alaska, Arizona and Colorado, including road and bridge construction and repair, airport construction, construction of water lines, construction of marine facilities, street paving, and sale of explosives and related merchandise. SCI is a subsidiary of Klukwan Construction, Inc. ("KCI"). Further, KCI is a member of a consolidated group of which Klukwan, Inc., an Alaska Native Corporation, is the common parent.

<u>Principles of Consolidation</u>

The consolidated financial statements include the accounts of SCI and its majority-owned subsidiaries. All significant intercompany transactions have been eliminated in consolidation.

<u>Method of Accounting for Construction Contracts</u>

Revenues from construction contracts are recognized on the percentage-of-completion method, measured by the percentage of costs incurred to date to estimated total costs for each contract. This method is used because management considers total cost to be the best available measure of progress on contracts. Because of the inherent uncertainties in estimating costs, it is at least reasonably possible that the estimates used may change in the near term. If estimated costs to complete long-term contracts indicate a loss, provision is made in the current period for the total anticipated loss. The lives of contracts entered into by SCI are typically twelve months or less, but performance may require two construction seasons.

The asset, "Costs and estimated earnings in excess of billings on uncompleted contracts" represents revenues recognized in advance of amounts billed. Conversely, the liability, "Billings in excess of costs and estimated earnings on uncompleted contracts" represents amounts billed in advance of revenues recognized.

PAULSON 000218

Note 1. (Continued)

Investment in Northwest Energetic Services, LLC

SCI has a one-third ownership interest in the Northwest Energetic Services, LLC ("the LLC") which has been accounted for on the equity method. SCI's consolidated statements of operations for the years ended December 31, 2000 and 1999 includes the LLC's net losses of $2,616 and $10,846 respectively. The LLC has the following characteristics:

- Liability limited to capital contributed.
- Ownership interests may generally not be transferred.
- Net income or losses are allocated based on ownership.
- The LLC has no termination date.

Inventories

Inventories are stated at the lower of cost (first-in, first-out method) or market and consist of the following:

|  | 2000 | 1999 |
|---|---|---|
| Explosives and other wholesale merchandise | $ 2,448,275 | $ 2,607,845 |
| Construction materials and repair parts on hand | 792,520 | 803,323 |
| Total | $ 3,240,795 | $ 3,411,168 |

Property and Equipment

Property and equipment is stated at cost. Depreciation is computed over the estimated useful lives of the respective assets, using the straight-line method for financial reporting purposes and accelerated methods for income tax purposes.

Amortization

Goodwill results from a business purchase transaction in 1999 and is being amortized on the straight-line method over five years. Goodwill is stated, in the consolidated balance sheets, net of accumulated amortization of $630,453 in 2000 and $232,272 in 1999.

PAULSON 000219

Note 1. (Continued)

Major Customers and Credit Risk

In 2000, the State of Alaska accounted for 17% of revenues, the Bureau of Indian Affairs accounted for 14%, and the Federal Highways Administration 15%. At December 31, 2000, a private corporation accounted for 30% of contract and other receivables.

In 1999, the State of Alaska accounted for 28% of revenues. At December 31, 1999, a private corporation accounted for 28% of contract and other receivables and the State of Alaska accounted for 18%.

SCI generally does not require collateral for its accounts receivable.

Statements of Cash Flows

For purposes of the statements of cash flows, all highly liquid debt instruments purchased with a maturity of three months or less are cash equivalents. At various times, SCI may have cash and cash equivalents in financial institutions in excess of federally insured limits.

Interest paid on a cash basis was $1,117,804 in 2000 and $735,550 in 1999. These amounts include interest paid to Klukwan, Inc.

Income Taxes

SCI files a consolidated tax return with Klukwan, Inc. SCI provides for any necessary income taxes as if it were a separate taxpayer. SCI accounts for income taxes under an asset and liability approach that requires the recognition of deferred tax assets and liabilities for the expected future tax consequences of events that have been recognized in the financial statements or income tax returns.

Use of Estimates

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions. These estimates and assumptions affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities at the date of the financial statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

PAULSON 000220

Note 2. Costs and Estimated Earnings on Uncompleted Contracts

|  | 2000 | 1999 |
|---|---:|---:|
| Costs incurred on uncompleted contracts | $ 34,592,378 | $ 16,788,465 |
| Estimated earnings | 4,408,627 | 1,503,098 |
| Revenue earned to date | 39,001,005 | 18,291,563 |
| Less billings to date | (36,826,773) | (15,756,338) |
|  | $ 2,174,232 | $ 2,535,225 |
|  |  |  |
| Costs and estimated earnings in excess of billings on uncompleted contracts | $ 2,800,078 | $ 2,535,225 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | (625,846) |  |
|  | $ 2,174,232 | $ 2,535,225 |

Note 3. Property and Equipment

|  | 2000 | 1999 |
|---|---:|---:|
| Machinery and equipment | $ 23,840,758 | $ 21,114,618 |
| Tugboats and barges | 6,262,934 | 6,040,270 |
| Land and buildings | 5,658,568 | 5,536,176 |
| Camp equipment and facilities | 1,385,496 | 1,385,496 |
| Office equipment | 565,726 | 521,740 |
|  | 37,713,482 | 34,598,300 |
| Less accumulated depreciation | (25,775,155) | (24,537,853) |
|  | $ 11,938,327 | $ 10,060,447 |

PAULSON 000221

Note 4. Notes Payable

| | 2000 | 1999 |
|---|---|---|
| Note payable due January 2011, interest at the three-year T-Bill rate plus 3% (resulting in a rate of 7.6% at December 31, 2000), due in monthly installments of $35,704 including interest to bank/individual secured by land, building, office, and marine facilities. | $ 2,812,884 | $ 3,047,307 |
| Note payable due April 2004, interest rate of prime plus 1% (resulting in a rate of 10.5% at December 31, 2000), due in quarterly principal installments of $148,729, plus interest, to an individual, secured by all assets of an acquired subsidiary. | 2,075,967 | 2,680,595 |
| Note payable to a bank due April 2003, interest rate of 7.7%, due in monthly installments of $14,631 including interest, secured by equipment. | 742,595 | 856,199 |
| Note payable to a finance company due August 2005, interest rate of 9.75%, due in monthly installments of $12,474 including interest, secured by equipment. | 559,420 | |
| Note payable to a bank due April 2004, interest rate of 8.15%, due in monthly installments of $11,952 including interest, secured by equipment. | 466,153 | 567,080 |
| Other notes payable, secured by equipment. | 54,415 | 99,936 |
| | 6,711,434 | 7,251,117 |
| Less current portion | (1,186,165) | (1,030,506) |
| | $ 5,525,269 | $ 6,220,611 |

Note 4. (Continued)

The following principal payments are required for the years ending December 31:

| | |
|---|---|
| 2001 | $ 1,186,165 |
| 2002 | 1,215,167 |
| 2003 | 1,598,874 |
| 2004 | 814,091 |
| 2005 | 390,848 |
| Thereafter | 1,506,289 |
| | $ 6,711,434 |

In 2000, SCI acquired equipment under a note agreement amounting to $590,500. This transaction is accounted for as a non-cash transaction for purposes of the statement of cash flows.

SCI, as a member of a consolidated group, depends on Klukwan, Inc. for its operating line of credit. The maximum amount available under this agreement is currently set at $7.5 million. All draws on the line of credit are subject to Klukwan, Inc. having access to cash for the advances. Klukwan, Inc. does not intend to call this line of credit during the upcoming year, so these amounts are appropriately classified as long-term. All receivables of SCI are pledged as part of the collateral necessary to secure a portion of Klukwan, Inc.'s bank borrowings. Interest is charged at the current prime rate of Bank of America. At December 31, 2000, the interest rate was 9.5%. This debt is subordinated to SCI's bank debt.

Note 5. Income Taxes

A reconciliation of income tax at the statutory rate and SCI's effective rate is as follows (in thousands):

| | 2000 | 1999 |
|---|---|---|
| Computed at the statutory rate | $ 352 | $ (200) |
| Change in valuation allowance | (344) | 164 |
| Other | (8) | 36 |
| | $ - | $ - |

11

Note 5. (Continued)

The tax effects of temporary differences that give rise to significant portions of the deferred tax assets and deferred tax liabilities at December 31 are as follows (in thousands):

|  | 2000 | 1999 |
|---|---|---|
| Deferred tax assets: |  |  |
| Net operating loss carry forward | $ 1,304 | $ 1,496 |
| Depreciation | (261) | (109) |
|  | 1,043 | 1,387 |
| Less valuation allowance | (1,043) | (1,387) |
| Net deferred tax asset | $ - | $ - |

As of December 31, 2000, SCI has an NOL carryforward of approximately $3.8 million of which $2.1 million expires in 2007, $1.1 expires in 2012 and the remainder expires in 2019 if not utilized.

Note 6. Transactions and Balances with Members of the Consolidated Group

|  | 2000 | 1999 |
|---|---|---|
| Interest expense | $ 522,182 | $ 235,732 |
| Purchases and reimbursement of expenses | 2,301,389 | 1,112,512 |
| Accounts payable | 228,622 | 128,505 |
| Accounts receivable | 1,106 |  |

Klukwan Inc. guarantees surety bonds amounting to $26.3 million at December 31, 2000, for SCI. Substantially all investments (referred to as the "permanent fund" as defined in the bond agreement) held by Klukwan, Inc. are exempt from these guarantees.

PAULSON 000224

Note 7. Operating Leases

SCI leases equipment under operating leases. The following is a schedule by year of approximate minimum future rentals on noncancelable operating leases for the years ending December 31:

| Year | Amount |
|------|--------|
| 2001 | $ 781,237 |
| 2002 | 661,104 |
| 2003 | 471,242 |
| 2004 | 166,714 |
| 2005 | 27,950 |
|      | $ 2,108,247 |

Total rental expense was $882,357 for 2000 and $458,043 for 1999.

PAULSON 000225

# PETERSON SULLIVAN P.L.L.C.

601 UNION STREET SUITE 2300 SEATTLE WA 98101 (206) 382-7777 FAX 382-7700

CERTIFIED PUBLIC ACCOUNTANTS

INDEPENDENT AUDITORS' REPORT ON SUPPLEMENTARY INFORMATION

To the Board of Directors
South Coast, Inc.
Ketchikan, Alaska

Our audit of the December 31, 2000, financial statements was conducted for the purpose of forming an opinion on those financial statements taken as a whole. The accompanying supplementary information on page 16 is presented for purposes of additional analysis and is not a required part of the basic financial statements. Such information has been subjected to the auditing procedures applied in the audit of the basic financial statements and, in our opinion, is fairly stated in all material respects in relation to the basic financial statements taken as a whole.

*Peterson Sullivan PLLC*

January 19, 2001

15

PAULSON 000227

OAST Inc.
Summary Construction Contracts
December 31, 2000

| DESCRIPTION | CONTRACT | EARNED REVENUE | CONTRACT COST | GROSS PROFIT | PROGRESS BILLINGS | UNDER(OVER) BILLED | EARNED REVENUE | CONTRACT COST | GROSS PROFIT | REVENUE | COST COMPL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | FOR PERIOD 1/2000 Thru 12/2000 | | | BACKLOG | |
| ADOT, BARTLETT COVE DOCK | 4,973,294 | 4,954,454 | 4,950,478 | 3,976 | 4,849,504 | 104,950 | 1,366,289 | 1,608,091 | (241,802) | 18,840 | 19, |
| ADOT, KTN TRANSFER FACILITY | 4,927,660 | | | | | | | | | 4,927,660 | 4,435, |
| ADOT, KTN VIADUCT | 8,031,185 | 5,087,756 | 4,146,389 | 941,367 | 4,781,589 | 306,167 | 5,087,756 | 4,146,389 | 941,367 | 2,943,429 | 2,398, |
| ADOT, S. TONGASS OVERLAY | 524,803 | 524,803 | 461,658 | 63,145 | 518,350 | 6,453 | 83,391 | 95,787 | (12,396) | - | |
| ADOT, SITKA AIRPORT | 3,387,250 | 2,902,535 | 2,814,932 | 87,603 | 2,533,354 | 369,181 | 2,902,535 | 2,814,932 | 87,603 | 484,715 | 470, |
| AHA, HUD HOUSING UNAK | 834,712 | 819,938 | 608,069 | 211,869 | 822,773 | (2,835) | 819,938 | 608,069 | 211,869 | 14,774 | 10, |
| BRIDE, WALMART DEVELOPMENT | 730,000 | 602,469 | 527,336 | 75,133 | 609,667 | (7,198) | 583,279 | 510,073 | 73,206 | 127,531 | 111, |
| FHA, BIG SALT ROAD | 13,754,471 | 8,531,898 | 7,615,279 | 916,619 | 7,271,553 | 1,260,345 | 7,819,512 | 6,982,152 | 837,360 | 5,222,573 | 4,660, |
| FHA, WARD LAKE RD | 8,238,957 | 8,238,957 | 8,772,718 | (533,761) | 8,238,957 | - | 450,000 | 11,372 | 438,628 | - | 54, |
| GPP, VENEER MILL BLDG II | 1,016,000 | 952,195 | 818,179 | 134,016 | 932,803 | 19,392 | 952,195 | 818,179 | 134,016 | 63,805 | 5, |
| GPP, VENEER MILL BUILDING | 1,115,550 | 1,115,550 | 928,839 | 186,711 | 1,115,550 | | 1,115,550 | 928,839 | 186,711 | | 549, |
| GPP, VENEER PLANT SITEWORK | 340,434 | 340,434 | 334,109 | (3,153) | 340,434 | | 340,434 | 282,971 | (3,153) | | 15, |
| JACOBS, ANNETTE IS. CLEANUP | 289,994 | 289,994 | 173,923 | 116,071 | 289,994 | | 289,994 | 173,923 | 116,071 | | 16, |
| KGB, DUTCH HARBOR CLEANUP | 386,790 | 386,790 | 280,266 | 106,524 | 386,790 | | 386,790 | 280,266 | 106,524 | | 480, |
| KGB, SHOUP ST UTILITIES | 558,201 | 558,201 | 443,795 | 114,406 | 555,691 | 2,510 | 2,624 | 7,083 | (4,459) | | 37, |
| KGB, SHOUP ST UTILITIES 2000 | 1,435,042 | 1,428,298 | 1,193,346 | 234,952 | 1,435,042 | (6,744) | 1,428,298 | 1,193,346 | 234,952 | 6,745 | |
| KPC, WARD COVE REMEDIATION | 1,000,000 | 389,000 | 350,089 | 38,911 | 364,598 | 24,402 | 389,000 | 350,089 | 38,911 | 611,000 | |
| KPU, DISTRIBUTION CLEARING | 199,650 | 199,650 | 168,119 | 31,531 | 199,650 | | 199,650 | 168,119 | 31,531 | - | |
| KTN, BAR HARBOR IMPROVE | 1,281,656 | 1,262,303 | 1,086,328 | 175,975 | 1,229,123 | 33,180 | 1,262,303 | 1,086,328 | 175,975 | 19,353 | |
| KTN, SECOND AVE IMP | 539,550 | 5,288 | 4,737 | 551 | | 5,288 | 5,288 | 4,737 | 551 | 534,262 | |
| MCC, YOUTH DETENTION | 264,772 | 222,091 | 197,126 | 24,965 | 177,250 | 44,841 | 222,091 | 197,126 | 24,965 | 42,681 | |
| MEKORYUK, SEWAGE LAGOON | 601,760 | 601,760 | 416,280 | 185,480 | 601,760 | | 583,006 | 399,817 | 183,189 | | |
| OSI, DOCK FILL | 540,000 | 540,000 | 333,586 | 206,414 | 540,000 | | 540,000 | 333,586 | 206,414 | | |
| RRM, CRAIG REMEDIATION PROJ | 290,347 | 290,347 | 226,051 | 64,296 | 290,347 | | 290,347 | 226,051 | 64,296 | | |
| SCI, PRIVATE PAVING 2000 | 2,343,073 | 2,343,073 | 2,235,070 | 108,003 | 2,343,073 | | 2,343,073 | 2,235,070 | 108,003 | | |
| SGTC, ZAPADNI BAY AP RD | 5,823,544 | 5,823,544 | 5,058,731 | 764,813 | 5,823,544 | | 500,000 | 21,073 | 478,927 | | 84, |
| ST Co, SKAGWAY DOCK | 3,087,378 | 3,087,378 | 2,850,794 | 236,584 | 3,087,378 | | 1,296,678 | 1,236,039 | 60,639 | 107,620 | |
| TYMATT, UNAK ELEMENTARY (SUB | 1,084,879 | 977,259 | 771,273 | 205,986 | 1,029,717 | (52,458) | 977,159 | 771,273 | 205,986 | | |
| UNAK, CITY SEALCOAT | 328,437 | 328,437 | 256,216 | 72,201 | 328,437 | | 312,679 | 243,320 | 69,359 | | |
| UNAK, DOCK REFENDERING | 368,525 | 368,525 | 261,093 | 107,432 | 367,948 | 577 | 368,525 | 261,093 | 107,432 | | |
| UNAK, SPLIT DOCK WATERLINE | 224,548 | 224,548 | 146,733 | 77,815 | 224,548 | | 224,548 | 146,733 | 77,815 | | |
| US ARMY, CRUSHER CONTRACT | 1,248,000 | 419,203 | 293,252 | 125,951 | 383,757 | 35,446 | 224,016 | 156,756 | 67,260 | 828,797 | 579, |
| USCG, BASE MOORING DOLPHIN | 308,000 | 4,066 | 3,456 | 610 | | 4,066 | 4,066 | 3,456 | 610 | 303,934 | 258, |
| USFS, DRY STRAIT BRIDGE | 139,325 | 139,325 | 158,273 | (18,948) | 139,325 | | 137,876 | 157,019 | (19,143) | | |
| USFS, SHAMROCK SOUTH | 3,176,905 | 3,176,905 | 3,185,568 | (8,663) | 3,176,905 | | | 71,209 | (71,209) | | |
| USFS, STEELHEAD BRIDGES | 422,820 | 422,820 | 385,379 | 37,441 | 422,820 | | 135,185 | 132,614 | 2,571 | 37,971 | 29, |
| WALMART, SITE & FOUNDATION | 811,345 | 773,174 | 600,489 | 172,885 | 811,345 | (37,971) | 773,371 | 600,489 | 172,882 | | |
| PROJECTS LESS THAN $50,000 | 430,813 | 430,813 | 343,886 | 86,927 | 430,813 | | 430,813 | 343,886 | 86,927 | | |
| SUB TOTAL ALASKA | 75,059,670 | 58,763,981 | 53,402,065 | 5,361,916 | 56,654,389 | 2,109,592 | 34,797,695 | 29,617,307 | 5,180,388 | 16,295,690 | 14,219, |
| BIA, BORREGO PASS | 3,334,392 | | | | | | | | | 3,334,392 | 3,000,0 |
| BIA, CHINLE TO TSAILE (AZ) | 7,142,000 | 5,572,903 | 5,071,701 | 501,202 | 5,011,733 | 561,170 | 5,572,903 | 5,071,701 | 501,202 | 1,569,097 | 1,428,2 |
| BIA, FORT DEFIANCE RD (AZ) | 7,437,000 | 1,984,935 | 1,786,548 | 198,387 | 2,503,574 | (518,639) | 1,984,935 | 1,786,548 | 198,367 | 5,452,065 | 4,906,4 |
| BIA, MOIR CHIPSEAL #1 (AZ) | 655,911 | 655,911 | 583,613 | 72,298 | 637,402 | 18,509 | 655,911 | 583,613 | 72,298 | | |
| BIA, NEWLANDS | 1,800,000 | 3,600 | 3,212 | 388 | | 3,600 | 3,600 | 3,212 | 388 | 1,796,400 | 1,616,5 |
| BIA, PAPOGO RD RECONST (AZ) | 1,581,364 | | | | | | | | | 1,581,364 | 1,423,0 |
| SUB TOTAL SOUTHWEST | 21,950,667 | 8,217,349 | 7,445,074 | 772,275 | 8,152,709 | 64,640 | 8,217,349 | 7,445,074 | 772,275 | 13,733,318 | 12,374, |
| PRIOR YEARS CARRYOVER | 21,569,340 | 21,569,340 | 20,645,588 | 923,752 | 21,569,340 | | 65,505 | 257,911 | (192,406) | | |
| CONTRACT TOTALS | $118,579,677 | $88,550,670 | $81,492,727 | $7,057,943 | $86,376,438 | $2,174,232 | $43,080,549 | $37,320,292 | $5,760,257 | $30,029,008 | $26,593,9 |

MARINE OPERATIONS | | | | | | | 432,502 | 281,193 | 151,309
UNDER UTILIZED EQUIPMENT COSTS & MISC | | | | | | | 1,279,420 | 2,369,391 | (1,089,971)
EXPLOSIVES | | | | | | | 9,932,920 | 8,073,000 | 1,859,920

GROSS PROFIT | | | | | | | $54,725,391 | $48,043,876 | $6,681,515

PAULSON 000228

16