## GUARANTY AGREEMENT

Payee:              Travelers Casualty & Surety Company of America

Maker:              South Coast, Inc.

Guarantor:          Klukwan, Inc. and Chilkat's Portage Cove Development Company,
                    Jointly and Severally

Obligation:         Note in the principal amount $5,388,306.48

        In consideration of Maker and Payee entering into an Agreement of even date, and Payee accepting the above referenced Note pursuant to that Agreement, the Guarantors, jointly, severally and irrevocably guarantee to Payee the payment of Maker's obligations under the Note. The Guarantors expressly waive any and all surety defenses of any nature or description, including, but not limited to, the right to require the Payee to proceed first against the Maker or the collateral. The Guarantors hereby severally waive protest, presentment, demand and notice of protest and nonpayment in case the Note or any payment due thereunder is not paid when due; and they agree that any renewal of the Note or any extension, acceleration or postponement of the time of payment, or any other indulgence, to any substitution, exchange or release of collateral and to the release of any party or person primarily or contingently liable therefore, is without prejudice to the Payee and without notice to Guarantors. Guarantors shall, on demand, pay all costs of collection, including reasonable attorney fees of the Payee. Venue over any dispute concerning this Guaranty shall be in Anchorage, Alaska.

        Executed December 14th 2002 as of December 6, 2002

                    KLUKWAN, INC.

                    By _____
                    Thomas Crandall, President

                    CHILKAT'S PORTAGE COVE DEVELOPMENT
                    COMPANY

                    By: _____
                    William W. Fletcher, President

Crandall
DEPOSITION
EXHIBIT
# 43
PENGAD 800-631-6989

TRAV 066239



**Jim Hopkins**

| | |
|---|---|
| **From:** | Jim Hopkins |
| **Sent:** | Tuesday, June 06, 2006 4:43 PM |
| **To:** | Gary Spraker (E-mail) |
| **Cc:** | James Gilmore (E-mail); Robert L. Olson |
| **Subject:** | Travelers v. South Coast et. al. |

**Attachments:** Travelers Net Paid 5 15 06 South Coast.pdf; Kluckwan Note Acct. 03.17.06.pdf

Gary--- attached is a current accounting of Travelers' net loss on the South Coast bonds. Note that the total net loss shown of $11,855,881.61 is also net of the $450,000 in payments made to date by SCI/Kluckwan under the Repayment Agreement. Therefore, the total present loss before any payments by SCI/Kluckwan is $12,305,881.61.

Also attached is Travelers' accounting of the balance due under the SCI/Kluckwan Note.

Please contact me to follow up on our discussions yesterday. If we cannot soon come to terms on an agreement to mediate we will have to focus our attention on briefing the summary judgment motion.

Jim Hopkins

    

Travelers Net Paid    Kluckwan Note
5 15 06 Sou...    Acct. 03.17.06.p...


James T. Hopkins
Schiffrin Olson Schlemlein & Hopkins
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Phone: 206-448-8100
Fax: 206-448-8514
***The information contained in this email is confidential and may also be attorney-client privileged. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify me by replying to this email and delete the original. Thank you.



DEPOSITION
EXHIBIT
#58

| South Coast Inc. | | | |
|---|---|---|---|
| Klukwan Note | Date | | |
| Principal | 9/1/2002 | | $ 5,388,306.48 |
| Interest to Maturity | 8/1/2010 | | $ 2,611,693.52 |
| Total Obligation | 8/1/2010 | | $ 8,000,000.00 |
| Chinle Claim Receipt | 12/30/2002 | $ 1,483,030.46 | |
| Less Atty Fees: | | | |
| Oles Morrison Rinker | 1/17/2003 | $ (45,980.58) | |
| Robertson Monagles & Eastbo | 4/22/2003 | $ (4,476.45) | |
| Robertson Monagles & Eastbo | 6/9/2003 | $ (10,744.44) | |
| | | $ 1,421,828.99 | $ (1,421,828.99) |
| Equipment Sale Proceeds: | | | |
| | 2/3/2003 | $ (2,700.00) | |
| | 2/14/2003 | $ (7,600.00) | |
| | 2/25/2003 | $ (5,500.00) | |
| | 3/7/2003 | $ (2,235.00) | |
| | | $ (18,035.00) | $ (18,035.00) |
| Sale of Juneau Office | 7/22/2003 | | $ (25,416.96) |
| Payments | | | |
| Check # 2150 9/7/04 | 9/04 Installment | $ (50,000.00) | |
| Check 2157 10/6/04 | 10/04 Installment | $ (50,000.00) | |
| Check 2166 12/2/04 | 11/04 Installment | $ (50,000.00) | |
| Check 2201 5/19/05 | 5/05 Installment | $ (29,800.00) | |
| Check 2202 5/19/05 | 5/05 Installment | $ (20,200.00) | |
| Wire 07/08/2005 | 6/05 Installment | $ (50,000.00) | |
| Wire 07/29/2005 | 7/05 Installment | $ (50,000.00) | |
| Wire 09/06/2005 | 8/05 Installment | $ (50,000.00) | |
| Wire 10/05/2005 | 9/05 Installment | $ (100,000.00) | |
| Not made | 10/05 Installment | $ - | |
| Not made | 11/05 Installment | $ - | |
| | | $ (450,000.00) | $ (450,000.00) |
| Balance | 3/17/2006 | | $ 6,084,719.05 |









