**Bundy & Christianson**
An Association of Professional Corporations
911 West 8th Avenue, Suite 302
Anchorage, Alaska 99501
Telephone (907) 258-6016
Telefax (907) 258-2026
EIN 92-0141306

Page:
May 31, 20

Southcoast Inc. - Klukwan
PO Box 32077
Juneau  AK  99801

Account No: 2501-C
Statement No:    117

Attn: Tom Blanton

| | | Hours |
|---|---|---|
| 05/13/02 CC | Meet with Bob Blasco, Tom Crandall, Kimberly Strong, Tom Blanton, Ron Gilchrist (phone) | 1.00 |
| 05/14/02 CC | | 2.00 |
| 05/15/02 CC | Calls with Blasco and Gilchrist. | |
| | | 0.60 |
| | | 0.40 |
| CC | Talk to Tom Crandall. | |
| 05/21/02 CC | Attend telephonically board meeting of Klukwan/Southcoast. | 0.50 |
| 05/22/02 CC | Talk to Bob Blasco | 0.50 |
| 05/28/02 CC | | 0.50 |
| 05/29/02 CC | | 1.50 |
| | | 7.00 |
| | | 7.00 |

Cabot Christianson

For Current Services Rendered

| Timekeeper | Recapitulation Hours | Rate | Total |
|---|---|---|---|
| Cabot Christianson | 7.00 | | |

5/31/02

Total Expenses

Total Current Work



004834

Christianson, Boutin & Spraker
An Association of Professional Corporations
911 West 8th Avenue, Suite 302
Anchorage, Alaska 99501
Telephone (907) 258-6016
Telefax (907) 258-2026
EIN 52-2384922

Page: 1
October 31, 2003
Account No: 2501-01M
Statement No:     13256

Klukwan, Inc.
425 Saw Mill Rd
PO Box 209
Haines  AK  99827

Attn: Thomas L. Crandell


Previous Balance

| | | Hours |
|---|---|---|
| 10/01/03 CC | | 2.00 |
| 10/02/03 CC | | .5.00 |
| 03/03 CC | | 3.00 |
| CC | | 0.40 |
| | | 1.50 |
| 10/06/03 CC | | |
| CC | Talk to Jan Sokol - he hasn't heard response from P&S; will advise. | 0.30 |
| 10/07/03 CC | Meet with Tom C re:                        , P&S issues, | 2.00 |
| | | 0.20 |
| 10/08/03 CC | | 0.40 |
| CC | | 4.00 |
| 10/09/03 CC | | 2.00 |
| 10/10/03 CC | | 3.00 |
| 10/12/03 CC | | |
| 10/13/03 CC | | 7.00 |
| | | 0.30 |
| 14/03 CC | | |
| CC | | 1.00 |
| 10/17/03 CC | Review emails from Langfitt, Sokol and Crandall re: P&S records. Respond to Tom. | |

5669

Christianson, Boutin & Spraker
An Association of Professional Corporations
911 West 8th Avenue, Suite 302
Anchorage, Alaska 99501
Telephone (907) 258-6016
Telefax (907) 258-2026
EIN 52-2384922

Page: 1
August 31, 2004
Account No: 2501-01M
Statement No:   14147

Klukwan, Inc.
425 Saw Mill Rd
PO Box 209
Haines  AK  99827

Attn: Thomas L. Crandall

Previous Balance

| | | | Hours |
|---|---|---|---|
| 08/03/04 | CC | | 0.30 |
| 08/04/04 | CC | | 0.50 |
| 08/09/04 | CC | Talk to Tom about audit, PNW, Travelers suing directors and P&S, Key Bank deal (.7) | 0.70 |
| | CC | | 3.00 |
| 08/10/04 | CC | Talk to Tom | 0.50 |
| 08/11/04 | CC | | 0.60 |
| 08/12/04 | CC | Telephone conference with Brandon Allen re: Travelers suit. Faxes and emails from Renich and Houts re: same.  Give notice to Allen of suit. | 1.00 |
| 08/15/04 | CC | | 0.30 |
| | CC | | 0.50 |
| 08/16/04 | CC | Flurry of emails concerning D&O policy | 1.00 |
| 08/18/04 | CC | Emails with Brandon, and letters to Houts and Finney, re: D&O coverage for lawsuit. (.8) | 1.80 |

5651

LAW OFFICE OF

# CHRISTIANSON, BOUTIN & SPRAKER

AN ASSOCIATION OF PROFESSIONAL CORPORATIONS
911 WEST 8TH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501

CABOT CHRISTIANSON
MICHELLE L. BOUTIN
\ SPRAKER

PHONE: (907) 258-6016
FAX: (907) 258-2026

July 6, 2004

KPMG, LLP
Suite 600
701 West Eighth Ave
Anchorage, AK 99501

Re: Klukwan, Inc. and subsidiaries,

Dear KPMG,

By letter dated June 29, 2004, Klukwan, Inc. (KINC) and its subsidiaries have requested certain information involving matters as to which this firm has been engaged and to which this firm has devoted substantial attention on behalf of the company in the form of legal representation or consultation. This reply is effective as of December 31, 2003 and also as of the date of this letter.

**Litigation matters**

Redacted



Christianson
DEPOSITION
EXHIBIT
# 181
PENGAD 800-631-6989

KPMG
July 6, 2004
Page 2

Redacted

**Other potential litigation**

SCI and/or Klukwan have potential litigation claims against Peterson & Sullivan, and also against SCI's former directors.   SCI and Klukwan have not decided whether to pursue these matters.

Redacted

Page Redacted

KPMG
July 6, 2004
Page 4

Redacted

Very truly yours,
CHRISTIANSON, BOUTIN & SPRAKER

By_____
Cabot Christianson

cc:    Tom Crandall

H:\2501\br\kpmg audit.wpd

5689

**bot Christianson**

From:       "Cabot Christianson" <cabot@cbslawyers.com>
To:         "Thomas L. Crandall" <tomc@klukwan.com>
Sent:       Thursday, June 19, 2003 4:53 PM
Subject:    Re: Travelers / Peterson & Sullivan

Tom -
The bolded sentence is a little unclear. Do you mean "... fees billed for the preparation of the audit, and for the tax return, for each of these same periods."

I would take out the last paragraph. If we end up suing them we may have to explain away the "beneficial" part. I would just end the letter with "Thank you very much for your attention to this matter. Please contact me if you have any questions."

Cabot Christianson
Christianson, Boutin & Spraker
911 West 8th Ave., Suite 302
Anchorage, AK 99501
Phone 907/258-6016; Fax 907/258-2026
E-mail: cabot@cbslawyers.com

----- Original Message -----
From: Thomas L. Crandall
To: 'William A. Thomas Jr.' ; 'Ed Hotch' ; 'Evangeline C. Willard-Hoy' ; 'Evangeline C. Willard-Hoy' ; 'Johanna E. Hotch' ;
'Kimberley Strong' ; 'David Strong'
Cc: 'Tom Blanton' ; 'Cabot Christianson'
Sent: Thursday, June 19, 2003 9:01 AM
Subject: Travelers / Peterson & Sullivan

Travelers has asked that we send this letter to Peterson & Sullivan requesting a copy of there workpapers,

Travelers is looking at their options to recover against Peterson & Sullivan for any loss. If they receive this information, it may bolster their case. If they file against Peterson & Sullivan then we will have to find another CPA firm to perform the audit for ne year (2003) even if we do not file against them. If we agree to send the letter Travelers has requested, we need to wait until mi July until we have received the audit for the current year. We do not know how Peterson & Sullivan will react to this request bu would not be surprised if they refuse.

Here is what Travelers has requested we send with my insert added. My insert is bolded and underlined.

_____

June 19, 2003

Peterson Sullivan P.L.L.C.
601 Union Street, Suite 2300
Seattle, Washington 98101

Christianson
DEPOSITION
EXHIBIT
# 184
PENGAD 800-631-6989

Re:    Audit Workpapers

    Sir or Madam:

Due to recent financial setbacks suffered by Klukwan, Inc., the Board of Directors is considering a change in the accounting firm that audits our yearend financial statements. In order to facilitate this process we would like to receive a copy of the all

Peterson Sullivan workpapers pertaining to the audit of Klukwan, Inc. and its subsidiaries for the years ended December 31, ~009, 2000 and 2001.

.e forward a copy of the Klukwan, Inc. and South Coast, Inc financial statement audit workpapers, including; substantive workpapers, permanent files and internal control analysis and testing workpapers for the years stated above. In addition, please provide a statement showing total hours and fees billed for each the preparation of the audit and tax return for this same period.

Klukwan has had a long and beneficial relationship with Peterson Sullivan. The services your firm has provided are much appreciated. However, the Board feels a change is appropriate at this time.


Sincerely,

KLUKWAN, INC.



Thomas L. Crandall, President

# FAX TRANSMISSION

### STEWART SOKOL & GRAY, LLC
2300 SW FIRST AVENUE, SUITE 200
PORTLAND OR 97201
(503) 221-0699
Direct Fax: (503) 227-5028 or General Fax: (503) 223-5706
Email: jdsokol@lawssg.com

| | | | |
|---|---|---|---|
| **To:** | Cabot Christianson<br>Christianson, Boutin &<br>Spraker | **Date:** | October 17, 2003 |
| **Fax #:** | (907) 258-2026 | **Pages:** | 2, (including this cover sheet) |
| **From:** | Jan D. Sokol | | |
| **Subject:** | Re: Travelers/South Coast, Inc./D & O Claims (Klukwan)<br>Our File No.: 7777.006 | | |

COMMENTS:

PLEASE CALL (503) 221-0699 IF YOU HAVE A PROBLEM WITH THIS TRANSMITTAL

#### NOTICE

THIS FACSIMILE TRANSMISSION MAY CONTAIN INFORMATION WHICH IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CONTACT US IMMEDIATELY SO THAT WE MAY ARRANGE FOR RETURN OF THE DOCUMENTS.
W:\WORK\JAN\Travelers\South Coast\D & O Claims\Christianson.Fax.wpd



DEPOSITION
EXHIBIT
#187

000772

# PETERSON SULLIVAN P.L.L.C.

01 UNION STREET SUITE 2300 SEATTLE WA 98101 (206) 382-7777 FAX 382-7700
CERTIFIED PUBLIC ACCOUNTANTS

**RECEIVED**

October 8, 2003

OCT 1 7 2003

STEWART, SOKOL & GRAY

Mr. Jan D. Sokol
Stewart Sokol & Gray LLC
2300 SW First Avenue, Suite 200
Portland OR 97201-5047

Dear Mr. Sokol:

RE: TRAVELERS CASUALTY & SURETY CO. OF AMERICA/KLUKWAN, INC./
SOUTH COAST, INC.

Your letter to our firm dated September 29, 2003, was directed to me for a response.

Our firm has not "prepared" financial statements for Klukwan or its affiliates and generally
does not prepare the financial statements for any client, although we do report or express an
opinion on the client's financial statements if engaged to do so. Also, our firm has no
present knowledge of your client's bonding business with South Coast, Inc. and whatever
documents, if any, our firm does have that might relate to Klukwan and its affiliates are
confidential records under both state and federal law. Our firm is not therefore free to
release any such documents without the written consent of the appropriate client
representative(s), and we have received no such written consents and/or request for release
of confidential information. Also, under state law, the working papers are the property of
our firm, not the client, and our firm policy is to not release our files except in very limited
circumstances that are not present here.

I am sorry we cannot assist you in your investigation because of the strict prohibitions
imposed on our firm by state and federal law as well as our firm's quality control policies.
If you have any further questions, please direct them to our firm's counsel, Mary Eklund, at
(206) 223-1688.

Best regards,

Ray Holmdahl

dmf

cc:   Mary C. Eklund

K:\sokol\100803.doc

000779



# M E M O R A N D U M

| | |
|---|---|
| **DATE:** | December 8, 2003 |
| **TO:** | Klukwan Board of Directors |
| **FROM:** | Tom Crandall |
| **SUBJECT:** | Update |

## Board Meeting:

The next Board of Directors' meeting is scheduled from Thursday, January 8 through Saturday, January 10, 2004. The location is Haines, Alaska at the Klukwan, Inc. office. We will issue a purchase order for board members flying from Juneau or purchase ferry tickets. Of if your airfare or ferry tickets directly, Klukwan will reimburse you for the costs. The ferry leaves Juneau on Tuesday and returns on Sunday. Please coordinate with Delia as to how you want to proceed. Also, please let Delia know if you want us to arrange for a hotel room or vehicle.

Attending will be:
- Cabot Christianson (by phone) to discuss the possible case against past SCI employees.
- Garth Flint (Thursday only) to discuss the status of the trust investments and to make suggestions as to changes. Also, he will discuss changes to the 401k plan.
- Schwab will attend (Thursday only) to discuss the 401k.
- Eric McDowell attends Friday and Saturday to facilitate our annual planning meeting.
- Staff:
  - Ernie Van Ogle
  - Nancy Crosier
  - Randy Mattoon
  - John Adams
  - Tom Crandall

We will put out the board packets next week.



Christianson
DEPOSITION
EXHIBIT
# 189
PENGAD 800-631-6989

003445

## Trusts:

Here is how the trusts have performed since the last board update.

| | Original Investment | 1/1/2003 | Fair Market Value 12/5/2003 | YTD Diff.[1] | % Ch. |
|---|---|---|---|---|---|
| GIT | $28,800,000 | $23,038,294 | $28,510,451 | $5,472,157 | 23.75% |
| LIT | 5,930,000 | 4,240,924 | 4,309,606 | 68,682 | 1.62% |
| ET | 2,000,000 | 1,577,721 | 1,595,379 | 17,658 | 1.12% |
| | $36,730,000 | $28,856,939 | $34,415,436 | $5,558,497 | 19.26% |

| | 11/18/2003 | Fair Market Value 12/5/2003 | PTD Diff.[2] | % Ch. |
|---|---|---|---|---|
| GIT | $28,027,761 | $28,510,451 | $482,690 | 1.72% |
| LIT | 4,389,514 | 4,309,606 | (79,908) | -1.82% |
| ET | 1,593,379 | 1,595,379 | 1,999 | 0.13% |
| | $34,010,655 | $34,415,436 | $404,781 | 1.19% |

| | |
|---|---|
| Poss. gain on GIT[3] | 2,043,528 |
| Poss. Loss on GIT[4] | (718,930) |
| | 1,324,598 |

[1]YTD = Change in investments from January 1 to present

[2]PTD = Change in investments since last report

[3]Poss. gain on GIT = Maximum gain possible if we sold all investments with gains and kept all investments with losses

[4]Poss. loss on GIT = Maximum loss possible if we sold all investments with losses and kept all investments with gains

Here is a graph of the same information.



On December 5, 2003, the value of the GIT was $28.5 million.  Even thought the DOW was up 105 today (December 8th) we do not expect the value of the GIT to reach $28.9 ($28.8 plus $1/share dividend) million by December 10, 2003.

**Litigation:**

Redacted

003447

# Redacted

| Other potential litigation | |
|---|---|
| Travelers v. Peterson & Sullivan | Errors and omissions case. Still unfilled. Klukwan and / or South Coast may participate in this. |
| Travelers v. Ron Gelbrich, Jerry Renich, Jan Paulson, Mike Houts, Brad Finney | Directors and Officers case. Still unfilled. Klukwan and / or South Coast may participate in this. |

# Redacted

**7i:**

Sealaska issued 7i checks last week and Klukwan received approximately $25k. Some board members have asked if we can just pass this through to the shareholders. Unfortunately, no we can't. We have restrictions in our agreement with KeyBank that prevents us from issuing a dividend to shareholders. For this purpose, the pass through of the 7i money would be considered a dividend. On the bright side, the money we received is almost enough to keep Klukwan operating for 1 month.

**Atlas Alaska, Inc.:**

A counter proposal on the sale of Atlas only was sent to Ken Black on November 18, 2003. His father died shortly thereafter and he has not been able to get back with us on this. We will contact him this week for an update.

Northwest Energetic Services has expressed an interest in purchasing Atlas and / or Emrick and Hill as well. We have a non disclosure agreement in place and have forwarded them information on the companies.

**KeyBank:**

We received a copy of a purchase agreement and note from KeyBank today. This is so we can convert the lease on the m/v Chilkat Express to a loan and we would then own the vessel. The new loan would be $1,228,000. Interest is

prime plus 2% or currently 6%.  The Klukwan guarantee on the lease would transfer to the loan.  We would have an obligation to repay the remaining balance on or before December 31, 2004.  Monthly payments would be $23,000 per month with skip payments for January through May.  We are currently paying $$22,000+ per month for 12 months per year.  We would save $143,000 next year in cash payments due KeyBank.  In addition, the $1,228,000 is roughly $250,000 less than the conversion we had calculated.  Lastly, net income would increase anywhere from $100,000 / year to $150,000 / year depending on the depreciation factors used.

We will need to hold a teleconference to approve this agreement. A notice will go out on 12/9/2003 regarding this meeting.

Once we have the Chilkat side done, we still have issues with the SCI real estate loan and the Klukwan loan to complete.

**Bank of America:**

No news on this currently.

**CIT Leasing:**

No news on this currently.

**Wells Fargo:**

This is paid through July 1, 2004. We are still working on trying to get the $250,000 letter of credit to cover any remaining environmental clean up.

LAW OFFICE OF

# CHRISTIANSON, BOUTIN & SPRAKER

AN ASSOCIATION OF PROFESSIONAL CORPORATIONS
911 WEST 8TH AVENUE, SUITE 302
ANCHORAGE, ALASKA 99501

BOT CHRISTIANSON
HELLE L. BOUTIN
A SPRAKER

PHONE: (907) 258-60
FAX: (907) 258-20

November 10, 2004

David F. Jurca, (for Ronald Gelbrich)
Helsell Fetterman
1001 Fourth Ave, Suite 4200
Seattle, WA 98154

James P. Wagner, Esq. (for Jerald Renich)
Stafford Frey, et al
601 Union Street
Suite 3100
Seattle, WA 98101-9900

William Wuestenfeld (for Brad Finney)
Sandberg Wuestenfeld et al
701 West 8th Ave., Suite 1100
Anchorage, Alaska 99501

H. Clay Keene, Esq. (for Jan Paulson)
Keene & Currall
540 Water Street, Suite 302
Ketchikan, AK 99901

Timothy A. McKeever (for Michael Houts)
Holmes, Weddle, et all
701 West 8th Ave., Suite 700
Anchorage, AK 99501

Re:     *Travelers v. Gelbrich, et. al.*
        Alaska Federal District No. 04-0165 CV (RRB)

Gentlemen:

I represent South Coast, Inc. Travelers Casualty and Surety Company of Alaska sued Jerald Renich, Brad Finney, Jan Paulson, and Michael Houts in their capacities as former officers of South Coast, Inc., a subsidiary of Klukwan, Inc.; and Ron Gelbrich as a former officer of Klukwan, Inc.  The purpose of this letter is to advise you of a defense to that suit.



PRGRD 800-631-6989
*Christianson*
DEPOSITION
EXHIBIT
#196

000977

November 10, 2004
Page 2

Travelers was the bonding company for South Coast, and took over South Coast's bonded jobs in about August, 2002. In December, 2002, South Coast and Travelers signed an agreement which quantified and settled South Coast's indemnity obligation to Travelers. Attached is a copy of the agreement, minus its voluminous exhibits which do not bear on the issue described in this letter..

The basic concept of the settlement was that Travelers agreed to accept a note for $5,388.306.48 from South Coast, payable on terms over six years, secured by certain of South Coast's assets. The settlement had certain advantages, from the standpoint of both parties, as compared to the bankruptcy filing which would very likely have occurred if the parties had not been able to settle. Travelers received a partially secured claim, South Coast was able to reduce its exposure to Travelers by about several million dollars, and conduct an orderly liquidation of its assets which has resulted in a larger distribution to its creditors..

Central to the settlement was the idea that it resolved all of Traveler's claims against South Coast (called SCI in the agreement) and related entities.

11.    Satisfaction of liability.  Except as otherwise provided in this paragraph of this Agreement, and paragraph 14 hereof, delivery of the Note and security instruments to Travelers as set forth above shall constitute full and final satisfaction of the all the claims against, or liabilities of, SCI, Klukwan and CPC, and all persons and entities named in the Indemnity Agreements, **and their affiliates** (collectively, Klukwan Entities) relating to or arising out of the Indemnity Agreements, Bonds or the Bonded Contracts, and without regard to the total loss experienced by Travelers in connection with the Bonds and Bonded Contracts. (emphasis added)

South Coast believes that the term "affiliates" includes South Coast's former officers, and that the *Repayment Agreement* constitutes a release by Travelers of the claims asserted in the Lawsuit. Travelers has informally rejected that claim. Enclosed is a letter I am sending to Travelers which gives formal notice of South Coast's position. I will advise you of Traveler's response to that letter.

Please contact me if you have any questions.

Very truly yours,
CHRISTIANSON, BOUTIN & SPRAKER

By_____
        Cabot Christianson

cc: Thomas L. Crandall
      Brandon Allen, Marsh USA

000976