# STEWART SOKOL & GRAY LLC
## ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | | |
|---|---|---|
| Travelers Casualty and Surety Company | Statement Date: | 08 /31/04 |
| Chuck Langfitt | Account No: | 7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney: | JDS |
| Auburn, WA 98001 | Invoice: | 12774 |

**RE:**     South Coast, Inc./Peterson Sullivan PLLC
**Bond #:**
**Claim #:**

**Billing Summary**

| | |
|---|---|
| Previous Unpaid Balance | $0.00 |
| Total Current Charges | $390.00 |
| **AMOUNT DUE** | **$390.00** |

**\*\*REMITTANCE COPY\*\***

Date  _10·3·07_   Exhibit #  _209_
Case  _Travelers v O. Coast_
Deponent  _R. Coleman_
Reporter   JANETTE DUKIC
Naegeli Reporting Corporation
(800) 528-3335   FAX (503) 227-7123

Fed. Tax Id. # 93-1129531                    TRAV 75571

# STEWART SOKOL & GRAY LLC
### ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | |
|---|---|
| Travelers Casualty and Surety Company | Statement Date: 08/31/04 |
| Chuck Langfitt | Account No: 7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney: JDS |
| Auburn, WA 98001 | Invoice: 12774 |

RE:    South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

## DISBURSEMENTS
*Photocopy Services are charged at $0.11 per copy

| | | |
|---|---|---|
| 08/09/04 | Lexis/Nexis Research 7/04 | 380.00 |
| 08/11/04 | 7/30/04 On-Line Research Fee | 10.00 |
| | Totals | $390.00 |

| | | |
|---|---|---|
| Total Fee & Disbursements | | $390.00 |
| Previous Balance | | 4,307.52 |
| Payments Received | | 4,307.52 |
| 08/31/04  Travelers ck#443646 | 658.31 | |
| 08/31/04  Travelers ck#443655 | 3,649.21 | |

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

| | | | |
|---|---|---|---|
| Invoice #: | 12774 | 2 | Statement Date:    August 31, 2004 |

TRAV 75572

Balance Now Due                                                $390.00

### Cumulative Summary of Services

| JDS | Jan D. Sokol | Senior Partner | at | 205.00/Hr | $3,526.00 |
|-----|--------------|----------------|-----|-----------|-----------|
| RBC | Robert B. Coleman | Associate | at | 150.00/Hr | $3,120.00 |
| SCZ | Sofia C. Zimmar | Project Clerk | at | 80.00/Hr | $184.00 |

Total Services Billed to Date                                $6,830.00

TRAV 75573

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

# STEWART SOKOL & GRAY LLC

### ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | |
|---|---|
| Travelers Casualty and Surety Company | Statement Date: 09 /30/04 |
| Chuck Langfitt | Account No: 7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney: JDS |
| Auburn, WA 98001 | Invoice: 13311 |

RE:     South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

### Billing Summary

| | |
|---|---|
| Previous Unpaid Balance | $390.00 |
| Total Current Charges | $20.00 |
| **AMOUNT DUE** | $410.00 |

### **REMITTANCE COPY**

Fed. Tax Id. # 93-1129531

TRAV 75574



# STEWART SOKOL & GRAY LLC
### ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | | |
|---|---|---|
| Travelers Casualty and Surety Company | Statement Date: | 09/30/04 |
| Chuck Langfitt | Account No: | 7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney: | JDS |
| Auburn, WA 98001 | Invoice: | 13311 |

**RE:**     South Coast, Inc./Peterson Sullivan PLLC
**Bond #:**
**Claim #:**

## DISBURSEMENTS
*Photocopy Services are charged at $0.11 per copy

| | | |
|---|---|---|
| 09/17/04 | 7/31/04 On Line Research Fee | 20.00 |
| | Totals | $20.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$20.00** |
| Previous Balance | 390.00 |
| **Balance Now Due** | **$410.00** |

### *Cumulative Summary of Services*

| | | | | | |
|---|---|---|---|---|---|
| JDS | Jan D. Sokol | Senior Partner | at | 205.00/Hr | $3,526.00 |
| RBC | Robert B. Coleman | Associate | at | 150.00/Hr | $3,120.00 |

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

| | | | |
|---|---|---|---|
| Invoice #: | 13311 | 2 | Statement Date: | September 30, 2004 |

TRAV 75575

| SCZ | Sofia C. Zimmar | ( ) | Project Clerk | at | 80.00/H. | | $184.00 |

$6,830.00

**Total Services Billed to Date**

TRAV 75576

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

# STEWART SOKOL & GRAY LLC
## ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

Travelers Casualty and Surety Company
Chuck Langfitt
3455 S. 344th Way, Suite 200
Auburn, WA 98001

| | |
|---|---|
| Statement Date: | 10/31/04 |
| Account No: | 7777.023 |
| Attorney: | JDS |
| Invoice: | 13693 |

RE:       South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

**Billing Summary**

| | |
|---|---|
| Previous Unpaid Balance | $410.00 |
| Total Current Charges | $240.00 |
| AMOUNT DUE | $650.00 |

**REMITTANCE  COPY**

Fed. Tax Id. # 93-1129531

TRAV 75577

# STEWART SOKOL & GRAY LLC
### ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

---

| | |
|---|---|
| Travelers Casualty and Surety Company | Statement Date: 10/31/04 |
| Chuck Langfitt | Account No: 7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney: JDS |
| Auburn, WA 98001 | Invoice: 13693 |

---

RE:  South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

| DATE | PROFESSIONAL SERVICES PROVIDED | WHO | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/01/04 | Research regarding assignability of Klukwan/South Coast's claims on the D&O policy and/or insurance agent and/or Sullivan Peterson to Travelers; draft Memorandum regarding same for JDS. | RBC | 1.60 | 240.00 |
| | Totals | | 1.60 | $240.00 |
| | **Total Fee & Disbursements** | | | **$240.00** |
| | Previous Balance | | | 410.00 |
| | **Balance Now Due** | | | **$650.00** |

### *Cumulative Summary of Services*

| | | | | | |
|---|---|---|---|---|---|
| JDS | Jan D. Sokol | Senior Partner | at | 205.00/Hr | $3,526.00 |
| RBC | Robert B. Coleman | Associate | at | 150.00/Hr | $3,360.00 |
| SCZ | Sofia C. Zimmar | Project Clerk | at | 80.00/Hr | $184.00 |

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

TRAV 75578

Total Services Billed to Date                                    $7,070.00

TRAV 75579

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

Invoice #:    13693                    3          Statement Date:    October 31, 2004

*Master ?*

# STEWART SOKOL & GRAY LLC
## ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

Travelers Casualty and Surety Company
Chuck Langfitt
3455 S. 344th Way, Suite 200
Auburn, WA 98001

| | |
|---|---|
| Statement Date: | 11/30/04 |
| Account No: | 7777.023 |
| Attorney: | JDS |
| Invoice: | 14429 |

RE:     South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

### Billing Summary

| | |
|---|---|
| Previous Unpaid Balance | $650.00 |
| Total Current Charges | $0.00 |
| **AMOUNT DUE** | $650.00 |

**REMITTANCE COPY**

Fed. Tax Id. # 93-1129531

TRAV 75580

# STEWART SOKOL & GRAY LLC
## ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | |
|---|---|
| Travelers Casualty and Surety Company | Statement Date: 11/30/04 |
| Chuck Langfitt | Account No: 7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney: JDS |
| Auburn, WA 98001 | Invoice: 14429 |

RE:     South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

| | |
|---|---|
| **Total Fee & Disbursements** | **$0.00** |
| Previous Balance | 650.00 |
| **Balance Now Due** | **$650.00** |

### Cumulative Summary of Services

| | | | | |
|---|---|---|---|---|
| JDS | Jan D. Sokol | Senior Partner at | 205.00/Hr | $3,526.00 |
| RBC | Robert B. Coleman | Associate at | 150.00/Hr | $3,360.00 |
| SCZ | Sofia C. Zimmar | Project Clerk at | 80.00/Hr | $184.00 |

|  |  |
|---|---|
| | $7,070.00 |

**Total Services Billed to Date**

TRAV 75581

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

# STEWART SOKOL & GRAY LLC
### ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | | |
|---|---|---|
| Travelers Casualty and Surety Company | Statement Date: | 12/31/04 |
| Chuck Langfitt | Account No: | 7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney: | JDS |
| Auburn, WA 98001 | Invoice: | 15121 |

RE:     South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

### Billing Summary

| | |
|---|---|
| Previous Unpaid Balance | $650.00 |
| Total Current Charges | $6.16 |
| **AMOUNT DUE** | **$656.16** |

**REMITTANCE COPY**

Fed. Tax Id. # 93-1129531

# STEWART SOKOL & GRAY LLC
### ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

Travelers Casualty and Surety Company
Chuck Langfitt
3455 S. 344th Way, Suite 200
Auburn, WA 98001

| | |
|---|---|
| Statement Date: | 12 /31/04 |
| Account No: | 7777.023 |
| Attorney: | JDS |
| Invoice: | 15121 |

**RE:**   South Coast, Inc./Peterson Sullivan PLLC
**Bond #:**
**Claim #:**

## DISBURSEMENTS
*Photocopy Services are charged at $0.11 per copy

| | |
|---|---|
| *Photocopy Services | 6.16 |
| Totals | $6.16 |

| | |
|---|---|
| Total Fee & Disbursements | $6.16 |
| Previous Balance | 650.00 |
| **Balance Now Due** | $656.16 |

### Cumulative Summary of Services

| | | | | | |
|---|---|---|---|---|---|
| JDS | Jan D. Sokol | Senior Partner | at | 220.00/Hr | $3,526.00 |
| RBC | Robert B. Coleman | Associate | at | 175.00/Hr | $3,360.00 |

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

| | | | | |
|---|---|---|---|---|
| Invoice #: | 15121 | | Statement Date: | December 31, 2004 |
| 7777 | / 7777.023 | 2 | | |

TRAV 75583

SCZ    Sofia C. Zimmar              Project Clerk    at      80.00/Hr                    $184.00

_____

Total Services Billed to Date                                                          $7,070.00

TRAV 75584

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

Invoice #:     15121
                                        3            Statement Date:    December 31, 2004
7777      /   7777.023

# STEWART SOKOL & GRAY LLC
### ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | | |
|---|---|---|
| Travelers Casualty and Surety Company | Statement Date: | 02 /28/05 |
| Chuck Langfitt | Account No: | 7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney: | JDS |
| Auburn, WA 98001 | Invoice: | 16148 |

RE:        South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

### Billing Summary

| | |
|---|---|
| Previous Unpaid Balance | $6.16 |
| Total Current Charges | $0.00 |
| **AMOUNT DUE** | **$6.16** |

## **REMITTANCE COPY**

Fed. Tax Id. # 93-1129531

TRAV 75585

# STEWART SOKOL & GRAY LLC
### ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | |
|---|---|
| Travelers Casualty and Surety Company | Statement Date: 02/28/05 |
| Chuck Langfitt | Account No: 7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney: JDS |
| Auburn, WA 98001 | Invoice: 16148 |

RE:    South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

| | | |
|---|---|---|
| **Total Fee & Disbursements** | | **$0.00** |
| Previous Balance | | 656.16 |
| Payments Received | | 650.00 |
| 02/10/05    St Paul Travelers ck#512127 | 650.00 | |
| **Balance Now Due** | | **$6.16** |

### *Cumulative Summary of Services*

| | | | | | |
|---|---|---|---|---|---|
| JDS | Jan D. Sokol | Senior Partner | at | 220.00/Hr | $3,526.00 |
| RBC | Robert B. Coleman | Associate | at | 175.00/Hr | $3,360.00 |
| SCZ | Sofia C. Zimmar | Project Clerk | at | 80.00/Hr | $184.00 |

**Total Services Billed to Date**            $7,070.00

TRAV 75586

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

| | | | |
|---|---|---|---|
| Invoice #: | 16148 | | |
| | | Statement Date: | February 28, 2005 |
| 7777 | / 7777.023 | 2 | |

# STEWART SOKOL & GRAY LLC
## ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | | |
|---|---|---|
| Travelers Casualty and Surety Company | Statement Date: | 01 /31/05 |
| Chuck Langfitt | Account No: | 7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney: | JDS |
| Auburn, WA 98001 | Invoice: | 15339 |

RE:     South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

### Billing Summary

| | |
|---|---|
| Previous Unpaid Balance | $656.16 |
| Total Current Charges | $0.00 |
| **AMOUNT DUE** | **$656.16** |

**REMITTANCE COPY**

TRAV 75587

Fed. Tax Id. # 93-1129531

# STEWART SOKOL & GRAY LLC
## ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | |
|---|---|
| Travelers Casualty and Surety Company | Statement Date: 01 /31/05 |
| Chuck Langfitt | Account No: 7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney: JDS |
| Auburn, WA 98001 | Invoice: 15339 |

RE:    South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

| | |
|---|---|
| **Total Fee & Disbursements** | $0.00 |
| Previous Balance | 656.16 |
| **Balance Now Due** | **$656.16** |

### Cumulative Summary of Services

| | | | | |
|---|---|---|---|---|
| JDS | Jan D. Sokol | Senior Partner at | 220.00/Hr | $3,526.00 |
| RBC | Robert B. Coleman | Associate at | 175.00/Hr | $3,360.00 |
| SCZ | Sofia C. Zimmar | Project Clerk at | 80.00/Hr | $184.00 |

| | |
|---|---|
| **Total Services Billed to Date** | **$7,070.00** |

TRAV 75588

689687

# STEWART SOKOL & GRAY LLC
## ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | |
|---|---|
| Travelers Casualty and Surety Company | Statement Date:   03 /31/05 |
| Chuck Langfitt | Account No:   7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney:   JDS |
| Auburn, WA 98001 | Invoice:   16444 |

RE:       South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

### Billing Summary

| | |
|---|---|
| Previous Unpaid Balance | $6.16 |
| Total Current Charges | $0.00 |
| **AMOUNT DUE** | **$6.16** |

OK
, & on
5/5/05

**R E M I T T A N C E   C O P Y**

TRAV 75589

Fed. Tax Id. # 93-1129531

# STEWART SOKOL & GRAY LLC
### ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

---

| | |
|---|---|
| Travelers Casualty and Surety Company | Statement Date: 03/31/05 |
| Chuck Langfitt | Account No: 7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney: JDS |
| Auburn, WA 98001 | Invoice: 16444 |

---

RE:  South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:


| | |
|---|---|
| **Total Fee & Disbursements** | $0.00 |
| Previous Balance | 6.16 |
| **Balance Now Due** | $6.16 |

### *Cumulative Summary of Services*

| | | | | | |
|---|---|---|---|---|---|
| JDS | Jan D. Sokol | Senior Partner | at | 220.00/Hr | $3,526.00 |
| RBC | Robert B. Coleman | Associate | at | 175.00/Hr | $3,360.00 |
| SCZ | Sofia C. Zimmar | Project Clerk | at | 80.00/Hr | $184.00 |

| | |
|---|---|
| **Total Services Billed to Date** | $7,070.00 |

TRAV 75590

---

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

| | | | |
|---|---|---|---|
| Invoice #: | 16444 | | |
| 7777 | / 7777.023 | 2 | Statement Date: March 31, 2005 |

# STEWART SOKOL & GRAY LLC
### ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | |
|---|---|
| Travelers Casualty and Surety Company | Statement Date: 01 /31/04 |
| Chuck Langfitt | Account No: 7777.023 |
| 33650 6th Avenue S. | Attorney: JDS |
| Suite 200 | Invoice: 9081 |
| Federal Way, WA 98003 | |

RE:      South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

### Billing Summary

| | |
|---|---|
| Previous Unpaid Balance | $0.00 |
| Total Current Charges | $822.38 |
| **AMOUNT DUE** | **$822.38** |

## **REMITTANCE COPY**

Fed. Tax Id. # 93-1129531                    TRAV 75667

# STEWART SOKOL & GRAY LLC
## ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | |
|---|---|
| Travelers Casualty and Surety Company<br>Chuck Langfitt<br>33650 6th Avenue S.<br>Suite 200<br>Federal Way, WA 98003 | Statement Date:  01 /31/04<br>Account No:  7777.023<br>Attorney:  JDS<br>Invoice:  9081 |

**RE:**   South Coast, Inc./Peterson Sullivan PLLC
**Bond #:**
**Claim #:**

| DATE | PROFESSIONAL SERVICES PROVIDED | WHO | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/09/04 | Correspondence to Attorney Christiansen regarding petition for pre filing discovery. | JDS | 0.10 | 20.50 |
| 01/18/04 | Email correspondence with Attorney Christenson regarding work papers. | JDS | 0.10 | 20.50 |
| 01/20/04 | Extended conference with Attorney Christenson regarding claims against accountants. | JDS | 0.30 | 61.50 |
| 01/21/04 | Extended conference with Mr. Langfitt regarding pursuit of claims, sharing arrangement and release of poison pills from settlement. | JDS | 0.30 | 61.50 |
| | Correspondence to Attorney Christianson regarding work papers modification of settlement agreement. | JDS | 0.20 | 41.00 |
| | Review and analyze file to prepare petition. | JDS | 0.80 | 164.00 |
| | Prepare petition, notice and proposed order regarding discovery before action. | JDS | 1.40 | 287.00 |
| | Search Klukwan and accountant corporate information. | JDS | 0.20 | 41.00 |

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

| | | | | |
|---|---|---|---|---|
| | Prepare corporate disclosure statements. | JDS | 0.20 | 41.00 |
| 01/23/04 | Revisions to discovery before action pleadings. | JDS | 0.40 | 82.00 |
| | Totals | | 4.00 | $820.00 |

## DISBURSEMENTS
*Photocopy Services are charged at $0.15 per copy

| | | |
|---|---|---|
| | | 1.61 |
| | Reproduction and Printing Charges | |
| 12/31/03 | | 0.77 |
| | Photocopy Service 7 | |
| | Totals | $2.38 |

**Total Fee & Disbursements**                     $822.38

**Balance Now Due**                               $822.38

### Cumulative Summary of Services

| | | | | | |
|---|---|---|---|---|---|
| JDS | Jan D. Sokol | Senior Partner | at | $220.00/Hr | $3,526.00 |
| RBC | Robert B. Coleman | Associate | at | $175.00/Hr | $3,360.00 |
| SCZ | Sofia C. Zimmar | Project Clerk | at | $80.00/Hr | $184.00 |
| | | | | | $7,070.00 |

**Total Services Billed to Date**

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

| | | | | |
|---|---|---|---|---|
| Invoice #: | 9081 | 3 | Statement Date: | January 31, 2004 |
| 7777 | / 7777.023 | | | TRAV 75669 |

# STEWART SOKOL & GRAY LLC
### ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

|  |  |
|---|---|
| Travelers Casualty and Surety Company | Statement Date: 02 /29/04 |
| Chuck Langfitt | Account No: 7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney: JDS |
| Auburn, WA 98001 | Invoice: 9563 |

RE:      South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

## Billing Summary

|  |  |
|---|---|
| Previous Unpaid Balance | $822.38 |
| Total Current Charges | $361.11 |
| **AMOUNT DUE** | $1,183.49 |

**REMITTANCE COPY**

TRAV 75670

Fed. Tax Id. # 93-1129531

# STEWART SOKOL & GRAY LLC
### ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | |
|---|---|
| Travelers Casualty and Surety Company | Statement Date: 02/29/04 |
| Chuck Langfitt | Account No: 7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney: JDS |
| Auburn, WA 98001 | Invoice: 9563 |

RE:     South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

| DATE | PROFESSIONAL SERVICES PROVIDED | WHO | HOURS | AMOUNT |
|------|-------------------------------|-----|-------|--------|
| 02/02/04 | Email correspondence with Attorney Christiansen regarding Request for Production of Documents before action petition. | JDS | 0.10 | 20.50 |
| 02/09/04 | Email correspondence with Attorney Christianson regarding work papers litigation. | JDS | 0.10 | 20.50 |
| 02/11/04 | Revise petition. | JDS | 0.10 | 20.50 |
| | Email correspondence with Mr. Langfitt regarding application of proceeds. | JDS | 0.10 | 20.50 |
| 02/13/04 | Correspondence to Attorney Christianson regarding application of proceeds and discovery before action. | JDS | 0.20 | 41.00 |
| 02/18/04 | Final revisions to petition and notice for hearing. | JDS | 0.20 | 41.00 |
| 02/20/04 | Correspondence to Attorney Ecklund regarding pleadings. | JDS | 0.20 | 41.00 |
| | Email correspondence with Attorney Christianson regarding pleadings. | JDS | 0.10 | 20.50 |
| 02/27/04 | Conference with Mr. Langfitt regarding newspaper request for information. | JDS | 0.10 | 20.50 |

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

TRAV 75671

|  |  |  |
|---|---|---|
| Totals | 1.20 | $246.00 |

## DISBURSEMENTS
*Photocopy Services are charged at $0.11 per copy

|  |  |  |
|---|---|---|
|  | *Photocopy Services | 11.44 |
| 01/31/04 | Lexis/Nexis Research 1/31/04 | 0.67 |
| 02/18/04 | Fee Expense / Misc. Filing Fee Petition Require Prod. of Docs. Before Action | 39.00 |
| 02/19/04 | Delivery charge to US District Court in Seattle | 7.00 |
|  | Served Diana Gullikson | 57.00 |

| Totals | $115.11 |
|---|---|

| Total Fee & Disbursements | $361.11 |
|---|---|
| Previous Balance | 822.38 |
| **Balance Now Due** | $1,183.49 |

### *Cumulative Summary of Services*

| JDS | Jan D. Sokol | Senior Partner at | 205.00Hr | $1,066.00 |
|---|---|---|---|---|

| Total Services Billed to Date | $1,066.00 |
|---|---|

TRAV 75672

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

# STEWART SOKOL & GRAY LLC
## ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | |
|---|---|
| Travelers Casualty and Surety Company | Statement Date: 03 /31/04 |
| Chuck Langfitt | Account No: 7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney: JDS |
| Auburn, WA 98001 | Invoice: 10182 |

RE:      South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

### Billing Summary

| | |
|---|---|
| Previous Unpaid Balance | $0.00 |
| Total Current Charges | $1,560.47 |
| **AMOUNT DUE** | $1,560.47 |

**REMITTANCE COPY**

TRAV 75673

Fed. Tax Id. # 93-1129531

# STEWART SOKOL & GRAY LLC
### ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

|  |  |
|---|---|
| Travelers Casualty and Surety Company | Statement Date:  03/31/04 |
| Chuck Langfitt | Account No:  7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney:  JDS |
| Auburn, WA 98001 | Invoice:  10182 |

RE:          South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

| DATE | PROFESSIONAL SERVICES PROVIDED | WHO | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/02/04 | Conference with Ms. Gregg regarding action pending. | JDS | 0.20 | 41.00 |
| 03/15/04 | Review and analyze opposition to petition. | JDS | 0.80 | 164.00 |
|  | Review and analyze file materials regarding rule 27 motion. | RBC | 0.70 | 105.00 |
|  | Reveiw and analyze file and opposition to petition for pre-filing document production; research regarding same. | RBC | 1.70 | 255.00 |
| 03/16/04 | Finalize research regarding reply in support of Rule 27 petition; prepare argument distinguishing the facts of Ninth Circuit O'Leary case. | RBC | 2.30 | 345.00 |
| 03/17/04 | Revise and finalize reply to opposition and declaration. | JDS | 0.60 | 123.00 |
|  | Draft reply in support of Rule 27 petition; draft affidavit of Jan D. Sokol in support. | RBC | 3.00 | 450.00 |
|  | Totals |  | 9.30 | $1,483.00 |

TRAV 75674

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

## DISBURSEMENTS

*Photocopy Services are charged at $0.11 per copy

|  |  |  |
|---|---|---|
|  | *Photocopy Services | 12.21 |
| 03/01/04 | Federal Express - from T. Simek to JDS on 2/19/04 | 14.02 |
|  | Federal Express - to ABC Legal Messengers on 2/18/04 | 14.88 |
| 03/29/04 | Federal Express - to M. Eklund on 3/17/04 | 12.79 |
|  | Federal Express - to United States Dist. Court Clerk on 3/17/04 | 12.79 |
|  | Federal Express - to C. Langfitt on 3/17/04 | 10.78 |

Totals     $77.47

| | |
|---|---|
| Total Fee & Disbursements | $1,560.47 |
| Previous Balance | 1,183.49 |
| Payments Received | 1,183.49 |
| 03/19/04   ck#00389322 | 1,183.49 |

Balance Now Due     $1,560.47

### Cumulative Summary of Services

| | | | | | |
|---|---|---|---|---|---|
| JDS | Jan D. Sokol | Senior Partner | at | 205.00/Hr | $1,394.00 |
| RBC | Robert B. Coleman | Associate | at | 150.00/Hr | $1,155.00 |
| | | | | | $2,549.00 |

Total Services Billed to Date

TRAV 75675

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

Statement Date:     March 31, 2004

Invoice #:     10182

# STEWART SOKOL & GRAY LLC
### ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

|  |  |
|---|---|
| Travelers Casualty and Surety Company | Statement Date: 04/30/04 |
| Chuck Langfitt | Account No: 7777.023 |
| 33650 6th Avenue S. | Attorney: JDS |
| Suite 200 | Invoice: 10579 |
| Federal Way, WA 98003 |  |

RE:      South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

### Billing Summary

|  |  |
|---|---|
| Previous Unpaid Balance | $1,560.47 |
| Total Current Charges | $86.22 |
| **AMOUNT DUE** | $1,646.69 |

## **REMITTANCE COPY**

Fed. Tax Id. # 93-1129531

TRAV 75676

# STEWART SOKOL & GRAY LLC
### ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

|  |  |  |
|---|---|---|
| Travelers Casualty and Surety Company | Statement Date: | 04 /30/04 |
| Chuck Langfitt | Account No: | 7777.023 |
| 33650 6th Avenue S. | Attorney: | JDS |
| Suite 200 | Invoice: | 10579 |
| Federal Way, WA 98003 | | |

RE:  South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

| DATE | PROFESSIONAL SERVICES PROVIDED | WHO | HOURS | AMOUNT |
|---|---|---|---|---|
| 04/05/04 | Email correspondence with Attorney Christensen regarding status. | JDS | 0.10 | 20.50 |
| 04/14/04 | Review and analyze order denying petition (.1), correspondence to Mr. Langfitt regarding order and further action to be taken (.2) and Email correspondence with Attorney Christenson regarding same. | JDS | 0.30 | 61.50 |
| | Totals | | 0.40 | $82.00 |

## DISBURSEMENTS
*Photocopy Services are charged at $0.15 per copy

| | | | |
|---|---|---|---|
| 03/31/04 | LexisNexis
Lexis/Nexis Research | | 4.22 |
| | Totals | | $4.22 |

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

| Invoice #: | 10579 | 2 | Statement Date: | April 30, 2004 |
|---|---|---|---|---|
| 7777 | /  7777.023 | | | TRAV 75677 |

| | |
|---|---:|
| Total Fee & Disbursements | $86.22 |
| Previous Balance | 1,560.47 |
| **Balance Now Due** | **$1,646.69** |

## Cumulative Summary of Services

| | | | | |
|---|---|---|---|---:|
| JDS | Jan D. Sokol | Senior Partner | at | $220.00/Hr | $3,526.00 |
| RBC | Robert B. Coleman | Associate | at | $175.00/Hr | $3,360.00 |
| SCZ | Sofia C. Zimmar | Project Clerk | at | $80.00/Hr | $184.00 |

| | |
|---|---:|
| **Total Services Billed to Date** | **$7,070.00** |

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

# STEWART SOKOL & GRAY LLC
### ATTORNEYS AT LAW

*File*
*689689-P*

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

---

Travelers Casualty and Surety Company
Chuck Langfitt
3455 S. 344th Way, Suite 200
Auburn, WA 98001

| | |
|---|---|
| Statement Date: | 05 /31/04 |
| Account No: | 7777.023 |
| Attorney: | JDS |
| Invoice: | 11159 |

RE:     South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

### Billing Summary

| | |
|---|---|
| Previous Unpaid Balance | $86.22 |
| Total Current Charges | $149.66 |
| **AMOUNT DUE** | $235.88 |

*Paid*

**\*\*REMITTANCE  COPY\*\***

TRAV 75679

Fed. Tax Id. # 93-1129531

# STEWART SOKOL & GRAY LLC
## ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | |
|---|---|
| Travelers Casualty and Surety Company | Statement Date: 05/31/04 |
| Chuck Langfitt | Account No: 7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney: JDS |
| Auburn, WA 98001 | Invoice: 11159 |

RE:    South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

| DATE | PROFESSIONAL SERVICES PROVIDED | WHO | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/11/04 | Extended conference with Mr. Rosenfeld regarding work papers and action against accountants, officers or directors. | JDS | 0.30 | 61.50 |
| 05/20/04 | Extended conference with Mr. Rosenfeld regarding financial statements. | JDS | 0.30 | 61.50 |
| | Email correspondence with Mr. Langfitt regarding financial statements. | JDS | 0.10 | 20.50 |
| | | | 0.70 | $143.50 |
| | Totals | | | |

## DISBURSEMENTS
*Photocopy Services are charged at $0.11 per copy

| | |
|---|---|
| *Photocopy Services | 6.16 |
| | $6.16 |
| Totals | |

TRAV 75680

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

Statement Date:    May 31, 2004

Invoice #:    11159

|  |  |
|---|---|
| Total Fee & Disbursements | $149.66 |
| Previous Balance | 1,646.69 |
| Payments Received | 1,560.47 |
| 05/19/04   Travelers ck#00405675 | 1,560.47 |

**Balance Now Due**

$235.88

### Cumulative Summary of Services

| | | | | |
|---|---|---|---|---|
| JDS | Jan D. Sokol | Senior Partner | at | 205.00Hr | $1,619.50 |
| RBC | Robert B. Coleman | Associate | at | 150.00Hr | $1,155.00 |

$2,774.50

**Total Services Billed to Date**

TRAV 75681

# STEWART SOKOL & GRAY LLC
## ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | |
|---|---|
| Travelers Casualty and Surety Company | Statement Date:  06 /30/04 |
| Chuck Langfitt | Account No:  7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney:  JDS |
| Auburn, WA 98001 | Invoice:  11638 |

RE:     South Coast, Inc /Peterson Sullivan PLLC
Bond #:
Claim #:

### Billing Summary

Previous Unpaid Balance          $235.88
Total Current Charges          $3,413.33
**AMOUNT DUE**          $3,649.21

**REMITTANCE COPY**

Tkr 689687

TRAV 75682

Fed. Tax Id # 93-1129531

# STEWART SOKOL & GRAY LLC
## ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | |
|---|---|
| Travelers Casualty and Surety Company | Statement Date: 06 /30/04 |
| Chuck Langfitt | Account No: 7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney: JDS |
| Auburn, WA 98001 | Invoice: 11638 |

RE:     South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

| DATE | PROFESSIONAL SERVICES PROVIDED | WHO | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/08/04 | Complete review and analysis of underwriting file. | JDS | 1.60 | 328.00 |
| | Review and analyze correspondence form Mr. Rosenfeld and comprehensive correspondence to Mr. Rosenfeld regarding potential claims and factual analysis. | JDS | 0.30 | 61.50 |
| 06/10/04 | Review and analyze correspondence from Messrs. Langfitt and Rosenfeld regarding claims against accountants, determinations regarding jurisdiction and venue and Email correspondence with Mr. Langfitt regarding same. | JDS | 0.50 | 102.50 |
| 06/15/04 | Review file to prepare complaint. | RBC | 1.60 | 240.00 |
| 06/17/04 | Review and analyze correspondence from Mr. Rosenfeld, review and analyze loss reserve report and Email correspondence with Mr. Rosenfeld regarding damages. | JDS | 0.40 | 82.00 |
| | Email correspondence with Mr. Langfitt regarding possible claims against FMI. | JDS | 0.10 | 20.50 |

TRAV 75683

| | | | | |
|---|---|---|---|---|
| | Complete review of documents and D&O policy; research for drafting complaint against D&Os and against Accountant; e-mail regarding possible cause of action against Fails Management. | RBC | 4.20 | 630.00 |
| 06/18/04 | Review and analyze correspondence from Mr. Langfitt regarding damages and review Mr. Rosenfeld reserve report. | JDS | 0.40 | 82.00 |
| | Review and analyze Rosenfeld correspondence regarding FMI review. | JDS | 0.10 | 20.50 |
| 06/21/04 | Review and analyze underwriting files, memo regarding complaint and issues to investigate further. | JDS | 1.60 | 328.00 |
| | Comprehensive correspondence to Mr. Langfitt regarding further investigation. | JDS | 0.30 | 61.50 |
| | Revisions to draft complaint. | JDS | 0.70 | 143.50 |
| | Research and analyze whether personal jurisdiction over accountant is likely to exist in Alaska. | RBC | 1.60 | 240.00 |
| | Draft, review and revise complaint against officers and directors and Peterson Sullivan (2.8); prepare comprehensive memorandum regarding comments on the draft complaint (.5). | RBC | 3.30 | 495.00 |
| 06/22/04 | Review and analyze pay history report and determine loss related to post May 2001 bonds. | JDS | 1.90 | 389.50 |
| | Email correspondence with Mr. Thiemens regarding loss pay report and discrepancies. | JDS | 0.10 | 20.50 |
| | Review and analyze revised pay history. | JDS | 0.30 | 61.50 |
| | Revise and finalize complaint. | JDS | 0.20 | 41.00 |
| 06/29/04 | Discuss motion to compel with Clayton Record. | RBC | 0.40 | 60.00 |
| | Totals | | 19.60 | $3,407.50 |

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

## DISBURSEMENTS
*Photocopy Services are charged at $0.11 per copy

| | |
|---|---:|
| *Photocopy Services | 5.83 |
| | ———— |
| Totals | $5.83 |

| | |
|---|---:|
| **Total Fee & Disbursements** | $3,413.33 |
| Previous Balance | 235.88 |
| | ———— |
| **Balance Now Due** | $3,649.21 |

### *Cumulative Summary of Services*

| | | | | | |
|---|---|---|---|---|---:|
| JDS | Jan D. Sokol | Senior Partner | at | 205.00/Hr | $3,362.00 |
| RBC | Robert B. Coleman | Associate | at | 150.00/Hr | $2,820.00 |
| | | | | | ———— |
| | **Total Services Billed to Date** | | | | $6,182.00 |

TRAV 75685

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

4

Statement Date:     June 30, 2004

Invoice #:     11638

# STEWART SOKOL & GRAY LLC
## ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | |
|---|---|
| Travelers Casualty and Surety Company | Statement Date:   07/31/04 |
| Chuck Langfitt | Account No:   7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney:   JDS |
| Auburn, WA 98001 | Invoice:   12238 |

RE:      South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

### Billing Summary

| | |
|---|---|
| Previous Unpaid Balance | $3,649.21 |
| Total Current Charges | $658.31 |
| AMOUNT DUE | $4,307.52 |

*OK*

**REMITTANCE COPY**

TRAV 75686

# STEWART SOKOL & GRAY LLC
## ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | |
|---|---|
| Travelers Casualty and Surety Company | Statement Date: 07 /31/04 |
| Chuck Langfitt | Account No: 7777.023 |
| 3455 S. 344th Way, Suite 200 | Attorney: JDS |
| Auburn, WA 98001 | Invoice: 12238 |

RE:        South Coast, Inc./Peterson Sullivan PLLC
Bond #:
Claim #:

| DATE | PROFESSIONAL SERVICES PROVIDED | WHO | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/06/04 | Discuss underwriting and contact with accountants with Brent Heilesen; prepare detailed memorandum of notes of conversation. | RBC | 0.80 | 120.00 |
| | Telephone conference with Dave Hombach regarding underwriting and contact with accountants; prepare detailed memorandum to JDS and file regarding same. | RBC | 0.30 | 45.00 |
| 07/07/04 | Review and analyze Hombach/Heilesen interview memo. | JDS | 0.30 | 61.50 |
| | Email correspondence with Mr. Langfitt regarding Hombach/Heilesen interview and jurisdiction over defendants. | JDS | 0.10 | 20.50 |
| 07/08/04 | Review and analyze contents of Sullivan Peterson web page; prepare memo regarding same. | RBC | 0.80 | 120.00 |
| 07/22/04 | Review list of residential information for individual D&Os; prepare email regarding same to JDS. | RBC | 0.10 | 15.00 |
| 07/28/04 | Email correspondence with Mr. Langfitt regarding Paulson as defendant. | JDS | 0.10 | 20.50 |

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

TRAV 76687

| Date | Description | | | |
|------|-------------|---|---|---|
| 07/29/04 | Prepare civil cover sheet and complaint for filing. | JDS | 0.30 | 61.50 |
| 07/30/04 | Research regarding service addresses of defendants. | SCZ | 2.30 | 184.00 |
| | Totals | | 5.10 | $648.00 |

## DISBURSEMENTS
*Photocopy Services are charged at $0.11 per copy

| Date | Description | Amount |
|------|-------------|--------|
| 07/15/04 | Lexis/Nexis Research 6/04 | 0.51 |
| | Lexis/Nexis Research 6/04 | 9.80 |
| | Totals | $10.31 |

| | |
|---|---|
| **Total Fee & Disbursements** | $658.31 |
| Previous Balance | 3,649.21 |
| **Balance Now Due** | $4,307.52 |

### Cumulative Summary of Services

| | | | | | |
|---|---|---|---|---|---|
| JDS | Jan D. Sokol | Senior Partner | at | 205.00/Hr | $3,526.00 |
| RBC | Robert B. Coleman | Associate | at | 150.00/Hr | $3,120.00 |
| SCZ | Sofia C. Zimmar | Project Clerk | at | 80.00/Hr | $184.00 |
| | | | | | $6,830.00 |

**Total Services Billed to Date**

TRAV 75688

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

Statement Date:    July 31, 2004

Invoice #:    12238

3

# STEWART SOKOL & GRAY LLC
## ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

---

Travelers Casualty and Surety Company
Chuck Langfitt
3455 S. 344th Way, Suite 200
Auburn, WA 98001

| | |
|---|---|
| Statement Date: | 07/31/04 |
| Account No: | 7777.006 |
| Attorney: | JDS |
| Invoice: | 12235 |

---

RE:      South Coast, Inc./D&O Claims
Bond #:
Claim #:

### Billing Summary

| | |
|---|---|
| Previous Unpaid Balance | $451.66 |
| Total Current Charges | $503.00 |
| **AMOUNT DUE** | $954.66 |

**REMITTANCE COPY**

TRAV 75689

Fed. Tax Id. # 93-1129531

# STEWART SOKOL & GRAY LLC
## ATTORNEYS AT LAW

2300 SW First Avenue, Suite 200
Portland, Oregon 97201-5047
Fax: (503) 223-5706
(503) 221-0699

| | | |
|---|---|---|
| Travelers Casualty and Surety Company | Statement Date: | 07/31/04 |
| Chuck Langfitt | Account No: | 7777.006 |
| 3455 S. 344th Way, Suite 200 | Attorney: | JDS |
| Auburn, WA 98001 | Invoice: | 12235 |

RE:     South Coast, Inc./D&O Claims
Bond #:
Claim #:

| DATE | PROFESSIONAL SERVICES PROVIDED | WHO | HOURS | AMOUNT |
|------|-------------------------------|-----|-------|--------|
| 07/22/04 | Revise and finalize complaint. | JDS | 0.30 | 61.50 |
| | Review and analyze address searches. | JDS | 0.10 | 20.50 |
| | Email correspondence with Mr. Langfitt regarding complaint and issues regarding parties. | JDS | 0.10 | 20.50 |
| 07/28/04 | Review/revise complaint; e-mails. | TAL | 0.80 | 148.00 |
| 07/30/04 | Reconfirm identity and addresses for service. | JDS | 0.20 | 41.00 |
| | Revise and finalize discovery requests. | JDS | 0.30 | 61.50 |
| | Totals | | 1.80 | $353.00 |

## DISBURSEMENTS
*Photocopy Services are charged at $0.11 per copy

TRAV 75690

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS

Invoice #:     12235                    2                    Statement Date:     July 31, 2004

| 07/29/04 | Fee Expense Fee for Filing Complaint | 150.00 |
| | | |
| | Totals | $150.00 |

| | | |
|---|---|---|
| | Total Fee & Disbursements | $503.00 |
| | Previous Balance | 451.66 |
| | **Balance Now Due** | $954.66 |

### *Cumulative Summary of Services*

| | | | | | |
|---|---|---|---|---|---|
| JDS | Jan D. Sokol | Senior Partner | at | 205.00/Hr | $2,214.00 |
| TAL | Thomas A. Larkin | Partner | at | 185.00/Hr | $148.00 |
| | | | | | $2,362.00 |

**Total Services Billed to Date**

TRAV 75691

A LATE CHARGE OF 1% PER MONTH WILL ACCRUE ON UNPAID INVOICES AFTER 60 DAYS