James T. Hopkins, Pro *Hac Vice*
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle, WA  98101
Telephone:  206-448-8100
Telefax:  206-448-8514
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA, A Connecticut
corporation,

                    Plaintiff,

v.

SOUTH COAST, INC., an Alaska
corporation, KLUKWAN, INC., an Alaska
Native Village corporation, and
CHILKATS' PORTAGE COVE
DEVELOPMENT COMPANY, an Alaska
corporation,

                    Defendants.
_____

SOUTH COAST, INC., an Alaska
corporation, KLUKWAN, INC., an
Alaska Native Village corporation, and
CHILKATS' PORTAGE COVE
DEVELOPMENT COMPANY, an Alaska
corporation,

                    Counterclaim and
                    Third Party Plaintiff

v.

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA, a
Connecticut corporation, STEWART
SOKOL & GRAY L.L.C., and JAN D.
SOKOL,

                    Counterclaim and
                    Third Party Defendants.

Case No. A06-00063 (TMB)

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

Supplemental Declaration of James T. Hopkins
Travelers Casualty and Surety v. South Coast, Inc., et al.
**Case No. A06-00063 (TMB)**                        1

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA, A
Connecticut corporation,

           Plaintiff and Cross Claim
           Plaintiff;

v.

STEWART SOKOL & GRAY L.L.C., and
JAN D. SOKOL

           Cross Claim Defendants.

**SUPPLEMENTAL DECLARATION OF JAMES T. HOPKINS IN SUPPORT OF PLAINTIFF'S  MOTION FOR SUMMARY JUDGMENT DISMSSING DEFEDANTS' COUNTERCLAIM AND IN OPPOSITION TO DEFENDANTS' CROSS MOTION**

James T. Hopkins declares and states as follows:

1.      I am counsel of record for Plaintiff Travelers Casualty & Surety Company of America ("Travelers") in this action.  I have personal knowledge of the facts stated herein, am competent to testify to them, and would so testify if called upon to do so.

2.      As more fully described below, attached to this declaration are true and correct copies of excerpts of the deposition testimony and exhibits cited in *Travelers' Reply in Support of Its Motion for Summary Judgment Dismissing Defendants' Counterclaim and in Opposition to Defendants' Cross Motion* ("Travelers' Reply"). For the Court's convenience, the attachments to this declaration contain all portions of deposition testimony and exhibits referenced or cited in Travelers' Reply, even if duplicative, in whole or in part, of deposition testimony and exhibits previously made a part of the record by the parties.

3.      Attached under Tab 1 of this declaration is an index and true and correct copies of excerpts of the deposition testimony of Thomas L. Crandall taken on July 30, July 31,

Supplemental Declaration of James T. Hopkins
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)      2

August 1 and September 28, 2007 which are submitted with, or referenced in, Travelers' Reply.

4.      Attached under Tab 2 of this declaration is an index and true and correct copies of excerpts of the deposition testimony of Cabot Christianson taken on September 27 and 28, 2007 which are referenced in Travelers' Reply.

5.      Attached under Tab 3 of this declaration is an index and true and correct copies of excerpts of the deposition testimony of Charles W. Langfitt taken on September 10 and 11, 2007 which are referenced in Travelers' Reply.

6.      Attached under Tab 4 of this declaration is an index and true and correct copies of excerpts of the deposition testimony of Robert Coleman taken on October 3, 2007 which are referenced in Travelers' Reply.

7.      Attached under Tab 5 of this declaration is an index and true and correct copies of documents which have been entered as deposition exhibits and referenced in Travelers' Reply.

8.      Attached as Ex. A to this declaration is a true copy of Judge Beistline's Order Granting Motion for Summary Judgment (Docket 118) in *Travelers Casualty and Surety Company of America v. Gelbrich et al.*, Case No. A04-0165 CV (RRB).

I have read the foregoing declaration and I certify under penalty of perjury that it is true and correct.

Executed at Seattle, Washington 21st day of January, 2008.

<u>*S/ James T. Hopkins*</u>
James T. Hopkins, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: jth@soslaw.com

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 21, 2008, a true and correct copy of the above document was served on:

Gary Spraker, Esq.
Chirstianson & Spraker
911 West 8th Avenue, Suite 201
Anchorage, AK 99501

James D. Gilmore, Esq.
11255 Rhody Drive
Port Hadlock, WA  98339

Richard E. Spoonemore
Sirianni Youtz Meier & Spoonemore
719 2nd Ave., Suite 1100
Seattle, WA  98154

by electronic means through the ECF system as indicated on the Notice of Electronic filing.

SCHIFFRIN OLSON SCHLEMLEIN &
HOPKINS, PLLC

*S/ James T. Hopkins*
James T. Hopkins, *Pro Hac Vice*
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA  98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: jth@soslaw.com

Supplemental Declaration of James T. Hopkins
Travelers Casualty and Surety v. South Coast, Inc., et al.
**Case No. A06-00063 (TMB)**                            4