# TAB 4
## Deposition Testimony of Robert Coleman

Attachment to Supplemental Declaration of James T. Hopkins
Travelers Casualty and Surety v. South Coast, Inc.
Case No. A06-00063(TMB)

Travelers' Reply and Opposition to Cross Motion
Index of Deposition Testimony of Robert Coleman

| Page | Line(s) |
|---|---|
| 79 | 16-25 |
| 80 | 1-25 |
| 81 | 1 |
| 121 | 3-25 |
| 122 | 1-25 |
| 123 | 1-25 |
| 124 | 1-19 |

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

TRAVELERS CASUALTY AND SURETY
COMPANY of AMERICA, a Connecticut
corporation,

       Plaintiff,

V.    No. A05-00063 (TMB)

SOUTH COAST, INC., an Alaska
Corporation, KLUKWAN, INC.,
an Alaska Native Village
Corporation, and CHILKATS'
PORTAGE COVE DEVELOPMENT
COMPANY, an Alaska corporation,

       Defendants.

_____

SOUTH COAST, INC., an Alaska
Corporation, KLUKWAN, INC.,
an Alaska Native Village
Corporation, and CHILKATS'
PORTAGE COVE DEVELOPMENT
COMPANY, an Alaska corporation,

       Counterclaim and

       Third Party Plaintiff,

1  V.

2  TRAVELERS CASUALTY AND SURETY

3  COMPANY of AMERICA, a Connecticut

4  corporation, STEWART SOKOL & GRAY,

5  L.L.C., and JAN D. SOKOL,

6         Counterclaim and

7         Third Party Defendants.

8  _____

9

10        DEPOSITION OF ROBERT B. COLEMAN

11        TAKEN ON BEHALF OF THE PLAINTIFF

12           WEDNESDAY, OCTOBER 3, 2007

13                      ---

14

15  BE IT REMEMBERED THAT, pursuant to the Oregon Rules

16  of Civil Procedure, the deposition of ROBERT B. COLEMAN

17  was taken before Janette Dukic, Court Reporter and

18  Notary Public, on Wednesday, October 3, 2007,

19  commencing at the hour of 10:00 a.m., the

20  proceedings being reported at 2300 Southwest First

21  Avenue, Suite 200, Portland, Oregon.

22

23

24

25

```
16      Q.    Looking back to Exhibit 219, looking at the
17   second e-mail block, the block that you drafted,
18   correct?
19      A.    Yeah.
20      Q.    And in this block, you propose an additional
21   theory of damages, correct?
22      A.    I will read it.
23            It does.
24      Q.    And was your idea to, to paraphrase, that a
25   theory of damages could be run, based on the idea that
```

1  if the problems with internal controls had been
2  identified earlier, that there could have been
3  corrections within South Coast that would have saved
4  Travelers and others from sustaining the losses that
5  they did?  My summary, not yours.
6      A.    Well, I don't think that quite captures it.
7      Q.    What additional points would you add?
8      A.    Well, my recollection is that Peterson
9  Sullivan's counsel wanted us to point to a particular
10 number on the Peterson Sullivan 2000 audited financials
11 for South Coast that was wrong -- put that in quotes --
12 he was big on that -- and asserting that if there was
13 any particular number that was wrong, that we couldn't
14 sustain an action against Peterson Sullivan.
15          And so my thought was, even if Jordan can't
16 point to a particular number that was wrong, if an audit
17 is questioned, in my mind, if an audit should capture
18 management control issues that I refer to as internal
19 control issues in this e-mail, then since -- once again
20 my recollection -- the 2000 audit did not identify any
21 such issues, that that would be an additional theory for
22 liability.
23          I don't know -- so I don't know if the -- when
24 I say theory on damages, whether that is per -- I mean,
25 if that's really what I was -- had in mind or whether it

Robert B. Coleman																														October 3, 2007

Page 81

1   was theory on liability.

663df57e-9165-4fed-8991-fed5f8fe9992

000143

3   Q.   Okay.  And this -- Mr. Spoonemore asked you
4   some questions on 219 regarding a new damage theory.  As
5   a preliminary matter, between the time you drafted the
6   complaint and the date of this e-mail, which is August
7   3rd, 2005 at the bottom and August 4, 2005 at the top,
8   did you participate in any other discussions or analysis
9   of the maximum damages that Travelers could assert?
10  A.   Between this time.
11  Q.   Drafting the complaint and this document.
12  A.   Other than what I just described about sort of
13  initially drafting the complaint and then making sure
14  about what the numbers were in the fashion that I have
15  just described, I don't recall any specific discussions
16  regarding the maximum amount of the damages Travelers
17  could claim.
18  Q.   What is the genesis of this discussion as
19  contained in 219?
20       Why is this coming up during this time?
21  A.   I think that at the time we were trying to
22  figure out in terms of discovery and in terms of Jordan
23  Rosenfeld's expert analysis, which of the projects we
24  wanted to get more or less complete records for, so that
25  he could do an audit of them, and that was the genesis

1   of the -- of the idea -- that was the genesis of my --
2   my looking into that question.
3           In fact, and if you look back on page 2, there
4   is a discussion there of the fact that there is,
5   apparently, 500 boxes of SCI documents and 300 boxes of
6   Klukwan documents.
7           I recall that there was some issue of having
8   access to them, because they were stored in some kind of
9   heated warehouse someplace that was not particularly
10  convenient to anybody and may or may not have had lights
11  or dripping water or what have you.
12          And so then if you look at the e-mail that
13  starts at the bottom of August 3, the bottom of page 1
14  and goes on to page 2, it kind of confirms that that is
15  the sort of thing that we were thinking about.
16      Q.  I read that as positing a new -- the words you
17  used were additional theory on damages.
18      A.  Yeah, and I think, as I explained before, that
19  that might not have been a particularly apt choice of
20  words and that I was really talking about an additional
21  theory on liability that arose in the process of my
22  looking into this other issue related to, essentially,
23  proving the fact that Peterson Sullivan's audit had been
24  negligent through Jordan's, Jordan Rosenfeld's
25  testimony.

663df57e-9165-4fed-8991-fed5f8fe9992

000145

1    Q.    Did you understand under this new theory,
2  whether there was damages or liabilities, that you were
3  putting forth whether the damages would be greater,
4  lesser, or equal to those asserted by Travelers at that
5  time?
6    A.    Again, I think that you are asking that
7  question because I chose the word "damages" when I -- I
8  think I should have chosen -- I should have used the
9  word "liability."
10   Q.    Actually, I am asking you because as I read
11 it, you are positing that but for the failure to catch
12 internal controls, Travelers may have taken some steps,
13 whatever those may be, to change the internal controls
14 and get Klukwan back on track to avoid losses.  That's
15 how I read your first paragraph.
16   A.    Okay.  Well --
17   Q.    Is that a fair reading of it?
18   A.    I don't think that that's quite right, but I
19 think that, if anything, to the extent that this is
20 really a theory about damages and not liability, it
21 would mean less damages rather than more.
22   Q.    How is that?
23   A.    Well, the maximum amount that Travelers would
24 be able to recover from Peterson Sullivan in damages
25 would be the losses on bonds and reliance that it issued

1  in reliance on Peterson Sullivan's financial, and I
2  think that has got to be the ceiling, because that's all
3  they had out of pocket.
4           They weren't saying that -- that they had
5  issued bonds in 2000 for the 2000 construction season
6  based on audited financials that came out on December
7  31, you know, for the year through December 31 of 2000
8  being logical, so the most that they could claim in
9  damages would be, say, all of the losses that we have
10 incurred with respect to bonds that we wouldn't have
11 issued if your reports had been accurate, if your
12 audited financial had been accurate, is the ceiling.
13          And this would be saying that if they had --
14 if Peterson and Sullivan had identified management
15 problems, then Travelers might have said, we will still
16 issue some bonds, but we are going to require you, you
17 know, as I say here, to change this, this, and this,
18 which would have minimized losses, so the damages then
19 would be less.