# TAB 5

## Exhibits to Deposition Testimony

Attachment to Supplemental Declaration of James T. Hopkins
Travelers Casualty and Surety v. South Coast, Inc.
Case No. A06-00063(TMB)

000148

Travelers' Reply and Opposition to Cross Motion
Index of Exhibits

| Ex. No. | Description |
|---|---|
| 21 | 1/25/02 letter from Peterson Sullivan to South Coast |
| 26 | Klukwan, Inc. 2002 Annual Meeting Powerpoint presentation |
| 28 | 11/15/05 letter from T. Crandall to J. Ferris with attachments |
| 32 | Indemnity Agreements |
| 33 | 5/17/02 letter from C. Langfitt to T. Crandall and R. Gelbrich with attachments |
| 34 | 6/10/02 letter from C. Langfitt to T. Crandall |
| 35 | 6/22/02 letter, T. Crandall to C. Langfitt with attached spreadsheet |
| 36 | 7/2/02 email from Roddick to Crandall with attached letter regarding Travelers' Counter Proposal. |
| 40 | 8/2/02 email from Christianson to Langfitt with proposed agreement, note and guaranty. |
| 42 | Repayment Agreement |
| 67 | 6/2/03 C. Langfitt handwritten notes |
| 72 | 5/6/04 Klukwan Board Meeting minutes |
| 74 | 8/11/04 Fax from Renich to Christianson with Travelers' Complaint |
| 87 | 1/23/04 email, J. Sokol to C. Christianson and 2/10/04 email, C. Christianson to J. Sokol |
| 90 | 5/26/04 email, C. Langfitt to T. Crandall |
| 97 | Klukwan Board of Directors Meeting Minutes for 9/16/04 |
| 98 | 11/11/04 Email from Crandall to Allen and Christianson |
| 132 | 6/20/02 copy of email chain from C. Langfitt to D. Hombach |
| 153 | August 3-4, 2005 Email chain between Sokol and Coleman |
| 179 | 3/16/04 email, C. Christianson to G. Spraker |
| 183 | 1/19/2006 email from Christianson to Crandall with draft letter |
| 197 | 11/29/2004 Christianson letter to Jan Sokol |
| 219 | August 3-4, 2005 Sokol and Coleman email chain forwarded to Langfitt |

# PETERSON SULLIVAN P.L.L.C.

601 UNION STREET SUITE 2300 SEATTLE WA 98101 (206) 382-7777 FAX 382-7700
CERTIFIED PUBLIC ACCOUNTANTS

January 25, 2002

To the Board of Directors
South Coast, Inc.
Ketchikan, Alaska

In planning and performing our audit of the consolidated financial statements of South Coast, Inc. for the year ended December 31, 2001, we considered its internal control in order to determine our auditing procedures for the purpose of expressing our opinion on the consolidated financial statements. Although our audit was not designed to provide assurance on the internal control, we noted a matter involving the internal control and its operation that we considered to be a material weakness, as defined by the American Institute of Certified Public Accountants. A material weakness is a condition in which the design or operation of one or more of the internal control components does not reduce to a relatively low level the risk that misstatements caused by error or fraud in amounts that would be material in relation to the financial statements being audited may occur and not be detected within a timely period by employees in the normal course of performing their assigned functions.

Management designed detailed procedures concerning the administration of construction contracts and memorialized them into manuals. In addition to daily contract administration requirements, the procedures require that detailed and timely reports regarding actual contract conditions be delivered from the field to the administrative offices for management and accounting purposes. We noted that in many instances, the procedures regarding budgeting and communication of contract performance were ignored resulting in inaccurate financial reporting and uninformed management decisions. Please refer to our report to the Board of Directors on South Coast, Inc. 2001 operations.

                    \*     \*     \*     \*     \*

This report is intended solely for the use of management and should not be used for any other purpose.

We wish to express our appreciation for the courtesy and cooperation extended to us by all officials and employees of the Company. We would be pleased to discuss these matters with you in more detail and to provide any assistance you may desire.

*Peterson Sulli~ PLLC*



PENGAD 800-631-6989
*Crandall*
DEPOSITION
EXHIBIT
# 21

PS003912

000150



DEPOSITION
EXHIBIT
#26
PENGAD 800-631-6989

# Klukwan, Inc.



## 2002

## Annual Meeting





# South Coast, Inc.

## A History

## November 1997

## to

## Present

000152

# History 1997

- Nov. 1997
  - Alan Coffin, President, terminated
  - Bid review committee set $2 million limit
  - FMI Corporation hired to design and implement operational improvements, policies & procedures
- Dec. 1997
  - FMI's first report

000153

8

# History 1998

- Mar. – Aug. 1998
  - Interviewed candidates
  - Received FMI's reports
  - SCI report card system implemented using FMI
- Sep. 1998
  - Hired Jerry Renich as SCI President

000154    001005

9

# History 1999

- General 1999
  - Continue with quarterly report cards using FMI
  - Bid review committee set $3 million limit
  - Apr. 1999 -- Mike Houts promoted to Vice President / Chief Financial Officer
  - Oct. 1999 -- Possible underbid on Big Salt Lake Road Project on Prince of Wales Island and justification by SCI management

# History 2000

- General 2000
  - Moved report cards in-house
  - SCI reported $2.3 million net income for 2000
  - Policies and procedures appeared to be working

10

00167

# History 2001

- Apr. 2001
  - Forged an agreement with Ketchikan Bureau and Gateway Forest Products and was paid $2 million on a $2.25 million claim
  - Chinle claim reported
- Aug. 2001
  - Tax problem in Arizona of $750 thousand
  - Estimated 2001 results still expected to be positive at $300 thousand
  - SCI management reported that FMI developed procedures were being followed

11

00015

# History 2001 (cont.)

- Nov. 2001
  - Richardson Highway project reports a loss
  - Project management terminated
  - SCI still reports to break-even at year-end
  - Klukwan hires Peterson & Sullivan to do a special audit on the Richardson Highway Project
  - SCI management reported that FMI developed procedures were being followed

12

# History 2001 (cont.)

- Dec. 2001
  - 12/8 Board meeting
    - Losses continue to mount
    - SCI estimated loss of $1.8 million for the year
  - 12/15 SCI revised estimated loss to $2.7 million
  - Klukwan expanded the role of Peterson & Sullivan
  - Klukwan hired Sutor Consulting to review all remaining jobs
  - SCI management reported that FMI developed procedures were being followed

13

# History 2002

- Jan. 2002
  - 1/10 Misc. conversations SCI revised estimated loss to $4.8 million
  - 1/14 meeting in Ketchikan SCI revised estimated loss to $5.5 million
  - 1/26 Board meeting
    - Peterson & Sullivan reported lack of internal controls and the SCI management reported that FMI developed procedures were NOT being followed
    - Terminated Jerry Renich President, Brad Finney Vice President Operations, and Mike Houts Vice President CFO
  - Note: Final loss was $7.7 million

14