Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiff, <br><br> v. <br><br> SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, <br><br> Defendants. | **Case No. A06-00063 (TMB)** |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, <br><br> Counter-Claim and <br> Third Party Plaintiff <br><br> v. | |

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 1    MOTION FOR EXTENSION OF TIME
         H:\2501\Travelers v SCoast\Extension - Reply.wpd

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., an Oregon L.L.C., and JAN D. SOKOL, individually, | ) ) ) ) ) ) |
| Counterclaim and Third Party Defendants. | ) ) ) ) |

**MOTION TO EXTEND TIME TO FILE REPLY ON
CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants) through undersigned counsel, moves for an extension of time to file Defendants' reply to Travelers Casualty and Surety Company of America's (Travelers) *Opposition to Defendants Cross Motion* (Docket No. 88). Defendants' reply is currently due on January 30, 2008. Defendants request that the deadline be extended up to and including **February 22, 2008**. The undersigned has contacted opposing counsel, and is advised that Travelers does not consent to the extension of time. A copy of Travelers response is attached as Exhibit A. James Gilmore, counsel for third party defendants Jan Sokol and Stewart Sokol & Gray does not oppose the extension. This extension is being sought on shortened time.

The parties have briefed Travelers' motion and Defendants' cross motion under a stipulated briefing schedule. Defendants previously requested and received extensions of time to file their opposition and cross-motion, but have not previously requested any extension of the time in which to file its reply. At the time of the last requested extension

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

which covered the Christmas holidays, I had indicated to Travelers' counsel that I would attempt to file the reply brief by January 30th as I was leaving the state on a long scheduled trip. As Travelers had not seen the cross-motion, and I had not seen their opposition, I did indicate that while I would diligently try to file the brief in eight days before I left, I did not rule out the possibility of requesting an extension.

Travelers filed its opposition on Monday, January 21, 2008 (a federal holiday). The opposition is 49 pages long, and attaches 319 pages of exhibits in support.

The undersigned has not had sufficient time to prepare the reply. I am the sole attorney responsible for this action, and my partner, Cabot Christianson, is precluded from working on the case. I am scheduled to be out of the office between January 30 - February 13, 2008, chaperoning an elementary school trip to Japan. The trip has been planned since the beginning of the school year, and opposing counsel were advised of the trip soon after Travelers filed the motion.

There are a number of other pressing matters for which I am responsible that have made it impossible to devote the uninterrupted time necessary to complete the response to a 49 page brief in roughly one week, including the submission of the plan of liquidation and disclosure statement in *In re Security Aviation, Inc.,* Case No. 06-559 DMD (Bankr. D. Alaska). The issues raised in the cross-briefing are potentially dispositive of Klukwan's offsets and deserve to be fully briefed.

I have diligently attempted to complete the brief within the time alotted under the briefing schedule, including the weekend. Unfortunately the number of factual and legal

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

matters raised necessitate additional time. Due to the limited time available I have not had time to confer with Defendants' representative, Tom Crandall, who is also out of the state.

I have requested that the reply be due eight (8) days after my return to the office. The reply is the last brief required before the matter will be ripe for the Court's consideration. Travelers has previously requested oral argument, and Defendants anticipate joining that request. There are no impending deadlines that require the briefing be filed prior to February 22nd. Travelers' counsel is currently out of the office until February 11th, and no hearing could even be heard until late February at the absolute earliest. Accordingly, there is no prejudice in allow Klukwan the time necessary to respond to Travelers' opposition.

For the reasons stated above, there is good cause to extend the time to file Defendant's reply to Travelers' *Opposition to Defendants' Cross Motion.*

Respectfully submitted in Anchorage, Alaska, this 28th day of January, 2008.

By: /s/ Gary Spraker
Gary Spraker
CHRISTIANSON & SPRAKER
911 West 8th Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 258-6016
Fax: (907) 258-2026
Email: gary@cslawyers.net
Alaska Bar No. 9107066
Attorneys for Defendants

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

The undersigned hereby certifies that on January 28, 2008, a true and correct copy of the above document was served on:

- Garth A. Schlemlein, Esq.
- James T. Hopkins, Esq.
- James D. Gilmore, Esq.
- Robert Olson, Esq.
- Richard E. Spoonemore, Esq.

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By:    /s/ Susan VanSchooten
        Susan VanSchooten