## Gary Spraker

| | |
|---|---|
| From: | "Robert L. Olson" <RLO@soslaw.com> |
| To: | <gary@cslawyers.net> |
| Cc: | <rick@sylaw.com>; "Laurel S. Barton" <LSB@soslaw.com> |
| Sent: | Monday, January 28, 2008 10:44 AM |
| Subject: | FW: Request for Extension - Reply to Travelers Opposition |

Mr. Spraker —

Laurel has forwarded your email to me since, as you know, Jim is now out of the office. Before he left, he and I discussed the current briefing schedule set forth in the stipulated order. For the reasons conveyed to you by Jim during the discussions that led to that stipulation, Travelers will not agree to your requested extension. You will have to seek the court's approval to amend the schedule that you agreed to when you knew full well your vacation schedule.


Robert L. Olson
Schiffrin Olson Schlemlein & Hopkins
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Phone: 206-448-8100
Fax: 206-448-8514

***The information contained in this email is confidential and may also be attorney-client privileged. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify me by replying to this email and delete the original. Thank you.

---

**From:** Laurel S. Barton
**Sent:** Monday, January 28, 2008 9:48 AM
**To:** Robert L. Olson
**Subject:** FW: Request for Extension - Reply to Travelers Opposition


Laurel S. Barton
Schiffrin Olson Schlemlein & Hopkins
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Phone: 206-448-8100
Fax: 206-448-8514

***The information contained in this email is confidential and may also be attorney-client privileged. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this email in error, please immediately notify me by replying to this email and delete the original. Thank you.

---

**From:** Gary Spraker [mailto:gary@cslawyers.net]
**Sent:** Monday, January 28, 2008 12:14 AM
**To:** Jim Hopkins; rick@sylaw.com; Jim Gilmore; Laurel S. Barton
**Cc:** Tom Crandall; Susan Van Schooten
**Subject:** Request for Extension - Reply to Travelers Opposition

Gentlemen,

Klukwan is supposed to file its reply to Travelers' opposition to the pending cross motion by Wednesday, January 30th. As I have previously mentioned, I have a long standing trip to accompany my son and his elementary school to Japan leaving at 7am on Wednesday. I will return to the office on Thursday, February 14th.

I had promised Jim Hopkins that I would attempt to get the reply memorandum filed before I left. I have diligently tried to do, including spending all weekend working on the reply. Unfortunately, I am not able to get a finished product together. I have made substantial inroads on the brief, but have run out of time. I am committed to an evidentiary hearing and meetings both Monday and Tuesday before I leave.

I am requesting an extension of time until Friday February 22nd to file the reply. While I had wanted to get this done before I left, I am hoping that Travelers will consent to the extension of time. If not, I will file the necessary motion with the Court.

I am copying this email to Laurel Barton, as I recall that Jim Hopkins had intended to be out of the office as well.

Sincerely,

Gary Spraker
Christianson & Spraker
911 West 8th Ave, Suite 201
Anchorage AK 99501
907/258-6016
fax: 907/258-2026
gary@cslawyers.net

Do not read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication may contain confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please notify the sender immediately.