Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br>          Plaintiff, <br><br>     v. <br><br> SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, <br><br>          Defendants. | **Case No. A06-00063 (TMB)** |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, <br><br>          Counter-Claim and <br>          Third Party Plaintiff <br><br>     v. | |

Page 1    Motion for Shortened Time
         H:\2501\Travelers v SCoast\Extension - Order.wpd

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., an Oregon L.L.C., and JAN D. SOKOL, individually, | ) ) ) ) ) ) |
| Counterclaim and Third Party Defendants. | ) ) ) ) |

### (Proposed) ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE REPLY ON CROSS-MOTION FOR SUMMARY JUDGMENT

This matter having come before the Court upon Defendants South Coast, Inc.'s, Klukwan, Inc.'s, and Chilkat's Portage Cove Development Company's (Defendants) *Motion for Expedited Consideration of Defendant's Motion to Extend Time to File Reply on Cross-Motion for Summary Judgment*, on expedited consideration, the Court being duly advised and finding good cause,

IT IS HEREBY ORDERED that the Defendant's *Motion to Extend Time to File Reply on Cross-Motion for Summary Judgment* is GRANTED.  Defendants shall file their reply to Travelers' *Opposition to Defendants' Cross-Motion* on or before **February 22, 2008.**

Dated this ____th day of January, 2008.

_____
Timothy M. Burgess
U.S. District Court Judge