Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, )<br><br>Plaintiff, )<br>v. )<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, )<br><br>Defendants. ) | **Case No. A06-00063 (TMB)** |

SOUTH COAST, INC., an Alaska corporation,
KLUKWAN, INC., an Alaska Native Village
corporation, and CHILKATS' PORTAGE COVE
DEVELOPMENT COMPANY, an Alaska
corporation,

             Counter-Claim and
             Third Party Plaintiff

     v.

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 1    Motion for Shortened Time
        H:\2501\Travelers v SCoast\Extension - Shortened Time - final.wpd

TRAVELERS CASUALTY AND SURETY )
COMPANY OF AMERICA, a Connecticut )
corporation, STEWART, SOKOL & GRAY )
L.L.C., an Oregon L.L.C.,  and JAN D. SOKOL, )
individually, )
  )
Counterclaim and )
Third Party Defendants. )
_____ )

### MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION TO EXTEND TIME TO FILE REPLY ON CROSS-MOTION FOR SUMMARY JUDGMENT

Defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove

Development Company (Defendants) through undersigned counsel, moves pursuant to

Local Rule 7.2 (c), for consideration of *Defendants' Motion to Extend Time to File*

*Reply on Cross-Motion for Summary Judgment* to extend the deadline for filing the

reply to Travelers' *Opposition to Defendants' Cross-Motion* until February 22, 2008. The

reply is currently due on January 30, 2008.  Travelers has declined to agree to any

extension of time to file the reply.  The other party in the case, Third Party Defendant Jan

Sokol and Stewary Sokol & Gray has consented to the extension.

Good cause exists because the current deadline is Wednesday, January 30, 2008,

and there is insufficient time for consideration of the motion in the ordinary course.

Additionally, the undersigned is the sole counsel working on the case and is leaving on a

long scheduled trip out of the country on Tuesday, January 29, 2008 with his son's

elementary class and will not return to the office until February 14th.  As set forth in the

underlying motion, the undersigned has a number of other matters that will consume his

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

time until he leaves.  Accordingly Defendants request a ruling on shortened time to

preserve their right to timely file a response to Travelers 49 page opposition.

        Respectfully submitted in Anchorage, Alaska, this 28th day of January, 2008.

                By:  /s/ Gary Spraker

                    Gary Spraker
                    CHRISTIANSON & SPRAKER
                    911 West 8th Avenue, Suite 201
                    Anchorage, AK 99501
                    Phone: (907) 258-6016
                    Fax: (907) 258-2026
                    Email: gary@cslawyers.net
                    Alaska Bar No. 9107066
                    Attorneys for Defendants

The undersigned hereby certifies that on January 28, 2008, a true and correct copy of the above document was served on:

- Garth A. Schlemlein, Esq.
- James T. Hopkins, Esq.
- James D. Gilmore, Esq.
- Robert Olson, Esq.
- Richard E. Spoonemore, Esq.


by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By:    /s/ Susan VanSchooten
        Susan VanSchooten

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026