Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>     Defendants.<br>_____<br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>    Counter-Claim and<br>    Third Party Plaintiff<br><br>  v. | **Case No. A06-00063 (TMB)** |

Page 1  Declaration in Support of Motion for Shortened Time
     H:\2501\Travelers v SCoast\Declaration - Extension of Time.wpd

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., an Oregon L.L.C., and JAN D. SOKOL, individually, | ) ) ) ) ) ) |
| Counterclaim and Third Party Defendants. | ) ) ) ) |

### DECLARATION IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION TO EXTEND TIME TO FILE REPLY ON CROSS-MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss |
| THIRD JUDICIAL DISTRICT | ) |

I, Gary Spraker, under penalty of perjury declare as follows:

1. I am a partner with the law firm CHRISTIANSON & SPRAKER, counsel for Defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants). I make the following statements from personal knowledge.

2. I am the sole attorney responsible for the litigation of the claims and defenses of Defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants) in this action.

3. Through prior stipulations, the parties to this action have agreed that Defendants' reply to Travelers Casualty and Surety Company of America's (Travelers) *Opposition to Defendants Cross Motion (Opposition)* (Docket No. 88) would be due on January 30, 2008.

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

4.   Travelers filed its *Opposition* on Monday, January 21, 2008.  The brief is 49 pages, and attaches 319 pages of exhibits, covering a number of factual and legal matters.

5.   The parties have briefed Travelers' motion and Defendants' cross motion under a stipulated briefing schedule.  Defendants previously requested and received extensions of time to file their opposition and cross-motion, but have not previously requested any extension of the time in which to file its reply.  At the time of the last requested extension which covered the Christmas holidays, I had indicated to Travelers' counsel, James Hopkins, that I would attempt to file the reply brief by January 30th as I was leaving the state on a long scheduled trip.  At that time I did indicated that while I would diligently try to file the brief in eight days before I left, I did not rule out the possibility of requesting an extension of time depending upon what it filed.

6.   I have attempted to work diligently to file the reply before leaving on January 29th, including the recent weekend.

7.   The undersigned has not had sufficient time to prepare the reply.  I am the sole attorney responsible for this action, and my partner, Cabot Christianson, is precluded from working on the case as he is a witness in the case.

8.   I am scheduled to be out of the office between January 30 - February 13, 2008, chaperoning my son's elementary school trip to Japan.  The trip has been planned since the beginning of the school year, and opposing counsel were advised of the trip soon after Travelers filed the motion.

Page 3   Declaration in Support of Motion for Shortened Time
         H:\2501\Travelers v SCoast\Declaration - Extension of Time.wpd

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

9. There are a number of other pressing matters for which I am responsible that have made it impossible to devote the uninterrupted time necessary to complete the response to a 49 page brief in roughly one week, including the submission of the plan of liquidation and disclosure statement in *In re Security Aviation, Inc.,* Case No. 06-559 DMD (Bankr. D. Alaska), a bankruptcy hearing on Monday afternoon, and client meetings Monday and Tuesday. The nature of my practice, representing parties in or near bankruptcy, requires unscheduled attention to unforeseen matters. Such events have precluded me from spending the time necessary to fully reply to Travelers' opposition.

10. I notified counsel late Sunday, to seek a request an extension of time to file the reply until **Friday, February 22, 2008.** Counsel for Jan Sokol and Stewart Sokol & Gray have advised that they do not oppose the extenstion. Traveler's counsel has advised that it does oppose the extension as the trip was known in advance.

11. I have diligently attempted to complete the brief within the time alotted under the briefing schedule, including the weekend. Unfortunately the number of factual and legal matters raised necessitate additional time. The issues raised in the cross-briefing are potentially dispositive of Klukwan's offsets and deserve to be fully briefed. Due to the limited time available I have not had time to confer with Defendants' representative, Tom Crandall, who is also out of the state, or to comb through the voluminous exhibits to prepare the factual response.

12. I have requested that the reply be due eight (8) days after my return to the office. The reply is the last brief required before the matter will be ripe for the Court's

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

consideration. Travelers has previously requested oral argument, and Defendants anticipate joining that request. There are no impending deadlines that require the briefing be filed prior to February 22nd. Travelers' counsel is currently out of the office until February 11th, and no hearing could even be heard until late February at the absolute earliest. Accordingly, there is no prejudice in allowing Klukwan the time necessary to respond to Travelers' opposition.

13.  For the reasons stated above, there is good cause to extend the time to file Defendant's reply to Travelers' *Opposition to Defendants' Cross Motion.*

Respectfully submitted in Anchorage, Alaska, this 28th day of January, 2008.

By: /s/ Gary Spraker
Gary Spraker
CHRISTIANSON & SPRAKER
911 West 8th Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 258-6016
Fax: (907) 258-2026
Email: gary@cslawyers.net
Alaska Bar No. 9107066
Attorneys for Defendants

The undersigned hereby certifies that on January 28, 2008, a true and correct copy of the above document was served on:

- Garth A. Schlemlein, Esq.
- James T. Hopkins, Esq.
- James D. Gilmore, Esq.
- Robert Olson, Esq.
- Richard E. Spoonemore, Esq.

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Susan VanSchooten
Susan VanSchooten

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 5   Declaration in Support of Motion for Shortened Time
H:\2501\Travelers v SCoast\Declaration - Extension of Time.wpd