James T. Hopkins, Pro *Hac Vice*
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Telefax: 206-448-8514
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation,

    Plaintiff,

v.

SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,

    Defendants.

---

SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,

    Counterclaim and Third Party Plaintiff

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,

    Counterclaim and Third Party Defendants.

Case No. A06-00063 (TMB)

Opposition to Motion to Extend Time
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)    1

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation,<br><br>    Plaintiff and Cross Claim Plaintiff;<br><br>v.<br><br>STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL<br><br>    Cross Claim Defendants. | |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO EXTEND TIME TO FILE
REPLY ON CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff Travelers Casualty and Surety Company of America ("Travelers") opposes Defendants' Motion to Extend Time to File Reply on Cross-Motion for Summary Judgment based on the facts and reasons set forth in the attached Declaration of James T. Hopkins.

Executed at Seattle, Washington the 28th day of January, 2008.

*S/ Garth A. Schlemlein*
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA  98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: gas@soslaw.com

Opposition to Motion to Extend Time
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)                    2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 28, 2008, a true and correct copy of the above document was served on:

Gary Spraker, Esq.
Chirstianson & Spraker
911 West 8th Avenue, Suite 201
Anchorage, AK 99501

James D. Gilmore, Esq.
11255 Rhody Drive
Port Hadlock, WA 98339

Richard E. Spoonemore
Sirianni Youtz Meier & Spoonemore
719 2nd Ave., Suite 1100
Seattle, WA 98154

by electronic means through the ECF system as indicated on the Notice of Electronic filing.

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, PLLC

*S/ Garth A. Schlemlein*
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: gas@soslaw.com

Opposition to Motion to Extend Time
Travelers Casualty and Surety v. South Coast, Inc., et al.
**Case No. A06-00063 (TMB)**                       3