James T. Hopkins, Pro *Hac Vice*
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Telefax: 206-448-8514
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation,<br><br>     Plaintiff,<br><br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>     Defendants.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>    Counterclaim and<br>    Third Party Plaintiff<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,<br><br>    Counterclaim and<br>    Third Party Defendants. | Case No. A06-00063 (TMB) |

[Proposed] Order Denying Extension of Time
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)        1    EXHIBIT A

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA, A
Connecticut corporation,

        Plaintiff and Cross Claim
        Plaintiff;

v.

STEWART SOKOL & GRAY L.L.C., and
JAN D. SOKOL

        Cross Claim Defendants.

### [Proposed] ORDER DENYING DEFENDANTS' MOTION TO EXTEND TIME TO FILE REPLY ON CROSS-MOTION FOR SUMMARY JUDGMENT

This matter having come before the Court upon Defendants South Coast, Inc.'s Klukwan, Inc.'s, and Chilkat's Portage Cove Development Company's Motion for Expedited Consideration of Defendants' Motion to Extend Time to File Reply on Cross-Motion for Summary Judgment, and the Court being duly advised:

IT IS HEREBY ORDERED that the Defendants' Motion to Extend Time to File Reply on Cross-Motion for Summary Judgment is DENIED. Defendants shall file their reply to Travelers' Opposition to Defendants' Cross-Motion on or before January 30, 2008.

Dated this _____ day of January, 2008.


                                     _____
                                     HONORABLE TIMOTHY M. BURGESS
                                     U.S. DISTRICT COURT JUDGE

[Proposed] Order Denying Extension of Time
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)        2

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514