James T. Hopkins, Pro *Hac Vice*
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Telefax: 206-448-8514
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation,

            Plaintiff,

v.

SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,

            Defendants.

SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,

            Counterclaim and
            Third Party Plaintiff

v.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,

            Counterclaim and
            Third Party Defendants.

Case No. A06-00063 (TMB)

Declaration of James T. Hopkins
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)          1

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA, A
Connecticut corporation,

        Plaintiff and Cross Claim
        Plaintiff;

v.

STEWART SOKOL & GRAY L.L.C., and
JAN D. SOKOL

        Cross Claim Defendants.

## DECLARATION OF JAMES T. HOPKINS

James T. Hopkins declares and states as follows:

1.     I am counsel of record for Plaintiff Travelers Casualty & Surety Company of America ("Travelers") in this action. I have personal knowledge of the facts stated herein, am competent to testify to them, and would so testify if called upon to do so.

2.     Travelers filed its currently pending motion for summary judgment dismissing defendants' counterclaim on November 19, 2007. I subsequently discussed an appropriate briefing schedule in connection with that motion with defendants' counsel, Gary Spraker. Mr. Spraker advised the Defendants intended to file a cross motion and agreed to provide the Defendants' response to Travelers' motion and any cross motion by December 21, 2007. Subsequent deadlines in the briefing schedule were agreed to in a stipulation to such effect was filed with the Court.

3.     On or about December 20, 2007, I received a telephone call from Mr. Spraker who advised he needed more time to prepare Defendants' response to plaintiff's motion and the defendants' cross motion. I agreed to a revised and extended deadline for the Defendants' response and cross motion of January 4, 2008. With subsequent deadlines for Travelers'

Declaration of James T. Hopkins
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)         2

response to Defendants' cross motion and reply in support of its motion on January 21, 2008 and Defendants' final reply in support of their cross motion on January 30, 2008. In those discussions, I emphasized Travelers' strong desire and requirement that briefing be completed by the end of January. Travelers' reasons for such requirements were several fold: (i) Travelers had initially agreed to an over five week period for the Defendants' response and cross motion and then subsequently extended that deadline by another two weeks at defendants' request; (ii) Travelers' motion was initially filed on November 19 and an over two and a half month briefing period for that motion was more than sufficient; and (iii) Mr. Spraker had advised he intended to be on vacation from approximately January 30 to mid-February 2008 and it was important to Travelers that all briefing be completed by the end of January so as to avoid any further extension of the briefing schedule on this motion and any subsequent decision by the Court until late February or there after. To accomplish this schedule and still meet Mr. Spraker's request for extended time to file the defendants' initial response and cross motion, I agreed to a relatively approximately two week period for preparing and filing Travelers' response to the defendants' cross motion and Travelers' reply in support of its initial motion. Travelers worked diligently to meet that schedule and did so. The same should be required of the defendants who should not be allowed further time to file their reply in support of their cross motion beyond the presently set January 30, 2008 deadline.

Declaration of James T. Hopkins
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)                    3

I have read the foregoing declaration and I certify under penalty of perjury that it is true and correct.

Executed at Seattle, Washington the 25th day of January, 2008.

*S/ James T. Hopkins*
James T. Hopkins, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: jth@soslaw.com

Declaration of James T. Hopkins
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)                                        4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 28, 2008, a true and correct copy of the above document was served on:

Gary Spraker, Esq.
Chirstianson & Spraker
911 West 8th Avenue, Suite 201
Anchorage, AK 99501

James D. Gilmore, Esq.
11255 Rhody Drive
Port Hadlock, WA 98339

Richard E. Spoonemore
Sirianni Youtz Meier & Spoonemore
719 2nd Ave., Suite 1100
Seattle, WA 98154

by electronic means through the ECF system as indicated on the Notice of Electronic filing.

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, PLLC

S/ Garth A. Schlemlein
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: gas@soslaw.com

Declaration of James T. Hopkins
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)                    5

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514