IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation,<br><br>    Plaintiff,<br><br> vs.<br><br>SOUTH COAST, INCORPORATED, an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>    Defendants.<br>_____<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>    Counterclaim and<br>    Third Party Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,<br><br>    Counterclaim and<br>    Third Party Defendants.<br>_____<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation,<br><br>    Plaintiff and Cross<br>   Claim Plaintiff,<br><br>v.<br><br>STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,<br><br>    Cross Claim Defendants. | Case No. 3:06-cv-63   TMB<br><br>O R D E R |

1

Plaintiff filed a Motion for Summary Judgment on November 19, 2007, which was 40 pages long. On December 1, 2007, the Local Rules were amended, limiting Motions and Oppositions to twenty-five (25) pages, and Replies to fifteen (15) pages. *See* Local Rule 10.1(m). Defendant's Opposition to Plaintiff's Motion for Summary Judgment, filed on January 4, 2008, was filed as a combined Opposition and Cross-motion for summary judgment, and was 50 pages long. Plaintiffs subsequently filed a 48 page Opposition to the Cross-motion. The overlength briefs all were filed without seeking permission from the court.

The parties are advised that **no further overlength briefs will be accepted by the court without prior approval.**

In a separate matter, Defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company have moved for consideration of a motion for an extension of time on shortened time. Counsel seeks an extension of time to file the Reply regarding the Cross-motion for Summary Judgment, in light of a trip out of the country between January 30-February 13. Counsel notes that he is the sole attorney working on this case, as his partner is a witness in the case and therefore cannot assist him. Counsel requests that the deadline be set eight days after his return.

Plaintiff, Travelers Casualty and Surety Company of America, has opposed the motion for an extension of time, in essence arguing that the original briefing schedule was agreed-upon in order to complete briefing by the end of January, and noting that "it was important to Travelers that all briefing be completed by the end of January so as to avoid any further extension of the briefing schedule on this motion and any subsequent decision by the Court until late February or there after."

Consideration on shortened time, as requested at Docket 92, is GRANTED. The Court notes that its own schedule will prevent it from considering the merits of this action until March 2008 at the earliest. Accordingly, the motion for extension of time at Docket 91 is GRANTED. Defendants shall file their reply to Travelers' Opposition to Defendants' Cross-Motion, **not to exceed 25 pages**, on or before **February 22, 2008.**

Dated at Anchorage, Alaska, this 30th day of January, 2008.

/s/ Timothy Burgess  
TIMOTHY M. BURGESS  
UNITED STATES DISTRICT JUDGE