James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586

Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | |
| Plaintiff, | |
| vs. | |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, | |
| Defendants. | Case No. A06-00063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, | |
| Counter-Claim and Third Party Plaintiff, | |
| vs. TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & | |

*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 1 of 2

GRAY, L.L.C., and JAN D. SOKOL,

Counterclaimant and
Third Party Defendants.

## [PROPOSED] ORDER GRANTING STIPULATION TO EXTENDTIME FOR DEADLINES UNDER SCHEDULING AND PLANNING ORDER

This court having considered Defendants Stewart Sokol & Gray, LLC Proposed Order for Stipulation to Extend Time for Deadlines Under Scheduling and Planning Order,

IT IS HEREBY ORDERED that the filing final, revised Witness list is extended as follows:

| | |
|---|---|
| Deadline for filing final, revised Witness list (except experts) | February 25, 2008 |

DATED at Anchorage, Alaska this _____ day of February, 2008.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

### Certificate of Service

I hereby certify that on February 7th 2008, a copy of the foregoing document was served electronically through the ECF system on Gary Spraker, Richard Spoonemore and James T. Hopkins.

/s/ James D. Gilmore