IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>      Defendants. | Case No. 3:06-cv-0063 TMB |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>    Counter-Claim and<br>    Third Party Plaintiff,<br><br>vs.<br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY, L.L.C., and JAN D. SOKOL,<br><br>    Counterclaimant and<br>    Third Party Defendants. | |

**ORDER GRANTING STIPULATION TO EXTENDTIME FOR DEADLINES UNDER SCHEDULING AND PLANNING ORDER**

*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 1 of 2

This court having considered Defendants Stewart Sokol & Gray, LLC Proposed Order for Stipulation to Extend Time for Deadlines Under Scheduling and Planning Order,

IT IS HEREBY ORDERED that the filing final, revised Witness list is extended as follows:

| | |
|---|---|
| Deadline for Discovery, Except related to experts | March 14, 2008 |
| Deadline to file expert witness Disclosures pursuant to Fed.R.Civ.26(a)(2) | April 15, 2008 |
| Deadline for Discovery related To Experts | June 1, 2008 |
| Deadline for filing final, revised Witness list (except experts) | February 25, 2008 |

DATED at Anchorage, Alaska this 22nd day of February, 2008.

/s/ Timothy M. Burgess
Timothy M. Burgess
U.S. District Court Judge