Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br>     Plaintiff,<br>  v.<br>SOUTH COAST, INC., et al,<br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Case No. A06-00063 (TMB)** |

**DECLARATION OF GARY SPRAKER IN SUPPORT OF
DEFENDANTS' REPLY TO OPPOSITION TOPLAINTIFF'S OPPOSITION TO
CROSS MOTION FOR SUMMARY JUDGMENT**

Gary Spraker declares and states as follows under penalty of perjury:

1. I am counsel of record for Defendant South Coast, Inc., Klukwan, Inc., and Chilkats' Portage Cove Development Company (collectively, "Klukwan" or "Defendants") in this action. I have personal knowledge of the facts stated herein, am competent to testify to them, and would so testify if called upon to do so.

2. Attached as Exhibt A to this declaration is an index and true and correct copies of exerpts of the deposition testimony of Charles W. Langfitt taken on February 28, 2005, in *Travelers Casualty and Surety Company of America v. Gelrich*, Case No. A05-0165

RRB (D. Alaska), which are referenced in Defendants' *Reply To Opposition to Plaintiff's Opposition to Crossmotion for Summary Judgment (Reply)*.

   3. Attached as Exhibt B to this declaration is an index and true and correct copies of excerpts of the deposition testimony of Charles W. Langfitt taken on September 10 and 11, 2007, which are referenced in the *Reply*.

   4. Attached as Exhibit C to this declaration is an index and true and correct copies of excerpts of the deposition testimony of Thomas L. Crandall taken on July 30, July 31, August 1, and September 28, 2007 which are referenced in the *Reply*.

   5. Attached as Exhibit D to this declaration is an index and true and correct copies of excerpts of the deposition testimony of Jordan S. Rosenfeld taken on November 19, 2007, which are referenced in the *Reply*.

   6. Attached as Exhibit E to this declaration is an index and true and correct copies of excerpts of the deposition testimony of Cabot C. Christianson taken on September 27 and 28, 2007, which are referenced in the *Reply*.

   7. Attached as Exhibit F of this declaration is an index and true and correct copies of documents which have been entered as deposition exhibits and referenced in the *Reply*.

Dated the 22nd day of February, 2008.

> By: /s/ Gary Spraker
> Gary Spraker
> CHRISTIANSON & SPRAKER
> 911 West 8th Avenue, Suite 201
> Anchorage, AK 99501
> Phone: (907) 258-6016
> Fax: (907) 258-2026
> Email: gary@cslawyers.net
> Alaska Bar No. 9107066
> Attorneys for Defendants

Undersigned certifies that on February 22, 2008, a true and correct copy of the above document was served on:

James D. Gilmore, Esq.
James T. Hopkins, Esq.
Robert L. Olson, Esq.
Garth A. Schlemlein, Esq.
Richard E. Spoonemore, Esq.

By first class mail, if noted above or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.
By:   /s/ Susan Vanschooten
      Susan Vanschooten