# Exhibit D

Deposition Testimony of Jordan S. Rosenfeld

Declaration of Gary Spraker
Traelvers Casualty and Surety v. South Coast, Inc., et al.
Case No. Ao6-00063 (TMB)

Defendants' Reply

Index to Deposition Testimony of Jordan Rosenfeld

| Page # |
|--------|
|        |
| 22     |

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

---

TRAVELERS CASUALTY AND SURETY )
COMPANY OF AMERICA, a )
Connecticut corporation, )
     Plaintiff, )
  vs. ) No.
SOUTH COAST, INC., an Alaska )
corporation, et al., ) 3:06-cv-0063(TMB)
     Defendants._____ )
)
SOUTH COAST, INC., an Alaska )
corporation, et al., )
     CounterClaimant and )
     Third-Party Plaintiff, )
  vs. )
TRAVELERS CASUALTY AND SURETY )
COMPANY OF AMERICA, et al., )
     Counterclaimant and )
     Third-Party Defendants.

---

DEPOSITION UPON ORAL EXAMINATION OF

JORDAN S. ROSENFELD

---

10:10 a.m.

November 19, 2007

1601 Fifth Avenue, Suite 2500

Seattle, Washington

REPORTED BY: MARGUERITE E. PRICHARD, CCR #2389

1     Q.    Now, the first bill that I see, the first
2 billed entry is June 4 of '03, is that correct?
3     A.    Yes.
4     Q.    Do you recall doing any work before June
5 4, '03, in connection with -- perhaps in response to
6 a request from Chuck Langfitt to deal with South
7 Coast's decline and the claims that were being made?
8     A.    Yes.
9     Q.    What do you recall about history?  When do
10 you recall first being contacted by Mr. Langfitt, and
11 what did you do prior to June 4 of '03?
12    A.    I believe it was about a year prior.  I
13 think it was in the middle of 2002 that we were
14 contacted by Mr. Langfitt about South Coast's being
15 in a potential default situation on their performance
16 bonds, and him requesting that we perform our normal
17 surety claims type investigation.
18    Q.    What does that consist of?
19    A.    The accounting investigation, what we do
20 is we go in and look at the contractor's financial
21 status with the intent of producing schedules for the
22 surety showing on a job-by-job or bond-by-bond basis
23 the cash flow from that point forward for each job.
24    Q.    And I assume you billed for the work that
25 you did?  Didn't do it for free, did you?