Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br>       Plaintiff, <br>    v. <br> SOUTH COAST, INC., et al, <br>       Defendants. | **Case No. A06-00063 (TMB)** |

### JOINDER IN REQUEST FOR ORAL ARGUMENT ON MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT

Defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants) through undersigned counsel, files this pleading to join in the request for oral argument previously filed by Travelers Casualty and Surety Company of America's (Travelers) (Docket No. 77). Defendants request oral argument on both the *Motion for Summary Judgment* (Docket No. 75) filed by Travelers, and the *Cross Motion for Summary Judgment* (Docket No. 85) filed by Defendants.

Respectfully submitted in Anchorage, Alaska, this 22nd day of February, 2008.

          By: /s/ Gary Spraker
            Gary Spraker
            CHRISTIANSON & SPRAKER
            911 West 8th Avenue, Suite 201
            Anchorage, AK 99501
            Phone: (907) 258-6016
            Fax: (907) 258-2026
            Email: gary@cslawyers.net
            Alaska Bar No. 9107066
            Attorneys for Defendants

The undersigned hereby certifies that on February 22, 2008, a true and correct copy of the above document was served on:

- Garth A. Schlemlein, Esq.
- James T. Hopkins, Esq.
- James D. Gilmore, Esq.
- Robert Olson, Esq.
- Richard E. Spoonemore, Esq.

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Susan VanSchooten
   Susan VanSchooten