## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

TRAVELERS CASUALTY & SURETY CO. OF AMERICA v. SOUTH COAST, INC., et al.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                          CASE NO. 3:06-cv-00063-TMB

Pam Richter


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: February 25, 2008
ENTERED AT JUDGE'S DIRECTION:

           Defendants' document titled Reply to Opposition to Plaintiff's Opposition to Cross Motion for Summary Judgment, at document number 101, has been filed however, it is deficient in the area(s) checked below:

____  Document is not signed. (D.Ak.LR 10.1)

____  Caption of the document is incomplete. (D.Ak.LR 10.1)

____  No proof of service on the document filed. (D.Ak.LR 5.1)

_X_  Document entitled Reply to Opposition to Plaintiff's Opposition to Cross Motion for Summary Judgment is overlength. (D.Ak.LR 10.1)

____  Document is not in compliance with D.Ak.LR .

____  Other: .

           The Clerk is directed to strike the above-referenced document from the record.