# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>TRAVELERS CASUALTY & SURETY CO. OF AMERICA</u>   v.   <u>SOUTH COAST, INC., et al.</u>

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                                    CASE NO.   <u>3:06-cv-00063-TMB</u>

<u>Pam Richter</u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 25, 2008</u>

      Parties are hereby advised that the order at docket 106 striking defendants' reply at docket 101 was entered in error.

      The reply has been replaced at docket 101 and defendants' cross motion for summary judgment is now before the court for consideration.

[]{IA.WPD*Rev.12/96}