Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                  Plaintiff,<br><br>  v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                  Defendants.<br>_____<br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                  Counter-Claim and<br>                  Third Party Plaintiff<br><br>  v. | **Case No. A06-00063 (TMB)** |

Page 1    MOTION FOR SETTLEMENT CONFERENCE
        Travelers Casualty and Surety v. South Coast, et al, Case No. A06-00063 (TMB)
        H:\2501\Travelers v SCoast\Motion - Settlement Conference.wpd

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., an Oregon L.L.C., and JAN D. SOKOL, individually, | ) ) ) ) ) ) |
| Counterclaim and Third Party Defendants. | ) ) ) ) |

**DEFENDANTS' MOTION FOR SETTLEMENT CONFERENCE**

Defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants) through undersigned counsel, move pursuant to Local Rul 16.2(c) for an order compelling the mediation of all matters in this action. Defendants request a settlement conference before either Judge Sedwick or Judge Holland. The undersigned has spoken with counsel for the other parties in the case regarding the motion. Cross-claim defendants Jan Sokol and Sokol Stewart & Gray agree with the request for a settlement conference. Plaintiff Travelers Casualty and Surety Company of America's (Travelers) has advised that it does not consent to a settlement conference at this time.

Defendants had thought to propose that the settlement conference be set for the day prior to oral argument on the pending motion for summary judgment filed by Plaintiff Travelers Casualty and Surety Company of America's (Travelers) and cross motion filed by Defendants. The Court recently set the oral argument for hearing on Friday, April 25th. Counsel for Sokol has advised that he is unavailable that week. Accordingly, Defendants request that the settlement conference be set for the week of April 28th, or at the earliest convenient date.

Page 2   MOTION FOR SETTLEMENT CONFERENCE
Travelers Casualty and Surety v. South Coast, et al, Case No. A06-00063 (TMB)
H:\2501\Travelers v SCoast\Motion - Settlement Conference.wpd

Defendants find themselves in precarious financial condition separate and apart from the instant lawsuit. They are presently considering a number of options, including bankruptcy. The future of the instant litigation raises substantial questions for Defendants, including whether the matter should proceed within or outside of a bankruptcy. It is Defendants' desire, therefore, to seriously explore any chances for settlement before deciding whether or not to file for bankruptcy, and before incurring substantial additional litigation costs.

At the commencement of the litigation the parties employed a mediator in an effort to settle the case. The parties have since conducted extensive factual discovery of the claims and defenses. Additionally, Travelers and Defendants have submitted cross-motions for summary judgment that are ripe for consideration. Defendants believe that the assistance of a third party neutral is needed to seriously explore settlement of the claims raised in this case. They also believe that it would be beneficial to use a federal district court judge as that neutral for settlement discussions.

For these reasons, Defendants ask that the Court enter an order scheduling the matter for settlement conference before either Judge Sedwick or Judge Holland either for the week of April 28th, or at the earliest convenient date possible. Pursuant to discussions with counsel for Travelers, Defendants are asking that the Court consider this matter on shortened time, allowing Travelers to file any response on or before **April 15, 2008.**

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 3   MOTION FOR SETTLEMENT CONFERENCE
Travelers Casualty and Surety v. South Coast, et al, Case No. A06-00063 (TMB)
H:\2501\Travelers v SCoast\Motion - Settlement Conference.wpd

Respectfully submitted in Anchorage, Alaska, this 8th day of April, 2008.

By: /s/ Gary Spraker
Gary Spraker
CHRISTIANSON & SPRAKER
911 West 8th Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 258-6016
Fax: (907) 258-2026
Email: gary@cslawyers.net
Alaska Bar No. 9107066
Attorneys for Defendants

The undersigned hereby certifies that on April 8, 2008, a true and correct copy of the above document was served on:

- Garth A. Schlemlein, Esq.
- James T. Hopkins, Esq.
- James D. Gilmore, Esq.
- Robert Olson, Esq.
- Richard E. Spoonemore, Esq.

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Susan VanSchooten
Susan VanSchooten

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 4    MOTION FOR SETTLEMENT CONFERENCE
Travelers Casualty and Surety v. South Coast, et al, Case No. A06-00063 (TMB)
H:\2501\Travelers v SCoast\Motion - Settlement Conference.wpd