Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>      Plaintiff,<br><br> v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>      Defendants.<br>_____<br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>      Counter-Claim and<br>      Third Party Plaintiff<br><br> v. | **Case No. A06-00063 (TMB)** |

Page 1 Motion for Shortened Time
   Travelers Casualty and Surety v. South Coast, et al, Case No. A06-00063 (TMB)
   H:\2501\Travelers v SCoast\Settlement Conference - Shortened Time - final.wpd

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., an Oregon L.L.C., and JAN D. SOKOL, individually, | ) ) ) ) ) ) |
| Counterclaim and Third Party Defendants. | ) ) ) ) |

## MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION FOR SETTLEMENT CONFERENCE

Defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants) through undersigned counsel, move pursuant to Local Rule 7.2 (c), for consideration of *Defendants' Motion for Settlement Conference,* to require the parties to participate in a settlement conference before either Judge Sedwick or Judge Holland, during the week of April 28, 2008. Counsel for Cross defendants Jan Sokol and Stewart, Sokol & Gray, has advised that they agree that a settlement conference should be required, although there is an issue regarding available dates. The remaining party, Travelers Surety Company of America (Travelers), has advised that it does not believe a settlement conference is proper at the present time. Travelers has agreed to provide a response, however, within seven (7) days of the filing of the instant motion to allow for prompt consideration.

Good cause exists to consider the motion on shortened time. As set forth in the underlying motion, Defendants' financial condition has deteriorated to the point where they are required to make a number of difficult decisions regarding their future, including this litigation. There are a number of matters coming up that will require the

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 2    Motion for Shortened Time
         Travelers Casualty and Surety v. South Coast, et al, Case No. A06-00063 (TMB)
         H:\2501\Travelers v SCoast\Settlement Conference - Shortened Time - final.wpd

commitment of time and resources, including the oral argument on pending cross motions for summary judgment on April 25, 2008, one or more depositions in Washington beginning on May 5, 2008, preparation of expert reports and subsequent depositions of multiple experts. Additionally, the undersigned has been advised that there will be two motions for summary judgment filed by the end of April. If Defendants continue to litigate, they also would bring an additional summary judgment motion.

In short, Defendants strongly believe that a settlement conference in the very near term affords the parties with the best opportunity for settlement before another period of substantial litigation activity begins.

This motion is supported by the declaration of Gary Spraker filed herewith.

Respectfully submitted in Anchorage, Alaska, this 8th day of April, 2008.

>By: /s/ Gary Spraker
> Gary Spraker
> CHRISTIANSON & SPRAKER
> 911 West 8th Avenue, Suite 201
> Anchorage, AK 99501
> Phone: (907) 258-6016
> Fax: (907) 258-2026
> Email: gary@cslawyers.net
> Alaska Bar No. 9107066
> Attorneys for Defendants

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 3   Motion for Shortened Time
         Travelers Casualty and Surety v. South Coast, et al, Case No. A06-00063 (TMB)
         H:\2501\Travelers v SCoast\Settlement Conference - Shortened Time - final.wpd

The undersigned hereby certifies that on April 8, 2008, a true and correct copy of the above document was served on:

- Garth A. Schlemlein, Esq.
- James T. Hopkins, Esq.
- James D. Gilmore, Esq.
- Robert Olson, Esq.
- Richard E. Spoonemore, Esq.

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By:   /s/ Susan VanSchooten
         Susan VanSchooten

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 4    Motion for Shortened Time
             Travelers Casualty and Surety v. South Coast, et al, Case No. A06-00063 (TMB)
             H:\2501\Travelers v SCoast\Settlement Conference - Shortened Time - final.wpd