Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

Plaintiff,

v.

SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,

Defendants.

---

SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,

Counter-Claim and Third Party Plaintiff

v.

**Case No. A06-00063 (TMB)**

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 1 Motion for Shortened Time
Travelers Casualty and Surety v. South Coast, et al, Case No. A06-00063 (TMB)
H:\2501\Travelers v SCoast\Settlement - Shortened Time Order.wpd

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., an Oregon L.L.C., and JAN D. SOKOL, individually,

Counterclaim and Third Party Defendants.

**[ Proposed] ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION FOR SETTLEMENT CONFERENCE**

This matter having come before the Court upon Defendants' South Coast, Inc.'s, Klukwan, Inc.'s, and Chilkat's Portage Cove Development Company's (Defendants) ***Motion for Expedited Consideration of Defendants' Motion for Settlement Conference,*** the Court being duly advised and finding good cause,

IT IS HEREBY ORDERED that the Defendants' ***Motion for Expedited Consideration of Defendants' Motion for Settlement Conference*** is GRANTED. Any party wanting to do so, shall file a response on or before **April 15, 2008,** after which the Court shall consider the motion ripe for decision.

Dated this ____th day of April, 2008.

______________________________
Timothy M. Burgess
U.S. District Court Judge



**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026