Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                Plaintiff,<br><br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                Defendants. | **Case No. A06-00063 (TMB)** |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                Counter-Claim and<br>                Third Party Plaintiff<br><br>v. | |

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 1   Declaration in Support of Motion for Shortened Time
         Travelers Casualty and Surety v. South Coast, et al, Case No. A06-00063 (TMB)
         H:\2501\Travelers v SCoast\Declaration - Shorten Settlement Conference.wpd

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY L.L.C., an Oregon L.L.C., and JAN D. SOKOL, individually, | ) ) ) ) ) ) |
| Counterclaim and Third Party Defendants. | ) ) ) ) |

**DECLARATION IN SUPPORT OF MOTION
FOR EXPEDITED CONSIDERATION OF
DEFENDANTS' MOTION FOR SETTLEMENT CONFERENCE**

STATE OF ALASKA        )
                                       ) ss
THIRD JUDICIAL DISTRICT )

I, Gary Spraker, under penalty of perjury declare as follows:

1. I am a partner with the law firm CHRISTIANSON & SPRAKER, counsel for Defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants). I make the following statements from personal knowledge.

2. I am the attorney responsible for the litigation of the claims and defenses of Defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants) in this action.

3. Defendants have informed me that they are in a precarious financial condition separate and apart from the instant lawsuit.

4. Defendants are presently considering a number of options, including bankruptcy.

Page 2   Declaration in Support of Motion for Shortened Time
            Travelers Casualty and Surety v. South Coast, et al, Case No. A06-00063 (TMB)
            H:\2501\Travelers v SCoast\Declaration - Shorten Settlement Conference.wpd

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

5. The future of the instant litigation raises substantial questions for Defendants, including whether the matter should proceed within or outside of a bankruptcy.

6. It is Defendants' desire to seriously explore any chances for settlement before deciding whether or not to file for bankruptcy, and before incurring substantial additional litigation costs.

7. Defendants believe that use of a settlement judge would increase the prospects for settlement. Defendants also believe that to maximize the chances for settlement, such settlement conference should be held before the parties embark upon another period of litigation activity set to begin at the end of this month. This activity includes (1) depositions of lay witnesses beginning the week of May 5th in Washington; (2) preparation of expert reports and depositions of those experts; and (3) potentially three separate summary judgment motions.

8. At the commencement of the litigation the parties employed a mediator in an effort to settle the case. The parties have since conducted extensive factual discovery of the claims and defenses. Additionally, Travelers and Defendants have submitted cross-motions for summary judgment that are ripe for consideration. Defendants believe that parties are sufficiently aware of the facts and legal arguments at this stage to meaningfully discuss and evaluate settlement.

9. I have discussed the underlying motion for a settlement conference with counsel for third party defendants Jan Sokol and Stewart, Sokol & Gray. Counsel has advised me that the Sokol Defendants support the motion for a settlement conference.

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 3    Declaration in Support of Motion for Shortened Time
         Travelers Casualty and Surety v. South Coast, et al, Case No. A06-00063 (TMB)
         H:\2501\Travelers v SCoast\Declaration - Shorten Settlement Conference.wpd

Counsel has also advised that he is not available for a settlement conference during the week of April 21st, which includes the date currently set for oral argument on the pending cross-motions for summary judgment.

10. Counsel for Travelers Surety Company of America (Travelers), has advised that it does not believe a settlement conference is proper at the present time. It has agreed to provide a response, however, to the underlying motion seeking the settlement conference within seven (7) days of the filing of the instant motion to allow for prompt consideration.

11. Accordingly, the parties to the instant litigation do not oppose consideration of the *Defendants' Motion for Settlement Conference* so long as they have seven days from the date of filing to file their response.

12. For the reasons stated above, there is good cause to consider the *Defendants' Motion for Settlement Conference* on **April 16, 2008**.

Respectfully submitted in Anchorage, Alaska, this 8th day of April, 2008.

> By: /s/ Gary Spraker
> Gary Spraker
> CHRISTIANSON & SPRAKER
> 911 West 8th Avenue, Suite 201
> Anchorage, AK 99501
> Phone: (907) 258-6016
> Fax: (907) 258-2026
> Email: gary@cslawyers.net
> Alaska Bar No. 9107066
> Attorneys for Defendants

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 4   Declaration in Support of Motion for Shortened Time
Travelers Casualty and Surety v. South Coast, et al, Case No. A06-00063 (TMB)
H:\2501\Travelers v SCoast\Declaration - Shorten Settlement Conference.wpd

The undersigned hereby certifies that on April 8, 2008, a true and correct copy of the above document was served on:

- Garth A. Schlemlein, Esq.
- James T. Hopkins, Esq.
- James D. Gilmore, Esq.
- Robert Olson, Esq.
- Richard E. Spoonemore, Esq.

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By:   /s/ Susan VanSchooten
       Susan VanSchooten

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 5   Declaration in Support of Motion for Shortened Time
          Travelers Casualty and Surety v. South Coast, et al, Case No. A06-00063 (TMB)
          H:\2501\Travelers v SCoast\Declaration - Shorten Settlement Conference.wpd