Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, P.L.L.C.
1601 Fifth Avenue, Suite 2500
Seattle, WA 98101
Telephone: 206-448-8100
Telefax: 206-448-8514

Richard E. Spoonemore, *Pro Hac Vice*
Sirianni Youtz Meier & Spoonemore
1100 Millennium Tower, 719 Second Ave.
Seattle, WA 98104
Telephone: 206-223-0303
Telefax: 206-223-0246
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation,<br><br>               Plaintiff,<br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>               Defendants.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>               Counterclaim and<br>               Third Party Plaintiff<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART | Case No. A06-00063 (TMB) |

Response to Motion for Settlement Conference
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)                                    1

| | |
|---|---|
| 1 | SOKOL & GRAY L.L.C., and JAN D. SOKOL, |
| 2 | |
| 3 | Counterclaim and Third Party Defendants. |
| 4 | |
| 5 | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, A Connecticut corporation, |
| 6 | |
| 7 | Plaintiff and Cross Claim Plaintiff; |
| 8 | v. |
| 9 | STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL |
| 10 | |
| 11 | Cross Claim Defendants. |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SETTLEMENT CONFERENCE

This memorandum is submitted by plaintiff Travelers Casualty & Surety Company of America ("Travelers") in opposition to the motion by Defendants South Coast, Inc., Klukwan, Inc. and Chilkats Portage Cove Development Company for a settlement conference to be held the week of April 28, 2008.

While Travelers would readily participate in a settlement conference or mediation at an appropriate time in these proceedings, it believes Defendants' request for an immediate settlement conference is premature and highly unlikely to lead to an agreed resolution of this dispute. Rather, an untimely settlement conference, compelled by an order of the Court, is far more likely to result in wasted time and effort by all parties and potentially jeopardize the success of later settlement discussions held at a more opportune time.

Response to Motion for Settlement Conference
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)           2

### The Parties Have Previously Attempted Mediation of This Dispute.

On November 15, 2006, the parties traveled to San Francisco, California and participated in a day long mediation before Antonio C. Piazza, Esq., a professional mediator. That mediation was unsuccessful and since then the Defendants have made no settlement offers or initiated meaningful settlement overtures to Travelers. Instead, the parties have conducted extensive discovery in support of their claims and defenses and fully briefed cross-motions for summary judgment on a significant issue in this case, the Defendants' counterclaim against Travelers, which is now pending before the Court.

### The Parties' Positions and Circumstances Have Not Materially Changed Since Their Prior Mediation.

Defendants suggest their apparently precarious financial situation and potential bankruptcy are reasons for an immediate settlement conference. However, these factors present nothing new to this litigation. Defendants' financial circumstances have always been difficult and Defendants' counsel has repeatedly raised the specter of a bankruptcy filing by the Defendants. What would bring a new dimension to this matter and change the status quo is a ruling by the Court on the parties' cross-motions for summary judgment. The effort and expense to fully brief those motions has already been incurred and little more would be required to conduct oral argument and ultimately obtain a ruling from the Court. Both Travelers and Defendants effectively recognize discovery has been fully completed on this issue and whether the Defendants' counterclaim should be dismissed is a legal issue, appropriate for determination by the Court. Settlement discussions held after such a ruling are far more likely to be successful.

Response to Motion for Settlement Conference
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)          3

### Further Discovery Is Necessary in Regard to Travelers' Claims Against the Sokol Defendants Before Such Claims Are Ripe for Settlement Discussions.

A major component of this litigation is Travelers' claim against the Sokol Defendants. Informal discussions between counsel for those parties reveal they remain far apart in regard to their evaluation of the merits and value of such claim. Depositions of fact witnesses which the Sokol Defendants desire to take have been postponed and rescheduled on several occasions at the request of their counsel. Those depositions are presently set to begin the week of May 5, 2008. Disclosure of expert reports, a critical facet of the claim and defenses, have been postponed accordingly and have been scheduled for submission after completion of fact discovery. Travelers strongly believes completion of such discovery and submission of expert reports is essential to narrow the presently wide gulf in the parties' evaluation of the claims such that settlement discussions may be fruitfully held. Absent the ability to resolve all of the claims in a single settlement agreement, it is unlikely that any of the claims between the parties can be settled.

In summary, Travelers is not unwilling to participate in a settlement conference at the appropriate time and has already invested substantial money and effort in an attempt to mediate this matter. Neither does Travelers question the Court's authority to order a settlement conference; and, if so ordered, Travelers will participate in good faith. However, Travelers hopes the Court will consider Travelers' views, as a party intimately involved in this litigation, as to when settlement discussions may be most fruitfully held.

In the event the Court grants Defendants' motion for an immediate settlement conference, Travelers requests such conference be held in Seattle, which is a more convenient locale for representatives of both Travelers and the Sokol Defendants, as well as their counsel.

Response to Motion for Settlement Conference
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)                                4

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, P.L.L.C.
WESTLAKE CENTER OFFICE TOWER • 1601 FIFTH AVENUE, SUITE 2500 • SEATTLE, WASHINGTON 98101
PHONE: (206) 448-8100 • FAX: (206) 448-8514

Such a conference could be held before a private mediator, Seattle-based federal district court judge, or an Anchorage federal district court judge willing to travel to Seattle for such purpose.

    Respectfully submitted this 14th day of April, 2008.

SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, PLLC

*s/James T. Hopkins*
James T. Hopkins, *Pro Hac Vice*
Garth A. Schlemlein, ASBA # 8602011
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Ave., Suite 2500
Seattle, WA 98101
Telephone: (206) 448-8100/Fax (206) 448-8514
Email: jth@soslaw.com

Richard E. Spoonemore, *Pro Hac Vice*
Sirianni Youtz Meier & Spoonemore
1100 Millennium Tower, 719 Second Ave.
Seattle, WA 98104
Telephone: 206-223-0303
Telefax: 206-223-0246
Attorneys for Plaintiff

Response to Motion for Settlement Conference
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)    5

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 14, 2008, a true and correct copy of the above document was served on:

Gary Spraker, Esq.
Chirstianson & Spraker
911 West 8th Avenue, Suite 201
Anchorage, AK 99501

James D. Gilmore, Esq.
11255 Rhody Drive
Port Hadlock, WA 98339

by electronic means through the ECF system as indicated on the Notice of Electronic filing.

> SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS, PLLC
>
> *S/ James T. Hopkins*
> James T. Hopkins, *Pro Hac Vice*
> Garth A. Schlemlein, ASBA # 8602011
> Schiffrin Olson Schlemlein & Hopkins, PLLC
> 1601 Fifth Ave., Suite 2500
> Seattle, WA 98101
> Telephone: (206) 448-8100/Fax (206) 448-8514
> Email: jth@soslaw.com

Response to Motion for Settlement Conference
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

6