James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586

Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>    Defendants. | Case No. A06-00063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>    Counter-Claim and<br>    Third Party Plaintiff, | |

Stipulation to Extend Time For Deadlines Under Scheduling and Planning Order
Travelers v. South Coast et al., Case No. A06-00063 (TMB)
Page 1 of 4

vs.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY, L.L.C., and JAN D. SOKOL,

Counterclaimant and
Third Party Defendants.

## STIPULATION TO EXTEND TIME FOR DEADLINES UNDER SCHEDULING AND PLANNING ORDER

Third-Party Defendants Stewart, Sokol & Gray, L.L.C and Jan D. Sokol, Plaintiff Travelers Casualty and Surety Company of America (Travelers), Defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Department Company (Defendants), through undersigned counsel, file this stipulation to extend the deadlines established in this Court's *Scheduling and Planning Order* dated December 28, 2006 (Docket No 54), as follows:

| | |
|---|---|
| Deadline for Discovery, Except related to experts | May 15, 2008 |
| Deadline to file expert witness Disclosures pursuant to Fed.R.Civ.P.26(a) (2) | June 15, 2008 |
| Deadline for discovery related To experts | July 15, 2008 |

Stipulation to Extend Time For Deadlines Under Scheduling and Planning Order
Travelers v. South Coast et al., Case No. A06-00063 (TMB)
Page 2 of 4

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

All other deadlines not specifically addressed above shall be calculated as set forth in the *Scheduling & Planning Order* dated December 28, 2006 based on the revised dates set forth above.

Respectfully submitted in Anchorage, Alaska, this 15th day of April 2008.

By: /s/ James D. Gilmore
James D. Gilmore
CLAPP, PETERSON, VAN FLEIN
TIEMESSEN & Thorsness, LLC
711 H Street, Ste 620
Anchorage, AK 99501
Phone: 907-272-9272
Fax: 907-272-9586
Alaska Bar Number 6702007
Attorneys for Stewart Sokol & Gray LLC,
and Jan D. Sokol

By: /s/ Gary Spraker
Gary Spraker
CHRISTIANSON & SPRAKER
911 West 8th Avenue, Suite 201
Anchorage, AK 99501
Phone 907-258-6016
Fax 907-258-2026
Alaska Bar Number 9107066
Attorneys for Defendants

By: /s/ Garth A. Schlemlein
Garth A. Schlemlein
James T. Hopkins
SCHIFFRIN OLSON SCHLEMLEIN
& HOPKINS, PLLC
1601 Fifth Ave., Ste 2500
Seattle, WA 98101
Phone 206-448-8100
Fax 206-448-8514
Washington Bar Number 8602011
Attorneys for Plaintiff

Stipulation to Extend Time For Deadlines Under Scheduling and Planning Order
Travelers v. South Coast et al., Case No. A06-00063 (TMB)
Page 3 of 4

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

By: /s/ Richard E. Spoonemore
Richard E. Spoonemore, Esq.
SIRIANNI, YOUTZ, MEIER & SPOONEMORE
1100 Millennium Tower
719 Second Avenue
Seattle, Washington 98104
Phone 206-223-0303
Fax 206-223-0246
Washington Bar Number 21833

DATED at Anchorage, Alaska, this 15th day of April, 2008.

/s/ James D. Gilmore
James D. Gilmore, #6702007
**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272

### Certificate of Service

I hereby certify that on April 15th 2008, a copy of the foregoing document was served electronically through the ECF system on Gary Spraker, Richard Spoonemore and James T. Hopkins.

/s/ James D. Gilmore

Stipulation to Extend Time For Deadlines Under Scheduling and Planning Order
Travelers v. South Coast et al., Case No. A06-00063 (TMB)
Page 4 of 4