Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>SOUTH COAST, INC., an Alaska corporation, et al,<br><br>    Defendants.<br>_____<br><br>SOUTH COAST, INC., an Alaska corporation, et al,<br><br>    Counter-Claim and<br>    Third Party Plaintiff,<br><br>  v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, et al,<br><br>    Counterclaim and<br>    Third Party Defendants.<br>_____ | **Case No. A06-00063 (TMB)** |

**DEFENDANTS' REPLY TO TRAVELERS' RESPONSE TO
MOTION FOR SETTLEMENT CONFERENCE**

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201   ANCHORAGE, ALASKA 99501
(907) 258-6016   Fax (907) 258-2026

Page 1 REPLY RE: MOTION FOR SETTLEMENT CONFERENCE
   Travelers Casualty and Surety v. South Coast, et al, Case No. A06-00063 (TMB)
   H:\2501\Travelers v SCoast\Reply - Settlement Conference.wpd

Defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants) through undersigned counsel, files its reply to Plaintiff Travelers Casualty and Surety Company of America's (Travelers) *Opposition to Defendants' Motion for Settlement Conference*.

Defendants are not opposed to holding a settlement conference in the second half of May. Based upon discussions with counsel for Jan Sokol, it appears that scheduling issues may preclude any settlement conference before then. A settlement conference in late May would allow the parties to proceed with the oral argument set for April 25th, 2008, and to take some of the remaining depositions. A late May settlement conference would also afford the parties to submit additional motions, which would further clarify their legal and factual positions.

More than two years into the litigation the parties are well aware of the facts and legal arguments. Expert reports and testimony will not change any disagreements regarding the evaluation of the competing claims and defenses. But, the ability to confer with a federal district court judge from this district may allow for a better self-critical examination of the strengths and weaknesses of the respective claims. This is largely why Defendants, and the Sokol defendants, supported a settlement conference in Anchorage before either Judge Sedwick or Judge Holland. Moreover, based upon the history between the parties, Defendants believe that a settlement neutral is necessary.

There are several points in litigation where settlement discussions make sense. The parties are currently at one of those points prior to a decision on a major motion for summary judgment. The situation has obviously changed from the first effort

Page 2   REPLY RE: MOTION FOR SETTLEMENT CONFERENCE
            Travelers Casualty and Surety v. South Coast, et al, Case No. A06-00063 (TMB)
            H:\2501\Travelers v SCoast\Reply - Settlement Conference.wpd

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201   ANCHORAGE, ALASKA 99501
(907) 258-6016   Fax (907) 258-2026

at mediation, if for no other reason than the parties have spent the past two years discussing the case and conducting discovery. Klukwan's financial situation has changed, however, and its ability to propose a meaningful settlement will be significantly affected if it is required to use its scarce resources for the substantial litigation costs it is set to incur beginning in May.

Accordingly, Defendants renew their request for a settlement conference before either Judge Sedwick or Judge Holland, but do not oppose holding any such conference in the later part of May.

Respectfully submitted in Anchorage, Alaska, this 15th day of April, 2008.

By: /s/ Gary Spraker
Gary Spraker
CHRISTIANSON & SPRAKER
911 West 8th Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 258-6016
Fax: (907) 258-2026
Email: gary@cslawyers.net
Alaska Bar No. 9107066
Attorneys for Defendants

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201   ANCHORAGE, ALASKA 99501
(907) 258-6016   Fax (907) 258-2026

Page 3   REPLY RE: MOTION FOR SETTLEMENT CONFERENCE
         Travelers Casualty and Surety v. South Coast, et al, Case No. A06-00063 (TMB)
         H:\2501\Travelers v SCoast\Reply - Settlement Conference.wpd

The undersigned hereby certifies that on April 15, 2008, a true and correct copy of the above document was served on:

- Garth A. Schlemlein, Esq.
- James T. Hopkins, Esq.
- James D. Gilmore, Esq.
- Robert Olson, Esq.
- Richard E. Spoonemore, Esq.

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By:   /s/ Margaret Stroble
      Margaret Stroble

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201   ANCHORAGE, ALASKA 99501
(907) 258-6016   Fax (907) 258-2026

Page 4   REPLY RE: MOTION FOR SETTLEMENT CONFERENCE
         Travelers Casualty and Surety v. South Coast, et al, Case No. A06-00063 (TMB)
         H:\2501\Travelers v SCoast\Reply - Settlement Conference.wpd