James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586

Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                  Plaintiff,<br><br>vs.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                  Defendants. | |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>           Counter-Claim and<br>           Third Party Plaintiff,<br><br>vs.<br>TRAVELERS CASUALTY AND SURETY | Case No. A06-00063 (TMB) |

Response to Motion for an Expedited Settlement Conference
Travelers v. South Coast et al., Case No. A06-00063 (TMB)
1

COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY, L.L.C., and JAN D. SOKOL,

Counterclaimant and
Third Party Defendants.

### RESPONSE TO MOTION FOR AN EXPEDITED SETTLEMENT CONFERENCE

Defendant Klukwan/South Coast filed has requested that this court hold a settlement conference on an expedited basis. As noted in the memorandum filed in support of Klukwan/South Coast's Motion, defendant Sokol had no objection to participating in a court mandated settlement conference on an expedited basis, provided scheduling conflicts can be avoided.

In that regard, it is noted in Klukwan/South Coast motion, the undersigned is unavailable the week of April 21, 2008, but is available the week of April 28, 2008 through May 15, 2008. The undersigned has discussed Mr. Sokol's schedule with him, and Mr. Sokol is not free on the day of the 28th but he would be available any day the remainder of that week, and Maureen DeFrank, the claims against for defendants Sokol's insurance company is available anytime the week of April 28, 2008 and any week thereafter.

The undersigned does have two two-day criminal trials scheduled in Jefferson County, Washington on May 12, and May 19, 2008 the undersigned would be available to hold a settlement conference at anytime.

As noted in plaintiff's and Klukwan/South Coast's motion, the parties have been working to complete discovery by May 15, 2008, and have several significant lay

Response to Motion for an Expedited Settlement Conference
Travelers v. South Coast et al., Case No. A06-00063 (TMB)
2

witnesses to be disposed the week of May 5, 2008. Problems have developed with the scheduling of the accountants at Peterson Sullivan, and hopefully they will be able to be deposed either the week of May 5, 2008 or shortly thereafter. The parties have previously set thirty days from the date of close of discovery before the preparation and exchange of experts reports, with the depositions of experts following.

Subject to the scheduling considerations identified above, defendant Sokol are prepared to participate in a court mandate settlement conference on expedited basis.

Dated this 15th day of April, 2008.

/s/    James D. Gilmore
James D. Gilmore, #6702007
**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
jgilmore@olypen.com
jdg@cplawak.com

Certificate of Service

I hereby certify that on this 15th day of April 2008, a copy of the foregoing document was served electronically through the ECF system on Gary Spraker, Richard Spoonemore and James T. Hopkins.

/s/ James D. Gilmore

Response to Motion for an Expedited Settlement Conference
Travelers v. South Coast et al., Case No. A06-00063 (TMB)
3