James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                 Plaintiff,<br><br>vs.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                 Defendants. | Case No. A06-00063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                 Counter-Claim and<br>                 Third Party Plaintiff,<br><br>vs.<br>TRAVELERS CASUALTY AND | |

| | |
|---|---|
| 1<br>2<br>3<br>4 | SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY, L.L.C., and JAN D. SOKOL,<br><br>      Counterclaimant and<br>      Third Party Defendants. |

### Supplemental Memorandum Regarding Dates for Expedited Settlement Conference

In its Reply Memorandum, defendants Klukwan/South Coast suggested that an appropriate date to hold an Expedited Settlement Conference would be sometime the last 2 weeks of May. Unfortunately, Third Party Defendant Sokol has a Trial scheduled during the week of May 19, 2008, and is scheduled to go to Hawaii for a mediation to be held the week of May 26, 2008.

As previously mentioned, Defendants Sokol are available April 29 through May 2, 2008, the last two days during the weeks of May 5 and May 12, 2008.

Dated this 17th day of April, 2008.

/s/   James D. Gilmore
James D. Gilmore, #6702007
**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
jgilmore@olypen.com
jdg@cplawak.com

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

### Certificate of Service

I hereby certify that on this 17th day of April 2008, a copy of the foregoing document was served electronically through the ECF system on Gary Spraker, Richard Spoonemore and James T. Hopkins.

/s/ James D. Gilmore

---

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Supplemental Memorandum Regarding Dates for Expedited Settlement Conference
Travelers v. South Coast et al., Case No. A06-00063 (TMB)
Page 3 of 3