MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*TRAVELERS CASUALTY AND SURETY COMPANY v. SOUTH COAST, INC. et. al*

Case No. 3:06-cv-063 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

On April 8, 2008 Defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company ("Defendants") filed a Motion for Settlement Conference, and a Motion For Expedited Consideration of Defendants' Motion For Settlement Conference.

Having fully read and considered the parties' arguments, the Court DENIES WITHOUT PREJUDICE Defendants' Motion for Settlement Conference (Docket 111), and DENIES AS MOOT Defendants' Motion For Expedited Consideration of Defendants' Motion For Settlement Conference (Docket 112).

Oral argument on the parties' cross-motions for summary judgment will be heard as planned on April 25, 2008 at 9:00 a.m.  Defendants may renew their motion for settlement conference after the Court's ruling on these summary judgment motions.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: April 21, 2008