Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, *Pro Hac Vice*
Robert L. Olson, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Avenue, Suite 2500
Seattle, WA  98101
Telephone:  (206) 448-8100
Fax:  (206) 448-8514

Richard E. Spoonemore, *Pro Hac Vice*
Sirianni Youtz Meier & Spoonemore
719 Second Avenue, Suite 1100
Seattle, WA  98104
Telephone:  (206) 223-0303
Fax:  (206) 223-0246

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY company of America, A Connecticut corporation,<br><br>                  Plaintiff,<br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                  Defendants.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                  Counterclaim and Third Party Plaintiff<br>v.<br><br>TRAVELERS CASUALTY AND | Case No. A06-00063 (TMB)<br><br>TRAVELERS' OBJECTION TO "STIPULATION" FILED BY COUNTERCLAIM AND THIRD PARTY DEFENDANTS |

| |
|---|
| SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL, <br><br>          Counterclaim and <br>          Third Party Defendants. <br> _____ <br><br> TRAVELERS CASUALTY AND SURETY company of America, A Connecticut corporation, <br><br>          Plaintiff and Cross <br>          Claim Plaintiff; <br><br> v. <br><br> STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL <br><br>          Cross Claim Defendants. |

### TRAVELERS' OBJECTION TO "STIPULATION" FILED BY COUNTERCLAIM AND THIRD PARTY DEFENDANTS

On April 15, 2008, Counterclaim and Third Party Defendants Stewart, Sokol & Gray and Jan D. Sokol ("Sokol") filed a "Stipulation to Extend Time for Deadlines Under Scheduling and Planning Order" *that was not a stipulation*. *See* Docket No. 115. Travelers never agreed to move the deadline for all discovery to May 15, 2008, as represented on the "stipulation." (Travelers only agreed to move the deadlines related to specific witnesses and all expert witnesses.) Counsel for Sokol essentially admits that there was no agreement to move the discovery deadlines for all purposes. *See Exhibits B* and *D*, attached hereto.

Notwithstanding Travelers' objection to moving the deadline for all discovery to May 15, 2008, counsel for Sokol proceeded to file a stipulation that purported to do just that. The stipulation contains the "signatures" of counsel for all parties, including Travelers' counsel. Surprised by this unauthorized filing, Travelers' counsel immediately contacted counsel for Sokol so he could withdraw the unauthorized stipulation, but he refused to do so.

*See Exhibits A-D.*

The discovery deadline passed on March 15, 2008. *See* Order Granting Stipulation to Extend Time for Deadlines Under Scheduling and Planning Order (Docket No. 100). As an accommodation to Sokol and certain third-party witnesses, Travelers agreed that certain specific depositions could take place during the week of May 5. Travelers will still honor that commitment. Travelers has not, and does not, agree to moving the discovery cutoff date for all purposes until May 15, 2008. If Sokol wishes to move the discovery deadline for all purposes, then a motion should be filed seeking a modification of the scheduling order.

Accordingly, Travelers *only* stipulates to moving the deadline to file expert witness reports to June 15, and moving the deadline for discovery related to experts until July 15, 2008. Travelers objects to, and requests the opportunity to brief the issue of, whether the discovery cutoff date for all purposes should be extended to May 15, 2008.

Respectfully submitted this 23rd day of April, 2008.

SIRIANNI YOUTZ MEIER & SPOONEMORE

/*s/Richard E.* Spoonemore
Richard E. Spoonemore, *pro hac vice*
Sirianni Youtz Meier & Spoonemore
719 Second Avenue, Suite 1100
Seattle, WA  98104
Telephone:  (206) 223-0303
Fax:  (206) 223-0246
Email:  rspoonemore@sylaw.com

and

SCHIFFRIN OLSON SCHLEMLEIN
  & HOPKINS, PLLC
Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Avenue, Suite 2500
Seattle, WA  98101
Telephone:  (206) 448-8100
Fax:  (206) 448-8514
Email:  jth@soslaw.com

Attorneys for Travelers

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **James D. Gilmore**
  USDC-ANCH-Ntc@cplawak.com

- **James T. Hopkins**
  jth@soslaw.com,lsb@soslaw.com

- **Robert L. Olson**
  rlo@soslaw.com,cc@soslaw.com

- **Garth A. Schlemlein**
  mao@soslaw.com,jth@soslaw.com,rlo@soslaw.com,lsb@soslaw.com,gas@soslaw.com,cc@soslaw.com

- **Richard E. Spoonemore**
  rspoonemore@sylaw.com

- **Gary A. Spraker**
  gary@cslawyers.net,susan@cslawyers.net,ecf@cslawyers.net

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

- (No manual recipients)

DATED:  April 23, 2008, at Seattle, Washington.

*/s/ Theresa A. Redfern*
Theresa A. Redfern

TRAVELERS' OBJECTION TO "STIPULATION" FILED BY
COUNTERCLAIM AND THIRD PARTY DEFENDANTS - 4