James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586

Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                    Defendants. | Case No. A06-00063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>        Counter-Claim and<br>        Third Party Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY | |

Motion for Summary Judgment
Travelers v. South Coast et al., Case No. A06-00063 (TMB)
1

COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY, L.L.C., and JAN D. SOKOL,

Counterclaimant and
Third Party Defendants.

## MOTION FOR SUMMARY JUDGMENT

Third - Party and Cross Defendant Jan Sokol and Stewart Sokol & Gray, pursuant to Rule 56 of the Federal Rules of Civil Procedure, move this Court for an Order granting summary judgment dismissing the Third Party Complaint made by Defendants against Third Party Defendant Sokol for the reasons stated in the Memorandum and Affidavit attached hereto.

Dated this 23rd day of April, 2008.

/s/   James D. Gilmore
James D. Gilmore, #6702007
**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
jgilmore@olypen.com
jdg@cplawak.com

Certificate of Service

I hereby certify that on this 23rd day of April 2008, a copy of the foregoing document was served electronically through the ECF system on Gary Spraker, Richard Spoonemore and James T. Hopkins.

/s/ James D. Gilmore

Motion for Summary Judgment
Travelers v. South Coast et al., Case No. A06-00063 (TMB)
2