James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                    Defendants. | Case No. A06-00063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>          Counter-Claim and<br>          Third Party Plaintiff,<br><br>vs.<br>TRAVELERS CASUALTY AND | |

Proposed Order
Travelers v. South Coast et al., Case No. A06-00063 (TMB)
Page 1 of 2

SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY, L.L.C., and JAN D. SOKOL,

Counterclaimant and
Third Party Defendants.

## PROPOSED ORDER

The court having considered Defendants' Motion for Summary Judgment and any oppositions thereto, being fully apprised in the premises, and finding good cause therefore,

IT IS HEREBY ORDERED that the Defendants' Motion for Summary Judgment is GRANTED. Third party complaint made by defendants against Third Party Defendant Sokol is hereby DISMISSED.

DATED at Anchorage, Alaska this 24th day of April 2008.

_____
Honorable Timothy M. Burgess
U.S District Court Judge