MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
vs.
SOUTH COAST, INCORPORATED, et al

BEFORE THE HONORABLE   TIMOTHY M. BURGESS

CASE NO.  3:06-CV-00063-TMB

DEPUTY CLERK/RECORDER:     SAMANTHA LARK

APPEARANCES:    PLAINTIFF: JAMES T. HOPKINS

                DEFENDANT: GARY A . SPRAKER
                           JAMES D. GILMORE - TELEPHONIC

PROCEEDINGS: ORAL ARGUMENT ON PLAINTIFF'S SUMMARY JUDGMENT MOTION
             (DKT 75) AND DEFENDANTS' SUMMARY JUDGMENT MOTION
             (DKT 85) HELD APRIL 25, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:10 a.m. court convened.

Court and counsel heard re length of allotted time for each party for Oral Argument.

Court and counsel heard re Plaintiff's Motion for Summary Judgment Dismissing Defendants' Counterclaim (DKT 75) and Defendants' Opposition to Plaintiff's Motion for Summary Judgment Dismissing Counterclaim and Cross Motion (DKT 85.

Arguments heard.

Court heard; matters taken **UNDER ADVISEMENT**, written ruling to issue.

At 10:13 a.m. court adjourned.

DATE:   APRIL 25, 2008           DEPUTY CLERK'S INITIALS: sal

Revised 6/18/07