Garth A. Schlemlein, *ASBA #8602011*
James T. Hopkins, *Pro Hac Vice*
Robert L. Olson, *Pro Hac Vice*
SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS
1601 Fifth Ave., Suite 2500, Seattle, WA 98101
Tel. (206) 448-8100; Fax (206) 448-8514
Email: jth@soslaw.com

Richard E. Spoonemore, *Pro Hac Vice*
SIRIANNI YOUTZ MEIER & SPOONEMORE
719 Second Ave., Suite 1100, Seattle, WA 98104
Tel. (206) 223-0303; Fax (206) 223-0246
Email: rspoonemore@sylaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH COAST, INC., an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>Defendants. | Case No. A06-00063 (TMB)<br><br>DECLARATION OF<br>RICHARD E. SPOONEMORE |
| SOUTH COAST, INC., an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>Counterclaim and<br>Third-Party Plaintiffs,<br><br>v. | |

DECLARATION OF RICHARD E. SPOONEMORE – 1
*Travelers Casualty and Surety v. South Coast, Inc., et al.,* Case No. A06-00063 (TMB)

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; STEWART SOKOL & GRAY L.L.C.; and JAN D. SOKOL,<br><br>    Counterclaim and<br>    Third-Party Defendants. | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>    Plaintiff and Cross Claim<br>    Plaintiff;<br><br>v.<br><br>STEWART SOKOL & GRAY L.L.C. and JAN D. SOKOL,<br><br>    Cross Claim Defendants. | |

I, Richard E. Spoonemore, declare:

  1. I am a partner in the law firm of Sirianni Youtz Meier & Spoonemore and am one of the attorneys representing plaintiff, Travelers Casualty and Surety Company of America, in this action.

  2. Attached hereto are true and correct copies of the following documents:

| | TABLE OF CONTENTS |
|---|---|
| **Exhibit No.** | **Description** |
| A. | Email chain ending from Sokol to Coleman on 6/10/04 |
| B. | Order Granting Motion for Summary Judgment, *Travelers v. Gelbrich, et al.*, Case No. A04-0165 CV (RRB), dated 9/27/05 |
| C. | Email from Sokol to Langfitt, dated 4/14/04 |
| D. | Email chain ending from Langfitt to Sokol on 6/3/04 |

| | |
|---|---|
| E. | Email from Sokol to Langfitt, dated 8/26/05, with attached memo from RBC to JDS/TAL/File re: Travelers' Opposition to Motions for Summary Judgment in light of June 20, 2002 E-mails between Mr. Langfitt and Mr. Hombach |
| F. | South Coast, Inc. Report on Review of Projects and Project Management Procedures, prepared by Sutor Consulting, LLC, dated 3/1/02 (the "Sutor Report") |
| G. | Report to Klukwan, Inc. Board of Directors on South Coast, Inc. 2001 Operations, prepared by Peterson Sullivan P.L.L.C. (the "Peterson Sullivan Report") |
| H. | Email from Langfitt to Sokol, dated 4/2/03 |
| I. | Peterson Sullivan's Motion for Summary Judgment to Dismiss Complaint on Statute of Limitations Grounds, *Travelers v. Gelbrich, et al.*, Case No. A04-0165 CV (RRB), dated 8/12/05 |
| J. | Email chain ending from Langfitt to Hombach on 6/20/02 |
| K. | Email from Coleman to Langfitt and Rosenfeld, dated 8/22/05 |
| L. | Email from Sokol to Langfitt, dated 3/3/05 |
| M. | Excerpts of the Deposition of Robert B. Coleman, dated 10/3/07 |
| N. | Excerpts of the Deposition of Jan D. Sokol, dated 10/4/07 |

I declare under penalty of perjury of the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED: May 16, 2008, at Seattle, Washington.

                                             */s/ Richard E. Spoonemore*
                                             Richard E. Spoonemore

## CERTIFICATE OF SERVICE

    I hereby certify that on May 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **James D. Gilmore**
  USDC-ANCH-Ntc@cplawak.com

- **James T. Hopkins**
  jth@soslaw.com,lsb@soslaw.com

- **Robert L. Olson**
  rlo@soslaw.com,cc@soslaw.com

- **Garth A. Schlemlein**
  gas@soslaw.com,jth@soslaw.com,rlo@soslaw.com,lsb@soslaw.com,cc@soslaw.com

- **Richard E. Spoonemore**
  rspoonemore@sylaw.com,rspoonemore@hotmail.com,Theresa@sylaw.com

- **Gary A. Spraker**
  gary@cslawyers.net,susan@cslawyers.net,ecf@cslawyers.net

I further certify that I have mailed the document by United States Postal Service to the following non CM/ECF participants:

- (No manual recipients)

    DATED: May 16, 2008, at Seattle, Washington.

                                                    _____
                                                        Theresa A. Redfern