# Exhibit F

# South Coast, Inc.

## Report on Review of Projects and Project Management Procedures

March 1, 2002



THE SUTOR GROUP
**SUTOR CONSULTING, LLC**

EXHIBIT — _A_
PAGE _1_ OF _43_



# South Coast, Inc.

## Report on Review of Projects
## and
## Project Management Procedures

Prepared by Sutor Consulting, LLC

March 1, 2002

EXHIBIT __A__
PAGE _2_ OF _43_

# Table of Contents
## Report Narrative



I.   EXECUTIVE SUMMARY..................................................................1.
  A.   Work Scope......................................................................1.
  B.   Summary of findings and conclusions............................2
    1.   Management..................................................................2.
    2.   Systems and procedures.............................................3
    3.   Chinle (Job #23005) Claim Review.............................4
    4.   Arizona region job performance.................................5.
    5.   Conclusion.....................................................................5.
    6.   Copyright materials.......................................................5.
II.  PROJECT REVIEW FINDINGS......................................6.
  A.   Job #22921-Big Salt Road..............................................6.
  B.   Job #23117-Toksook Airport..........................................8.
  C.   Job #23119-USCG Dock.................................................9.
  D.   Job #23120-Unalaska Airport.......................................11
  E.   Job #23108-Borrego Pass............................................11
  F.   Job #23112-Window Rock (Navajo FB)......................12
  G.   Job #23205-San Carlos.................................................13
III. PROCEDURES AND MANAGEMENT PROCESSES.....14
  A.   Review objectives...........................................................14
  B.   The systems we reviewed.............................................14
  C.   Estimating and bidding.................................................14
    1.   Pre-bid review...............................................................14
    2.   Estimate workup and bidding.....................................15
      a.   Bid Item Worksheets................................................15
      b.   Mobilization and indirects........................................15
      c.   Subs and suppliers....................................................16
      d.   Equipment schedule and ownership costs.............16
      e.   The BID COSTS sheet................................................17
      f.   The BID SCHEDULE sheet........................................17
    3.   Project estimate review...............................................18
  D.   Managing the job during construction........................19

EXHIBIT __A__
PAGE _3_ OF _43_

Travelers Casualty and Surety v. South Coast, Inc., et al.          DECL. OF SPOONEMORE
Case No. A06-00063 (TMB)                                           Ex. F, p. 3

# Table of Contents
## Report Narrative



1.  Establishing the field management and key players.........................19
2.  Material and subcontractor purchasing control........................20
3.  Management of job logistics and scheduling........................20
4.  Submittals and contractual requirements........................21
5.  Tracking quantities........................21
E.  Budgeting, costing and tracking........................21
1.  Overview........................21
2.  SCI's existing procedures for tracking project costs........................22
3.  So why isn't it working?........................22
4.  Recommended approach........................24
    a.  A change in approach will be necessary........................24
    b.  Focusing on managing cost........................24
    c.  Controlling production-labor costs........................25
    d.  SCI equipment tracking........................27
    e.  Rented equipment........................28
    f.  Subcontractors & incorporated materials........................29
    g.  General conditions/mobilization costs........................30
    h.  The job cost coding system (DNA code)........................31
F.  Estimating completion costs and job profitability........................32
1.  Existing procedure........................32
2.  Our recommendations........................33
    a.  Monthly Contract Status report........................33
    b.  Discontinue WIP REPORT........................35
    c.  Implement Unit & Billings worksheet........................35
    d.  Earnings schedules for subcontractors and major suppliers........................35
    e.  Implementation of Excel based job cost reporting system........................36
    f.  Transition........................36
G.  File organization and document management........................36
IV  REVIEW OF JOB #23005-CHINLE CLAIM........................37
V   MANAGEMENT........................39

EXHIBIT _A_
PAGE _4_ OF _43_

Travelers Casualty and Surety v. South Coast, Inc., et al.          DECL. OF SPOONEMORE
Case No. A06-00063 (TMB)                                            Ex. F, p. 4

South Coast, Inc.
Report on Project Review
March 1, 2002



# I. EXECUTIVE SUMMARY

## A. Work Scope

Our January 8, 2002 engagement letter with Klukwan, Inc. provided for review of the following areas:

1. "Methods and means used to estimate the cost-to-complete construction contracts in progress, with specific emphasis on jobs where the remaining estimated cost-to-complete and/or revenues to be earned exceed $1,000,000."

2. "Current procedures used to track construction projects from both a cost and schedule standpoint. This would include reviewing job cost setup, budgeting, labor productivity tracking, scheduling techniques, etc. and determining if South Coast, Inc. (SCI) is following established procedures."

In accordance with our engagement letter we have completed our review of the foregoing areas. The projects included in our review were as follows:

- Job #22921-Big Salt (Alaska)
- Job #23117-Toksook Airport (Alaska)
- Job #23119-USCG Dock (Alaska)
- Job #23120-Unalaska Airport (Alaska)
- Job #23108-Borrego Pass (Arizona)
- Job #23112-Window Rock –Navajo FB (Arizona)
- Job #23205-San Carlos (Arizona)

EXHIBIT _A_
PAGE _5_ OF _43_

South Coast, Inc.
Report on Project Review
March 1, 2002



## B. Summary of findings and conclusions

The following table summarizes our findings based on our review of SCI's cost-to-complete estimates and resulting anticipated job profit or loss estimates:

| Job # | Job Name | SCI Profit (Loss) | Sutor Profit (Loss) | SCI vs Reviewed Profit |
|-------|----------|------------------:|--------------------:|-----------------------:|
| 22921 | Big Salt Road | $    (188,811) | $   (1,686,335) | $   (1,497,524) |
| 23117 | Toksook Airport | 560,353 | 323,018 | (237,334) |
| 23119 | USCG Dock | 776,300 | 726,300 | (50,000) |
| 23120 | Unalaska Airport | 351,245 | 351,245 | 0 |
|       | **Alaska totals** | **1,499,087** | **(285,772)** | **(1,784,859)** |
| 23108 | Borrego Pass | 350,431 | 269,030 | (81,401) |
| 23112 | Navajo Forest Boundry | (575,238) | (651,740) | (76,502) |
| 23205 | SCR 103(4) San Carlos | 104,089 | 104,089 | 0 |
|       | **Arizona totals** | **(120,718)** | **(278,621)** | **(157,903)** |
|       | **All reviewed jobs** | **$   1,378,369** | **$   (564,393)** | **$   (1,942,762)** |

### 1. Management

As illustrated in the foregoing chart SCI has had serious problems in estimating final completion costs and controlling costs on its larger projects. Although SCI admittedly has significant problems in these areas, there were a number of areas where we considered SCI to have strong controls and capabilities. These included the detailing of the SCI bid estimate in the BID ITEM sheets, scheduling, operational capability, marine logistics and dedicated personnel. Generally we found SCI to be stronger in areas relating to field operations.

With few exceptions SCI has demonstrated significant expertise in the area of operations planning and tactical considerations. From our observations, this is a real strength of SCI. They have several people with strong skill sets in key operational areas. We hope this operational strength is not overlooked when assessing the future plan for SCI. We believe this provides a good base for a successful company once upper management is in place and some of the control issues outlined in this report has been resolved.

Although field-operations orientation is essential, a viable company cannot afford to underestimate the importance of other management processes. We believe that overall, SCI has strong project managers who are capable of controlling all aspects of the projects with appropriate direction and

EXHIBIT _A___
PAGE _6__ OF _43_

**South Coast, Inc.**
Report on Project Review
March 1, 2002



guidance from upper management. The primary responsibility for the development of these systems in a construction organization resides with upper management and not the project managers. If there was a failing in this area it was upper management and not SCI's existing project managers. We found SCI's project managers to be dedicated, well-versed in field operations, intelligent and thorough. However, the project managers were not effective in many areas that fall within their responsibilities. These areas included file management; document control, cost control, budget management, productivity monitoring, and reporting on job profitability. It does not appear that SCI has people on staff that have had formal training in these areas of project management. Nor does it appear that they have picked up these skill sets in prior employment. SCI's project managers understand many aspects relating to these areas but have not pulled it together into a meaningful management routine.

In Section V we make some observations and recommendations with respect to the new management personnel who may be brought into the company.

2.    Systems and procedures

Overall we found a lack of standardization and consistency in many areas. There appeared to be very little direction in terms of standardization of procedure. When standard forms were used, their form, content and usage varied widely between individuals. As a result there were a variety of fragmented standalone systems and procedures in place for accomplishing routine tasks. This has created significant control gaps and disorganization in SCI's business practices. This lack of standardization and consistency has significantly reduced the ability of both internal and external managers to accurately assess the status of SCI's business operations and financial status.

In Section III of this report we discuss several aspects of SCI's existing procedures and our recommendations for improvement. During our review we noted several areas from estimating & bidding through project management that require improvement. Some of these areas are as follows:

a.    Estimating and bidding. Improved control over bidding & estimating procedures to provide better visibility over estimating decisions and less risk of oversight and error. This will require changes to some existing procedures. We were particularly concerned about the lack of control over bidding decisions and the disconnect between the bid amounts and the underlying cost estimates supporting the bids. Refer to Section III.C.

EXHIBIT _A_
PAGE _7_ OF _43_

South Coast, Inc.
Report on Project Review
March 1, 2002



b. **Internal and external estimate reviews.** We think it is essential that SCI implement a standard internal and sometimes external estimate review. SCI's existing process does not foster accountability in bidding and estimating. There is no assurance that SCI's past experience with bid errors will not be repeated unless there is a meaningful estimate review. Refer to Section III.C.3.

c. **Project management.** We have recommended changes in the way SCI manages its projects. Some of these deal with assignment of key field personnel to the projects and others deal with submittal and job buyout controls. Refer to Section III.D.

d. **Budgeting, costing and tracking.** We have recommended some sweeping changes to SCI's existing procedures. These recommendations call for changes in methodology, affecting the manner in which SCI budgets jobs, sets up the job cost and tracks cost. This will effect accounting as well as project management functions. SCI's existing system is time-consuming and ineffective. The current methodology for cost management is a primary source of many of the profitability reporting. Refer to Section III.E.

e. **Estimating completion costs and job profitability.** We made recommendations to overhaul the procedures and methodology that project managers follow in estimating and monitoring job profitability. Since we found that present procedures were neither efficient nor reliable, we recommended a complete discarding of SCI's present processes. We believe these improvements are essential to reduce the potential for late or inaccurate reporting of job losses. Based on our observations, we believe that some of the reporting problems resulted from intentional efforts by upper management to delay reporting of poor operating results. The lack of procedures and resulting accountability was a significant contributing factor. Refer to Section III.F.

f. **Scope and transition.** Although most of our recommendations apply to all jobs, we recommend focusing on the larger jobs where most of the negative fall-out has occurred. We recommended applying many of these recommendations to the major jobs we reviewed and to new larger projects. We would start with the larger jobs and then implement more broadly after going through the learning curve.

3. **Chinle (Job #23005) Claim Review**

We reviewed the Chinle claim. Based on our review it appeared that SCI will ultimately be successful in collecting a significant portion of its claim amount. We performed a cursory analysis of SCI's claim quantification and found SCI's claim amount to be reasonable. Refer to Section IV.

EXHIBIT ___A___
PAGE _8_ OF _43_

South Coast, Inc.
Report on Project Review
March 1, 2002



4. **Arizona region job performance**

We prepared an analysis of the profitability on past major jobs for the Arizona office. Refer to Tab 4 for a summary of our findings on a project-by-project basis. Our analysis indicated that after factoring out bid errors for the TERRO fees and State Taxes it appeared that the Arizona office appeared to be able to consistently perform construction work at or below bid levels with the exception of the Window Rock job (23112-Navajo FB) and Chinle (job #23005). As discussed in more detail later in our report, we believe the primary problem on Window Rock was the use of new and untested project management and key field personnel. The loss on the Chinle job is fully accounted for between the $306,000 of taxes omitted from the bid and the impact of the events now being claimed against the owner.

5. **Conclusion**

In conclusion, we believe that as an owned and independently operated subsidiary, it is essential SCI's management processes are effective and provide a significant degree of management oversight capability. Inherent problems with existing procedures and outright system breakdown in some cases have severely hampered Klukwan's efforts to oversee SCI's operating results and financial condition. It will be necessary that inherent shortcomings in SCI systems and management procedures be changed in order to provide Klukwan adequate information to make well-reasoned decisions about its continued involvement with SCI.

6. **Copyright materials**

We have included a number of spreadsheet formats and other materials that are the product of years of development and testing by our firm. A significant portion of these materials is protected under copyright laws. Materials covered by the copyright protection are so indicated in footnote disclosure on various documents. We hereby grant SCI and Klukwan, Inc. the right to use, copy and modify the copyrighted materials as required for use within their respective business operations. The copyright protection still applies to all other uses. Therefore, SCI and Klukwan, Inc. will be prohibited from distributing these materials to outside parties other than when the intent of distribution is for the purpose of reporting on aspects of the business of SCI or Klukwan, Inc. Additionally, SCI and Klukwan, Inc. will be prohibited from removing the copyright disclosures.

EXHIBIT ___A___
PAGE __9__ OF _43_

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

DECL. OF SPOONEMORE
Ex. F, p. 9

South Coast, Inc.
Report on Project Review
March 1, 2002



## II. PROJECT REVIEW FINDINGS

### A. Job #22921-Big Salt Road

1. <u>Estimated gross profit</u>. Tab 2 contains a copy of the revised profit estimate on this project based on our review. Our cost and contract price revisions on this project increased SCI's anticipated project loss at completion from $(188,811) to $(1,686,335). This resulted in a total decrease in gross profit of $(1,497,524). Brad Finney who is no longer employed at SCI prepared the original estimates. We reviewed the revised budget, contract price revisions and completion estimate in detail with several members of SCI's management group. Among others this included Jan Paulson, Lyle Lundberg, Ken Owen and Eric Collins. We were unable to interview Bill Welton, the previous project manager, since he is now working for USDOT, the project owner.

   We were provided with two different gross profit estimates for this project. Jerry Renich provided the first estimate indicating a project loss of $(188,811) in response to an information request sent to SCI on January 14. A copy of this estimate can be found under Tab 3. The second estimate indicated a gross loss of $963,616 was given to us by Jan Paulson when we were in SCI's Ketchikan. We did not review the backup for the second estimate. Apparently both the first and second estimates were developed during the same period of time in January 2002. After a review of the backup for the first estimate and a cursory review of the second estimate, it became obvious that the estimates were unreliable. Therefore we placed no reliance on them. SCI's cost-to-complete procedures will be discussed in Section III.F of this report.

   Our completion estimate did not include provisions for the following pending issues:

   a). <u>$(92,832) potential reduction in job profit</u>. This is retention being held by the owner relating to pay request item "Pay item B20401 Roadway Exc.". The owner is currently holding this amount as retention against the quantities previously paid based on load count. It appears that the SCI survey quantity does not support the full load count quantities. Consequently it is expected that all or a portion of the retained amount may not ultimately be released.

   b) <u>$95,073 potential increase in job profit</u>. This relates to erosion control work completed by SCI forces. The owner has paid the value of the work under this advance and has indicated that the final change order to support the increase in the contract value will ultimately be issued. Since the cost for doing the work is already in the job and the contract

EXHIBIT _A_
PAGE _10_ OF _43_

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

DECL. OF SPOONEMORE
Ex. F, p. 10

**South Coast, Inc.**
Report on Project Review
March 1, 2002



price has not yet been increased, the effect would be to increase our
estimate of job profitability.

c) *$33,815 potential increase in job profit*. This relates to 150mm sub-
drilling that was erroneously omitted from quantities by the owner.
Subsequent to our estimate the owner has indicated that $33,815 will be
paid. The amount will be submitted on the next pay request, #26.

d) *$83,218 to $148,807 potential increase in job profit*. Subsequent to our
estimate SCI represented to us that the owner would agree to pay SCI
$1.31 per cubic yard dump fee plus overhead and profit. The owner
agreed to 55,000 cubic yards and SCI has submitted 76,000. The
owner indicated it would review the additional yardage and make a
determination.

2. Work to complete. The primary components to complete involve crushing
of 20,000 cubic meters, 39,000 metric tons of asphalt paving, 10,000 cubic
meters of common roadway excavation, project office support and
demobilization costs.

3. Bid spread. SCI was $2,982,425 below the second bidder on this job. This
represented approximately 22% of SCI's bid price. It appears that SCI had
a bad bid on this job. SCI also suffered significantly from some poor project
management decisions and processes. In particular the problems
surrounding the asphalt mix design approval. SCI circumvented its normal
estimating functions and never had a realistic budget or work plan to
support its bid price. Due to the lack of controls this fact was allowed to go
unnoticed almost a year. It also appears that when management became
aware of the problem, there was not appropriate reporting to Klukwan. The
management and system implications will be discussed under Section III of
this report.

4. Completion schedule. The current contract schedule indicates completion
of the project site work in June 2002 and demobilization in July 2002. The
required contract completion date, as extended, is October 2, 2002.
Liquidated damages provisions in the contract are $2,100 per calendar day.
Based on the current completion schedule no liquidated damages are
anticipated.

5. Completion management. SCI has put a new management group into
place for the completion of this project. Lyle Lundgren will be the senior
project manager for completion of this project. William Welton, the previous
project manager, is now working for the USDOT, the project owner. The
personnel reporting to Mr. Lundgren on this project are as follows:

a. Ken Owen, office manager/assistant project manager

b. John Rice, Earthwork superintendent

EXHIBIT     A
PAGE   11   OF  43

Travelers Casualty and Surety v. South Coast, Inc., et al.          DECL. OF SPOONEMORE
Case No. A06-00063 (TMB)                                            Ex. F, p. 11

South Coast, Inc.
Report on Project Review
March 1, 2002



   c.  Richard Muehun, Paving superintendent

   d.  Kelly Stuart, Paving Manager

6.  <u>Completion cash flow</u>[1].  A summary of the anticipated cash flow from the date of our review through completion is as follows:

**Completion Cashflow**

| | |
|---|---:|
| Remaining contract value to bill | $ 2,758,305 |
| Scheduled cost-to-complete (CTC) | (3,003,516) |
| Additional CTC adjustments | (110,000) |
| **Net cash gain (loss) from completion of work** | **(355,211)** |
| Add retentions presently withheld by owner | 395,978 |
| Less contingency for retention | (100,000) |
| Less previous payments for materials on hand | (481,383) |
| Less advance for CM0011 work | (95,073) |
| **Net cash gain (loss) through completion** | **$ (635,689)** |

B.  **Job #23117-Toksook Airport**

1.  <u>Estimated gross profit</u>.  We reduced SCI's gross profit estimate for this project by $237,334, from $560,353 to $323,018.  We met with the project manager, Jeff Wedekind, to review the proposed work plan, schedule and budget.  The bulk of the downward adjustment was the result of an oversight that was made at the time the project was originally bid.  The specifications require the contractor (SCI) to preload the runway areas of the project for a specified period of time.  The job was originally bid based on completion in 2002.  The as-bid schedule did not take into account the preloading requirement.  After incorporation of the preloading requirement into the schedule, completion is extended into 2003.  This requirement results in significant additional costs.  No significant work had taken place on this project as of the date of our review.

This project includes a significant amount of barging, which is weather sensitive.  A trip contingency of ½ day per trip ($25,500), plus an additional project barging contingency of $100,000 was added to the cost budget to reflect this risk.

Crushed rock is a major component in the remaining work.  Of the total job budget of $3,924,334; $1,230,262 relates to the crushed rock.  Crushed rock includes pit development, crushing, barging, stockpiling and placing.  A

---

[1] The cash flow does not taken into account any potential cash effects of the issues outlined in Section II.A.1.(a)-(d).

EXHIBIT _A_
PAGE _12_ OF _43_

-South Coast, Inc.
Report on Project Review
March 1, 2002



complete copy of the revised project budget can be found on the attached compact disk. Refer to the CD Contents List under the Toksook files.

2. <u>Work to complete</u>. Only preparatory project management work had been preformed as of the date of our review. All the on-site work remains uncompleted at the present time. As of February 22, 2002 approximately $62,000 of cost had been charged to this job. The primary work components consist of 229,300 cubic meters of roadway/runway embankment, 8,830 cubic meters of crushed which will come from Dutch Harbor and a small storage building. This project does not involve asphalt or other pavements.

3. <u>Bid spread</u>. SCI's bid on this project of $4,247,353 was $192,389 lower than the second bidder, Tamsher Construction, Inc. The primary differences were $286,000 lower on the mobilization item, $157,000 lower on the embankment item (10%), $536,000 higher on crushed rock (55%) and a net $286,000 lower on the other bid items.

4. <u>Completion schedule</u>. The revised contract completion schedule anticipates final completion in July 2003. Due to marine ice conditions, access to Toksook is restricted during a significant part of the year. The revised project schedule anticipates mobilization by barge of project equipment in May of 2002. According to the bid proposal the time allowed for contract completion is 300 calendar days, which begin once the Notice to Proceed, has been issued. The NTP has not yet been issued on the project. No contract days are charged from November 1 through April 30 of each year. Accordingly the required contract completion date will be August 24, 2003 (assuming the NTP is issued by April 30, 2002). Liquidated damages are $1,500 per calendar day. Based on completion of the proposed project schedule, no liquidated damages are anticipated.

5. <u>Completion management</u>. Jeff Wedekind is the project manager for this project.

C. **Job #23119-USCG Dock**

1. <u>Estimated gross profit</u>. We reviewed the work plan, construction schedule and budget with Jan Paulson and John Pool. We have proposed a reduction in SCI's gross profit on this project by $50,000. This project has been delayed due to the need to permit an alternative rock source. The owner's source specified in the contract would not have been practical to develop due to poor access. The primary effect of the delay was to push the sheet pile driving and borrow embankment work into the January-February period and expose it to weather impacts. Although the effect on borrow embankment work is negligible, the sheet pile work will be impacted. We reviewed the productivity to date on both the borrow embankment and the pile driving with the project manager. The borrow

EXHIBIT ___A__
PAGE _L3_ OF _43_

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

DECL. OF SPOONEMORE
Ex. F, p. 13

South Coast, Inc.
Report on Project Review
March 1, 2002



embankment appears to be making production. The to-date productivity on the pile driving appears questionable, although it is still in the early learning curve stage. Due to the probable cost impacts due to delay and sheet pile work, we believe the additional cost provision was prudent. As of February 22, 2002, SCI had incurred approximately $921,000 in cost to date. Approximately $700,000 of this relates to mobilization and material package purchases. It appears that SCI's budget, as adjusted, and work plan for this project are adequate to support its gross profit estimates.

2.  Work to complete. The primary components of the project are construction of an embankment-supported dock (66,360 cubic yards of borrow embankment, 1,300 lineal feet of sheet pile) and construction of a pile supported dock. As of the date of our review, SCI had commenced sheet pile driving operations and work on the borrow fill in the embankment supported dock portion of the project.

3.  Bid spread. SCI's bid for this project of $6,499,000 was $528,000 under the second bidder. SCI was $550,000 lower on the rock. There were only two bidders on this project. It appears that the second bidder, West Construction, may have submitted a speculative bid based on West's rock source and the potential problems with the owner provided rock source.

4.  Completion schedule. The on-site work is scheduled to be complete by mid-September 2002. All site work, including punchlist, is anticipated to be completed in September 2002. Final as-builts and material certifications are scheduled for October 2002. Final required completion under the contract is December 31, 2002 for the main contract work and July 15, 2002 for Alternate #7-Loading Dock.

SCI's current schedule indicates the first week in September 2002 for completion of the Loading Dock. Upon review this appeared to be a scheduling error. The loading dock work lacked correct scheduling logic. The loading dock is isolated and independent work that can be performed concurrently with other work after the 2002 project mobilization. Therefore late completion of the loading dock beyond the July 15, 2002 completion date is not expected. We requested SCI to make appropriate adjustments to their completion schedule. The contract carries a rate of $1,000 per calendar day for liquidated damages. No liquidated damages are anticipated.

5.  Completion management. John Pool is the project manager for this project.

EXHIBIT ___ A ___
PAGE 14 OF 43

Travelers Casualty and Surety v. South Coast, Inc., et al.        DECL. OF SPOONEMORE
Case No. A06-00063 (TMB)                                          Ex. F, p. 14

South Coast, Inc.
Report on Project Review
March 1, 2002



D. **Job #23120-Unalaska Airport**

1. <u>Estimated gross profit</u>. We reviewed the budget, work plan and schedule for the project with Jeff Wedekind, project manager. Based on our review it appears that the budget and work plan will support SCI's current gross profit projections on this project.

   b. <u>Work to complete</u>. The project involves the purchase of approximately 960 pre-cast concrete armor units, mobilization of the units to the project site and installation of the units. $1,523,000 of the total project budget of $2,256,000 relates to the purchase, transportation and installation of the armor units. The balance of the work items are minor in nature. SCI has placed a purchase order with Concrete Technologies in Tacoma, Washington for the manufacture of the pre-cast armor units. $238,000 of the $271,000 cost to date on this project relates to the armor units purchased from Concrete Technology.

2. <u>Bid spread</u>. SCI's bid of $2,614,245 was $249,166 lower than the second bidder. SCI was $128,000 higher on the armor units, but $140,000 lower on the mobilization item and $237,000 lower on the other bid items.

3. <u>Completion schedule</u>. The notice to proceed was not issued on this project as of the date of our review. The project was scheduled for completion on October 3, 2002. The current contract completion date is October 31, 2002. Liquidated damages outlined in the contract are $1,500 per calendar for late completion. No liquidated damages are anticipated.

4. <u>Completion management</u>. Jeff Wedekind is the project manager for this project.

E. **Job #23108-Borrego Pass**

1. <u>Estimated gross profit</u>. We reviewed the work plan, construction schedule and completion budget with Ken Griner and Dane Dahlgren. Based on our review we reduced SCI's gross profit estimate by $81,401. Refer to the report in Tab 2. Among other cost-to-complete adjustments, we added a $50,000 contingency relating to project delay and impacts due to the asphalt subcontractor's faulty mix design. We also recomputed and corrected the cost provisions for TERRO fees and State Excise Taxes based on the revised current contract price.

2. <u>Work to complete</u>. The major work item to complete was the asphalt paving which was delayed into 2002 as previously mentioned. Approximately $900,000 of the total $1,263,999 cost-to-complete is attributable to the asphalt paving. SCI does not manufacture the asphalt mix or perform the asphalt lay-down on this project.

Page 11

EXHIBIT _A_
PAGE _15_ OF _43_

**South Coast, Inc.**
Report on Project Review
March 1, 2002



3.  <u>Bid spread</u>.  SCI's bid on this project of $3,334,392 was $208,890 below the second bidder.  The bulk of this difference is attributable to a bid error that was made.  SCI left $132,000 of State Gross Receipts tax out of the original bid.

4   <u>Completion schedule</u>.  SCI's project schedule indicates a completion date of July 8, 2002.  The paving is scheduled from mid-May to mid-June 2002.  The contract requires completion by July 11, 2002.  The liquidated damages rate for this project is $1,000 per calendar day.  Based on the current completion schedule, no liquidated damages are anticipated on this project.

5.  <u>Completion management</u>.  Dane Dahlgren as project manager and Aaron Shelly as superintendent are responsible for completion of this project.

**F.  Job #23112-Window Rock (Navajo FB)**

1.  <u>Estimated gross profit</u>.  We reviewed this project with Ken Griner, Dane Dahlgren and Bob Boozer.  Based on our review, we increased SCI's estimated gross loss on this job from $(575,238) (loss) to $(651,740) (loss).  SCI had prepared a very competent cost-to-complete shortly before we arrived at the Arizona office.  We performed an independent estimate and detailed comparison between our estimate and the SCI estimate.  Refer to Tab 2 for a copy of our job profit summary.  Based on our work we believe the SCI estimate after our adjustments (primarily contingencies) is adequate to complete the project.  Our analysis includes a contingency in the amount of $100,000 that relates to the risk associated with the finished grade being exposed to the winter season (which may require resetting the blue-tops, re-rocking, re-grading) and learning curve relating to new field personnel.

2.  <u>Work to complete</u>.  There are two primary work components remaining.  There is approximately $600,000 of portland concrete work (sidewalks, driveways, curbs & gutters) and approximately $1,200,000 of asphalt paving (to be performed by SCI).  There is also $253,984 in TERRO fees and Gross Receipts Taxes that have not yet been charged to the job.  We recomputed all the TERRO fees and GR Taxes based on re-calculated contract values (refer to Tab 5 for report).  Total completion costs are estimated to be $3,468,702.

3.  <u>Bid spread</u>.  SCI's bid on this project of $6,806,227 was $642,182 lower than the second bidder.  It appears that this delta was due to bid errors.  As detailed in our analysis, there was $612,381 of identified bid errors on this project (refer to this job in the report under Tab 4).  The single largest being the omission of $261,771 in GR Taxes.

4.  <u>Completion schedule</u>.  SCI's current schedule indicates completion in May 2002.  The portland and asphalt paving are scheduled for April and the first

EXHIBIT    A
PAGE  16  OF  43

Travelers Casualty and Surety v. South Coast, Inc., et al.          DECL. OF SPOONEMORE
Case No. A06-00063 (TMB)                                             Ex. F, p. 16

-South Coast, Inc.
Report on Project Review
March 1, 2002



week in May.  The Notice-to-Proceed was issued August 1, 2001 and
started the clock running on the 345-calendar day contract time.  The
required contract completion date is July 10, 2002.  The liquidated
damages rate on this job is $2,200 per calendar day.  Based on the
completion schedule not liquidated damages are anticipated.

5  Completion management.  Dane Dahlgren is the current designated project
manager on this project.  John Leasure was the previous project manager
and was terminated.

## G. Job #23205-San Carlos

1. Estimated gross profit.  We reviewed the project budget, work plan and
schedule with Ken Griner and Bob Boozer.  Based on our review we
consider the project budget and work plan proposed by SCI to be adequate
to complete the project.  We verified that SCI bid the appropriate amount
for TERRO fees and GR Taxes into this project.

2. Work to complete.  The work on this project had not been started as of the
date of our review.  The Notice-to-Proceed has not yet been issued.  This is
a straight-forward job for SCI it involves 5503 cubic meters of roadway
excavation, 9815 metric tons of aggregate base, 6685 metric tons of
asphalt paving and incidental work (markings, signage, culvert, cattle
guards, etc.).

3. Bid spread.  SCI bid $1,042,791, which was $45,208 lower than the second
bidder.

4. Completion schedule.  SCI's completion schedule for this project indicates
completion in June 2002.  The contract provides for 150 calendar days
from the NTP for completion.  The NTP is expected Friday, March 8, 2002.
Assuming this NTP date, August 5, 2002 would be the required contract
completion date.  The contract provides a liquidated damages rate of
$1,000 per calendar day.  Based on the completion schedule, no liquidated
damages are anticipated.

5. Completion management.  Bob Boozer will be the project manager in
charge of completion of this project.

EXHIBIT _A_
PAGE _17_ OF _43_

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

DECL. OF SPOONEMORE
Ex. F, p. 17

South Coast, Inc.
Report on Project Review
March 1, 2002



## III. PROCEDURES AND MANAGEMENT PROCESSES

### A. Review objectives

Our primary review objectives with respect to the estimating, bidding and project management functions was to focus on the underlying systems and management overview problems that contributed to the failure of SCI to report job profitability timely and accurately.

### B. The systems we reviewed

- **Estimating and bidding**
  - o Pre-bid review
  - o Estimate workup and bidding
  - o Estimate review
- **Managing the job during construction**
  - o Establishing the field management and key players
  - o Material and subcontractor purchasing control
  - o Management of job logistics and scheduling
  - o Submittals and contractual requirements
  - o Tracking field quantities
- **Budgeting, costing & tracking**
- **Estimating completion costs and job profitability**
- **File organization and document management**

### C. Estimating and bidding

#### 1. Pre-bid review.

SCI's current procedure is to hold a pre-bid meeting to determine whether or not to bid a project. To determine a order-of-magnitude pro-forma bid for the project, a preliminary "BID SCHEDULE" worksheet is prepared using "PLUG" numbers for the various bid items based on previous bids or rough estimates. Key members of SCI management and Klukwan representatives attend the pre-bid meetings. Factors taken into consideration are schedule, work scope, risk factors, cash flow and markups. We consider this an important control feature and would not recommend any changes.

EXHIBIT  _A___
PAGE  _18_  OF  _43_

South Coast, Inc.
Report on Project Review
March 1, 2002



2. **Estimate workup and bidding**

SCI's current procedure for developing the cost estimates underlying their bids is as follows:

a. **Bid Item Worksheets**

SCI current procedure is to prepare BID ITEM worksheet for each contract bid item[1] detailing the estimates for each cost component (labor, equipment, material, sub, etc.) required to complete the scope of work. Their sheets also contain all the estimating parameters necessary to compute quantity of required resources (i.e. Computed haul trip times, truck capacity, CY/load, etc.). We found the BID ITEM worksheets to be thorough and well organized. This workup provides a good basis for the unit cost estimates, as well as, follow-on project management. We believe that SCI's procedures in this area are well within industry standards. We recommend no changes to the BID ITEM worksheet process. Samples of the SCI BID ITEM worksheet can be found under Tab 17.

b. **Mobilization and indirects**

SCI prepares detailed bid worksheets for various indirect items, such as

1)  Mobilization and demobilization (including barging)

2)  Project field support costs (housing, travel, project management labor, superintendents, office costs, pickups, etc.)

3)  Freight (if not included in BID ITEM worksheets).

These worksheets appeared to be adequate in most cases and tied into the pre-bid project schedule. We did notice that the quality of the analysis varied widely from job to job. Also there was a lack of consistency in format and content.

*Recommendation: We recommend that a standardized format is agreed upon and followed for all jobs. We also recommend that these standardized formats and sheets be included into a standard estimating template that would contain all the standard sheets that are required on most of SCI's estimates. Any sheet not relevant to any particular project could easily be deleted. Standardization would improve the efficiency of management oversight functions.*

---

1.  The BID ITEM worksheets are not used for mobilization, general conditions and other indirect costs. An Excel spreadsheet is used to summarize cost estimates for these cost categories.

EXHIBIT _A____
PAGE _19_ OF _43_

Travelers Casualty and Surety v. South Coast, Inc., et al.        DECL. OF SPOONEMORE
Case No. A06-00063 (TMB)                                          Ex. F, p. 19

**South Coast, Inc.**
Report on Project Review
March 1, 2002



c.  **Subs and suppliers**

Occasionally, SCI will prepare separate spreadsheets to summarize subcontractor and supplier quotes. This relates to such items as piling, steel, pipe, dock components, etc. Again this is a good procedure, however, it is not followed consistently from job to job (not even between similar jobs).

*Recommendation: Again, a standardized format should be agreed upon and put in a standard estimating template.*

d.  **Equipment schedule and ownership costs.**

This is a problematic area for SCI. We consider SCI's estimating to be deficient in this area. We also noticed that whatever efforts were expended were inconsistent and with few exceptions, ineffective. We will discuss this issue both here in the estimating process and also at the time the job cost budget is established.

This is a difficult area for any heavy/civil contractor. The issue is recovery of the fixed costs of equipment ownership. As with most contractors, SCI bids its equipment into each work item (BID ITEM worksheets) based on the hours or days of operation that will be required to complete each work item. However, equipment cost is not only a function of usage (variable operating costs), it is a function of time (fixed ownership costs). SCI recognizes this and has developed standard procedures for charging projects when actual hours of usage during the peak season fall below 40 hours per week (SCI typically works a 50 hour work week during peak season). To cover its fixed equipment costs, SCI sets its rates assuming 165 hours per month of usage during the seven-month peak season for most equipment (peak season is April through October, inclusive). Due to the remoteness of many of SCI's larger jobs, a particular piece of equipment idled between work phases is unavailable for other jobs. The jobs will be charged for these periods of equipment downtime. This has been a major cost driver on jobs, like #22921-Big Salt. However, the cost exposure to this additional allocation of equipment cost is not properly evaluated in SCI's current estimating or job budgeting phases.

*Recommendation: We have included a standard analysis (built around SCI's costing methodology) that SCI could use for both estimating and budgeting projects. The analysis involves completion of two worksheets (see Equip Budget and Equip Schedule tabs within the Excel file) in the standard Budget.xls file for each project. Refer to Tab11 for a hardcopy of the Equipment Budget worksheet and Tab 12 for a copy of the Equipment Schedule worksheet. We recommend that*

EXHIBIT  *A*
PAGE *20* OF *43*

Travelers Casualty and Surety v. South Coast, Inc., et al.          DECL. OF SPOONEMORE
Case No. A06-00063 (TMB)                                          Ex. F, p. 20

South Coast, Inc.
Report on Project Review
March 1, 2002



*SCI require completion of this analysis, or an equivalent analysis, as part of its standard estimating and budgeting procedures. These worksheets should be made part of SCI's standard estimating template.*

e.    **The BID COSTS sheet**

Once SCI has completed its estimate workup, SCI posts the total estimated cost for each bid item to its BID COSTS worksheet (see example under Tab 18). The BID COSTS sheet summarizes the estimated cost for each bid item for each of the job cost types. The job cost types are labor, SCI equipment, rented equipment, fuel & oil, materials & supplies, subcontractors and allocated equipment.

*Recommendation: SCI's BID COST is a necessary part of the estimating controls. However, for reasons cited in the discussion following relating to the SCI BID SCHEDULE, we recommend integrating the BID COSTS worksheet with the BID SCHEDULE to improve estimating and bidding control.*

f.    **The BID SCHEDULE sheet**

The BID SCHEDULE worksheet is used by SCI for two functions. First, to perform the pre-estimate review (see item Section III.C.1 for discussion on pre-bid review) and secondly in the bidding process to make bid day modifications and check the math for the bid form. The application of the BID SCHEDULE by SCI is very inconsistent and undefined. When asked about the details in how the BID SCHEDULE was to be used we got as many versions as people we asked. The primary problem with the manner in which this worksheet is used is the almost complete disconnect between the BID COSTS worksheet and the BID SCHEDULE. We consider this a major weakness in the ability to perform a meaningful review between what happened from the cost estimate phase to the final bid. Furthermore, this creates an information void regarding "bid day" modification. We attempted to use the BID SCHEDULE to review front-loading and bid-day adjustments, it did not prove to be useful or reliable. Its only control function is to serve as a bid day calculator.

*Recommendation: We recommend SCI make the following changes regarding both the BID COST and BID SCHEDULE worksheets:*

1)    *Discontinue the use of both the BID COST and BID SCHEDULE worksheets and replace them with an integrated worksheet that tracks from the BID ITEM sheets all the way through the bidding process to the final bid. Showing the margin movement (front-loading) and the "bid day" cut and add modifications*

EXHIBIT ___ A
PAGE 21 OF 43

Travelers Casualty and Surety v. South Coast, Inc., et al.          DECL. OF SPOONEMORE
Case No. A06-00063 (TMB)                                            Ex. F, p. 21

South Coast, Inc.
Report on Project Review
March 1, 2002



2) *Adopt a policy of posting late modifications on "bid day" (no more than two hours before bid) to a separate column without going back into the costing breakdown immediately before bid time. This procedure will reduce the likelihood of last minute errors.*

3) *The other aspect of SCI's markup system used for bidding is that it ignores the higher risk associated with labor. SCI is bidding like a general contractor rather than a specialty contractor. Profit markups should vary based on the cost type (most importantly labor).*

4) *We have formatted a bidding template for SCI that contains a worksheet (Bid Item Cost Breakdown) that accomplishes these goals. A copy of this worksheet format in provided under Tab 8 (a copy of the file is on the attached CD, refer to the CD Contents List). We recommend that SCI either adopt this worksheet as part of their bidding template or adopt a worksheet with equivalent control features.*

3. **Project estimate review**

During our review of the projects it did not appear that SCI had a standardized process for reviewing job estimates before the bid is delivered. To the extent there may be a formalized review estimate process, it was either inadequate or not followed. During our project review there were several significant examples of bid errors that would have typically been disclosed in an estimate review process. We noted that most of the errors related not to cost estimating but to lack of understanding of the specification requirements or related project risks. Examples of some of the errors we noted in our review were as follows:

a.  Job #23117-Toksook Airport. The job was bid to be completed in a single season due to lack of understanding of the runway pre-loading requirements in the specifications.

b.  Job #23119-USCG Dock. The owner specified borrow source was not workable. This type of problem is usually identified by a job site/ borrow source visitation by a knowledgeable person. An estimate review would include a quiz on the location, configuration, site visitation and permitting relating to all material sources. This is very elemental to SCI's type of work. This error shows a failure in good estimating practices, as well as, a lack of an estimate review.

c.  Job #22921-Big Salt. Although we view Big Salt as more of an isolated case rather than being representative of SCI's normal processes, we will use it as an example in the bidding process. The fact that this bid got out the door is strong evidence of the lack of an adequate bid review process. It is also a classic example of what can happen when there is lack of consistency, there are significant control gaps and there is lack of standardization in the estimating and bidding process. The

EXHIBIT ___ *A*___
PAGE *22* OF *43*

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

DECL. OF SPOONEMORE
Ex. F, p. 22

South Coast, Inc.
Report on Project Review
March 1, 2002



estimating and bidding for this project apparently did not follow even the rudimentary standards that SCI typically implements. It is inexplicable to us how the bid errors on this project were not exposed after it was known that SCI's left $3 million on the table.

*Recommendation: SCI needs to implement some meaningful internal bid review, as well as, an independent external review process on larger projects. By independent, we mean, a person knowledgeable in the type of construction and geographic area that is not employed or has personal or business connections with SCI. An example of the types of problems that would typically be disclosed with an independent external bid review would be the problems in the omission of GR Taxes and TERRO fees on the Arizona projects. Arizona was a new region and the estimating staff was not knowledgeable of local requirements and the possibility of a tax assessment subsequent to bid. These types of State and local tax issues are usually well known by local contractor agencies. External bid reviews are a common practice at some of the more successful mid-sized and large heavy contractors, such as Peter Kiewit. However, the larger companies have internal resource people that are independent of the project and associated people.*

**D. Managing the job during construction**

**1. Establishing the field management and key players.**

Having access to adequate personnel is the most basic and important threshold in deciding whether to take on a job. An example of where this didn't happen was Job #23112-Window Rock (Navajo FB). Based on our discussions with Ken Griner, the field team was virtually untested by SCI. This included the project manager, the superintendent and the finish grader operator. It is very risky to put a concentration of new key players all on one job. It is not advisable to put a new superintendent with a new project manger. Particularly with a new finish grader operator with the sub-grade finishes required on this project. Couple this with a project in a new region and the risk is off the chart. We discussed this with Arizona management and we believe that it is highly unlikely that the Arizona office will repeat this oversight. However it is useful in other areas from a lessons learned standpoint. The availability of adequate experienced staff should be carefully evaluated during the pre-bid review.

One more observation with respect to the selection and establishment of the field team. As we all know, there were a number of bad decisions on 22921-Big Salt that went well beyond the problem with the bid. Chief among these is the management of the paving aspects of the project. One of the most important lessons learned that we see coming out of this project is the manner in which the project management structure was established. We believe that it had a lot to do with why many of the project problems remained unresolved and managed to fester. It is our understanding that the crushing manager and paving manager did not report directly to the

Page 19

EXHIBIT _A_
PAGE _23_ OF _43_

DECL. OF SPOONEMORE
Ex. F, p. 23

South Coast, Inc.
Report on Project Review
March 1, 2002



project manager, Bill Welton. Regardless of the pecking order of the personnel in the organizational chart, the project manager must have full authority over management of the on-site activities. If this did happen, it was the equivalent of making a subcontractor a co-project manager on a project. We noted that the current project management plans for the completion work on the project does not appear to contain the same flaw. We would like to bring this to management's attention and hope that it will be considered a lesson learned for future projects.

2.  **Material and subcontractor purchasing control.**

SCI uses a purchase order system tied into their Bid-Tek accounting system for purchase order control. At the present time it appears the primary function of the purchase order system is to provide a list of issued project purchase orders.

During our review of the projects it was very difficult to determine whether the subcontractor and particularly supplier purchases for any of the projects were coming in within budget. In a lot of cases the project managers couldn't tell us where they stood, other than their general belief was that they were within budget. The project managers do not prepare any kind of summary or buyout analysis that demonstrates the status of major project purchases to date against related budget provisions. This presents significant control risks on some projects. Cost overruns can go unnoticed and review of the project manager's actual purchases compared to budget is very difficult to assess. Some jobs, such as Toksook, have very limited major supplier and subcontractor purchases required. Therefore this job would present minimal additional control risk due to lack of a buyout. Other jobs like 23119-USCG Dock have significant purchases and the lack of a buyout analysis for this project should be a concern.

*Recommendation: We recommend that SCI establish standards for when a project buyout control will be required. Additionally, we recommend that SCI adopt a standard format to be used when buyouts are required. We have provided a sample project buyout format; refer to the CD Contents List. Refer to Tab 13 for a hardcopy of the format.*

3.  Management of job logistics and scheduling

    a.  Job logistics and operational planning. With few exceptions SCI has demonstrated significant expertise in the area of operations planning and tactical considerations. From our observations, this is a real strength of SCI. They have several people with strong skill sets in key operational areas.

    b.  Scheduling. SCI uses Microsoft Project for project scheduling. Although we would not consider SCI strong schedulers, based on our

Page 20

EXHIBIT __A__
PAGE __24__ OF __43__

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

DECL. OF SPOONEMORE
Ex. F, p. 24

South Coast, Inc.
Report on Project Review
March 1, 2002



analysis of several job schedules, SCI's project scheduling efforts were within industry standards for heavy/civil type work. We noticed that most of the schedules did not have full implementation of CPM scheduling logic. However, on the crucial work activities, they typically had applied correct CPM scheduling logic. Therefore, even though most schedules we reviewed were a CPM/Bar chart blend, we believe they were adequate for the task at hand. We would not propose any changes to scheduling efforts.

4. **Submittals and contractual requirements.**

a: <u>Submittal control.</u> During our project review we noted that SCI did not appear to have a standardized process for dealing with project submittals. We did not spend a significant amount of time reviewing this area. For the jobs reviewed, we did not notice submittal logs on most jobs. Due to the fairly minimal volumes on some of SCI's projects this may not necessarily create a significant control risk.

*Recommendation: However from an efficiency and management overview perspective, we recommend that SCI decide on some consistent way of controlling submittals on the larger projects.*

b. <u>Contractual requirements.</u> Due to time constraints, we did not have an opportunity to review this aspect of SCI's project management. This area of review deals with the project managers understanding of the primary legal requirements in the contract. Such as notice requirements for the Differing Site Conditions clause, the Changes Clause, etc.

5. **Tracking quantities.**

Most of the procedures set up at the field level for tracking of major contract quantities appeared to be adequate. However, we didn't spend significant time reviewing this area. This is an important duty for on-site management and SCI seems have it under control, but again, there appeared to be no standardization.

E. **Budgeting, costing and tracking**

1. **Overview.**

This is a very problematic area for SCI. SCI has struggled in the past and continues to struggle with its ability to make accurate and timely assessments of project cost and profit status. There are several factors behind this. First, effective cost control does not exist in a financial vacuum. A significant part is directly impacted by estimating & bidding and project management controls. In addition to these controls, the manner in which job costing is setup, managed and tracked is essential.

EXHIBIT ___A___
PAGE _25_ OF _43_
DECL. OF SPOONEMORE
Ex. F, p. 25

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

South Coast, Inc.
Report on Project Review
March 1, 2002



2.  SCI's existing procedures for tracking project costs.

SCI's existing cost control procedure starts with the development of a TOP
SHEET and BUDGET for the project. The TOP SHEET summarizes the
entire estimate by breaking down major mobilization, labor, and material,
etc. components. The project BUDGET is used to establish baseline input
into the Bid-Tek job cost system (refer to Tab 18 for examples of SCI's TOP
SHEET and BUDGET worksheets).

Once the budget is completed and input into Bid-Tek, it is used by SCI to
track and evaluate costs. Field units.are tracked and input into the Bid-Tek
cost system and used to evaluate cost per unit of work completed to date
for comparison with the budgeted cost per unit. This comparison is
accomplished on what is referred to as a WIP REPORT. Refer to Tab 19
for an example of a WIP REPORT.

The WIP REPORT computes a final projected cost at completion based on
the actual cost to date, the units to date and the total anticipated units. This
analysis is applied to all cost codes and all cost types (labor, material, etc.).

3.  So why isn't it working?

SCI expends a lot of time and effort in the care and feeding of this system.
If it is failing, it is not from lack of effort on SCI's part. But the fact is, it has
failed and will continue to fail until changed. So the question is, why isn't it
working? Although applied in a similar fashion by many contractors, this
system has a history of failing when it is needed the most, on the larger
jobs that are in trouble.

Some of the problems are the lack of adequate controls discussed
previously that are creating surprises or information voids. However, even
after the other controls are addressed, the system will not work on larger
jobs without changes being made.

The reality is that on closer inspection, the WIP REPORT analysis contains
several inherent fatal flaws, the most critical of which are as follows:

a.  <u>Doesn't work on several cost types.</u> The WIP REPORT assumes this
approach is valid or useful for all cost types. This <u>is not</u> an effective
approach for managing material costs, fuel costs, time-related costs
(job management salaries, field overhead, etc.), barging costs,
allocated equipment ownership costs; and the list goes on from here.
Most of these are not unit driven costs. Therefore the "one shoe fits
all" approach used in the WIP REPORT doesn't work. Consequently
the primary information output of this report, the "Project Final" column
is no longer used or useful. Although we noted several examples of
this problem in our job reviews, the Big Salt January 7, 2002 WIP

EXHIBIT ___A____
PAGE _26_ OF _43_
DECL. OF SPOONEMORE
Ex. F, p. 26

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

South Coast, Inc.
Report on Project Review
March 1, 2002



REPORT is probably as clear an example of this as any (refer to Tab 19).

b.  <u>Projection based on incorrect total estimated units</u>. The WIP REPORT uses the estimated units in the budget for projecting completion costs. Although the actual units to date on the larger production items are updated frequently, the "estimated units" in the budget are not. Therefore the final cost projections based on the budgeted units is often significantly in error on the larger production items.

Even more problematic is the fact that the budgeted units in the WIP REPORT typically bear little or no relationship to the unit quantities used as a base for the "current contract price." Consequently, whatever cost projections would be produced would be matched with the revenue side. Again looking at the Big Salt estimate of final contract units and the units on the WIP REPORT to the extent they are traceable are significantly different.

c.  <u>WIP REPORT isn't effective for estimating subcontractor completion costs</u>. Since subcontract payment is based on pay units, it is easy to draw a logical conclusion that the WIP REPORT should work for subcontractor costs. Unfortunately, it doesn't work for subcontractor costs either. We could take any number of jobs but since we have the backup documents for Big Salt in the appendix we can use these to illustrate the point. Acme Fence, the guardrail subcontractor on this project, is performing the guardrail work relating to fourteen different pay items. If you look at the job cost for guardrail on Big Salt there are only two job cost codes that are being used to cost out and track Acme's guardrail work[1]. It is important to remember the WIP REPORT consists of job cost codes and not pay items. Since Acme is paid based on the fourteen pay items and not the two job cost code quantities, it is not possible to predict costs for Acme using the two job cost codes. Therefore, total subcontractor earnings to date and total anticipated cost must be based on the related pay items that are used to determine final contract price at completion. Accordingly the WIP REPORT analysis fails.

d.  <u>Disconnect between the pay estimate information and the WIP REPORT analysis</u>. There is no linkage between the WIP REPORT analysis and the pay estimate information. The fact that project managers are using the WIP REPORT analysis without any meaningful comparison to unit billing status and total contract units

---

[1] The two cost codes are 606-010-019 and 190-210-019. The vast majority of the Acme costs have been charged to 606-010-019.

EXHIBIT  *A*
PAGE  27  OF  43
DECL. OF SPOONEMORE
Ex. F, p. 27

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

South Coast, Inc.
Report on Project Review
March 1, 2002



used to determine the total contract price is probably the most significant failing of the WIP REPORT analysis.

It is interesting to note that the only accurate cost-to-complete estimate that we saw during our review, did not use the WIP REPORT. The Arizona management prepared an analysis on the Window Rock (23112) project shortly before our arrival in January 2002. They called this report a "Margin Analysis." It compared pay request items directly to job cost phases on a work group category basis. Although the techniques used were very time consuming, the conceptual approach was effective. The WIP REPORT analysis, which was prepared by the same people a month earlier, indicated a job gross profit of $600,062. A month later the Margin Analysis disclosed the accurate anticipated job loss at completion of $575,232. This is a swing of $1,175,294.

Before we get into discussing needed corrections, we wanted to point out that although the WIP REPORT analysis is not useful for estimating completion costs, the underlying data is useful as a meaningful part of the overall cost control and completion estimating function. We will discuss how and when this data should be used in later discussion.

4.  Recommended approach

    a.  A change in approach will be necessary.

        There is a tendency by most construction managers with heavy backgrounds in estimating and operations, to want to control costs in a format that is similar to estimating. Following this classic approach, an attempt is made to identify all costs back to specific work items. Again the shear gravity of the logic behind this approach is extremely hard to resist. To suggest anything else, at least on the surface, seems absolutely counter-intuitive. This classic estimating approach seems to be "dripping" with common sense and logic. Unfortunately, SCI follows this classic estimating/operational approach. What we are about to recommend will be counter-intuitive at first, but it has proven itself time and time again when it does matter; that is on jobs that were heading into or were already in serious financial trouble. It is an approach that has been used consistently by larger successful contractors.

    b.  Focusing on managing cost

        If "cost control" were about managing work activities, it would probably be called "operations control." It's called "cost control" because it's about managing "costs." To manage costs you need to focus on the different types of cost and their primary underlying

Page 24

EXHIBIT _____ A
PAGE 28 OF 43

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

DECL. OF SPOONEMORE
Ex. F, p. 28

South Coast, Inc.
Report on Project Review
March 1, 2002



"drivers" to best determine the approach to cost control. We would like SCI to consider the following approach to project cost control:

**c.    Controlling production-labor costs.**

There are two categories of labor cost. Time-related labor, which is driven by time and production-related labor, which is driven by work activities.

1)    <u>Job cost setup and budgeting</u>. We would not recommend changing the manner in which SCI currently budgets and costs labor. Currently the work labor is spread out over the related work cost codes and the time-related labor is included in general conditions/mobilization section of the job cost.

2)    <u>Labor tracking</u>. **We consider labor as the key barometer in terms of getting a reading on the health of any job. In terms of job productivity, labor is the <u>first item impacted</u>. Labor is also the item, which is almost always <u>impacted the most</u>. Labor is the bell-weather for any job and should receive special management focus.** From a cost control standpoint labor turns South before anything else (schedule delay, equipment impact, materials, etc.) It has more downside cost risk than most other items. For instance, labor on Big Salt overran $2,322,000 or 44% and equipment overran $934,000 or 31%. Another example, labor on Window Rock overran $669,000 or 267% and equipment overran $169,000. All other overruns on these two jobs were relatively insignificant by comparison except the TERRO and GR Taxes left out of the Window Rock bid.

In terms of labor cost tracking for <u>production-related</u> labor there are two fundamental controls:

a)    Daily tracking of labor productivity on the largest labor productivity items on the project. On even very large heavy/civil jobs this usually includes only a half-a-dozen items. For instance on 23119-USCG Dock there is three production-labor intensive items. They would be the borrow embankment, pile driving and the concrete work. If the productivity of these three areas is kept under control it is highly probable the job will come in on budget and on schedule. The project managers need to

Page 25

EXHIBIT ___A___
PAGE _29_ OF _43_

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

DECL. OF SPOONEMORE
Ex. F, p. 29

**South Coast, Inc.**
Report on Project Review
March 1, 2002



familiarize themselves on the budgeted productivity assumptions and use that as the baseline.

*Recommendation: We recommend that SCI identify the major labor items on each project and track the units of actual production and against the man-hours on a spreadsheet. This is already being done in some cases, but it is inconsistent and isn't given enough attention.*

b)  Another labor control that is highly critical is to develop an earned labor analysis at the end of every month. This is a common industry cost control procedure: It does not appear that an earned labor analysis has been done on any of the projects we reviewed and apparently is not part of SCI's present cost control procedures. This analysis involves multiplying the unit cost labor rate for each bid item by the total quantity completed to date from the pay request. The amount of "earned labor" based on the completed or billed units to date within a given work group (such as all the pay items relating to borrow-excavation) would be compared to the actual labor cost incurred in the labor job cost codes in the same work group (borrow-excavation). The cost items may include such cost codes as drill & shoot, load, haul, place, etc. As part of a monthly job status report, the project manager must provide written justification for any variance between "earned" and "actual" labor costs. There will be many reasons for normal variations, such as all the drill & shoot has been done but the material doesn't get billed until it is placed, etc. You will know when productivity problems show up, the explanations cease to become obvious.

*Recommendation: We recommend that SCI implement a monthly "earned labor analysis" process for all major project work. We have included a template for developing the "earned labor" from pay request information. It can be found in the Pay Request Template File.xls under the "Units & Billings" sheet (see columns 35 through 40). Refer to Tab 14. As mentioned the project managers should be held accountable for justification of any significant variances between "earned" and "actual" labor. This process should validate the results of the daily tracking of major job*

EXHIBIT __*A*__
PAGE _*30*_ OF _*43*_

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

DECL. OF SPOONEMORE
Ex. F, p. 30

South Coast, Inc.
Report on Project Review
March 1, 2002



*labor items discussed previously. This is where the unit cost-to-date information generated by the WIP REPORT for "production" items will be useful and should be reviewed. The WIP REPORT data would be the primary tool in detailing why there is a difference between "earned" and "actual" labor. "Work Group" categories will need to be assigned to each job cost phase and each pay request item for all major uncompleted construction projects. This has already been completed for all the projects we reviewed.*

d.   **SCI equipment tracking**

1)   Job cost setup and budgeting-Equipment operating cost. Currently the estimated cost of operated equipment is spread to cost codes for the work items or to general conditions/mobilization categories for support and miscellaneous equipment. The equipment operation is reported on the daily time cards and input into the same cost code that the operator's time is charged to in Bid-Tek. We don't recommend any changes to the existing procedure in this area.

2)   Job cost setup and budgeting-Equipment ownership cost. These are charges from Ketchikan for under-utilization of equipment. On most jobs we reviewed this item wasn't either evaluated or estimated.

*Recommendation: As previously discussed under Section III.C.2.d, we recommend that SCI incorporate an evaluation of project equipment utilization and potential under-utilization charges allocated by Ketchikan. As mentioned previously we have provided a template for accomplishing this and should be made part of both the standard estimating template and the standard budgeting template (refer to Tab 11 and Tab 12). If the analysis was completed as part of the estimating process, it will only require updating for any changes in work plan or schedule identified during the budgeting process.*

3.)  Equipment tracking and cost control. Since labor is "driving" the equipment cost, labor should be the primary focus. However equipment is a very significant cost and requires attention as well.

EXHIBIT _A_
PAGE _31_ OF _43_

Travelers Casualty and Surety v. South Coast, Inc., et al.        DECL. OF SPOONEMORE
Case No. A06-00063 (TMB)                                          Ex. F, p. 31

**South Coast, Inc.**
Report on Project Review
March 1, 2002



*Recommendation:  Our recommendations regarding equipment cost tracking are as follows::*

a)   *As a part of the monthly project manager job review, any changes in the equipment plan outlined in the "Equipment Schedule" used in the budgeting phase needs to be discussed.  For instance, actual type or size of equipment mobilized to the job was different than indicated in budget schedule, or equipment was rented instead of using owned equipment, etc.*

b)   *Project manager should verify that the ratio of equipment dollars to labor dollars on major work items remains consistent with budget.  This could indicate equipment usage is not being reported accurately or that there has been a change in the equipment mix.  Any significant variances, higher or lower, should be investigated.*

c)   *Any additional ownership charges allocated to the project for underutilization needs to be compared against budget expectations.*

e.   **Rented equipment.**

It appears that SCI's costing for rented equipment is somewhat mixed.  Usually one of the following three alternatives are used:

1)   *Treat similar to owned.*  If a piece of equipment is going to be rented for the duration of a job or for a longer period of time, it is given an equipment number similar to an owned piece of equipment.  A rate is established for the equipment and it is charged out in the same fashion as owned equipment.  Any invoice cost not pickup by the job under utilization is charged out as an allocation of under utilization cost to the job.

2)   *Use a single cost code.*  A single cost code is setup for the equipment rental under general conditions.

3)   *Assign cost to multiple job cost phases.*  The rental invoice is allocated to the work item that it worked on when entered into accounts payable.  This often involves splitting the invoice cost over several job cost codes.  This determination is typically made by review of the project personnel.

EXHIBIT __*A*___
PAGE _*32*_ OF _*43*_

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

DECL. OF SPOONEMORE
Ex. F, p. 32

**South Coast, Inc.**
Report on Project Review
March 1, 2002



> *Recommendation:* Since option #3 is error prone, time-
> consuming and represents a decrease in cost control over options
> #1 and #2, we recommend it be discontinued. Again this is a
> classic example of the "éstimator" mentality.

**f.   Subcontractors & incorporated materials.**

   1)   Job cost setup and budgeting

   SCI presently budgets and costs expenses relating to
   subcontractors and suppliers of incorporated job materials to
   the various job cost work phases that they will be incorporated
   into (installed). This often requires substantial effort by
   accounts payable to distribute invoice cost and requires extra
   time for project managers to code invoices to sometimes
   several cost codes. More importantly this approach
   fragments the costs in the job cost system and makes review
   of the status of job costing for any particular purchase or
   vendor more complex.

   > *Recommendation:* Setup single cost codes for each
   > subcontractor and major supplier of incorporated material.

   2)   Cost tracking. By cost tracking we are not referring to the
   normal purchase order controls, checking received materials,
   reviewing invoices for appropriateness of charges, etc. We
   are referring to the ability to determine whether the budget is
   intact or busted. The primary control here is the "buyout
   analysis." The buyout analysis was mentioned previously in
   Section III.D.2.

   The "buyout" is the process of purchasing the job materials
   and subcontractor services. Unless you have a bad
   subcontractor, have an omission in the purchase order or
   subcontractor scope, usually the only other way you lose
   money on subcontractors or major suppliers is the job buyout.
   That is a bust between what was provided in the bid or budget
   and what you ultimately paid. If this is the case then the
   project manager needs to make sure he is aware of it and
   adds provisions to the total cost in the total anticipated final
   job cost.

   After the buyout, budget/cost control is maintained by
   monitoring the adequacy of the amount included in the total
   projected final cost for each subcontractor and supplier. This
   task involves verifying that the amount provided for in the total
   projected job cost is adequate to cover the major supplier or
   subcontractor costs. The total costs for each subcontractor or

Page 29

EXHIBIT ___ *A* ___
PAGE _33_ OF _43_

**South Coast, Inc.**
Report on Project Review
March 1, 2002



supplier must be computed using the same contract quantity used to determine "total current contract amount" (at completion).

Relying on a review of costs charged to various work items is not reliable for these types of cost. This approach, which is presently followed by SCI, adds a variety of unnecessary variables. Spreading these costs out over several different cost codes and mixing different suppliers in the same cost code is not better control. It would still be necessary to compile the incurred costs in every one of these job cost phases, as well as, the budget information which will also be spread out over the same cost phases. Not to mention greater complexity when major suppliers or subcontractors get mixed in the same cost codes. The SCI incurred cost approach only complicates what should be a simple task. Under this incurred cost method, cutoff now becomes a real problem. For instance, the unit cost may appear reasonable but a major supplier invoice is not in the job cost yet.

*Recommendation: We recommend that SCI discontinue relying on incurred cost review for control of subcontractor and incorporated materials costs. Instead, we recommend that SCI follow the cost control/tracking procedures outline in this section.*

g.  **General conditions/mobilization costs.**

This would include such items as non-incorporated materials, supplies, time-related costs, project support labor, freight, travel, bonds, housing, mobilization, barging etc.

1)  Job setup and budgeting

a)  Current procedure. Under existing procedures SCI budgets and costs these items to general conditions/mobilization job cost categories. We recommend no changes to this procedure.

b)  Cost tracking. These costs are driven by a number of different variables, some by job schedule, some by other work items, some by project man-days, etc. To control these costs the cost to date information should be monitored in detail on a monthly basis and compared to budget expectations and the current job schedule when relevant.

EXHIBIT ___A___
PAGE _34_ OF _43_

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

DECL. OF SPOONEMORE
Ex. F, p. 34

**South Coast, Inc.**
Report on Project Review
March 1, 2002



> ***Recommendation:*** *We recommend that as part of their normal project management cost control functions that the project managers review the transaction level detail on these accounts at least one a month. It is also helpful to compare several months of history when performing this review.*

h.  **The job cost coding system (DNA code).**

SCI's current job cost phase code consists of a nine digit cost code separated with dashes (i.e. 603-010-007). The last three digits of this cost code are referred to internally by SCI as the "DNA" code. We understand that the original concept was to create a linkage between each job cost phase and each pay item. Presently it appears that this DNA code is used to associate the job cost phases with a general work group, but is not used for association with pay request items. Although we believe that association of each job cost phase with a more general work group is a appropriate concept[1] the present use of the DNA code as part of the job cost phase number presents a cost control weakness.

We consider incorporation of the DNA code in the job cost phase code creates the following problems:

1)  It creates extremely complex cost code matrix. This makes virtually every code on every job unique. The list of cost codes in use becomes astronomical. All cost codes are now non-standardized.

2)  The complexities of the cost codes make memorization of the cost codes substantially more difficult and requires numerous references to cost code lists to perform a number of project functions in both accounting and project management.

3)  Numerous cost coding errors are created by the complex coding system. We noted many cost coding errors during our review that resulted in using invalid cost codes, not to mention the incorrect valid coding that is not nearly as obvious.

4)  This is an unnecessary complication since the Work Group could be assigned to the Job Cost Phase Code at the time of job cost setup by using a separate data field.

---

1   As described under Section III.F, we recommend associating each job cost phase to a Work Group, as well as, association of each pay item with the same Work Group codes.

Page 31

EXHIBIT ___A___
PAGE _35_ OF _43_

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

DECL. OF SPOONEMORE
Ex. F, p. 35

South Coast, Inc.
Report on Project Review
March 1, 2002



5) Standardization of cost codes across many jobs for similar work items along with its benefits is no longer possible.

*Recommendation. We recommend that SCI discontinue the use of the DNA code as part of the job cost phase code. To avoid invalidating the current installed base of job cost phase codes, we would not recommend changing the nine-digit job cost phase code "data mask." On new projects the last three digits could be left blank or the mask setup to set the input default value to zero.*

*Additionally, if it is considered necessary to specify a Work Group for report sorting and summarization purposes; we recommend using a separate data field in the Job Phase Code Bid-Tek database.*

**F. Estimating completion costs and job profitability**

**1. Existing procedure**

The budgeting and costing framework discussed in Section III.E above provides the framework for accurate estimating of completion costs.

As mentioned previously, completion cost estimates are dependent upon a lot of other project controls working effectively. Assuming that these other controls are in place, it is important to develop basic standards in terms of what will be expected of the project manager in terms of updating and reviewing project profit estimates.

A common mistake is to insist that project managers prepare a cost-to-complete analysis on each project every month. Actual cost-to-complete estimates are generally not practical until the project has substantial progress, generally over 50% complete. However, it is essential that the project management require appropriate and timely adjustments to either contract budget and/or contract price when events, circumstances or facts become evident requiring such changes. We noted that neither appropriate nor timely adjustments were made by SCI, even when it became known that major budget busts had taken place. Some of the events that did not prompt any meaningful re-evaluation of the budget were as follows:

a. Job #22921-Big Salt. When it became apparent that there were significant busts in the budgets for borrow and common embankment not significant changes to the budget where made. The effects of related time delay on the adequacy of the field support budget were also ignored. Same is true for the failure in the mix design being approved and the paving being pushed into 2002. A re-evaluation of the budget didn't take place.

EXHIBIT ___ *A*
PAGE _36_ OF _43_

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

DECL. OF SPOONEMORE
Ex. F, p. 36

South Coast, Inc.
Report on Project Review
March 1, 2002



b. <u>Job #23112-Window Rock (Navajo FB)</u>. When it became apparent that there were significant problems with field productivity, the budget was no re-evaluated. It was almost treated as unimportant.

c. <u>Job #23108-Borrego Pass</u>. Another example of a significant event occurring and no response being made by SCI to reflect the changed realities in their job budgets.

It is difficult to assess all aspects of the failure of SCI to make appropriate and timely corrections to their job budgets. Although the lack of lack of standardization and consistently set the stage for the lack of detection and reporting, we believe some of this may have been directed by upper management to delay recognition of poor operating results.

It is also important that routine cost tracking procedures and other project management controls discussed previously are in place. These controls are the systems, which are used to identify problems when they arise. It is essential that all these controls get pulled together into a routine that can be followed by the project managers.

**2. Our recommendations**

a. *Monthly Contract Status report*

*We noted that SCI prepares monthly Contract Status reports on some jobs. However, they weren't prepared consistently and varied in quality and content. We recommend that SCI replace the existing Contract Status report and establish guidelines for consistent usage. The monthly Contract Status report should include the following:*

*1) Update summary page of project facts. Scheduled completion date, contract completion date, total cost-to-date versus billing to date (previous and current month)*

*2) Summary of labor productivity on the major labor production items discussed previously under labor tracking.*

*3) Provide analysis of any significant differences between "earned labor" and actual labor costs on the major production labor items discussed previously.*

*4) Prepare a report on any budget gains or losses that have resulted from buyout of subcontractors and major incorporated material suppliers. See Tab 13.*

EXHIBIT ___ A ___
PAGE __37__ OF _43_

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

DECL. OF SPOONEMORE
Ex. F, p. 37

South Coast, Inc.
Report on Project Review
March 1, 2002



5) *Submit report showing monthly costs incurred for mobilization, general conditions, allocated equipment and non-incorporated materials by job cost phase. The report should also indicate the total and remaining budget for each job cost phase and the project managers comments regarding the adequacy of the remaining cost provision. The remaining budget would necessary be required to take into account schedule delays to be adequate..*

6) *Comment on any differences between the as-planned and actual equipment schedule.*

7) *Provide a summary of the SCI equipment cost % compared to total labor cost for each of the major production-labor items. Indicate any significant differences between the budget equipment to labor percentage and the actual.*

8) *Have project manager acknowledge that appropriate budget adjustments have been made for any of the previous items that are likely to impact final job profit and loss. Backup estimates, analysis and budget adjustment should be provided for any items requiring adjustment. Minor items should be accumulated until they are material before making budget adjustments. Any of these items minor or otherwise that have no had budget adjustments made should be listed.*

9) *Provide Units & Billings report supporting the "total current contract price" used for job profit analysis. The contract price or underlying budget (resulting from unit changes) should not be changed unless significant changes in units have occurred resulting from excess unit payments, deletion of major portion of work, additions of significant work scope. The contract price and budget adjustments relating to them should not be performed for interim minor items. Provide estimate and budget adjustments for any budget adjustments made resulting from changes in total contract units.*

10) *Provide explanation of any significant project under-billing. A large project under-billing should always be a concern. Any significant project under-billing needs to be investigated and explained by the project manager. The "earned labor" analysis will generally indicate what is behind under-billing.*

11) *At the beginning of the project the project managers should prepare and project cash flow and report on the net under and*

EXHIBIT    A
PAGE  38  OF  43

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

DECL. OF SPOONEMORE-
Ex. F, p. 38

**South Coast, Inc.**
Report on Project Review
March 1, 2002



> over billings during the life of the project against the base-line
> cash flow schedule.

b. _Discontinue WIP REPORT_

_Discontinue the WIP REPORT as a tool for estimating final completion
costs._

c. _Implement Unit & Billings worksheet_

_Implement the use of the Units & Billings worksheet (see Tab 6). This
worksheet should be used to establish the total current contract (at
completion) used for the job profit estimates. This worksheet provides
an auditable method for determining the total current contract value.
We used this worksheet for our Big Salt analysis. The worksheet has
been setup for all four of the Alaska projects we reviewed. A copy of
these files is on the CD. The required input from each month-end pay
request is as following:_

1) _Total current contract quantities shown in determining the
contract value currently shown on the owner' approved pay
request._

2) _Quantity billed to date._

3) _Quantity billed prior request._

4) _SCI adjustments to owner's total contract quantities._

d. _Earnings schedules for subcontractors and major suppliers_

_We recommend that all subcontractors and major suppliers
(incorporated materials) require a contract earnings schedule be
maintained. This is a standard worksheet used by many contractors
(refer to Tab 10 for sample). It indicates each pay item for which the sub
or supplier is involved. The unit cost of any items provided for each pay
item. The original quantity, and the quantity completed to date and the
total anticipated contract quantity from the Units & Billings worksheet
(Tab 6). This provides a basis for completion cost estimates and final
cost estimates for each sub and supplier that is tied directly into the units
used to determine contract value. It will require the assignment of Work
Group codes to each pay item and each job cost phase as recommended
earlier. There were significant omissions of subcontractor and supplier
cost in SCI's previous completion cost estimates. This procedure will
put an end to that problem._

EXHIBIT _A_
PAGE _39_ OF _43_

Travelers Casualty and Surety v. South Coast, Inc., et al.          DECL. OF SPOONEMORE
Case No. A06-00063 (TMB)                                            Ex. F, p. 39

South Coast, Inc.
Report on Project Review
March 1, 2002



e.  *Implementation of Excel based job cost reporting system*

*This reporting system was implemented and used to analyze the Big Salt and USCG Dock projects. It is a reporting method that we have used in the past to analyze jobs. It is a system our firm has used for cost analysis involving larger long-term construction projects. We have found this reporting system to be far superior for project cost analysis. It involves downloading information from the legacy costing system (Bid-Tek in this case) into an MS Access Database and using the Pivot Table report-generating capabilities of Excel to analyze job cost historical data. Once the job is setup, the updating and maintenance is minimal. The added reporting power is substantial and instant. This reporting system has already been setup for 22921-Big Salt, 23119-USCG Dock and 23117-Toksook. Tom Hicks is now using the system to analyze historical cost data relating to equipment fleet costs and utilization. The updating process is documented and made available on the attached CD. We would encourage you to continue to use it on these three jobs. The job files are on the attached CD.*

f.  *Transition*

*We would recommend that new jobs be setup using the new cost control format for budgeting and job costing recommended by us (outlined under Section III.E.4.b.1)-5). We would recommend implementing the foregoing monthly job profit review procedures (Section III.F.1-5) on 22921-Big Salt, 23117-Toksook, 23119-USCG Dock and 23205-San Carlos. This would get each key project manager in Alaska and the Arizona office involved in the new process on at least one job.*

G.  **File organization and document management.**

During our review we found that the condition of the computer files and directory structure used to store them were in a state of disorganization. There appears to be no standards. There are numerous versions of the same files. All with different numbers and found in a number of different places on the directory. Often files are stored on individual's local drives and are not being backed up, because they are not on the server. Numerous times managers couldn't readily find the file they were looking for or couldn't tell which version they were dealing with. This company-wide lack of standards causes significant inefficiency and represents a significant control risk. Additionally, it makes reviewing other people's work without forcing them to sit down and walk you through the files, difficult even by internal knowledgeable people.

EXHIBIT ___A___
PAGE __40__ OF __43__

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

DECL. OF SPOONEMORE
Ex. F, p. 40

**South Coast, Inc.**
Report on Project Review
March 1, 2002



The hardcopy of reports in physical files weren't much better. We found several copies of different versions. No dates or headings to help identify what version the reports were or even what they were.

*Recommendation: We recommend that standards for file naming, directory structure and report quality be adopted. We have provided a proposed directory structure and file-naming scheme. Refer to the CD List for a copy of the related file. Also we have included our firms standard Excel blank template that makes generation of worksheets with date, time, file name, tab name stamping already built in as well as many other features. Refer to the CD List for location of this template.*

## IV  REVIEW OF JOB #23005–CHINLE CLAIM

During our work at the Arizona office we reviewed the claim that SCI has made against the US Department of Interior, Bureau of Indian Affairs. The facts and issues as we see them are as follows:

On March 27, 2001 SCI filed a claim certified under the Contracts Disputes Act in the amount of $2,703,375. On September 25, 2001, James Harjo, Contracting Officer issued a Contracting Officer's Decision denying SCI's claim in its entirety.

The two defenses raised in the COD were, (1) the actual completion took place within the contract provided timeframe, as adjusted. That SCI's construction schedule indicated completion nearly a year before the required completion date and that the early completion risk would be borne by SCI. And (2), the COD cited that the government could not be held accountable for what the CO considered a "Sovereign Act." The CO considered the Endangered Species Act fell within the Sovereign Acts Doctrine.

We understand that a complaint has been filed on behalf of SCI in the US Court of Federal Claims. The claim is being prosecuted by Traeger Machetanz. Our firm has worked with Traeger before and has found him to be a competent attorney. We consider SCI to be well represented by Traeger and Oles, Morrison, Rinker and Baker. Based on our experience we consider the legal route taken by the attorney, that is the US Court of Federal Claim, rather than the Board of Contract Appeals to be a wise choice.

We performed a cursory review of SCI's quantum calculation on this claim. Although the amount requested in the claim certification was $2,703,375, the claim quantification that we reviewed indicated a total claim value of $2,232,710. If recovered in its entirety, SCI would recover $1,245,617 net of amounts it would be required to pay out to subcontractors and taxing authorities. This compares to a total downward swing in job gross profit of approximately $1,112,425.

EXHIBIT ___ A
PAGE 41 OF 43

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

DECL. OF SPOONEMORE
Ex. F, p. 41

**South Coast, Inc.**
Report on Project Review
March 1, 2002



A summary of our cursory quantum analysis is as follows:

| Description | | Amount |
|---|---|---|
| **Loss per job accounting records:** | | |
| Final contract amount | $ | 7,968,675 |
| Pro-forma cost based on original markup | | (7,310,711) |
| **As-bid margin, before bid errors** | | **657,964** |
| TERRO tax missed in estimate | | (239,060) |
| State Tax missed in estimate | | (306,479) |
| **As-bid margin, after bid errors** | | **112,425** |
| Recovery of actual job loss | | 1,000,000 |
| **Unrecovered loss of as-bid profit** | $ | **1,112,425** |
| | | |
| **Recovery of job loss per claim request:** | | |
| Total cost portion of claim recovery | $ | 1,703,109 |
| Less sub cost not in job cost | | (591,249) |
| **SCI cost recovery portion** | | **1,111,860** |
| SCI markup on total claimed cost | | 204,884 |
| Less sub portion of markup | $ | (71,127) |
| **Net recovery of SCI current job loss** | $ | **1,245,617** |

Based on our analysis it appeared that SCI's quantification of its claim value was
reasonable. Although actual amounts recovered will vary, we believe that SCI will
be successful in collecting a substantial portion of this claim.

EXHIBIT ___ *A* ___
PAGE *42* OF *43*
DECL. OF SPOONEMORE
Ex. F, p. 42

**South Coast, Inc.**
Report on Project Review
March 1, 2002



## V  MANAGEMENT

We understand that Klukwan's plans are to find a new Chief Executive Officer and
Chief Financial Officer for SCI. We believe these positions are important additions
to the existing staff. In other areas we believe SCI has to raise the bar on the
existing project management staff. We see the new CEO and CFO as being major
players in that effort. We consider it important that the new CFO have strong
computer and communication skills. The new CFO could and should take a much
more active role than the prior CFO in providing guidance to the project
management staff in computer usage, job costing/control and administrative areas.
Considering the improvements that are needed in the general management and
project management, we would also suggest that the new CEO have adequate
knowledge and formal training in project management standards and have proven
experience at assessing business risks. The new CEO should not be just another
guy with a strong operations and estimating background. From our observation, SCI
needs someone who will contribute to the quality of the management mix and not
simply add more of what is already there.


*Robert E. Sutor*

Robert E. Sutor
Sutor Consulting, LLC

EXHIBIT ___ _A___
PAGE _43_ OF _43_

Travelers Casualty and Surety v. South Coast, Inc., et al.     DECL. OF SPOONEMORE
Case No. A06-00063 (TMB)     Ex. F, p. 43