Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>     Plaintiff,<br>  v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>     Defendants. | **Case No. A06-00063 (TMB)** |

**STIPULATION FOR EXTENSION OF TIME
FOR KLUKWAN DEFENDANTS TO FILE OPPOSITION TO SOKOL
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants/Third Party Plaintiffs South Coast, Inc., Klukwan, Inc., and Chilkat's

Portage Cove Development Company (Klukwan), and Third Party Defendants Stewart,

Sokol & Gray and Jan D. Sokol (Sokol), through undersigned counsel, file this

stipulation to extend the time for Klukwan to file any opposition, including any cross-

Page 1 STIPULATION TO EXTEND TIME (SOKOL MSJ)
    Case No. A06-00063 (TMB)
    H:\2501\Travelers v SCoast\Stipulation - MSJ Briefing Sokol.wpd

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

motion, to Sokol's *Motion for Summary Judgment* (Docket No. 121). The parties agree and stipulate that Klukwan may have up to and including **July 1, 2008**, to file any opposition and cross-motion.

The parties recognize that the Court's ruling on the pending cross-motions for summary judgment will impact the instant motion and potential cross-motion. For this reason, the parties have agreed to extend the time in anticipation of the Court's ruling on Traveler's motion for summary judgment and Klukwan's cross-motion.

Respectfully submitted in Anchorage, Alaska, this 21st day of May, 2008.

By: /s/ Gary Spraker
Gary Spraker
CHRISTIANSON & SPRAKER
911 West 8th Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 258-6016
Fax: (907) 258-2026
Email: gary@cslawyers.net
Alaska Bar No. 9107066
Attorneys for Defendants

By: /s/ James D. Gilmore
James D. Gilmore
CLAPP PETERSON VAN FLEIN
TIEMESSEN & THORSNESS LLC
711 H Street, Ste 620
Anchorage, AK 99501
Phone: 907-272-9272
Fax: 907-272-9586
Email: USDC-ANCH-Ntc@cplawak.com
Attorneys for Stewart Sokol & Gray L.L.C., and Jan D. Sokol

The undersigned hereby certifies that on May 21, 2008, a true and correct copy of the above document was served on:

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 2    STIPULATION TO EXTEND TIME (SOKOL MSJ)
Case No. A06-00063 (TMB)
H:\2501\Travelers v SCoast\Stipulation - MSJ Briefing Sokol.wpd

- James Hopkins, Esq.
- Robert L. Olson, Esq.
- Garth A. Schlemlein, Esq.
- James D. Gilmore, Esq.

-Rick Spoonmore
 Sirianni Youtz Meier & Spoonmore
 1100 Millenium Tower
 Seattle, WA 98104

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Susan VanSchooten
       Susan VanSchooten

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 3   STIPULATION TO EXTEND TIME (SOKOL MSJ)
         Case No. A06-00063 (TMB)
         H:\2501\Travelers v SCoast\Stipulation - MSJ Briefing Sokol.wpd