Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, ) ) ) ) | |
| Plaintiff, ) | |
| v. ) ) | |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., and Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, ) ) ) ) ) ) ) | **Case No. A06-00063 (TMB)** |
| Defendants. ) ) | |

**Proposed ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR KLUKWAN DEFENDANTS TO FILE OPPOSITION TO SOKOL DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

This matter having come before the Court on the *Stipulation for Extension of Time for Klukwan Defendants to File Opposition to Sokol Defendants' Motion for Summary Judgment* signed by Defendants/Third Party Plaintiffs South Coast, Inc. Klukwan, Inc., and Chilkat's Portage Cove Development Company (Klukwan), and

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #302 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Third Party Defendants Stewart, Sokol & Gray and Jan D. Sokol (Sokol), and good cause appearing,

IT IS HEREBY ORDERED that Klukwan shall have up to and including **Tuesday, July 1, 2008,** to file their opposition to Sokol's *Motion for Summary Judgment.*

DATED this _____ day of May, 2008.

By:_____
Timothy M. Burgess
U. S. District Court Judge

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #302 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 2   ORDER GRANTING STIPULATION FOR EXTENSION OF TIME
H:\2501\Travelers v SCoast\Order - MSJ Extension - Sokol.wpd