IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>              Plaintiff,<br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., and Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>              Defendants. | 3:06-cv-0063 TMB |

**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR KLUKWAN DEFENDANTS TO FILE OPPOSITION TO SOKOL DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

This matter having come before the Court on the *Stipulation for Extension of Time for Klukwan Defendants to File Opposition to Sokol Defendants' Motion for Summary Judgment* signed by Defendants/Third Party Plaintiffs South Coast, Inc. Klukwan, Inc., and Chilkat's Portage Cove Development Company (Klukwan), and Third Party Defendants Stewart, Sokol & Gray and Jan D. Sokol (Sokol), and good cause appearing,

IT IS HEREBY ORDERED that Klukwan shall have up to and including **Tuesday, July 1, 2008,** to file their opposition to Sokol's *Motion for Summary Judgment.*

DATED this 22nd day of May, 2008.

                                      /s/ Timothy M. Burgess
                                      Timothy M. Burgess
                                      U. S. District Court Judge