MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Travelers Casualty and Surety Company  v. South Coast, Inc., et al*
Case No. 3:06-cv-063 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:     ORDER FROM CHAMBERS

*Order Granting in Part and Denying in Part Stipulation for Extension of Time to Complete Discovery/Stipulation to Extend Deadlines under Scheduling and Planning Order*

On April 15, 2008, Counterclaim and Third Party Defendants Stewart, Sokol & Gray and Jan D. Sokol ("Defendants") filed a stipulation which sought to change three cutoff dates for discovery and expert witness disclosures.[1]   (Docket No. 115).  This stipulation was purportedly filed on behalf of all parties.

On April 23, 2008, however, Plaintiff and Cross-Claim Plaintiff Travelers ("Travelers") filed a response stating that it had only agreed to modify two of the three listed discovery dates, and that the stipulation had thus been filed without its consent.  (Docket No. 123).  Travelers contends that it asked Defendants' counsel to withdraw this stipulation, but that they refused.

In its response, Travelers has indicated that it is amenable two of the date changes; Defendants have not filed any reply.

Accordingly, the Court construes this stipulation as the parties' joint request to change two of the three discovery cutoff dates, along with a unilateral and unsupported request by Defendants to modify the third. Therefore, the Court GRANTS IN PART AND DENIES IN PART this stipulation.  The Court GRANTS the parties' joint request to change the following discovery cutoff dates (1) the deadline to file expert witness reports, which will now be JUNE 15, 2008; and (2) the deadline for discovery related to experts, which will now be JULY 15, 2008.  However, because it appears that the parties do not agree on whether to change the deadline for all discovery except experts to May 15, 2008, the Court DENIES this request WITHOUT PREJUDICE.  Defendants, if they so desire, may file a properly noticed and supported motion seeking to extend this date.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: May 23, 2008

---

[1] The stipulation was docketed as motion.