James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>     Plaintiff,<br><br>vs.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>     Defendants. | Case No. A06-00063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>     Counter-Claim and<br>     Third Party Plaintiff,<br><br>vs.<br>TRAVELERS CASUALTY AND | |

Stipulation to Extend the Due Date to Response to Travelers Motion for Partial Summary Judgment
Travelers v. South Coast et al., Case No. A06-00063 (TMB)
Page 1 of 3

SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY, L.L.C., and JAN D. SOKOL,

Counterclaimant and Third Party Defendants.

### STIPULATION TO EXTEND THE DUE DATE TO RESPONSE TO TRAVELERS MOTION FOR PARTIAL SUMMARY JUDGMENT

Travelers Casualty surety Company of America, Plaintiff and Cross-Claim Plaintiff, through its attorney, and Stewart, Sokol and Gray, LLC and Jan D. Sokol, herein referred to as Cross-Claim Defendants "Sokol" through their attorney, stipulate that Cross-Claim Defendants "Sokol" may have until Friday, June 27, 2008, to file its responsive pleading to Travelers Motion for Partial Summary Judgment dated May 16, 2008.

Respectfully submitted in Anchorage, Alaska, this 3rd day of June 2008.

By: /s/ James D. Gilmore
James D. Gilmore
CLAPP, PETERSON, VAN FLEIN
TIEMESSEN & Thorsness, LLC
711 H Street, Ste 620
Anchorage, AK 99501
Phone: 907-272-9272
Fax: 907-272-9586
Alaska Bar Number 6702007
Attorneys for Stewart Sokol & Gray LLC, and Jan D. Sokol

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Stipulation to Extend the Due Date to Response to Travelers Motion for Partial Summary Judgment
Travelers v. South Coast et al., Case No. A06-00063 (TMB)
Page 2 of 3

By: /s/ Gary Spraker
Gary Spraker
CHRISTIANSON & SPRAKER
911 West 8th Avenue, Suite 201
Anchorage, AK 99501
Phone 907-258-6016
Fax 907-258-2026
Alaska Bar Number 9107066
Attorneys for Defendants

By: /s/ Garth A. Schlemlein
Garth A. Schlemlein
James T. Hopkins
SCHIFFRIN OLSON SCHLEMLEIN
& HOPKINS, PLLC
1601 Fifth Ave., Ste 2500
Seattle, WA 98101
Phone 206-448-8100
Fax 206-448-8514
Washington Bar Number 8602011
Attorneys for Plaintiff

By: /s/ Richard E. Spoonemore
Richard E. Spoonemore, Esq.
SIRIANNI, YOUTZ, MEIER & SPOONEMORE
1100 Millennium Tower
719 Second Avenue
Seattle, Washington 98104
Phone 206-223-0303
Fax 206-223-0246
Washington Bar Number 21833

## Certificate of Service

I hereby certify that on this 3rd day of June 2008, a copy of the foregoing document was served electronically through the ECF system on Gary Spraker, Richard Spoonemore and James T. Hopkins.

/s/ James D. Gilmore

Stipulation to Extend the Due Date to Response to Travelers Motion for Partial Summary Judgment
Travelers v. South Coast et al., Case No. A06-00063 (TMB)
Page 3 of 3

Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586