James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586

Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br>                    Plaintiff, <br><br> vs. <br><br> SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, <br><br>                    Defendants. | Case No. A06-00063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, <br><br>          Counter-Claim and <br>          Third Party Plaintiff, <br><br> vs. <br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut | |

[Proposed] Order Granting Stipulation to Extend the Due Date to Response to Travelers Motion for Partial Summary Judgment
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 1 of 2

corporation, STEWART, SOKOL &
GRAY, L.L.C., and JAN D. SOKOL,

Counterclaimant and
Third Party Defendants.

### [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND THE DUE DATE TO RESPONSE TO TRAVELERS MOTION FOR PARTIAL SUMMARY JUDGMENT

This court having considered Defendants Stewart Sokol & Gray, LLC Proposed Order for Stipulation to Extend the Due Date to Response to Travelers Motion for Partial Summary Judgment,

IT IS HEREBY ORDERED that the filing final, Response to Travelers Motion for Partial Summary Judgment is NOW due June 27th, 2008.

DATED at Anchorage, Alaska this _____ day of June, 2008.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

[Proposed] Order Granting Stipulation to Extend the Due Date to Response to Travelers Motion for Partial Summary Judgment
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 2 of 2