Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>   Plaintiff,<br><br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., and Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>   Defendants. | **Case No. A06-00063 (TMB)** |

## STATUS REPORT RE: DISCOVERY AND EXPERT DEADLINES

The parties to the above action jointly file this report to the Court to inform it of the current status of discovery and an impending stipulation to extend deadlines for discovery. Pursuant to the Court's *Minute* Order dated May 23, 2008, the deadline for expert witness reports is currently June 15, 2008, with discovery related to experts currently scheduled to close on July 15, 2008.

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

The parties have previously agreed to extend the time to depose individuals from Peterson Sullivan, the accounting firm whose work product is at issue in this litigation. Counsel for Peterson Sullivan has advised that the deposition dates previously selected are inconvenient for the deponents. The parties are attempting to coordinate a mutually acceptable date for the depositions. Peterson Sullivan has not yet provided the acceptable dates for the depositions.

The parties intend to file another stipulation to extend the deadlines for the depositions of Peterson Sullivan. The deadlines related to the disclosure and discovery of experts is tied to the Peterson Sullivan deposition. The parties have previously provided that the disclosure of experts and exchange of expert reports would occur 30 days after the deposition of Peterson Sullivan.

Travelers has recently filed its *Motion for Partial Summary Judgment Re: Negligence of Sokol,* seeking an order that defendant Jan Sokol and his law firm failed to meet the standard of care applicable to his legal representation. Klukwan and Travelers intend to file a motion seeking to carve-out the deadline for disclosure of experts related to the legal malpractice claims (as opposed to the accounting malpractice claims). The motion will request that the time for the disclosure and exchange of reports for expert related to the legal malpractice claims be extended until twenty (20) days after the Court enters its decision on the pending *Motion for Partial Summary Judgment Re: Negligence of Sokol*. The parties would have thirty (30) days after disclosure to conduct discovery of such experts. Sokol does not agree to the carve-out for the legal expert and has advised that he will oppose any such motion.

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

The parties shall promptly file a stipulation to amend the current discovery deadlines and the motion to carve out the legal experts once the depositions for Peterson Sullivan are set.

The undersigned has been authorized by counsel for the other parties to file this report on their behalf.

Respectfully submitted in Anchorage, Alaska, this 17th day of June, 2008.

> By: /s/ Gary Spraker
> Gary Spraker
> CHRISTIANSON & SPRAKER
> 911 West 8th Avenue, Suite 201
> Anchorage, AK 99501
> Phone: (907) 258-6016
> Fax: (907) 258-2026
> Email: gary@cslawyers.net
> Alaska Bar No. 9107066
> Attorneys for Defendants

The undersigned hereby certifies that on June 17, 2008, a true and correct copy of the above document was served on:

- James Hopkins, Esq.
- Robert L. Olson, Esq.
- Garth A. Schlemlein, Esq.
- Richard E. Spoonemore, Esq.
- James D. Gilmore, Esq.

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Susan VanSchooten
Susan VanSchooten