James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
 TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                Defendants. | Case No. A06-00063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>       Counter-Claim and<br>       Third Party Plaintiff,<br><br>vs.<br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & | |

Cross motion for Summary Judgment
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 1 of 2

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

GRAY, L.L.C., and JAN D. SOKOL,

    Counterclaimant and
    Third Party Defendants.

## **CROSS MOTION FOR SUMMARY JUDGMENT**

Stewart, Sokol and Gray, LLC, and Jan D. Sokol (hereinafter collectively referred to as "Sokol") hereby moves for Summary Judgment based on the reasons set forth in Memorandum in Support of Cross-Motion for Summary Judgment.

DATED at Anchorage, Alaska this 27th day of June 2008.

    /s/    James D. Gilmore
    James D. Gilmore, #6702007
    **Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
    711 H Street, Suite 620
    Anchorage, Alaska 99501
    (907) 272-9272
    jgilmore@olypen.com

### Certificate of Service

I hereby certify that on this 27th day of June 2008, a copy of the foregoing document was served electronically through the ECF system on Gary Spraker, Richard Spoonemore and James T. Hopkins.

/s/ James D. Gilmore

Cross motion for Summary Judgment
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 2 of 2

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586