James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
    TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Defendant
Jan D. Sokol

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,  a Connecticut
corporation,

                          Plaintiff,

vs.

SOUTH COAST, INC., an Alaska
corporation, KLUKWAN, INC., an Alaska
Native Village corporation, and
CHILKATS' PORTGAGE COVE
DEVELOPMENT COMPANY, an Alaska
corporation,

                          Defendants.          Case No. A06-00063 (TMB)

SOUTH COAST, INC., an Alaska
corporation, KLUKWAN, INC., an Alaska
Native Village corporation, and
CHILKATS' PORTGAGE COVE
DEVELOPMENT COMPANY, an Alaska
corporation,

                    Counter-Claim and
                    Third Party Plaintiff,

vs.

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,  a Connecticut
corporation, STEWART, SOKOL &

Declaration of James D. Gilmore
Travelers v. South Coast et al., Case No. A06-00063 (TMB)
Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

GRAY, L.L.C., and JAN D. SOKOL,

        Counterclaimant and
        Third Party Defendants.

I, James D. Gilmore, declare:

1.    I am the attorney for defendants Stewart Sokol and Grey, LLC and Jan Sokol in the above captioned case;

2.    Attached hereto are true and correct copies of the following documents.

| Exhibit No. | TABLE OF CONTENTS |
| --- | --- |
| | Description |
| 1. | Email from Langfitt to Sokol dated April 2, 2003 |
| 2. | Deposition testimony of Langfitt (p. 97 & 98) |
| 3. | Email from Langfitt to Sokol dated June 3, 2003 |
| 4. | Email from Sokol to Langfitt dated April 14, 2004 |
| 5. | Email from Sokol to Langfitt dated May 25, 2004 |
| 6. | Email from Rosenfeld to Sokol dated June 8, 2004 |
| 7. | Affidavit of Jan Sokol |
| 8. | Emails Homback to Langfitt and Langfitt to Homback dated June 19 and June 20, 2002 |
| 9. | Affidavit of Charels W. Langfitt |
| 10. | Affidavit of Eric Sanders |

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Declaration of James D. Gilmore
Travelers v. South Coast et al., Case No. A06-00063 (TMB)
Page 2 of 3

| 11. | Expert Report of Bruce Gagnon |
|-----|-------------------------------|
| 12. | Order Granting Summary Judgment dated September 27, 2005 |

I declare under penalty of perjury of the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED:  June 27th, 2008

*/s/ James D. Gilmore*
James D. Gilmore

Certificate of Service

I hereby certify that on this 27th day of June 2008, a copy of the foregoing document was served electronically through the ECF system on Gary Spraker, Richard Spoonemore and James T. Hopkins.

/s/ James D. Gilmore

**Clapp, Peterson, Van Flein,**
**Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586