Message                                                       Page 1 of 1

**Valerie L. Senske**

**From:** Jan D Sokol [jdsokol@lawssg.com]
**Sent:** Wednesday, April 02, 2003 11:00 AM
**To:** Langfitt,Charles W
**Cc:** Eckardt,Marc A.
**Subject:** RE: D&O Claim South Coast

I will do so.

----------------------------------------

Jan D. Sokol
Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047
503-221-0699
503-227-5028 (fax)
E-mail: mailto:jdsokol@lawssg.com
Web Site: www.lawssg.com
----------------------------------------

NOTICE

THIS EMAIL TRANSMISSION MAY CONTAIN INFORMATION WHICH IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CONTACT US IMMEDIATELY, DESTROY ANY COPIES AND DELETE IT FROM YOUR COMPUTER SYSTEM.

> -----Original Message-----
> **From:** Langfitt,Charles W [mailto:CLANGFIT@travelers.com]
> **Sent:** Wednesday, April 02, 2003 11:01 AM
> **To:** Jan D Sokol
> **Cc:** Eckardt,Marc A.
> **Subject:** D&O Claim South Coast
>
> Our first meeting about South Coast as claims was May 17, 2002 in Seattle with the agent and our underwriters. We, as claims, had our first meeting with South Coast on May 24th 2002, in Seattle. South Coast had sacked the prior management in January 02 based on the reports that I am overnighting to you. We have not received a copy of the policy. We should this week. Please review and advise.

EXHIBIT 1
PAGE 1 OF 1

1/7/2005

TRA ?/80060