Message

## Valerie L. Senske

**From:** Jan D Sokol [jdsokol@lawssg.com]
**Sent:** Tuesday, June 03, 2003 8:50 AM
**To:** Langfitt, Charles W
**Cc:** Eckardt, Marc A.
**Subject:** RE: Officers

I will do so immediately.

***

Jan D. Sokol
Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047
503-221-0699
503-227-5028 (fax)
E-mail: mailto:jdsokol@lawssg.com
Web Site: www.lawssg.com

***

### NOTICE

THIS EMAIL TRANSMISSION MAY CONTAIN INFORMATION WHICH IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CONTACT US IMMEDIATELY, DESTROY ANY COPIES AND DELETE IT FROM YOUR COMPUTER SYSTEM.

-----Original Message-----
**From:** Langfitt, Charles W [mailto:CLANGFIT@travelers.com]
**Sent:** Monday, June 02, 2003 3:51 PM
**To:** Jan D Sokol
**Cc:** Eckardt, Marc A.
**Subject:** FW: Officers

Dear Jan:

These are the South Coast officers that Tom advises had the responsibility to put in place proper financial and management controls, but did not. In short, SCI had some financial and management control issues. Klukwan hired Fails Management to fix the problems by putting in place the proper controls. The attached Management Team did not insure that the proper controls were then followed; despite the Fails Report and assurances that SCI's problems were fixed. When the tires started to fall off, this team chose to ignore or mis-informed the Klukwan parent company about SCI's true financial condition. We then became a bystander victim. Tom advised that the Peterson Report and Sutor's report show the lack of controls. These reports provide the timing and background for the original Fails report. Tom said he looked at filing a D&O claim and was advised that Klukwan could not because "you cannot sue yourself". Please put the D&O carrier on notice as soon as possible.

I am also having Jordan look at a malpractice claim against the CPA's. I shipped him the financial statements for the past three years with current portions of the Underwriting file. I will keep you posted. Best Regards.

-----Original Message-----

1/7/2005

EXHIBIT 3
PAGE 1 OF 1