Message

Page 1 of 2

**Valerie L. Senske**

From: Jan D Sokol [jdsokol@lawssg.com]
Sent: Monday, May 10, 2004 1:57 PM
To: Jordan Rosenfeld
Cc: Langfitt, Charles W
Subject: Travelers/South Coast/Peterson Sullivan

Jordan, see below. give me a call at your convenience. Jan
-----Original Message-----
From: Langfitt, Charles W [mailto:CLANGFIT@stpaultravelers.com]
Sent: Monday, May 10, 2004 1:36 PM
To: Jan D Sokol
Subject: RE: Travelers/South Coast/Peterson Sullivan

Please confer with Jordan and determine if we have enough to file a suit. Thanks.

-----Original Message-----
From: Jan D Sokol [mailto:jdsokol@lawssg.com]
Sent: Wednesday, April 14, 2004 9:50 AM
To: Langfitt, Charles W
Subject: Travelers/South Coast/Peterson Sullivan

Attached please find order denying petition to obtain documents. We will need to caucus with Jordan to determine if we have sufficient information to proceed with an action against the former officers and directors. Certainly in an action against them, we would be able to subpoena the records from the accountants. We should be mindful of the statute of limitations; however, it is unclear to me when we would have "discovered" the wrongful acts because we are still trying to determine if there were wrongful acts. We have put the insurer on notice and as you know, except for correspondence from the agent, we have had no acknowledgment from the carrier or any investigation of the carrier.

Let's talk about this on your return so we can determine where we are headed. Jan

********************************
Jan D. Sokol
Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047
503-221-0699
503-227-5028 (fax)
E-mail: mailto:jdsokol@lawssg.com
Web Site: www.lawssg.com
********************************
NOTICE:

THIS EMAIL TRANSMISSION MAY CONTAIN INFORMATION WHICH IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CONTACT US IMMEDIATELY, DESTROY ANY COPIES AND DELETE IT FROM YOUR COMPUTER SYSTEM.

1/7/2005

EXHIBIT 4
PAGE 1 OF 1

TRAV80089