## Valerie L. Senske

**From:** Langfitt, Charles W
**Sent:** Thursday, June 03, 2004 7:54 AM
**To:** 'Jan D Sokol'
**Subject:** RE: Travelers/Klukwan

Continue to pursue the claim.

-----Original Message-----
From: Jan D Sokol [mailto:jdsokol@lawssg.com]
Sent: Tuesday, May 25, 2004 9:47 AM
To: Langfitt, Charles W
Subject: Travelers/Klukwan

This matter came up on my docket. In reviewing the file, I came across the below message. Does this present any problems? They have never even acknowledged our claim, or as far as we know conducted any investigation.

By the way, in Alaska, the statute of limitations for tort claims is 2 years. While our notice to the insurer was given in June 2003, it is not clear to me when we "discovered" the misrepresentations. Jan


> -----Original Message-----
> From: Brandon Allen
> Sent: Tuesday, December 23, 2003 11:02 AM
> To: 'jdsokol@lwssg.com'
> Cc: 'denise.rasmussen@stpaul.com'
> Subject: Travelers/Klukwan your file 7777.006
>
> Following up your letter of 12/9/03, on 6/9/03 we received your letter
> of 6/3 and forwarded it that day to Royal Insurance the D&O carrier.
> This satisfies the policy reporting provisions for the insured and
> applicable insurance laws.
>
> On 11/10/03 we received a letter from St.Paul advsing that they had
> acquired the renewal rights for the Royal policy and would be taking
> over this claim. Denise Rasmussen is handling this issue for St. Paul.

> You may contact her at St. Paul Fire and Marine Insurance Company
> 14622 Ventura Blvd. #538
> Sherman Oaks, CA 91403
> 818 764 2527
> denise.rasmussen@stpaul.com
>
> Please let me know if you need any additonal information.
>
> Brandon Allen
> Brady & Company

EXHIBIT 5
PAGE 1 OF 1

TRAV/00000