

Charles W Langfitt
06/20/2002 07:38 AM

To: David R Hombach/BD/Travelers@travelers
CC: and BCC: fields are in this section - must be expanded to print
Subject: Re: Klukwan

I have Jordan looking at E&O claim against CPA's. Right now, I am focusing on the $7.5 Million allocated to inventory that was attributable to cutting rights, and have asked Jordan to expand the inquiry. For the D&O, we need to bring that type of claim in the name of the corporations, unless there is something non-standard in the D&O policy. Our Indemnity Agreement's assignment language is not broad enough to include an assignment of this type of claim. I will explore further and see what we might do on that end. The State has agreed to re-let Tok and Unalaska Airport, providing extentions for both. Still working through the details, but no TFCs. Best Regards.
David R Hombach



David R Hombach
06/19/2002 06:52 AM

To: Charles W Langfitt/BD/Travelers@travelers
CC: and BCC: fields are in this section - must be expanded to print

Chuck, can general creditors such as a surety - access a D&O policy - a case can be made that the Directors sat on their hands or lined their pockets as they watched the company's fortunes go down the drain - I know they carried a policy - can we tag it? What about their wonderous CPA firm who obviously must have missed a whole in the boat in their 12/31/00 audit?

May be crying in spilled milk, Chuck, but those bastards must be tagged somehow......

DRH

EXHIBIT 8
PAGE 1 OF 1

TRAV 011448

Travelers Casualty and Surety v. South Coast, Inc., et al.     DECL. OF SPOONEMORE
Case No. A06-00063 (TMB)                                        Ex. J, p. 1