James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                    Defendants. | Case No. A06-00063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>          Counter-Claim and<br>          Third Party Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & | |

Response in Opposition to Motion for Summary Judgment
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 1 of 2

GRAY, L.L.C., and JAN D. SOKOL,

   Counterclaimant and
   Third Party Defendants.

### RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Stewart, Sokol and Gray, LLC, and Jan D. Sokol (hereinafter collectively referred to as "Sokol") hereby opposes Travelers Motion for Summary Judgment based on the reasons set forth in Sokol's Opposition.

DATED at Anchorage, Alaska this 27th day of June 2008.

    /s/  James D. Gilmore
    James D. Gilmore, #6702007
    **Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
    711 H Street, Suite 620
    Anchorage, Alaska 99501
    (907) 272-9272
    jgilmore@olypen.com

#### Certificate of Service

I hereby certify that on this 27th day of June 2008, a copy of the foregoing document was served electronically through the ECF system on Gary Spraker, Richard Spoonemore and James T. Hopkins.

    /s/ James D. Gilmore

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Response in Opposition to Motion for Summary Judgment
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 2 of 2