Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>　　　　　　　Defendants. | **Case No. A06-00063 (TMB)** |

## MOTION TO EXTEND TIME TO FILE OPPOSITION TO SOKOL'S MOTION FOR SUMMARY JUDGMENT

Defendants South Coast, Inc.'s, Klukwan, Inc.'s, and Chilkat's Portage Cove Development Company's (Defendants) Defendants South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company (Defendants) through undersigned counsel, move for an extension of time to file Defendants' opposition to Jan Sokol and

Page 1    MOTION FOR EXTENSION OF TIME
         Travelers v. South Coast, et al. Case No. 06-63 (TMB)
         H:\2501\Travelers v SCoast\Extension - Sokol.wpd

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Stewart Sokol & Gray's *Motion for Summary Judgment* (Docket No. 121). The opposition is currently due on July 1, 2008. Defendants ask that the deadline be extended up to and including **July 21, 2008**. The undersigned has conferred with counsel for Sokol regarding the extension. Counsel has advised that Sokol would prefer that Defendants seek the extension by motion rather than by stipulation.

The parties previously extended the deadline to file Defendants' opposition to July 1, 2008, with the intent that the opposition would not be due until after the Court had an opportunity to rule on the pending cross-motions for summary judgment filed by Travelers and Defendants. In setting the deadline, the undersigned advised that an additional extension would likely be needed due to previously scheduled traveling and other professional obligations. The undersigned has had a longstanding trip out of state planned for the week of July 3 - 13th. Additionally, there have been a number of scheduled and unscheduled matters that have precluded the undersigned from spending the time necessary to finalize Defendants' opposition. In short, the undersigned seeks an additional week to finalize the briefing upon his return to the office on July 14th.

Travelers has also moved for summary judgment that Sokol breached his duty of care. Recently, Sokol has filed his cross-motion seeking summary judgment on the same issue. Those cross-motions, as well as the motion filed against Defendants, raise similar issues regarding Sokol's involvement, and should be considered together. Defendants understand that Travelers has asked to file its reply and response on that matter by August 1, 2008. As a result, that motion will not be heard before mid-August at the

Page 2   MOTION FOR EXTENSION OF TIME
Travelers v. South Coast, et al. Case No. 06-63 (TMB)
H:\2501\Travelers v SCoast\Extension - Sokol.wpd

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

earliest. Accordingly, there is no prejudice to any party by granting the requested extension.

For the reasons stated above, Defendants request that the deadline for filing their opposition to the *Motion for Summary Judgment* be extended up to and including July 21, 2008.

Respectfully submitted in Anchorage, Alaska, this 1st day of July, 2008.

By: /s/ Gary Spraker
Gary Spraker
CHRISTIANSON & SPRAKER
911 West 8th Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 258-6016
Fax: (907) 258-2026
Email: gary@cslawyers.net
Alaska Bar No. 9107066
Attorneys for Defendants

The undersigned hereby certifies that on July 1, 2008, a true and correct copy of the above document was served on:

- Garth A. Schlemlein, Esq.
- James T. Hopkins, Esq.
- James D. Gilmore, Esq.
- Robert Olson, Esq.
- Richard E. Spoonemore, Esq.

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Susan VanSchooten
Susan VanSchooten

Page 3   MOTION FOR EXTENSION OF TIME
Travelers v. South Coast, et al. Case No. 06-63 (TMB)
H:\2501\Travelers v SCoast\Extension - Sokol.wpd