Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                          Plaintiff,<br>      v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                          Defendants. | **Case No. A06-00063 (TMB)** |

**Proposed - ORDER GRANTING MOTION TO EXTEND TIME TO FILE OPPOSITION TO SOKOL'S MOTION FOR SUMMARY JUDGMENT**

This matter having come before the Court upon Defendants South Coast, Inc.'s,

Klukwan, Inc.'s, and Chilkat's Portage Cove Development Company's (Defendants)

*Motion to Extend Time to File Opposition to Sokol's Motion for Summary Judgment*

*(Motion),* the Court having considered any responses and being duly informed;

Page 1    MOTION FOR EXTENSION OF TIME
         Travelers v. South Coast, et al. Case No. 06-63 (TMB)
         H:\2501\Travelers v SCoast\Extension - Sokol. Orderwpd.wpd

*CHRISTIANSON & SPRAKER*
*911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501*
*(907) 258-6016 • Fax (907) 258-2026*

IT IS HEREBY ORDERED that the *Motion* is GRANTED.  Defendants shall file their opposition to Jan Sokol and Stewart, Sokol & Gray's (Sokol) *Motion for Summary Judgment* (Docket No. 121) on or before **July 21, 2008**.

DATED this _____ day of July, 2008.

By:_____
Timothy M. Burgess
U. S. District Court Judge

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 2    MOTION FOR EXTENSION OF TIME
Travelers v. South Coast, et al. Case No. 06-63 (TMB)
H:\2501\Travelers v SCoast\Extension - Sokol. Orderwpd.wpd