James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>          Defendants. | Case No. A06-00063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>          Counter-Claim and<br>          Third Party Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & | |

Partial Opposition to Motion for Extension of Time
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 1 of 3

GRAY, L.L.C., and JAN D. SOKOL,

    Counterclaimant and
    Third Party Defendants.

## PARTIAL OPPOSITION TO MOTION FOR EXTENSION OF TIME

Defendants, South Coast/Klukwan, herein referred to as South Coast, move this Court for an Order Extending Time for them to respond to Cross Defendants Sokols' Motion for Summary Judgment against South Coast. In their moving papers, South Coast incorrectly states that neither South Coast nor Sokol desire to have a ruling on Sokol's Motion for Summary Judgment against South Coast until after the Court has decided the Motion and Cross Motions for Summary Judgment pending between Travelers and South Coast.

Cross Defendants Sokol would like their Motion determined as quickly as possible, and, in any event without regard to the timing of the decision the Court may make regarding the Travelers and South Coast Motions and Cross Motions for Summary Judgment. Accordingly, Cross Defendant Sokol oppose the request of the Defendants, South Coast to further extend the due date for their opposition to Defendant's Motion for Summary Judgment. Defendant Sokol have already extended the deadline for over thirty days, and would like resolution of their Motion as quickly as possible.

Partial Opposition to Motion for Extension of Time
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 2 of 3

**Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED in Anchorage, Alaska this 9th day of July 2008.

/s/      James D. Gilmore
James D. Gilmore, #6702007
**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
jgilmore@olypen.com

### Certificate of Service

I hereby certify that on this 9th day of July 2008, a copy of the foregoing document was served electronically through the ECF system on Gary Spraker, Richard Spoonemore and James T. Hopkins.

/s/ James D. Gilmore

Partial Opposition to Motion for Extension of Time
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 3 of 3

**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586