Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, *Pro Hac Vice*
Robert L. Olson, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Avenue, Suite 2500
Seattle, WA  98101
Telephone:  (206) 448-8100
Fax:  (206) 448-8514

Richard E. Spoonemore, *Pro Hac Vice*
Sirianni Youtz Meier & Spoonemore
719 Second Avenue, Suite 1100
Seattle, WA  98104
Telephone:  (206) 223-0303
Fax:  (206) 223-0246

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY company of America, A Connecticut corporation, | |
| Plaintiff, | Case No. A06-00063 (TMB) |
| v. | |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, | |
| Defendants. | |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, | |
| Counterclaim and Third Party Plaintiff | |
| v. | |

STIPULATION TO EXTEND DUE DATE FOR TRAVELERS TO FILE ITS
REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
AND IN OPPOSITION TO SOKOL'S MOTION FOR SUMMARY JUDGMENT - 1
*Travelers Casualty and Surety v. South Coast, Inc., et al.,* Case No. A06-00063 (TMB)

TRAVELERS CASUALTY AND
SURETY COMPANY OF
AMERICA, a Connecticut
corporation, STEWART SOKOL &
GRAY L.L.C., and JAN D. SOKOL,

        Counterclaim and
        Third Party Defendants.

_____

TRAVELERS CASUALTY AND
SURETY company of America, A
Connecticut corporation,

        Plaintiff and Cross
        Claim Plaintiff;

v.

STEWART SOKOL & GRAY L.L.C.,
and JAN D. SOKOL

        Cross Claim Defendants.

**STIPULATION TO EXTEND DUE DATE FOR TRAVELERS TO FILE ITS REPLY
IN FURTHER SUPPORT OF IT MOTION FOR SUMMARY JUDGMENT AND IN
OPPOSITION TO SOKOL'S MOTION FOR SUMMARY JUDGMENT**

        Plaintiff Travelers and Cross-Claim Defendants Stewart, Sokol & Gray, LLC

and Jan Sokol, through their respective attorneys, stipulate that Travelers may have until and

including Friday, August 1, 2008, to file its reply in further support of summary judgment and

in opposition to Sokol's motion for summary judgment.

        Respectfully submitted this 14th day of July, 2008.

        By:   */s/ Richard E. Spoonemore*
        Richard E. Spoonemore  (*pro hac vice*)
        SIRIANNI YOUTZ MEIER & SPOONEMORE
        719 Second Avenue, Suite 1100
        Seattle, WA  98104
        Telephone:  (206) 223-0303
        Fax:  (206) 223-0246
        Email:  rspoonemore@sylaw.com

        and

Garth A. Schlemlein  (ASBA #8602011)
James T. Hopkins  (*pro hac vice*)
SCHIFFRIN OLSON SCHLEMLEIN
   & HOPKINS, PLLC
1601 Fifth Avenue, Suite 2500
Seattle, WA  98101
Telephone:  (206) 448-8100
Fax:  (206) 448-8514
Email:  jth@soslaw.com

Attorneys for Travelers


By:  */s/ James D. Gilmore*
James D. Gilmore  (ASBA #6702007)
CLAPP, PETERSON, VAN FLEIN,
   TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK  99501
Telephone:  (907) 272-9272
Fax:  (907) 272-9586
Email:  jgilmore@olypen.com

Attorneys for Stewart Sokol & Gray LLC
and Jan D. Sokol

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **James D. Gilmore**
  USDC-ANCH-Ntc@cplawak.com,jgilmore@olypen.com,anch@cplawak.com

- **James T. Hopkins**
  jth@soslaw.com,lsb@soslaw.com

- **Robert L. Olson**
  rlo@soslaw.com,cc@soslaw.com

- **Garth A. Schlemlein**
  gas@soslaw.com,jth@soslaw.com,rlo@soslaw.com,lsb@soslaw.com,cc@soslaw.com

- **Richard E. Spoonemore**
  rspoonemore@sylaw.com,matt@sylaw.com,rspoonemore@hotmail.com,theresa@sylaw.com

- **Gary A. Spraker**
  gary@cslawyers.net,susan@cslawyers.net,ecf@cslawyers.net


 and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

- (No manual recipients)


DATED:  July 14, 2008, at Seattle, Washington.


_/s/ Stacy A. Hoffman_
Stacy A. Hoffman

STIPULATION TO EXTEND DUE DATE FOR TRAVELERS TO FILE ITS
REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
AND IN OPPOSITION TO SOKOL'S MOTION FOR SUMMARY JUDGMENT - 4
*Travelers Casualty and Surety v. South Coast, Inc., et al.,* Case No. A06-00063 (TMB)