Garth A. Schlemlein, ASBA # 8602011
James T. Hopkins, *Pro Hac Vice*
Robert L. Olson, *Pro Hac Vice*
Schiffrin Olson Schlemlein & Hopkins, PLLC
1601 Fifth Avenue, Suite 2500
Seattle, WA  98101
Telephone:  (206) 448-8100
Fax:  (206) 448-8514

Richard E. Spoonemore, *Pro Hac Vice*
Sirianni Youtz Meier & Spoonemore
719 Second Avenue, Suite 1100
Seattle, WA  98104
Telephone:  (206) 223-0303
Fax:  (206) 223-0246

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY company of America, A Connecticut corporation,<br><br>    Plaintiff,<br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>    Defendants.<br><hr>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>    Counterclaim and<br>    Third Party Plaintiff<br>v. | Case No. A06-00063 (TMB) |

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DUE DATE
FOR TRAVELERS TO FILE ITS REPLY IN FURTHER SUPPORT OF ITS MOTION FOR
SUMMARY JUDGMENT AND IN OPP. TO SOKOL'S MOTION FOR SUMMARY JUDGMENT - 1
*Travelers Casualty and Surety v. South Coast, Inc., et al.,* Case No. A06-00063 (TMB)

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,<br><br>        Counterclaim and<br>        Third Party Defendants.<br>_____<br><br>TRAVELERS CASUALTY AND SURETY company of America, A Connecticut corporation,<br><br>        Plaintiff and Cross<br>        Claim Plaintiff;<br><br>v.<br><br>STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL<br><br>        Cross Claim Defendants. | |

### [PROPOSED] ORDER GRANTING
### STIPULATION TO EXTEND DUE DATE FOR TRAVELERS TO FILE ITS REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO SOKOL'S MOTION FOR SUMMARY JUDGMENT

This Court, having considered the Stipulation to Extend Due Date for Travelers to File its Reply in Further Support of its Motion for Summary Judgment and in Opposition to Sokol's Motion for Summary Judgment,

IT IS HEREBY ORDERED that Travelers' Reply in Further Support of its Motion for Summary Judgment and in Opposition to Sokol's Motion for Summary Judgment is now due on August 1, 2008.

DATED at Anchorage, Alaska this _____ day of July, 2008.

_____
Timothy M. Burgess
U.S. District Judge