Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiff, <br> v. <br><br> SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, <br><br> Defendants. | **Case No. A06-00063 (TMB)** |

**REPLY TO DEFENDANT SOKOL'S PARTIAL
OPPOSITION TO MOTION FOR EXTENSION OF TIME**

Defendants South Coast, Inc.'s, Klukwan, Inc.'s, and Chilkat's Portage Cove Development Company's (Defendants) through undersigned counsel, reply to the defendants Jan Sokol and Stewart Sokol & Gray's (Sokol) *Partial Opposition to Motion for Extension of Time* filed on July 9, 2008. In their partial opposition, Sokol states only

Page 1    REPLY RE: MOTION FOR EXTENSION OF TIME
         Travelers v. South Coast, et al., Case No. 06-00063 (TMB)
         H:\2501\Travelers v SCoast\Extension - Sokol Reply.wpd

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

that they would like their motion determined as quickly as possible. Sokol has waited more than two years before bringing their motion, and have failed to identify any substantive reason why the deadline cannot be extended until Monday, July 21, 2008.

Defendants' motion raises an issue of first impression in Alaska, and deserves a thorough analysis. Additionally, Defendants shall request oral argument on the motion. Sokol does not deny that the matter should be heard in conjunction with the pending cross motions for summary judgment filed by Travelers and Sokol on whether the failure to timely file the Peterson Sullivan action is a breach of the duty of care as a matter of law. Today the parties filed a *Joint Motion for Extension of Time to File Response/Reply to the Cross Motion for Summary Judgment* confirming the extension of time for Travelers' response until August 1st. Defendant's opposition will be filed long before then, and will not delay consideration of the matters together.

Moreover, Sokol has not yet set the dates for the depositions of Peterson Sullivan. This has caused further extension of the deadline for discovery and expert witnesses. Accordingly, the parties continue to work through novel issues and diligently move the case along.

Sokol originally expressed a willingness to delay the briefing pending a ruling on the pending cross-motions under advisement. He has now advised that he wants the briefing completed, and the undersigned has diligently attempted to comply. That said, Sokol knew at the time of the original extension that another extension would likely be required. This final extension of time is warranted due to a pre-existing commitment,

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 2   REPLY RE: MOTION FOR EXTENSION OF TIME
         Travelers v. South Coast, et al., Case No. 06-00063 (TMB)
         H:\2501\Travelers v SCoast\Extension - Sokol Reply.wpd

and will not cause an undue delay in the consideration of the motion, or any harm to Sokol.

For the reasons set forth above, the Court should grant the requested extension of time and allow Defendant to file its opposition by next Monday, July 21, 2008.

Respectfully submitted in Anchorage, Alaska, this 14th day of July, 2008.

By: /s/ Gary Spraker
Gary Spraker
CHRISTIANSON & SPRAKER
911 West 8th Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 258-6016
Fax: (907) 258-2026
Email: gary@cslawyers.net
Alaska Bar No. 9107066
Attorneys for Defendants

The undersigned hereby certifies that on July 15, 2008, a true and correct copy of the above document was served on:

- Garth A. Schlemlein, Esq.
- James T. Hopkins, Esq.
- James D. Gilmore, Esq.
- Robert Olson, Esq.
- Richard E. Spoonemore, Esq.

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Susan VanSchooten
Susan VanSchooten

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 3   REPLY RE: MOTION FOR EXTENSION OF TIME
Travelers v. South Coast, et al., Case No. 06-00063 (TMB)
H:\2501\Travelers v SCoast\Extension - Sokol Reply.wpd