1  James D. Gilmore
   CLAPP, PETERSON, VAN FLEIN,
2    TIEMESSEN & THORSNESS LLC
   711 H Street, Suite 620
3  Anchorage, AK 99501
   Ph. (907) 272-9272/Fax (907) 272-9586
4  Attorneys for Defendant
   Jan D. Sokol
5                IN THE UNITED STATES DISTRICT COURT

6                    FOR THE DISTRICT OF ALASKA

7
   TRAVELERS CASUALTY AND SURETY
8  COMPANY OF AMERICA,  a Connecticut
   corporation,
9
                            Plaintiff,
10
11 vs.

12 SOUTH COAST, INC., an Alaska
   corporation, KLUKWAN, INC., an Alaska
13 Native Village corporation, and
   CHILKATS' PORTGAGE COVE
14 DEVELOPMENT COMPANY, an Alaska
   corporation,
15
                            Defendants.    Case No. A06-00063 (TMB)
16
17 SOUTH COAST, INC., an Alaska
   corporation, KLUKWAN, INC., an Alaska
18 Native Village corporation, and
   CHILKATS' PORTAGE COVE
19 DEVELOPMENT COMPANY, an Alaska
   corporation,
20
                            Counter-Claim and
21                          Third Party Plaintiff,

22
   vs.
23 TRAVELERS CASUALTY AND SURETY
   COMPANY OF AMERICA,  a Connecticut
24 corporation, STEWART, SOKOL &

25 Partial Opposition to Motion for Extension of Time
   *Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
26 Page 1 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

GRAY, L.L.C., and JAN D. SOKOL,

              Counterclaimant and
              Third Party Defendants.

## **PARTIAL OPPOSITION TO MOTION FOR EXTENSION OF TIME**

Defendants, South Coast/Klukwan, herein referred to as South Coast, move this Court for an Order Extending Time for them to respond to Cross Defendants Sokols' Motion for Summary Judgment against South Coast.   In their moving papers, South Coast incorrectly states that neither South Coast nor Sokol desire to have a ruling on Sokol's Motion for Summary Judgment against South Coast until after the Court has decided the Motion and Cross Motions for Summary Judgment pending between Travelers and South Coast.

Cross Defendants Sokol would like their Motion determined as quickly as possible, and, in any event without regard to the timing of the decision the Court may make regarding the Travelers and South Coast Motions and Cross Motions for Summary Judgment.  Accordingly, Cross Defendant Sokol oppose the request of the Defendants, South Coast to further extend the due date for their opposition to Defendant's Motion for Summary Judgment.   Defendant Sokol have already extended the deadline for over thirty days, and would like resolution of their Motion as quickly as possible.

Partial Opposition to Motion for Extension of Time
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 2 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

DATED in Anchorage, Alaska this 9th day of July 2008.

/s/    James D. Gilmore
James D. Gilmore, #6702007
**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
jgilmore@olypen.com

Certificate of Service

I hereby certify that on this 9th day of July 2008, a copy of the foregoing document was served electronically through the ECF system on Gary Spraker, Richard Spoonemore and James T. Hopkins.

/s/ James D. Gilmore

Partial Opposition to Motion for Extension of Time
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 3 of 3

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586