Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, </br></br>　　　　　　Plaintiff, </br></br>　　v. </br></br> SOUTH COAST, INC., et al, </br></br>　　　　　　Defendants. | **Case No. A06-00063 (TMB)** |

## DECLARATION OF GARY SPRAKER IN SUPPORT OF KLUKWAN'S OPPOSITION AND CROSS MOTION TO SOKOL'S MOTION FOR SUMMARY JUDGMENT

Gary Spraker declares and states as follows under penalty of perjury:

1. I am counsel of record for Defendant South Coast, Inc., Klukwan, Inc., and Chilkats' Portage Cove Development Company (collectively, "Klukwan" or "Defendants") in this action. I have personal knowledge of the facts stated herein, am competent to testify to them, and would so testify if called upon to do so.

2. Attached as Exhibit A to this declaration is an index and true and correct

copies of documents previously submitted and identified as deposition exhibits.  Pursuant to the practice of counsel in this case, Klukwan has continued to use the deposition number for purposes of identification.

3.	Attached as Exhibit B to this declaration is an index and true and correct copies of excerpts of the deposition testimony of Jan Sokol taken on October 4, 2007, which are referenced in the *Opposition and Cross Motion.*

3.	Attached as Exhibit C to this declaration is an index and true and correct copies of excerpts of the deposition testimony of Thomas L. Crandall taken on July 30, July 31, August 1, and September 28, 2007 , which are referenced in the *Opposition and Cross Motion.*

4.	Attached as Exhibit D to this declaration is an index and true and correct copies of excerpts of the deposition testimony of Cabot C. Christianson taken on September 27 and 28, 2007 which are referenced in the *Opposition and Cross Motion.*

5.	Attached as Exhibit E to this declaration is an index and true and correct copies of excerpts of the deposition testimony of Charles W. Langfitt taken on September 10 and 11, 2007, which are referenced in the *Opposition and Cross Motion.*

6.	Attached as Exhibit F  to this declaration is  an index and true and accurate copies of excerpts of the deposition testimony of Charles W. Langfitt taken on February  28, 2005, in *Travelers Casualty and Surety Company of America v. Gelbrich*, Case No. A05-0165 RRB (D. Alaska), which are referenced in Defendants' Reply To Opposition to Plaintiff's Opposition to Cross Motion for Summary Judgment (Reply).

7. Attached as Exhibit G to this declaration are true and correct copies of an email from Charles Langfitt to Kevin Lybeck dated May 4, 2006.

8. Attached as Exhibit H to this declaration are true and correct copies of an email from Charles Langfitt to Kevin Lybeck dated May 5, 2006, and the accompanying exhibit.

9. Attached as Exhibit I to this declaration are Exhibits A, C, D to the Declaration of Cabot Christianson submitted in support of Klukwan's *Reply to Travelers' Opposition to Plaintiff's Opposition to Cross Motion for Summary Judgment.*

Dated the 21st day of July, 2008.

> By:  /s/ Gary Spraker
> Gary Spraker
> CHRISTIANSON & SPRAKER
> 911 West 8th Avenue, Suite 201
> Anchorage, AK 99501
> Phone: (907) 258-6016
> Fax: (907) 258-2026
> Email: gary@cslawyers.net
> Alaska Bar No. 9107066
> Attorneys for Defendants

Undersigned certifies that on July 21, 2008, a true and correct copy of the above document was served on:

James D. Gilmore, Esq.
James T. Hopkins, Esq.
Robert L. Olson, Esq.
Garth A. Schlemlein, Esq.
Richard E. Spoonemore, Esq.

By first class mail, if noted above or by electronic means through the ECF system as indicated on the Notice of Electronic Filing.
By:   /s/ Susan Vanschooten
     Susan Vanschooten