# Exhibit F

Deposition Testimony of

Charles W. Langfitt - 2005

Declaration of Gary Spraker
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

TRAVELERS CASUALTY AND SURETY )
COMPANY OF AMERICA, a Connecticut )
corporation, )
)
Plaintiff, )
)
vs. ) No. A04-0165 CV (RRB)
)
RONALD GELBRICH; JERALD RENICH; )
BRAD FINNEY; JAN PAULSON; MICHAEL )
HOUTS; EDWIN JOHNSON; and )
PETERSON SULLIVAN, P.L.L.C., a )
Washington limited liability )
company, )
)
Defendants. )

Videotaped Deposition Upon Oral Examination

of

CHARLES W. LANGFITT

Taken at 1420 Fifth Avenue
Seattle, Washington

DATE:   February 28, 2005

REPORTED BY:   Patricia A. Blevins, CCR
                CCR NO.: BL-EV-IP-A403LH

STARKOVICH REPORTING SERVICES
(206) 323-0919

Page 2

CHARLES W. LANGFITT -- FEBRUARY 28, 2005

A P P E A R A N C E S

| | |
|---|---|
| For the Plaintiff: | JAN D. SOKOL<br>Stewart Sokol & Gray, LLC<br>2300 Southwest First Avenue<br>Suite 200<br>Portland, Oregon 97201-5047 |
| For Defendant<br>Peterson Sullivan: | WILLIAM A. EARNHART<br>Lane Powell Spears Lubersky, LLP<br>301 Northern Lights Boulevard<br>Suite 301<br>Anchorage, Alaska 99503-2631 |
| For Defendant Gelbrich: | DAVID F. JURCA<br>Helsell Fetterman, LLP<br>1001 Fourth Avenue<br>Suite 4200<br>Seattle, Washington 98111-3846 |
| For Defendant Renich: | JAMES P. WAGNER<br>Stafford Frey Cooper<br>601 Union Street<br>Suite 3100<br>Seattle, Washington 98101-1374 |
| Also Present: | ROB DEMKO<br>Videographer |

--oOo--

STARKOVICH REPORTING SERVICES
(206)323-0919

Page 3

CHARLES W. LANGFITT -- FEBRUARY 28, 2005

I N D E X

| EXAMINATION BY: | Page |
|---|---|
| Mr. Earnhart | 6 |
| Mr. Jurca | 77 |
| Mr. Wagner | 88 |
| Mr. Earnhart | 188 |
| Mr. Jurca | 207 |
| Mr. Wagner | 227 |
| Mr. Earnhart | 235 |
| Mr. Wagner | 237 |

* * *

EXHIBITS FOR IDENTIFICATION:

| Number | Description | Page |
|---|---|---|
| 1 | Copy of South Coast, Inc., Subfile List, undated. | 32 |
| 2 | Copy of Travelers/South Coast Damages, undated. | 39 |
| 3 | Copy of Travelers Bond Contract Surety Large Loss Analysis, 6-5-02. | 57 |
| 4 | Copy of Complaint, 8-2-04. | 108 |
| 5 | Copy of Reliance Insurance Company Continuing Agreement of Indemnity, effective 3-1-99. | 111 |

STARKOVICH REPORTING SERVICES
(206) 323-0919

Travelers Casualty and Surety Company of America   Charles W. Langfitt   February 28, 2005

Page 129

1   decision to settle with Klukwan on the basis of the
2   repayment agreement of the $8 million note?
3      A.   Yes.
4      Q.   Was there any discussion with Klukwan at the time
5   of the negotiation of the repayment agreement concerning the
6   manner in which any recovery on either a professional
7   liability claim against Peterson Sullivan or a directors and
8   officers liability claim against any former officers and
9   directors would be handled?  That's a very specific
10  question.
11     A.   No, I know it is, and the reason I'm hesitating is
12  that those two items were not specifically discussed for
13  credit.  However, there is a credit mechanism that would
14  affect them, that is in the document.
15     Q.   Okay, but let's back up.  The issue was not
16  specifically discussed; is that correct?
17     A.   No.  I mean it wasn't like if you get a recovery
18  on those.  However, the crediting as a whole was, yes.  So
19  what I'm saying is did we sit there and say here is the --
20  directors and officers, here is this, you're going to have
21  to put them one way or the other?  It wasn't that specific.
22  Was it if you have a loss that's less than $8 million, then
23  you have to credit us?  The answer is yes, because that's in
24  the agreement.  So we talked about crediting.  We never got
25  down to the components of what the credit --

STARKOVICH REPORTING SERVICES
206 323-0919

9bcc33f8-b7de-45e8-859c-8a7d5c96994f