# Exhibit G

May 4, 2006 email

Declaration of Gary Spraker
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

**From:** Lybeck,Kevin L
**Sent:** Thursday, May 04, 2006 12:40 PM
**To:** Feurer,Deborah A; Langfitt,Charles W
**Subject:** RE: Travelers/SCI/Repayment Agreement

Deb,

Chuck and I want to brainstorm with you regarding we need to do to protect SPT's rights (potential malpractice claim, etc.).

KL


Kevin L. Lybeck
Vice President
St Paul Travelers
One Tower Square, 2S1
Hartford, CT 06183
Phone 860-277-9332
Fax: 860-277-1303


-----Original Message-----
**From:** Feurer,Deborah A
**Sent:** Thursday, May 04, 2006 12:24 PM
**To:** Langfitt,Charles W
**Cc:** Lybeck,Kevin L
**Subject:** RE: Travelers/SCI/Repayment Agreement

Ok. Would you like me to do anything to prepare for the call? Deborah

-----Original Message-----
**From:** Langfitt,Charles W
**Sent:** Thursday, May 04, 2006 11:49 AM
**To:** Feurer,Deborah A
**Cc:** Lybeck,Kevin L
**Subject:** RE: Travelers/SCI/Repayment Agreement

Deb,

How about 10 am your time tomorrow? I will call Kevin and we will patch you into the call.

Thank you.

Chuck

-----Original Message-----
**From:** Feurer,Deborah A

**Sent:** Thursday, May 04, 2006 8:45 AM
**To:** Langfitt,Charles W
**Cc:** Lybeck,Kevin L
**Subject:** RE: Travelers/SCI/Repayment Agreement

I have a conference today at 2:00 pm (EST) and a conference call at 2:30pm EST today, which should go until at least 4:30pm. I am available tomorrow, Monday or Tuesday. Deborah

> -----Original Message-----
> **From:** Langfitt,Charles W
> **Sent:** Thursday, May 04, 2006 11:27 AM
> **To:** Feurer,Deborah A
> **Cc:** Lybeck,Kevin L
> **Subject:** FW: Travelers/SCI/Repayment Agreement
>
> Deb:
>
> We would like to schedule a conference call to discus this complaint.
>
> Chuck
>
> -----Original Message-----
> **From:** Langfitt,Charles W
> **Sent:** Thursday, May 04, 2006 6:49 AM
> **To:** Lybeck,Kevin L
> **Subject:** FW: Travelers/SCI/Repayment Agreement
>
> Kevin:
>
> This is the bad faith case I emailed you about yesterday. For obvious reasons, please call at your convenience.
>
> Chuck
>
> -----Original Message-----
> **From:** Jan D Sokol [mailto:jdsokol@lawssg.com]
> **Sent:** Tuesday, May 02, 2006 8:42 AM
> **To:** Langfitt,Charles W
> **Cc:** Thomas A Larkin
> **Subject:** Travelers/SCI/Repayment Agreement
>
> Attached please find answer, counterclaim and third party complaint against Travelers, SSG and me. I will need to put our carrier on notice. We will also need to discuss further handling of the litigation. Give me a call at your convenience. Jan
>
>
> **************************************
>
> Jan D. Sokol
> Stewart Sokol & Gray, LLC
> 2300 SW First Avenue
> Suite 200

Portland, OR 97201-5047
503-221-0699
503-227-5028 (fax)
E-mail: mailto:jdsokol@lawssg.com
Web Site: www.lawssg.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE:**
THIS EMAIL TRANSMISSION MAY CONTAIN INFORMATION WHICH IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CONTACT US IMMEDIATELY, DESTROY ANY COPIES AND DELETE IT FROM YOUR COMPUTER SYSTEM.

**From:** Langfitt,Charles W
**Sent:** Thursday, May 04, 2006 9:49 AM
**To:** Lybeck,Kevin L
**Subject:** FW: Travelers/SCI/Repayment Agreement

Kevin:

This is the bad faith case I emailed you about yesterday. For obvious reasons, please call at your convenience.

Chuck

-----Original Message-----
**From:** Jan D Sokol [mailto:jdsokol@lawssg.com]
**Sent:** Tuesday, May 02, 2006 8:42 AM
**To:** Langfitt,Charles W
**Cc:** Thomas A Larkin
**Subject:** Travelers/SCI/Repayment Agreement

Attached please find answer, counterclaim and third party complaint against Travelers, SSG and me. I will need to put our carrier on notice. We will also need to discuss further handling of the litigation. Give me a call at your convenience. Jan


*************************************
Jan D. Sokol
Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047
503-221-0699
503-227-5028 (fax)
E-mail: mailto:jdsokol@lawssg.com
Web Site: www.lawssg.com
*************************************

**NOTICE:**
THIS EMAIL TRANSMISSION MAY CONTAIN INFORMATION WHICH IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CONTACT US IMMEDIATELY, DESTROY ANY COPIES AND DELETE IT FROM YOUR COMPUTER SYSTEM.

===========================================================================

This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this

communication is STRICTLY PROHIBITED. If you have received this
communication in error, please notify the sender immediately by return
e-mail message and delete the original and all copies of the
communication, along with any attachments hereto or links herein, from
your system.

================================================================================

The Travelers e-mail system made this annotation on 08/31/07, 17:10:11.