# Exhibit H

## May 5, 2006 email

Declaration of Gary Spraker
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

**From:** Lybeck,Kevin L
**Sent:** Monday, May 08, 2006 10:32 AM
**To:** Feurer,Deborah A
**Subject:** FW: Traveler, Peterson & Sullivan, South Coast

FYI


Kevin L. Lybeck
Vice President
St Paul Travelers
One Tower Square, 2S1
Hartford, CT 06183
Phone 860-277-9332
Fax: 860-277-1303



-----Original Message-----
**From:** Langfitt,Charles W
**Sent:** Friday, May 05, 2006 7:02 PM
**To:** Lybeck,Kevin L
**Subject:** FW: Traveler, Peterson & Sullivan, South Coast

fyi

-----Original Message-----
**From:** Langfitt,Charles W
**Sent:** Friday, May 05, 2006 11:39 AM
**To:** 'Jan D Sokol'
**Subject:** Traveler, Peterson & Sullivan, South Coast

Dear Jan:

Please find attached the letter we discussed this morning.

<<Letter to Jan Sokol 05-05-061.doc>>

Charles W. Langfitt

St. Paul Travelers

Vice President-Bond Claim

33650 6th Ave. South

Suite 200

Federal Way, WA. 98003

253-943-5830

================================================================
This communication, together with any attachments hereto or links
contained herein, is for the sole use of the intended recipient(s) and
may contain information that is confidential or legally protected. If
you are not the intended recipient, you are hereby notified that any
review, disclosure, copying, dissemination, distribution or use of this
communication is STRICTLY PROHIBITED.  If you have received this
communication in error, please notify the sender immediately by return
e-mail message and delete the original and all copies of the
communication, along with any attachments hereto or links herein, from
your system.

================================================================

The Travelers e-mail system made this annotation on 08/31/07, 17:16:16.

 **ST PAUL TRAVELERS**

33650 6th Avenue South, Suite 200
Federal Way, WA 98003

**Charles W. Langfitt**
Vice President
St. Paul Travelers Bond
Bond Claim, Federal Way

(253) 9435830
(253) (866) 842-9201 (fax)

Charles.W.Langfitt@stpaultravelers.com

May 5, 2006

VIA E-MAIL JSOKOL@LAWSSG.COM

PERSONAL/CONFIDENTIAL

Jan Sokol
Stewart, Sokol & Gray
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047

Dear Jan:

As we discussed today, the allegations arising out of Travelers Casualty & Surety Company v. South Coast, Et. Al. U.S. District Court (Alaska) case No. A06-00063 (TMB) and Judge Beistine's ruling in favor of Peterson & Sullivan in the Travelers Casualty & Surety case against Peterson & Sullivan have caused Travelers Casualty & Surety Company to request that you put your malpractice carrier on notice.

To preserve the status quo, Travelers would like to enter into a Tolling Agreement with you and your firm. Understandable, you need to review this request with your carrier. Please have your carrier let me know whether it is amenable entering into such an agreement.

In the meantime, I have taken preliminary steps to engage Jim Hopkins of the Shrifferen, Olson & Hopkins firm to represent us in the Travelers Casualty & Surety Company v. South Coast litigation and to substitute in for your firm. I will have Jim call you to make suitable arrangements for the file transfer.

Sincerely,

ST PAUL TRAVELERS BOND

Charles W. Langfitt
Vice President
Bond Claim

CWL/sjr
CI3730.sjr

TRAV 81972