# Exhibit A

## Deposition Exhibits

Declaration of Gary Spraker
Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

# Index to Deposition Exhibits

| Exhibit # |
|-----------|
|           |
| 79        |
| 80        |
| 81        |
| 82        |
| 83        |
| 84        |
| 85        |
| 86        |
| 87        |
| 88        |
| 121       |
| 144       |
| 149       |
| 149       |
| 150       |
| 170       |
| 210       |
| 231       |
| 263       |

# STEWART SOKOL & GRAY LLC

## ATTORNEYS AT LAW

John Spencer Stewart*†◊¤
Jan D. Sokol*†¤
Arnold L. Gray†
Susan Z. Whitney*‡
H. Lee Cook*◊
Jeffrey B. Wilkinson*†
Thomas A. Larkin*◊¤

2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-3706
www.lawssg.com

Angela M. Otto*
Matthew A. Wand†*
Robert B. Coleman
Lawrence A. Wagner
Nadya V. Martin
Tyler J. Storti

All Members of Oregon Bar
*Washington Bar
† District of Columbia Bar
◊ Alaska Bar
¤ Idaho Bar
‡ Nevada Bar

December 16, 2004

**E-mail: jdsokol@lawssg.com**
**Direct Fax: (503) 227-5028**

Cabot Christianson, Esq.
Christianson, Boutin & Spraker
911 West 8th Avenue, Suite 302
Anchorage, AK 99517

    Re:   Travelers Casualty & Surety Company of America/
        Klukwan, Inc./South Coast, Inc.
        Our File No. 7777.006

        *Travelers v. Ronald Gelbrich; Jerald Renich; Brad Finney; Jan Pulson; Michael*
        *Houts; Edwin Johnson; and Peterson Sullivan, PLLC*
        United States District Court for District of Alaska, at Anchorage
        Case No. A04-0165CV (RRB)

Dear Cabot:

    I have your correspondence dated November 29, 2004. I have now had an opportunity to review with Mr. Langfitt the various discussions you and Mr. Crandall have had with him not only in September 2004, but prior to that time.

    I am glad to see that South Coast's failure to timely pay its November 2004 installment was simply an "oversight." Unfortunately, your clients have done nothing to cure the additional defaults identified in my November 17, 2004 letter.

    We simply do not understand how you can assert that the affiliate "defense" is not a "new" position developed after Travelers refused to apply any proceeds from this litigation to the South Coast note. It has always been Travelers intention since the execution of the Repayment Agreement to investigate and pursue all possible sources of recovery for the losses caused by the failure of South Coast to complete the projects without cost to Travelers. That is precisely the reason for the last sentence in paragraph 11 of the Repayment Agreement.

**DEPOSITION**
**EXHIBIT**
#19

RECEIVED

DEC 2 0 2004

CHRISTIANSON, BOUTIN
& SPRAKER

001123

Cabot Christianson
December 16, 2004
Page 2

Since at least April 2003, Mr. Langfitt has requested copies of Klukwan's D&O policies for the last three years. You were not only copied on that request from Mr. Crandall to the broker, but you were also to receive copies of those policies. If in fact, as you now contend this is not a "new" position, then it seems to me somebody would have questioned why Travelers wanted copies of these policies if it had previously released all of the directors and officers from further liability. In June 2003, Mr. Langfitt requested from Mr. Crandall a list of all officers of South Coast and Klukwan. Again, the question arises why neither Mr. Crandall nor you would advise Travelers that it was South Coast's and Klukwan's position that such list was unnecessary in view of the affiliate "defense". When Mr. Langfitt spoke to Mr. Crandall after receiving the list, Mr. Crandall advised him that these specific officers had the responsibility to put in place proper financial management controls, but did not. It was at that time Mr. Crandall indicated that he was looking at filing D&O claims against these officers but was advised (perhaps by you, we do not know) that Klukwan could not because "you cannot sue yourself."

In addition, I specifically recall when I was preparing the Rule 27(a) Petition against Petersen Sullivan, a telephone conference call involving Mr. Crandall, Mr. Langfitt and you. During that call we discussed the filing of an action against the directors and officers. It was at that time that you initially made Klukwan's request that the net litigation proceeds from not only the Peterson Sullivan potential action but also the potential suit against the directors and officers, be applied first to the Klukwan/South Coast note. Mr. Langfitt rejected the request.

It should also be noted that after the action against the officers was filed, Mr. Eckardt contacted Mr. Crandall about defendant Edwin Johnson's involvement. Mr. Crandall advised him that Mr. Johnson had left the company before the problems had arose. Mr. Crandall never indicated that all of the officers had been released under the Repayment Agreement and the action should be dismissed.

Now we come to the conference call of September 29, 2004 with Mr. Crandall and Mr. Langfitt. During that telephone call, for the first time, you did "reveal" the affiliate "defense" and did advise Mr. Langfitt that you would be telling the officers. It came in the form of a threat that if Travelers proceeded you would "have to" advise everyone that this defense exists. Travelers had asked for an assignment of the claim against Willis at that time, but you did not want to assign that claim, as far as Travelers could tell, because there was no upside benefit to South Coast/Klukwan. Mr. Langfitt expressed surprise at this new "defense" because he did not remember it, or see the Agreement that way, and advised you that he would review the Agreement. As we have advised you in our November 17 correspondence and in this letter, we see no basis for such a "defense" under the Repayment Agreement.

Cabot Christianson
December 16, 2004
Page 3

In your November 29, 2004 letter, you also suggest that Travelers withdrew its request that South Coast/Klukwan "assign its rights." We are simply unaware of the "withdrawal" of the request. If South Coast/Klukwan is prepared to assign its rights, which we believe South Coast/Klukwan is required to do under the terms of the Repayment Agreement (to fully cooperate in liquidating the total outstanding obligations as a result of South Coast's default under the performance and payment bonds), Travelers will certainly accept it.

Both South Coast and Travelers intended that the Repayment Agreement be a global settlement. However, South Coast/Klukwan knew from the beginning based on the reservation in Paragraph 11 of the Agreement that Travelers preserved its rights against persons other than the Klukwan entities.

You suggest that if Travelers recovers on its D&O claim, and the insurer charges Klukwan/South Coast the deductible, or if some officer has the right to indemnity against South Coast in connection with the action, this is somehow an action by Travelers against Klukwan/South Coast which is prohibited by the Repayment Agreement. These situations are clearly not claims by Travelers against South Coast/Klukwan which are otherwise prohibited under the Repayment Agreement. To suggest, somehow, that Travelers' claims against third-parties on which the third-parties may have direct claims against South Coast/Klukwan is an action prohibited under the Repayment Agreement is a real stretch of the imagination. It is absolutely clear why South Coast/Klukwan entered into the Repayment Agreement and excluded from any settlement (release) the former officers of South Coast. It is because South Coast itself believed that it had valid claims against these officers for the losses which are the subject of Travelers' action.

I have not copied counsel for the officers because I believe that both you and your client are ultimately going to be testifying in this matter. In fact, it was your client, Mr. Crandall, who specifically identified certain of the officers as the primarily responsible parties for the losses incurred by South Coast. I will leave it to you to decide if you want to copy counsel for the officers with this correspondence or further correspondence.

In summary, Travelers will not dismiss the officers from the pending litigation. As mentioned above, we still consider South Coast/Klukwan to be in violation of the Agreement as a result of its direct interference with Travelers' attempt to mitigate the losses caused by Klukwan and South Coast, as well as their violation of the implied covenant of good faith and fair dealing. Further, Travelers reserves its right to exercise

Cabot Christianson
December 16, 2004
Page 4


the remedies under Section 20 of the Repayment Agreement, including accelerating all
amounts due thereunder.

Very truly yours,

STEWART SOKOL & GRAY, LLC

Jan D. Sokol

JDS:dls
cc:    Chuck Langfitt
       Thomas A. Larkin
W:\WORK\Clients T-V\Travelers-South Coast\D & O Claims\JAN\Correspondence\Christianson.002.wpd

**Unknown**

From: Jordan S. Rosenfeld [jordan@sutorgroup.com]
Sent: Tuesday, June 17, 2003 2:51 PM
To: tomc@klukwan.com
Cc: charles.w.langfitt@travelers.com
Subject: CPA Workpaper Request Letter



Audit WP
Request.doc (20 KB)
Tom:

Attached is my draft of a letter to Peterson Sullivan requesting a copy of the audit
workpapers. I avoided being too specific or technical so it wouldn't look like an
attorney was involved. We can expand on this if you or Chuck think it would be advisable.

Jordan

<<Audit WP Request.doc>>





001623



October 20, 2003

Fax:   (206) 382-7700

Peterson Sullivan P.L.L.C.
601 Union Street, Suite 2300
Seattle, Washington 98101

Re:   Audit Workpapers

Dear Mr. Holmdahl:

I have received a copy of your October 8, 2003 letter to Jan Sokol.

Please forward a copy of your files and documents for Klukwan, Inc. and South
Coast, Inc, including financial statement audit workpapers, such as substantive
workpapers, permanent files and internal control analysis and testing workpapers for
the last four years to Mr. Sokol with a copy to me.

If you have any questions, please advise.

Sincerely,

KLUKWAN INC.

Thomas L. Crandall, President

Cc:   Cabot Christianson, fax (907) 258-2026
      Jan Sokol, fax (503) 227-5028
      Charles Langfitt, (253) 946-7156

Crandall
DEPOSITION
EXHIBIT
# 81

## Klukwan, Inc.
### 425 Sawmill Road / PO Box 209 ■ Haines, AK 99827
### 907-766-2211 Phone ■ 907-766-2973 Fax

C:\Documents and Settings\Ross Hennequin\Local Settings\Temporary Internet Files\OLK2D\Request audit workpapers 102003.doc



October 3, 2006

Fax (206) 382-7700

John Ferris
Peterson Sullivan P.L.L.C.
601 Union Street, Suite 2300
Seattle, WA 98101

RE:     Information from past 3 year audits

Dear John:

John,

I have been trying to reach you to let you know that Klukwan has determined we
will be seeking proposals for auditing, tax preparation and Inspector of Election
services for 2004. We have reached this decision based on several factors
including the changes in the accounting profession that advises us that we
change auditors periodically and the letter you received from the attorney for
Travelers Insurance.

Please provide all assistance you can in making this a smooth transition. This
includes access by our new auditors to your working papers. As part of this
process, please provide details as to hours and billings for the services listed
below (next page).



**Klukwan, Inc.**
425 Sawmill Road / PO Box 209 • Haines, AK 99827
907-766-2211 Phone • 907-766-2973 Fax

D:\AUDIT\P&S letter 1............doc

003003

| | Management Letter and Audit | | Tax | | Totals | |
|---|---|---|---|---|---|---|
| | Hours | Dollars | Hours | Dollars | Hours | Dollars |
| **2002** | | | | | | |
| Klukwan, Inc. | | | | | | |
| Kply, Inc. | | | | | | |
| Atlas Alaska, Inc. | | | | | | |
| Emrick & Hill, Inc. | | | | | | |
| Chilkats' Portage Cove | | | | | | |
| Tinaa Construction, Inc. | | | | | | |
| South Coast, Inc. | | | | | | |
| Totals | | | | | | |
| **2001** | | | | | | |
| Klukwan, Inc. | | | | | | |
| Kply, Inc. | | | | | | |
| Atlas Alaska, Inc. | | | | | | |
| Emrick & Hill, Inc. | | | | | | |
| Chilkats' Portage Cove | | | | | | |
| Tinaa Construction, Inc. | | | | | | |
| South Coast, Inc. | | | | | | |
| Totals | | | | | | |
| **2000** | | | | | | |
| Klukwan, Inc. | | | | | | |
| Kply, Inc. | | | | | | |
| Atlas Alaska, Inc. | | | | | | |
| Emrick & Hill, Inc. | | | | | | |
| Chilkats' Portage Cove | | | | | | |
| Tinaa Construction, Inc. | | | | | | |
| South Coast, Inc. | | | | | | |
| Totals | | | | | | |

Your help is appreciated.

Sincerely,


Thomas L. Crandall
Klukwan, Inc.
President


**Klukwan, Inc.**
425 Sawmill Road / PO Box 209 • Haines, AK 99827
907-766-2211 Phone • 907-766-2973 Fax

003084

## bot Christianson

| | |
|---|---|
| From: | "Jan D Sokol" <jdsokol@lawssg.com> |
| To: | "Cabot Christianson" <cabot@cbslawyers.com> |
| Cc: | <Charles.W.Langfitt@travelers.com> |
| Sent: | Friday, January 09, 2004 12:42 PM |
| Subject: | Travelers/South Coast/ Accountant work papers |

I have had no further response to my request for the work papers from either the accounting firm or the lawyer. I want to proceed with the filing of the petition under Fed. R. Civ. P. 27 in USDC, Western District of Washington. As I previously discussed with you, I believe the petition will be much stronger if Klukwan is party. Please advise if I can file the petition on behalf of both Travelers and Klukwan.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Jan D. Sokol
Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047
503-221-0699
503-227-5028 (fax)
E-mail: mailto:jdsokol@lawssg.com
Web Site: www.lawssg.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NOTICE:

   EMAIL TRANSMISSION MAY CONTAIN INFORMATION WHICH IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CONTACT US IMMEDIATELY, DESTROY ANY COPIES AND DELETE IT FROM YOUR COMPUTER SYSTEM.



Crandall
DEPOSITION
EXHIBIT
# 83

PEN/GAD 800-631-0989

## bot Christianson

**m:** "Jan D Sokol" <jdsokol@lawssg.com>
**To:** "Cabot Christianson" <cabot@cbslawyers.com>
**Cc:** "Chuck Langfitt" <Charles.W.Langfitt@travelers.com>
**Sent:** Sunday, January 18, 2004 12:28 PM
**Subject:** Travelers/South Coast/Accountant Work Papers

I wrote you last week on this issue issue. We need to move forward. Is Klukwan/South Coast in or out? Can I represent them in connection with our demand for the work papers? It will certainly make the process much easier. Please inform me immediately.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Jan D. Sokol
Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047
503-221-0699
503-227-5028 (fax)
E-mail: mailto:jdsokol@lawssg.com
Web Site: www.lawssg.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>NOTICE</u>:

"IS EMAIL TRANSMISSION MAY CONTAIN INFORMATION WHICH IS PROTECTED BY THE ATTORNEY-CLIENT "LEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, OR NG OF ANY ACTION IN RELIANCE ON THE CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CONTACT US IMMEDIATELY, DESTROY ANY COPIES AND DELETE IT FROM YOUR COMPUTER SYSTEM.

## Cabot Christianson

| | |
|---|---|
| From: | "Jan D Sokol" <jdsokol@lawssg.com> |
| To: | "Cabot Christianson" <cabot@cbslawyers.com> |
| Cc: | <Charles.W.Langfitt@travelers.com> |
| Sent: | Wednesday, January 21, 2004 2:49 PM |
| Subject: | Travelers/South Coast |

I spoke to Chuck concerning our conversation yesterday regarding possible actions against the accountants.  Chuck previously discussed some of these issues with Tom Crandall.  Chuck may be willing to make some concessions in the settlement agreement, but it will take some cash payments to Travelers to do so.  Please have Tom contact Chuck directly to discuss these issues.

In the mean time, I will prepare the petition to obtain the work papers and forward you a draft.

***********************************
Jan D. Sokol
Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047
503-221-0699
503-227-5028 (fax)
E-mail: mailto:jdsokol@lawssg.com
Web Site: www.lawssg.com
***********************************
NOTICE:

THIS EMAIL TRANSMISSION MAY CONTAIN INFORMATION WHICH IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CONTACT US IMMEDIATELY, DESTROY ANY COPIES AND DELETE IT FROM YOUR COMPUTER SYSTEM.



ot Christianson

**F..m:**    "Jan D Sokol" <jdsokol@lawssg.com>
**To:**    "Cabot Christianson" <cabot@cbslawyers.com>
**Cc:**    "Chuck Langfitt" <Charles.W.Langfitt@travelers.com>
**Sent:**    Monday, February 02, 2004 3:04 PM
**Subject:**    Travelers/South Coast/Peterson Sullivan

I previously forwarded to you draft pleadings regarding the RFP before action Petition.  Please inform me immediately if they are acceptable so we can move forward.  In addition, I need info on corporate disclosures for Klukwan.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Jan D. Sokol
Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047
503-221-0699
503-227-5028 (fax)
E-mail: mailto:jdsokol@lawssg.com
Web Site: www.lawssg.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NOTICE:

T      EMAIL TRANSMISSION MAY CONTAIN INFORMATION WHICH IS PROTECTED BY THE ATTORNEY-CLIENT
       .EGE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, OR
T      .NG OF ANY ACTION IN RELIANCE ON THE CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS
TRANSMISSION IN ERROR, PLEASE CONTACT US IMMEDIATELY, DESTROY ANY COPIES AND DELETE IT FROM YOUR
COMPUTER SYSTEM.



**abot Christianson**

| | |
|---|---|
| **Jm:** | "Jan D Sokol" <jdsokol@lawssg.com> |
| **To:** | "Cabot Christianson" <cabot@cbslawyers.com> |
| **Cc:** | "Chuck Langfitt" <Charles.W.Langfitt@travelers.com> |
| **Sent:** | Monday, February 09, 2004 5:53 PM |
| **Subject:** | Travelers/South Coast/Peterson Sullivan |

Cabot—We need to hear from you immediately. Please advise me before 2-12 whether Klukwan is in or out of this matter. If I don't hear from you by then, I will assume you are not participating and revise the documents accordingly for immediate filing.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Jan D. Sokol
Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047
503-221-0699
503-227-5028 (fax)
E-mail: mailto:jdsokol@lawssg.com
Web Site: www.lawssg.com
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE:**

THIS EMAIL TRANSMISSION MAY CONTAIN INFORMATION WHICH IS PROTECTED BY THE ATTORNEY-CLIENT EGE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, OR NG OF ANY ACTION IN RELIANCE ON THE CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CONTACT US IMMEDIATELY, DESTROY ANY COPIES AND DELETE IT FROM YOUR COMPUTER SYSTEM.



*Crandall*
DEPOSITION
EXHIBIT
# 86
PENGAD 800-631-6989

## abot Christianson

| | |
|---|---|
| From: | "Cabot Christianson" <cabot@cbslawyers.com> |
| To: | "Jan Sokol" <jdsokol@lawssg.com> |
| Cc: | "Tom Crandall" <tomc@klukwan.com> |
| Sent: | Tuesday, February 10, 2004 11:50 AM |
| Attach: | Order Granting Petition.pdf; Notice of Application for Petition.pdf; Petition.pdf |
| Subject: | Fw: Travelers/South Coast |

Jan -
These documents look good. I am forwarding them to Tom Crandall, and he will fax you the signature page.

This email will confirm our previous discussions that Travelers will bear all the costs associated with bringing this suit and will indemnify Klukwan from any claims associated with the bringing or prosecution of this suit.

If Travelers wishes to bring a substantive cause of action against P&S, Klukwan's expectation is that the net litigation proceeds from that suit will be applied first to the Klukwan/SCI note to Travelers. Also, as you are aware, Klukwan is considering its own action against P&S, and has developed some ideas about how to proceed. You and I should discuss.

As I mentioned in my email, Klukwan is an Alaska Native corporation organized under Alaska state law pursuant to 43 USC 1601 et seq. All of its shareholders are individuals.

Let me know if you need anything else.

-Cabot

    Original Message -----
    : Jan D Sokol
    abot Christianson
Cc: Chuck Langfitt
Sent: Friday, January 23, 2004 11:59 AM
Subject: Travelers/South Coast

Attached are proposed pleadings for your review and comment. I will need to file a corporate disclosure (Fed.R. Civ. P. 7.1) on behalf of Klukwan. Is it owned partially or in whole by a publicly traded company? If so, what is the company, the percentage ownership and the exchange it is traded on?


*************************************
Jan D. Sokol
Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047
503-221-0699
503-227-5028 (fax)
E-mail: mailto:jdsokol@lawssg.com
Web Site: www.lawssg.com
*************************************
NOTICE:

THIS EMAIL TRANSMISSION MAY CONTAIN INFORMATION WHICH IS PROTECTED BY THE ATTORNEY-CLIENT
   ILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, OR
     IG OF ANY ACTION IN RELIANCE ON THE CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS
   ANSMISSION IN ERROR, PLEASE CONTACT US IMMEDIATELY, DESTROY ANY COPIES AND DELETE IT FROM YOUR
COMPUTER SYSTEM.

Crandall
DEPOSITION
EXHIBIT
# 87

001259

**bot Christianson**

| | |
|---|---|
| ·om: | "Jan D Sokol" <jdsokol@lawssg.com> |
| **To:** | "Cabot Christianson" <cabot@cbslawyers.com> |
| **Cc:** | "Tom Crandall" <tomc@klukwan.com>; <Charles.W.Langfitt@travelers.com> |
| **Sent:** | Friday, February 13, 2004 10:24 AM |
| **Subject:** | RE: Travelers/South Coast |

I revised the petition per Tom's email to me and forwarded to him on Wednesday the revised petition. I have no yet received his signature page. Yes Travelers will bear the costs in connection with bringing the discovery litigation in Federal Court. While we did not previously discuss indemnity (I'm not sure what claims your former accountants could bring; I'm assuming you are referring to costs, etc.), Travelers will indemnify Klukwan from claims by Peterson Sullivan directly related to this litigation.

With respect to the third paragraph, I know Chuck and Tom have discussed this. While Travelers understands Klukwan's expectation, it is not consistent with the prior arrangement between Klukwan and Travelers. Rather than continuing to disagree at this point, let's get the petition filed and review the documents received. We may be disagreeing about nothing if the documents do not yield viable claims.

-----Original Message-----
**From:** Cabot Christianson [mailto:cabot@cbslawyers.com]
**Sent:** Tuesday, February 10, 2004 11:50 AM
**To:** Jan D Sokol
**Cc:** Tom Crandall
**Subject:** Fw: Travelers/South Coast

Jan -
These documents look good. I am forwarding them to Tom Crandall, and he will fax you the signature page.

This email will confirm our previous discussions that Travelers will bear all the costs associated with bringing this suit and will indemnify Klukwan from any claims associated with the bringing or prosecution of this suit.

If Travelers wishes to bring a substantive cause of action against P&S, Klukwan's expectation is that the net litigation proceeds from that suit will be applied first to the Klukwan/SCI note to Travelers. Also, as you are aware, Klukwan is considering its own action against P&S, and has developed some ideas about how to proceed. You and I should discuss.

As I mentioned in my email, Klukwan is an Alaska Native corporation organized under Alaska state law pursuant to 43 USC 1601 et seq. All of its shareholders are individuals.

Let me know if you need anything else.

-Cabot

----- Original Message -----
**From:** Jan D Sokol
**To:** Cabot Christianson
**Cc:** Chuck Langfitt
**Sent:** Friday, January 23, 2004 11:59 AM
**Subject:** Travelers/South Coast



Attached are proposed pleadings for your review and comment. I will need to file a corporate disclosure (Fed.R. Civ. P. 7.1) on behalf of Klukwan. Is it owned partially or in whole by a publicly traded company? if so, what is the company, the percentage ownership and the exchange it is traded on?

************************************
Jan D. Sokol

Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047
503-221-0699
503-227-5028 (fax)
E-mail: mailto:jdsokol@lawssg.com
Web Site: www.lawssg.com
************************************

<u>NOTICE</u>:

THIS EMAIL TRANSMISSION MAY CONTAIN INFORMATION WHICH IS PROTECTED BY THE ATTORNEY-CLIENT
PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY
DISCLOSURE, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS IS STRICTLY PROHIBITED. IF
YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CONTACT US IMMEDIATELY, DESTROY ANY
COPIES AND DELETE IT FROM YOUR COMPUTER SYSTEM.

## Valerie L. Senske

**From:** Langfitt, Charles W
**Sent:** Tuesday, September 09, 2003 7:37 AM
**To:** 'Jan D Sokol'; 'Jordan S. Rosenfeld'
**Subject:** FW: Audit

Fyi, Tom has not sent the letter to Peterson requesting the working papers, but will within the next two weeks. Tom doubts that Peterson will comply. Jordan advised he needs the papers to offer an opinion re: negligence. If we/Klukwan do not get the papers within two weeks of Tom's request, Jan, please make a demand on Peterson to produce. If they do not, then we may be forced to file suit just to get the papers, unless you have any other suggestions, Jan? Tom advised that they intend to pursue Peterson, too, although I anticipate they will want to ride our coattails. Best Regards.

-----Original Message-----
**From:** Tom Crandall [mailto:tomc@klukwan.com]
**Sent:** Monday, September 08, 2003 4:57 PM
**To:** Langfitt, Charles W
**Subject:** Audit

Chuck,

Here is the audit for Klukwan for 2002. It is consolidated. We will send you a copy of the CPC dock appraisal when I return to Haines.

Tom C.

Klukwan, Inc.
Attn: Thomas L. Crandall, President
425 Sawmill Road
PO Box 209
Haines, Alaska 99827
(907) 766-2211 office
(907) 766-2973 fax
(270) 637-8641eFax
(907) 223-1072 cell
tomc@klukwan.com email

Some attached files are in Acorbat PDF format. If Adobe™ Reader® if it is not currently installed on your computer, you can download it here. To go to the download site, please hold down the Ctrl key and click the icon below.



Adobe, the Adobe logo, and Reader are ether registered trademarks or trademarks of Adobe Systems Incorporated in the United States and / or other countries.

This E-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This information is confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.

Exhibit _12_ Date _9-10-07_
Witness _Langfitt_
Patricia A. Blevins  (206)323-0919

Message                                                                                    Page 1 of 1

## Roddick, Sandi J

| | |
|---|---|
| **From:** | Langfitt, Charles W |
| **Sent:** | Monday, May 10, 2004 1:38 PM |
| **To:** | Roddick, Sandi J |
| **Subject:** | FW: Travelers/South Coast/Peterson Sullivan |

Print and file in Master file, 689687, subfile U

-----Original Message-----
**From:** Langfitt, Charles W
**Sent:** Monday, May 10, 2004 1:36 PM
**To:** 'Jan D Sokol'
**Subject:** RE: Travelers/South Coast/Peterson Sullivan

Please confer with Jordan and determine if we have enough to file a suit. Thanks.

-----Original Message-----
**From:** Jan D Sokol [mailto:jdsokol@lawssg.com]
**Sent:** Wednesday, April 14, 2004 9:50 AM
**To:** Langfitt, Charles W
**Subject:** Travelers/South Coast/Peterson Sullivan

Attached please find order denying petition to obtain documents. We will need to caucus with Jordan to determine if we have sufficient information to proceed with an action against the former officers and directors. Certainly in an action against them, we would be able to subpoena the records from the accountants. We should be mindful of the statute of limitations; however, it is unclear to me when we would have "discovered" the wrongful acts because we are still trying to determine if there were wrongful acts. We have put the insurer on notice and as you know, except for correspondence from the agent, we have had no acknowledgment from the carrier or any investigation of the carrier.

Let's talk about this on your return so we can determine where we are headed. Jan


*********************************
Jan D. Sokol
Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047
503-221-0699
503-227-5028 (fax)
E-mail: mailto:jdsokol@lawssg.com
Web Site: www.lawssg.com
*********************************
**NOTICE:**

THIS EMAIL TRANSMISSION MAY CONTAIN INFORMATION WHICH IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CONTACT US IMMEDIATELY, DESTROY ANY COPIES AND DELETE IT FROM YOUR COMPUTER SYSTEM.

Exhibit _K/4_ Date _9-11-07_
Witness _Langfitt_
Patricia A. Blevins     (206)323-0919

TRAV80011

Message                                                                Page 1 of 1

## Roddick,Sandi J

From:     Langfitt,Charles W
Sent:     Monday, May 10, 2004 1:38 PM
To:       Roddick,Sandi J
Subject:  FW: Travelers/South Coast/Peterson Sullivan

File just the attachment in the file I spec'd for other.

-----Original Message-----
From: Jan D Sokol [mailto:jdsokol@lawssg.com]
Sent: Wednesday, April 14, 2004 9:50 AM
To: Langfitt,Charles W
Subject: Travelers/South Coast/Peterson Sullivan

Attached please find order denying petition to obtain documents. We will need to caucus with Jordan to
determine if we have sufficient information to proceed with an action against the former officers and directors.
Certainly in an action against them, we would be able to subpoena the records from the accountants. We should
be mindful of the statute of limitations; however, it is unclear to me when we would have "discovered" the wrongful
acts because we are still trying to determine if there were wrongful acts. We have put the insurer on notice and
as you know, except for correspondence from the agent, we have had no acknowledgment from the carrier or any
investigation of the carrier.

Let's talk about this on your return so we can determine where we are headed.  Jan


****************************************
Jan D. Sokol
Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047
503-221-0699
503-227-5028 (fax)
E-mail: mailto:jdsokol@lawssg.com
Web Site: www.lawssg.com
****************************************
NOTICE:

THIS EMAIL TRANSMISSION MAY CONTAIN INFORMATION WHICH IS PROTECTED BY THE ATTORNEY-
CLIENT PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT
ANY DISCLOSURE, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS IS STRICTLY
PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CONTACT US
IMMEDIATELY, DESTROY ANY COPIES AND DELETE IT FROM YOUR COMPUTER SYSTEM.

TRAV80012

**From:** Langfitt,Charles W
**Sent:** Friday, May 05, 2006 4:35 PM
**To:** Lybeck,Kevin L
**Subject:** FW: Travelers/South Coast

fyi

-----Original Message-----
**From:** Jan D Sokol [mailto:jdsokol@lawssg.com]
**Sent:** Wednesday, February 11, 2004 12:50 PM
**To:** Langfitt,Charles W
**Subject:** RE: Travelers/South Coast

Will do. Chuck, I sent you the revised petition. Please sign it, have your signature notarized and fax/send by regular mail the signature page. I advise Cabot of the situation.

    -----Original Message-----
    **From:** Langfitt,Charles W [mailto:CLANGFITT@travelers.com]
    **Sent:** Wednesday, February 11, 2004 12:33 PM
    **To:** Jan D Sokol
    **Subject:** RE: Travelers/South Coast

    We can indemnify them, but I am not agreeable to crediting any recovery against the note. We are paying the costs, they are getting a free ride and it was never a part of the deal. We will have a loss in excess of the note and we should be able to apply any recovery there, not against the note. If they will not co-operate, let me know, and I will review the Agreement and determine if their failure to do so is a default. Best Regards.

        -----Original Message-----
        **From:** Jan D Sokol [mailto:jdsokol@lawssg.com]
        **Sent:** Tuesday, February 10, 2004 12:10 PM
        **To:** Langfitt,Charles W
        **Subject:** FW: Travelers/South Coast

        FYI. I never agreed that we would indemnify Klukwan. However, I don't see much risk. what do you think?

        **************************************
        Jan D. Sokol
        Stewart Sokol & Gray, LLC
        2300 SW First Avenue
        Suite 200
        Portland, OR 97201-5047
        503-221-0699
        503-227-5028 (fax)
        E-mail: mailto:jdsokol@lawssg.com
        Web Site: www.lawssg.com
        ************************************

        <u>NOTICE:</u>

        THIS EMAIL TRANSMISSION MAY CONTAIN INFORMATION WHICH IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. IF YOU ARE NOT

Exhibit _149_ Date _9-11-07_

Witness _Langfitt_

Patricia A. Blevins (206)323-0919

FW: TRAVELERS/SOUTH COAST

TRAV 81964

THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY
DISCLOSURE, OR TAKING OF ANY ACTION IN RELIANCE ON THE
CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS
TRANSMISSION IN ERROR, PLEASE CONTACT US IMMEDIATELY,
DESTROY ANY COPIES AND DELETE IT FROM YOUR COMPUTER
SYSTEM.

-----Original Message-----
**From:** Cabot Christianson [mailto:cabot@cbslawyers.com]
**Sent:** Tuesday, February 10, 2004 11:50 AM
**To:** Jan D Sokol
**Cc:** Tom Crandall
**Subject:** Fw: Travelers/South Coast

Jan -
These documents look good.  I am forwarding them to Tom Crandall, and he will
fax you the signature page.

This email will confirm our previous discussions that Travelers will bear all the
costs associated with bringing this suit and will indemnify Klukwan from any
claims associated with the bringing or prosecution of this suit.

If Travelers wishes to bring a substantive cause of action against P&S, Klukwan's
expectation is that the net litigation proceeds from that suit will be applied first to
the Klukwan/SCI note to Travelers.  Also, as you are aware, Klukwan is
considering its own action against P&S, and has developed some ideas about
how to proceed. You and I should discuss.

As I mentioned in my email, Klukwan is an Alaska Native corporation organized
under Alaska state law  pursuant to 43 USC 1601 et seq.  All of its shareholders
are individuals.

Let me know if you need anything else.

-Cabot

----- Original Message -----
**From:** Jan D Sokol
**To:** Cabot Christianson
**Cc:** Chuck Langfitt
**Sent:** Friday, January 23, 2004 11:59 AM
**Subject:** Travelers/South Coast

Attached are proposed pleadings for your review and comment.  I will need to file
a corporate disclosure (Fed.R. Civ. P. 7.1) on behalf of Klukwan.  Is it owned
partially or in whole by a publicly traded company?  if so, what is the company,
the percentage ownership and the exchange it is traded on?

*************************************

Jan D. Sokol
Stewart Sokol & Gray, LLC
2300 SW First Avenue

Suite 200
Portland, OR 97201-5047
503-221-0699
503-227-5028 (fax)
E-mail: mailto:jdsokol@lawssg.com
Web Site: www.lawssg.com
*************************************

NOTICE:

THIS EMAIL TRANSMISSION MAY CONTAIN INFORMATION WHICH IS
PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. IF YOU ARE NOT
THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY
DISCLOSURE, OR TAKING OF ANY ACTION IN RELIANCE ON THE
CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS
TRANSMISSION IN ERROR, PLEASE CONTACT US IMMEDIATELY,
DESTROY ANY COPIES AND DELETE IT FROM YOUR COMPUTER
SYSTEM.

This communication, together with any attachments hereto or links contained
herein, is intended for the use of the intended recipient(s) only and may contain
information that is confidential or legally protected. If you are not the intended
recipient, you are hereby notified that any review, disclosure, copying,
dissemination, distribution or use of this communication is STRICTLY
PROHIBITED. If you have received this communication in error, please notify
the sender immediately by return e-mail message and delete all copies of the
original communication, along with any attachments hereto or links herein, from
your system.

The Travelers E-mail System <tdmmsws3> made this annotation on 02/11/2004
03:32:48 PM.

This communication, together with any attachments hereto or links
contained herein, is for the sole use of the intended recipient(s) and
may contain information that is confidential or legally protected. If
you are not the intended recipient, you are hereby notified that any
review, disclosure, copying, dissemination, distribution or use of this
communication is STRICTLY PROHIBITED.  If you have received this
communication in error, please notify the sender immediately by return
e-mail message and delete the original and all copies of the
communication, along with any attachments hereto or links herein, from
your system.

The Travelers e-mail system made this annotation on 08/31/07, 17:15:36.

TRAV 81967

ot Christianson

**From:**    "Jan D Sokol" <jdsokol@lawssg.com>
**To:**      "Cabot Christianson" <cabot@cbslawyers.com>
**Cc:**      "Tom Crandall" <tomc@klukwan.com>; <Charles.W.Langfitt@travelers.com>
**Sent:**    Friday, February 13, 2004 10:24 AM
**Subject:** RE: Travelers/South Coast

I revised the petition per Tom's email to me and forwarded to him on Wednesday the revised petition.  I have no yet received his signature page.  Yes Travelers will bear the costs in connection with bringing the discovery litigation in Federal Court.  While we did not previously discuss indemnity (I'm not sure what claims your former accountants could bring; I'm assuming you are referring to costs, etc.), Travelers will indemnify Klukwan from claims by Peterson Sullivan directly related to this litigation.

With respect to the third paragraph, I know Chuck and Tom have discussed this.  While Travelers understands Klukwan's expectation, it is not consistent with the prior arrangement between Klukwan and Travelers.  Rather than continuing to disagree at this point, let's get the petition filed and review the documents received.  We may be disagreeing about nothing if the documents do not yield viable claims.

  -----Original Message-----
  **From:** Cabot Christianson [mailto:cabot@cbslawyers.com]
  **Sent:** Tuesday, February 10, 2004 11:50 AM
  **To:** Jan D Sokol
  **Cc:** Tom Crandall
  **Subject:** Fw: Travelers/South Coast

  Jan -
  These documents look good.  I am forwarding them to Tom Crandall, and he will fax you the signature page.

  This email will confirm our previous discussions that Travelers will bear all the costs associated with bringing this suit and will indemnify Klukwan from any claims associated with the bringing or prosecution of this suit.

  If Travelers wishes to bring a substantive cause of action against P&S, Klukwan's expectation is that the net litigation proceeds from that suit will be applied first to the Klukwan/SCI note to Travelers.  Also, as you are aware, Klukwan is considering its own action against P&S, and has developed some ideas about how to proceed. You and I should discuss.

  As I mentioned in my email, Klukwan is an Alaska Native corporation organized under Alaska state law  pursuant to 43 USC 1601 et seq.  All of its shareholders are individuals.

  Let me know if you need anything else.

  -Cabot

  ----- Original Message -----
  **From:** Jan D Sokol
  **To:** Cabot Christianson
  **Cc:** Chuck Langfitt
  **Sent:** Friday, January 23, 2004 11:59 AM
  **Subject:** Travelers/South Coast

  Attached are proposed pleadings for your review and comment.  I will need to file a corporate disclosure (Fed.R. Civ. P. 7.1) on behalf of Klukwan.  Is it owned partially or in whole by a publicly traded company?  if so, what is the company, the percentage ownership and the exchange it is traded on?

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Jan D. Sokol

Exhibit _150_ Date _9-11-07_
Witness _Langfitt_
Patricia A. Blevins    (206)323-0919

001281

9/27/2006

Stewart Sokol & Gray, LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201-5047
503-221-0699
503-227-5028 (fax)
E-mail: mailto:jdsokol@lawssg.com
Web Site: www.lawssg.com
****************************************

NOTICE:

THIS EMAIL TRANSMISSION MAY CONTAIN INFORMATION WHICH IS PROTECTED BY THE ATTORNEY-CLIENT PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE CONTACT US IMMEDIATELY, DESTROY ANY COPIES AND DELETE IT FROM YOUR COMPUTER SYSTEM.