IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY company of America, A Connecticut corporation,<br><br>                        Plaintiff,<br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                        Defendants.<br>_____<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                        Counterclaim and<br>                        Third Party Plaintiff<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART SOKOL & GRAY L.L.C., and JAN D. SOKOL,<br><br>                        Counterclaim and<br>                        Third Party Defendants.<br>_____<br><br>TRAVELERS CASUALTY AND SURETY company of America, A Connecticut corporation,<br><br>                        Plaintiff and Cross<br>                        Claim Plaintiff; | Case No. 3:06-cv-0063 TMB |

v.

STEWART SOKOL & GRAY L.L.C.,
and JAN D. SOKOL

   Cross Claim Defendants.

## ORDER GRANTING
## STIPULATION TO EXTEND DUE DATE FOR TRAVELERS TO FILE ITS REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO SOKOL'S MOTION FOR SUMMARY JUDGMENT

   This Court, having considered the Stipulation to Extend Due Date for Travelers to File its Reply in Further Support of its Motion for Summary Judgment at Docket 129 and in Opposition to Sokol's Motion for Summary Judgment at Docket 138,

   IT IS HEREBY ORDERED that Travelers' Reply in Further Support of its Motion for Summary Judgment and in Opposition to Sokol's Motion for Summary Judgment is now due on August 1, 2008.

   DATED at Anchorage, Alaska this 22nd day of July, 2008.

                */s/ Timothy M. Burgess*
                Timothy M. Burgess
                U.S. District Judge