Garth A. Schlemlein, *ASBA #8602011*
James T. Hopkins, *Pro Hac Vice*
Robert L. Olson, *Pro Hac Vice*
SCHIFFRIN OLSON SCHLEMLEIN & HOPKINS
1601 Fifth Ave., Suite 2500, Seattle, WA 98101
Tel. (206) 448-8100; Fax (206) 448-8514
Email: jth@soslaw.com

Richard E. Spoonemore, *Pro Hac Vice*
SIRIANNI YOUTZ MEIER & SPOONEMORE
719 Second Ave., Suite 1100, Seattle, WA 98104
Tel. (206) 223-0303; Fax (206) 223-0246
Email: rspoonemore@sylaw.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　Plaintiff,<br>　　v.<br>SOUTH COAST, INC., an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br>　　　　Defendants. | Case No. A06-00063 (TMB)<br><br>SUPPLEMENTAL DECLARATION OF RICHARD E. SPOONEMORE |
| SOUTH COAST, INC., an Alaska corporation; KLUKWAN, INC., an Alaska Native Village corporation; and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br>　　　　Counterclaim and<br>　　　　Third-Party Plaintiffs,<br>　　v. | |

SUPPLEMENTAL DECLARATION OF RICHARD E. SPOONEMORE – 1
*Travelers Casualty and Surety v. South Coast, Inc., et al.*, Case No. A06-00063 (TMB)

| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; STEWART SOKOL & GRAY L.L.C.; and JAN D. SOKOL,<br>        Counterclaim and<br>        Third-Party Defendants. |
|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br>        Plaintiff and Cross Claim Plaintiff;<br>    v.<br>STEWART SOKOL & GRAY L.L.C. and JAN D. SOKOL,<br>        Cross Claim Defendants. |

I, Richard E. Spoonemore, declare:

1. I am a partner in the law firm of Sirianni Youtz Meier & Spoonemore and am one of the attorneys representing plaintiff, Travelers Casualty and Surety Company of America, in this action.

2. Attached hereto are true and correct copies of the following documents:

|  | TABLE OF CONTENTS |
|---|---|
| **Exhibit No.** | **Description** |
| O. | Excerpts of the Deposition of Jan D. Sokol, dated 10/4/07, with excerpts of the index of the deposition. |

I declare under penalty of perjury of the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED: August 1, 2008, at Seattle, Washington.

/s/ Richard E. Spoonemore
Richard E. Spoonemore

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

- **James D. Gilmore**
  USDC-ANCH-Ntc@cplawak.com,jgilmore@olypen.com,anch@cplawak.com

- **James T. Hopkins**
  jth@soslaw.com,lsb@soslaw.com

- **Robert L. Olson**
  rlo@soslaw.com,cc@soslaw.com

- **Garth A. Schlemlein**
  gas@soslaw.com,jth@soslaw.com,rlo@soslaw.com,lsb@soslaw.com,cc@soslaw.com

- **Richard E. Spoonemore**
  rspoonemore@sylaw.com,matt@sylaw.com,rspoonemore@hotmail.com,theresa@sylaw.com

- **Gary A. Spraker**
  gary@cslawyers.net,susan@cslawyers.net,ecf@cslawyers.net

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

- (No manual recipients)

DATED: August 1, 2008, at Seattle, Washington.

_____
Theresa A. Redfern