

Travelers Casualty and Surety v. South Coast, Inc., et al.
Case No. A06-00063 (TMB)

SUPP. DECL. OF SPOONEMORE
Ex. O, p. 1

1  V.

2  TRAVELERS CASUALTY AND SURETY . . .

3  COMPANY of AMERICA, a Connecticut

4  corporation, STEWART SOKOL & GRAY,

5  L.L.C., and JAN D. SOKOL,

6  Counterclaim and

7  Third Party Defendants.

8  _____

9

10            DEPOSITION OF JAN D. SOKOL

11       TAKEN ON BEHALF OF THE PLAINTIFF

12          THURSDAY, OCTOBER 4, 2007

13                  - - -

14  BE IT REMEMBERED THAT, pursuant to the Oregon Rules

15  of Civil Procedure, the deposition of JAN D. SOKOL

16  was taken before Janette Dukic, Court Reporter and

17  Notary Public, on Thursday, October 4, 2007,

18  commencing at the hour of 8:35 a.m., the

19  proceedings being reported at 2300 Southwest First

20  Avenue, Suite 200, Portland, Oregon.

21

22

23

24

25

Travelers Casualty and Surety v. South Coast, Inc., et al.          SUPP. DECL. OF SPOONEMORE
Case No. A06-00063 (TMB)                                                        Ex. O, p. 2

d80660d5-6749-4a17-b4a4-b7f5bc9b9b84

Jan D. Sokol                                            October 4, 2007

Page 43

1   backlog of files up there, and I was trying to help 'em
2   get through the backlog.
3       Q.   Do you recall prior to June of 2004, doing any
4   research, whether in connection with the Peterson and
5   Sullivan action, the D&O action or any previous case
6   that you had worked on up in Alaska doing research into
7   the question of when Alaska's statute of limitations
8   begins to accrue?
9       A.   Again, I don't remember anything specific,
10  either on this case or any other case.
11       I had -- sitting here today, <u>I have the
12  general recollection that Alaska had a discovery rule,
13  meaning that a claim accrued when a person discovered or
14  originally should have discovered</u>, but I can't tell you
15  that I did any specific -- I can't remember any specific
16  research either for this case prior to June of '04 or
17  these other cases.
18      Q.   Did you have an understanding of whether
19  Alaska's accrual rule was the same as or different than
20  Oregon's rule, in terms of when the statute would an
21  accrue?
22      A.   As a general statement, it appeared to be
23  similar, but the cases were all over the board on what
24  reasonable issue of discovery meant, so I can't say
25  ultimately that they were identical, but they had

Jan D. Sokol                                          October 4, 2007

Page 44

1  similar sounding language.
2     Q.    And do you recall doing any research into
3  Alaska case law on the term for statute of limitations
4  specific to the Peterson and Sullivan or D&O case prior
5  to June 20th of 2004?
6     A.    Again, I don't remember specifically whether I
7  did research.  <u>I generally knew that it was discovered
8  or reasonably should have discovered, but I can't tell
9  you any specific research that I would have done.</u>
10          Again, it is possible that I looked at the
11 statute, and I think the statute said two years from the
12 date it accrues, and I might have looked at what that
13 meant, but I don't remember anything specific.
14    Q.    Okay.  With respect to your practice of
15 keeping time sheets, can you describe to me, at least
16 during this time period, the 2003 through 2005 or 2006,
17 what your practice was in terms of keeping and recording
18 time?
19    A.    Well, I generally try to put down a summary of
20 what actions I take and the time allocated to that
21 action.  There are a number of occasions that I wouldn't
22 bill for a phone call, e-mail, perhaps if I looked at a
23 statute.
24          Travelers had been a long-time client and I
25 didn't bill every time I picked up the phone.  Sometimes

1   Q.   I am referring now specifically to the word
2   that you use in here, unclear, in that sentence.
3   A.   Right.
4   Q.   Do you recall doing anything after April 14th,
5   2004 in an attempt to obtain clarity, with respect to
6   the issue that you raise in that sentence?
7   A.   I think the unclearness relates to we are
8   still trying to determine if there were wrongful acts.
9        So, in other words, we were still trying to
10  determine if the officers and directors provided the
11  information that they should have provided to the
12  accountants or, in turn, whether the accountants didn't
13  request the information or somehow otherwise were
14  negligent in presenting the financial papers. That's my
15  recollection.
16       So that was sort of an ongoing process, you
17  know, waiting for Jordan to give us that information,
18  and, again, I think he indicated that the work papers
19  were essential, because that would show what due
20  diligence that Peterson and Sullivan had conducted when
21  they were putting together the audited financial
22  statements.
23  Q.   Do you recall asking Chuck Langfitt or anybody
24  else at Travelers to provide you with any information
25  pertinent to your query on the statute of limitations

1   here on or after April 14th, 2004?
2       A.   Did I ask Chuck to provide me?
3       Q.   Yeah.
4       A.   Well, my recollection is that either Chuck or
5   Mark Eckardt provided me information on what they
6   thought the officers had done or not done.  I don't know
7   if in response to this I asked them for additional
8   information.
9            I think I was just setting forth.  It is
10  unclear, you know, when we would have discovered or
11  should have discovered when those wrongful acts were
12  done.  That's why I put "discovered" in quotes.  It
13  wasn't, you know, an attempt to set forth a statute of
14  limitations for what it was, but just to say "discover,"
15  in quotes.
16      Q.   So this wasn't an effort on your part to
17  inform Chuck as to what the legal requirement was for
18  triggering the running of the statute of limitations?
19      A.   You know, looking at it now, I can't tell you
20  the context.
21           I do recall that we needed to be mindful of
22  that fact that there was a statute of limitations, and
23  that it was a discovery-type statute, and that's why I
24  put it in quotes, and I just wanted everybody to be on
25  board that I was unclear when these acts were occurring

1   or had occurred.  Excuse me.
2       Q.   When you say when these acts were occurring or
3   when you discovered that the acts were occurring or had
4   occurred --
5       A.   I am sorry. Repeat that.  I am looking at
6   this, and I don't want to --
7       Q.   Yeah.  Your last clause was discovered of as
8   in the context of discovering when they did it.
9       A.   Right.
10      Q.   My question to you, is that what you meant or
11  are you talking about discovery or discovered in terms
12  of when Travelers discovered or realized that they had
13  done bad acts in the past?
14      A.   Well, I think the first part is if they did
15  bad acts, number 1; when the bad acts might have
16  occurred; and when Travelers discovered those bad acts,
17  if they had occurred.
18      Q.   The last?
19      A.   I mean, you know, the point of it is this is
20  pretty general, and I am giving you my best
21  recollection, so I have no idea if that's what Chuck
22  interpreted.  I wanted to be clear that we have a
23  statute of limitations, and I am not familiar enough
24  with all of the facts, and everyone should be mindful
25  that there is a statute of limitations.

Travelers Casualty and Surety v. South Coast, Inc., et al.          SUPP. DECL. OF SPOONEMORE
Case No. A06-00063 (TMB)                                                         Ex. O, p. 7

d80660d5-6749-4a17-b4a4-b7f5bc9b9b84

Jan D. Sokol                                            October 4, 2007
                                                           Page 12

163:12,25 164:1
176:12 186:15
197:11 204:6,16
204:23 208:15
228:11
**goes** 100:16 157:10
  210:24
**going** 12:14 13:1,23
  17:5 20:25 29:13
  30:5,7,7 31:3
  46:21 49:12 51:18
  53:14 61:10 66:20
  68:11 79:4 84:5
  84:16 104:12,25
  105:25 107:11,21
  111:10 119:3
  123:17 129:2
  139:18 145:16
  149:17 156:11,18
  157:1,4,17 163:25
  171:15 184:4,5
  185:11 186:21
  194:20 202:8
  211:22 213:17
  215:17 217:22,25
  218:20 220:9
  221:19,19 222:3
  222:14 225:14
**gonna** 19:17 30:11
  35:4 48:4 58:22
  58:23 70:19
  128:11 133:6
  142:10 170:9
  192:5 208:16
**good** 10:9 47:3
  116:10 166:5
  169:17,22 176:9
  176:15 177:10
  178:21 179:6
  188:9
**gotten** 28:6 51:9
  54:19 55:25
**Graduated** 10:17
  10:20
**graduation** 10:23
**grant** 81:5 169:21
**granted** 80:16

**Gray** 2:4 3:19
  11:23 12:1
**great** 148:22
  231:20
**grounds** 173:6
  178:22 187:19
  223:2
**group** 11:2 96:14
  134:23
**guess** 40:18,19 82:1
  109:8 112:7
  137:20 160:11
**guessing** 79:23
  103:1 197:23
  198:2
**guidelines** 47:25
  65:22
**Gus** 11:8
**gut** 134:3
**guys** 208:15
**guy's** 90:20

——————— H ———————
**H** 3:13
**hac** 120:3
**Haines** 135:6
  163:13 186:10
**half** 40:17 133:7
**halfway** 154:3
**hand** 12:14 17:5
  20:25 31:3 73:17
  73:19 119:9
  203:16 211:22
  220:8 221:19
  234:15
**handed** 17:7 25:10
  63:1 81:13 98:11
  138:3 139:25
  160:24 173:23
  190:10 206:19
  211:24 213:18
**handing** 27:11
  123:12
**handle** 132:5
  229:21
**handled** 192:5
  229:8
**handwriting** 154:8

164:9
**handwritten** 154:2
  159:4
**hang** 183:18 202:22
  202:22
**happen** 23:7 45:14
  45:24 95:12
  101:25 151:14
  170:9 179:9
  197:22
**happened** 129:6
  157:16 163:17,21
  199:14 213:15
**happening** 157:12
**happens** 19:19 27:3
  63:2 133:18
**hard** 12:5 42:14
  47:23 155:11
  177:3
**harp** 55:13
**hates** 179:16
**Hawaii** 151:4
**headed** 97:1
**heard** 29:3 96:12
  99:16,20 125:8
  202:15 223:23
**hearing** 189:16
**heavy** 46:15 197:9
**Heilesen** 108:6
  121:16,23 158:5,7
  158:13,17
**Heilesen's** 158:14
  158:22 232:23
**held** 189:17
**help** 43:1 213:10
**helpful** 159:13,16
  162:14 167:15
  227:7
**helping** 70:4
**helps** 204:20
**hereof** 234:14
  236:8
**hereunto** 234:14
**herewith** 226:17
**hey** 32:18 178:14
**hired** 11:11 231:23
**his/her** 236:6

**hit** 133:6
**Hold** 204:2
**hole** 110:8 111:19
**Hombach** 58:20
  59:6 108:6 109:20
  110:1,4 111:10
  121:16,23 143:19
  154:17
**Hombach's** 110:13
  110:24 111:18
  143:7 232:23
**home** 39:17 61:18
  61:20,22 62:5
  125:5 126:5,11
  133:6
**hopefully** 133:15
  200:25 201:2,22
  201:25 227:13
**hoping** 112:1
**Hopkins** 37:10
  51:22
**hour** 2:18 40:17,17
**hours** 46:15 184:19
**Houts** 145:18,24
  146:1,8 154:17
**huh** 10:25 45:25
**hypothetical**
  217:12

——————— I ———————
**idea** 15:18,20,22
  81:25 82:2 89:2
  94:21 96:16 134:9
  197:7 202:10
  216:13 232:9
**ideas** 21:15 212:16
  231:21
**identical** 43:25
  53:5
**identification**
  57:11 62:24 67:5
  82:22 85:2 87:3
  88:3 98:9 102:8
  104:19 117:17
  122:20 127:8
  130:17 136:11
  137:25 139:23
  143:1 144:18

146:23 149:25
151:19,21 153:24
157:21 159:2
160:22 164:3
165:5 166:10
167:22 172:15
179:14 180:4
188:23 190:8
199:19 202:3
204:9 206:16
224:13
**identified** 60:7
  71:16 221:20
**identifies** 98:1
**identify** 13:13 15:4
  25:14 27:19 31:12
  63:5,7 67:7 78:5
  83:1 85:6 98:17
  117:21 119:11
  127:11 138:5
  140:2 143:3
  144:22 146:25
  150:2 154:1,24
  159:6 160:25
  165:7 166:12
  168:3 172:19
  174:25 179:18
  184:12 188:25
  190:13 202:8
  206:19 213:21
  220:11 221:22
  224:16
**identifying** 104:12
**IKON** 49:1,14,16
  52:17
**illuminating** 137:1
**imagine** 219:12
**immediately** 11:2,3
  53:11 109:3 112:5
**impartial** 230:18
**implemented**
  229:14
**implications** 59:17
**imply** 22:12
**implying** 166:4
**import** 24:17
  101:21 156:25

157:16 178:19
**important** 108:18
  126:3
**imposed** 20:10
**imposing** 21:21
**impression** 132:21
  134:15
**inability** 198:20
**inaccurate** 35:22
**include** 14:24 76:22
  108:21 161:14
**included** 30:25
  31:1 51:11 57:14
  61:24 76:5 102:23
  107:5 114:2,6
  126:25 146:2
  158:4
**includes** 161:23
**including** 14:8 33:8
  76:22 124:7 169:7
  222:7
**Incomplete** 217:12
**indemnification**
  20:13
**indemnify** 19:4,9
  28:11 30:8 214:23
  218:5
**indemnifying** 20:3
**indemnity** 31:1
**independent** 89:7
  143:16 207:18
**independently**
  103:15 104:1
**index** 5:1 6:1 7:1
  8:1 9:1 50:3,4,7
  51:14,15 58:3
**indicate** 22:1 23:9
  25:5,22 29:6
  50:23 108:2,10
  112:12 115:23
  168:17
**indicated** 18:9 34:4
  36:14 53:4 54:18
  59:1 66:19 86:10
  92:18 95:20
  105:21 114:23
  115:6 118:17

187:11 222:2
  227:3 231:4
**indicates** 66:18
  154:9 201:2
  232:17
**indicating** 16:22
  204:22
**indication** 111:19
  151:15
**individual** 113:15
  125:15 171:18
  173:10 196:6
  228:8
**individually** 48:3
**individuals** 134:8
  146:17 160:9
  186:12 225:16
**industry** 72:3 73:9
  186:1
**inform** 93:17
**information** 29:1
  36:25 66:20 70:10
  73:11,21 74:3
  84:8 88:21 92:11
  92:13,17,24 93:5
  93:8 96:4 97:19
  97:22 99:10 100:6
  101:15 108:3,16
  118:17 120:9,13
  120:25 121:6,17
  121:21,22 134:25
  139:18 150:23
  163:18,24 178:19
  204:23 210:21
  225:12,13
**initial** 49:7,23 51:4
  55:6 56:22 57:1
  57:11,20 58:24
  59:5 60:11,15,23
  86:10,11,12
  125:20 126:16,18
  130:12,15 147:5,8
  152:12
**initially** 10:25
  15:24 86:5
**input** 161:12
**insert** 86:16

**instance** 39:20
  179:25
**instances** 111:6
**instruct** 195:3
**instruction** 194:21
**insurance** 98:20
  232:4
**insurer** 91:20 100:1
  100:9
**insurers** 142:7
**intact** 46:19
**intend** 197:2
**intending** 14:17
  81:10 196:20,22
**intensive** 169:22
**intensive-type**
  169:19
**intent** 15:12 24:3
  36:9 37:15,16
  39:5 137:12
  201:15
**intentionally** 73:25
**interest** 11:1
  136:20 193:1
**interested** 70:4
**interesting** 159:22
  160:3,6,13
**interestingly** 28:7
**interests** 65:13
**interfere** 183:23
**interpose** 194:20
**interpret** 111:18
  166:3
**interpretation**
  109:22 166:6
**interpreted** 80:13
  94:22 219:21,25
**intervening** 184:24
**interviews** 108:12
**introduced** 10:10
**investigate** 153:20
  217:23
**investigating** 60:2
  70:13,21 217:16
**investigation** 57:10
  69:15 137:3
  139:19 166:1,4

168:14 176:24
  218:21
**invited** 32:17
**involve** 154:12
**involved** 28:23 35:2
  35:8 42:12 65:11
  74:25 85:25
  132:16 133:4
  139:1 148:16,17
  149:12 158:12,15
  161:5 173:20
  174:2,7 180:23
  195:13,25 196:2
  198:24 199:17
  209:18
**involvement** 16:11
  35:11 119:22
  120:1 195:8
**involving** 35:9
  40:13 51:9 204:18
  210:4 226:1
**in-house** 148:5
**issue** 18:15 25:9
  35:9 43:24 55:16
  90:9,13 92:6
  101:3 105:18,20
  108:7,13 116:8,9
  116:11,14,15
  121:14 123:5
  129:19 137:16
  141:4,24 150:10
  153:11 154:15
  157:10 158:2,18
  167:2,3 169:19,20
  170:1,1 172:22
  176:9 177:17
  179:9 183:19
  189:8 201:4 209:6
  217:17,20 228:17
**issued** 79:19 87:12
  107:3
**issues** 32:16 73:14
  77:2,9 97:25 99:7
  105:18 106:11,21
  106:24 113:8
  114:5 122:14,15
  122:16 127:22

128:3,3 130:8
  132:7 136:24
  142:23 158:20
  160:18 169:22
  170:4 171:11
  173:20 177:8
  181:21 199:3
  208:12
**issuing** 89:2
**item** 136:9
**items** 35:5 45:14
  48:3 70:24 71:3
  100:10 104:13
  105:22 115:10
  131:1,9,14 137:2
  167:14 195:1
  209:1
**i.e** 163:12

---
                **J**
---
**James** 3:11 11:9
**Jan** 2:5,10,15 3:19
  10:4,13 78:23
  118:25 202:14
  235:2 236:5,12
**Janette** 2:16 234:3
  235:5
**January** 13:15 15:7
  55:4,5,11 56:6,17
  56:21 57:18 62:11
  105:4 114:14
  131:6 150:18
  165:15 166:21
  194:18 195:19
  204:21 207:6,7,8
  207:11 209:25
  210:10 212:19
**JDS** 38:13,18
  153:15
**Jerry** 142:5
**jettisoned** 147:13
**Jim** 31:6
**jobs** 136:25 216:12
**John** 11:17
**joined** 171:22
**joint** 128:20 140:23
**Jordan** 53:2 60:1
  65:16 69:17 8,21