James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                    Defendants. | Case No. A06-00063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>         Counter-Claim and<br>         Third Party Plaintiff,<br><br>vs.<br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & | |

GRAY, L.L.C., and JAN D. SOKOL,

    Counterclaimant and
    Third Party Defendants.

**STIPULATION TO EXTEND DUE DATE FOR DEFENDANTS SOKOL TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGEMENT AND OPPOSITION TO KLUKWAN/SOUTH COAST'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendants Klukwan/South Coast and Cross-Claim Defendants Sokol, through their respective attorney's Stipulate that Defendants Sokol may have until Friday, August 22, 2008, to file their Reply and Opposition to Klukwan/South Coast's Opposition to and Cross-Motion for, Summary Judgment, and that Klukwan/South Coast, may have until September 15, 2008, to file their Reply to Defendants Sokol Opposition to Klukwan/South Coast Cross-Motion for Summary Judgment.

DATED in Anchorage, 1st day of August, 2008.

/s/    James D. Gilmore
James D. Gilmore, #6702007
**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska 99501
(907) 272-9272
jgilmore@olypen.com

Stipulation to Extend Due Date
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 2 of 3

/s/   Gary A. Spraker
Gary A. Spraker  # 9107066
**Christianson & Spraker**
911 W. 8th Ave, Suite 201
Anchorage, Alaska  99501
(907) 258-6016
gary@cslawyers.net

Certificate of Service

I hereby certify that on this 1st day of August 2008, a copy of the foregoing document was served electronically through the ECF system on Gary Spraker, Richard Spoonemore and James T. Hopkins.

/s/ James D. Gilmore