James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                Defendants. | Case No. A06-00063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>              Counter-Claim and<br>              Third Party Plaintiff,<br><br>vs.<br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & | |

GRAY, L.L.C., and JAN D. SOKOL,

Counterclaimant and
Third Party Defendants.

**PROPOSED ORDER TO EXTEND DUE DATE FOR DEFENDANTS SOKOL TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGEMENT, AND OPPOSITION TO DEFENDANT KLUKWAN/SOUTH COAST CROSS-MOTION FOR SUMMARY JUDGMENT**

This Court, having considered the Stipulation to Extend Due Date for Defendants Sokol to file their Reply in Further Support of their Motion for Summary Judgment and Opposition to Defendants Klukwan/South Coast and Cross-Motion for Summary Judgment,

IT IS HEREBY ORDERED, Defendants Sokol Reply and Further Support of their Motion for Summary Judgment and in Opposition to Klukwan/South Coast's Cross-Motion for Summary Judgment is now due on August 22, 2008, and that Klukwan/South Coast may have until September 15, 2008, to file their Reply to Defendant's Sokol Opposition to Cross-Motion to Klukwan/South Coast's Cross-Motion for Summary Judgment.

DATED in Anchorage, Alaska this 1st day of August, 2008.

_____
Honorable Timothy Burgess

### Certificate of Service

I hereby certify that on this 1st day of August 2008, a copy of the foregoing document was served electronically through the ECF system on Gary Spraker, Richard Spoonemore and James T. Hopkins.

/s/ James D. Gilmore

Clapp, Peterson, Van Flein,
Tiemessen & Thorsness, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

Proposed Order
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 3 of 3