James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                    Plaintiff,<br>vs.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTGAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br>                    Defendants. | Case No. A06-00063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br>          Counter-Claim and<br>          Third Party Plaintiff,<br>vs.<br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & GRAY, L.L.C., and JAN D. SOKOL,<br><br>          Counterclaimant and<br>          Third Party Defendants. | |

STIPULATION TO EXTEND DATE FOR FILING REPLY TO TRAVELERS' OPPOSITION TO CROSS DEFENDANT SOKOL'S CROSS-MOTION FOR SUMMARY JUDGMENT
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 1 of 2

**STIPULATION TO EXTEND DATE FOR FILING
REPLY TO TRAVELERS' OPPOSITION TO
CROSS DEFENDANT SOKOL'S CROSS MOTION FOR SUMMARY JUDGMENT**

The parties stipulate that Cross-Defendant Sokol shall have until August 29, 2008 to file its Reply to Travelers' Opposition [158] to Cross Defendant Sokol's Cross Motion for Summary Judgment [138].

DATED in Anchorage, Alaska this 11th day of August 2008.

/s/     James D. Gilmore
James D. Gilmore, #6702007
**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
jgilmore@olypen.com

/s/     Richard E. Spoonemore
Richard E. Spoonmore, *pro hac vice*
**Sirianni Youtz Meier & Spoonemore**
719 Second Avenue, Suite 1100
Seattle, Washington 98104
(206) 223-0303
rspoonemore@sylaw.com

Certificate of Service

I certify that on this 11th day of August 2008, a copy of the foregoing document was served electronically through the ECF system on Gary Spraker, Richard Spoonemore and James T. Hopkins.

/s/ James D. Gilmore