Page 135

...ding the possible claim against Peterson
...ect?
... discuss some of the subject matters that are
... ined by you in your e-mail, Exhibit 177?
Yes.
Q Turning back to February 2004 there's further research performed by Mr. Spraker on February 11 and February 12, 2004, correct?
A Yeah.
Q Do you recall asking him to do some specific follow-up research?
A I do. Yes, I do.
Q And what did you ask him to do?
A I asked him to look into the statute of limitations issues.

DEPOSITION EXHIBIT 178 MARKED

Q Marked as Exhibit 178, a second memorandum from Gary Spraker to you dated February 12, 2004, the subject is, quote, standards for accountant negligence, end quote.
A Uh-huh (affirmative).
Q Is this memorandum from Mr. Spraker dated February 12, is this what's referenced in this billing entry for February 12, 2004? Or is there some other memorandum out there?
A I don't recall seeing any other memos apart from what

Page 136

1  we've already just looked at.
2 Q In fact Exhibit 178 doesn't address statute of
3     limitations, does it?
4 A No.
5 Q Okay, so this is some -- and was this memo, Exhibit 178,
6     Mr. Spraker's second memorandum dated February 12, 2004,
7     was that produced at your request?
8 A I'm sorry, this memo, 178?
9 Q Correct.
10 A This looks like a follow-up memo to our conversation of
11    previous and also I think we must've had a brief
12    conversation about the causation issues in an accountant's
13    malpractice litigation.
14 Q This is part of the analysis your firm did of the
15    potential claim by Klukwan against Peterson Sullivan?
16 A Right.

DEPOSITION EXHIBIT 179 MARKED

18 Q We've marked as Exhibit 179 your e-mail to Gary Spraker
19    dated March 16, 2004, subject, quote, Peterson Sullivan
20    statute of limitations, end quote.
21 A Yes.
22 Q Did you ask Mr. Spraker to look at this issue?
23 A I -- yes.
24 Q Did he produce anything in writing in regard to the
25    statute of limitations?

Page 137

1 A No.
2 Q Do you understand he researched the statute of
3     limitations?
4 A I don't know if he did or not. I told him.....
5 Q Would you take a look at.....
6 A Yeah.
7 Q Take a look at your billing statements for March of 2004.
8 A Uh-huh, right.
9 Q March 17, 2004, entry reflects activity by Mr. Spraker
10    that says, quote, legal research re.....
11 A Right.
12 Q .....accrual of cause of action for accountant
13    malpractice, end quote.
14 A Right.
15 Q Was it your understanding Mr. Spraker performed that task?
16 A It looks like he was starting in on the project that I
17    asked him to do here on this e-mail and then I told him he
18    could just stop on the project because it didn't matter.
19 Q And looking further, a week later on March 24, 2004.....
20 A Right.
21 Q .....Mr. Spraker's continuing to conduct an analysis on
22    the statute of limitations?
23 A Well, as I say, I think I told him right after the 24th to
24    stop work on the case -- on the issue.
25 Q Because at that point in time, then, Klukwan had

Page 138

1     decided it was not going to bring an action against
2     Peterson Sullivan?
3 A No.....
4     MR. SPRAKER: Objection, form and foundation.....
5 A Not at all.
6     MR. SPRAKER: .....assumes facts not in evidence.
7 Q So you determined it wasn't necessary at that point?
8 A Right.
9 Q Did he give you any results or feedback from his research?
10 A I don't believe so, or nothing -- nothing that I recall.
11 Q Did you yourself ever have any understanding of what the
12    applicable statute of limitation was for a claim by
13    Klukwan against Peterson Sullivan?
14 A I'm very familiar what the statute of limitations are for
15    professional malpractice in Alaska, and I don't need to
16    have any research done to tell me what the legal standard
17    is. The work that I would have asked Gary to do would be
18    to apply -- is to relate that standard to the facts, and
19    in particular to see when the cause of action would have
20    accrued. The law itself I know cold and so I don't need
21    that. And so I asked him to get into the -- nor would it
22    take him an hour -- 1.4 hours to find the standard. I
23    think that I was asking him to get into the documents or
24    the facts enough to get an idea of when the cause of
25    action might've accrued, but then I decided that we were

DEPOSITION OF CABOT CHRISTIANSON, 9/27/07

Page 135 - Page 138

EXHIBIT B
PAGE 1 OF 1