James D. Gilmore
CLAPP, PETERSON, VAN FLEIN,
  TIEMESSEN & THORSNESS LLC
711 H Street, Suite 620
Anchorage, AK 99501
Ph. (907) 272-9272/Fax (907) 272-9586
Attorneys for Defendant
Jan D. Sokol

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                Defendants. | Case No. A06-00063 (TMB) |
| SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                Counter-Claim and<br>                Third Party Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, STEWART, SOKOL & | |

Request for Oral Argument
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 1 of 2

GRAY, L.L.C., and JAN D. SOKOL,

Counterclaimant and
Third Party Defendants.

### REQUEST FOR ORAL ARGUMENT

Third-Party and Cross-Defendants, Jan Sokol and Stewart Sokol and Grey, request that Oral Argument be held on Cross-Defendant Travelers Motion for Partial Summary Judgment against Cross-Defendants Sokol; and Defendants Sokol's Cross Motion in Summary Judgment against Travelers.

Dated this 29th day of August, 2008.

/s/    James D. Gilmore
James D. Gilmore, #6702007
**Clapp, Peterson, Van Flein, Tiemessen & Thorsness, LLC**
711 H Street, Suite 620
Anchorage, Alaska  99501
(907) 272-9272
jgilmore@olypen.com

Certificate of Service

I hereby certify that on this 29th day of August 2008, a copy of the foregoing document was served electronically through the ECF system on Gary Spraker, Richard Spoonemore and James T. Hopkins.

/s/ James D. Gilmore

Request for Oral Argument
*Travelers v. South Coast et al.*, Case No. A06-00063 (TMB)
Page 2 of 2