Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                 Plaintiff,<br>v.<br><br>SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., an Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation,<br><br>                 Defendants. | **Case No. A06-00063 (TMB)** |

**STIPULATION FOR EXTENSION OF TIME
FOR KLUKWAN DEFENDANTS TO FILE REPLY TO SOKOL DEFENDANTS'
OPPOSITION TO CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants/Third Party Plaintiffs South Coast, Inc., Klukwan, Inc., and Chilkat's Portage Cove Development Company (Klukwan), and Third Party Defendants Stewart, Sokol & Gray and Jan D. Sokol (Sokol), through undersigned counsel, file this stipulation to extend the time for Klukwan to file any reply to Sokol's opposition to

Page 1    STIPULATION TO EXTEND TIME (SOKOL MSJ)
              Case No. A06-00063 (TMB)
              H:\2501\Travelers v SCoast\Stipulation - Sokol Reply.wpd

Klukwan's *Cross-Motion for Summary Judgment* (Docket No. 167).[1]  Currently, Klukwan's reply is due on September 15, 2008.  No other requests for extension have been sought previously.  The parties agree and stipulate that Klukwan may have up to and including **September 22, 2008**, to file any reply.

Respectfully submitted in Anchorage, Alaska, this 12th day of September, 2008.

By: /s/ Gary Spraker
Gary Spraker
CHRISTIANSON & SPRAKER
911 West 8th Avenue, Suite 201
Anchorage, AK 99501
Phone: (907) 258-6016
Fax: (907) 258-2026
Email: gary@cslawyers.net
Alaska Bar No. 9107066
Attorneys for Defendants

By: /s/ James D. Gilmore
James D. Gilmore
CLAPP PETERSON VAN FLEIN
TIEMESSEN & THORSNESS LLC
711 H Street, Ste 620
Anchorage, AK 99501
Phone:907-272-9272
Fax: 907-272-9586
Email: USDC-ANCH-Ntc@cplawak.com
Attorneys for Stewart Sokol & Gray L.L.C., and Jan D. Sokol

---

[1] Although Sokol's document is titled *Reply Memorandum*, it constitutes both a reply to Sokol's original motion at Docket No. 121, and an opposition to Klukwan's cross motion for partial summary judgment at Docket No. 154.

Page 2     STIPULATION TO EXTEND TIME (SOKOL MSJ)
            Case No. A06-00063 (TMB)
            H:\2501\Travelers v SCoast\Stipulation - Sokol Reply.wpd

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

The undersigned hereby certifies that on September 12, 2008, a true and correct copy of the above document was served on:

- James Hopkins, Esq.
- Robert L. Olson, Esq.
- Garth A. Schlemlein, Esq.
- James D. Gilmore, Esq.

-Rick Spoonmore
 Sirianni Youtz Meier & Spoonmore
 1100 Millenium Tower
 Seattle, WA 98104

by first class regular mail, to the address noted above, or by electronic means through the ECF system as indicated on the Notice of Electronic filing.

By: /s/ Susan VanSchooten
        Susan VanSchooten

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 3    STIPULATION TO EXTEND TIME (SOKOL MSJ)
          Case No. A06-00063 (TMB)
          H:\2501\Travelers v SCoast\Stipulation - Sokol Reply.wpd