Cabot Christianson, Esq.
Gary Spraker, Esq.
CHRISTIANSON & SPRAKER
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Telephone: (907) 258-6016
Telefax: (907) 258-2026
Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br>      Plaintiff, <br>   v. <br><br> SOUTH COAST, INC., an Alaska corporation, KLUKWAN, INC., and Alaska Native Village corporation, and CHILKATS' PORTAGE COVE DEVELOPMENT COMPANY, an Alaska corporation, <br><br>      Defendants. | **Case No. A06-00063 (TMB)** |

### Proposed ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR KLUKWAN DEFENDANTS TO FILE REPLY TO SOKOL'S OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT

This matter having come before the Court on the *Stipulation for Extension of Time for Klukwan Defendants to File Reply to Sokol's Opposition to Cross-Motion for Summary Judgment* signed by Defendants/Third Party Plaintiffs South Coast, Inc. Klukwan, Inc., and Chilkat's Portage Cove Development Company (Klukwan), and

Page 1    ORDER GRANTING STIPULATION FOR EXTENSION OF TIME
         H:\2501\Travelers v SCoast\Order - MSJ Extension - Sokol. - Reply.wpd

CHRISTIANSON & SPRAKER
911 WEST 8TH AVENUE, #302 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Third Party Defendants Stewart, Sokol & Gray and Jan D. Sokol (Sokol), and good cause appearing,

IT IS HEREBY ORDERED that Klukwan shall have up to and including **Monday, September 22, 2008,** to file their reply to Sokol's opposition to Klukwan's cross-motion for partial summary judgement set forth in his *Reply Memorandum.*

DATED this _____ day of September, 2008.

By: _____
Timothy M. Burgess
U. S. District Court Judge

**CHRISTIANSON & SPRAKER**
911 WEST 8TH AVENUE, #302 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

Page 2    ORDER GRANTING STIPULATION FOR EXTENSION OF TIME
H:\2501\Travelers v SCoast\Order - MSJ Extension - Sokol. - Reply.wpd